LOEB & LOEB LLP
DAVID GROSSMAN (SBN 211326)
dgrossman@loeb.com
JENNIFER JASON (SBN 274142)
jjason@loeb.com
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA  90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

LOEB & LOEB LLP
JONATHAN ZAVIN (Admitted *pro hac vice*)
jzavin@loeb.com
345 Park Avenue
New York, NY  10154
Telephone: 212.407.4000
Facsimile: 212.407.4990

Attorneys for Plaintiffs
PARAMOUNT PICTURES
CORPORATION and CBS STUDIOS
INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation; and CBS STUDIOS INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AXANAR PRODUCTIONS, INC., a California corporation; ALEC PETERS, an individual, and DOES 1-20,<br><br>Defendants. | Case No.: 2:15-cv-09938-RGK-E<br><br>**STIPULATION TO CONTINUE HEARING DATE AND MODIFY BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT OR STRIKE PLAINTIFFS' COMPLAINT IN PART**<br><br>Complaint Filed:  12/29/2015 |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA2478975.1
202828-10048

STIPULATION TO CONTINUE HEARING DATE AND
MODIFY BRIEFING SCHEDULE RE MOTION TO DISMISS

1       WHEREAS counsel for plaintiffs Paramount Pictures Corporation and CBS Studios, Inc. (collectively, "Plaintiffs") and defendants Axanar Productions, Inc. and Alec Peters (collectively, "Defendants") have agreed to the following briefing schedule with respect to Defendants' Motion to Dismiss Plaintiffs' Complaint or Strike Plaintiffs' Complaint in Part (the "Motion") which was filed on February 22, 2016;

2       WHEREAS Defendants' Motion was filed on February 22, 2016;

3       WHEREAS Plaintiffs' opposition to the Motion is currently due on February 29, 2016;

4       WHEREAS the reply in support of the Motion is currently due on March 7, 2016;

5       WHEREAS the Motion is currently set for hearing in the above-captioned Court on March 21, 2016 at 9:00 a.m.;

6       WHEREAS Plaintiffs' lead trial counsel is currently engaged in a trial and Plaintiffs will be prejudiced if the hearing date and briefing schedule on the Motion are not continued;

7       WHEREAS the Defendants have agreed to a continuance of the hearing date on the Motion, and a modification of the associated briefing schedule;

      NOW, THEREFORE, IT IS HEREBY STIPULATED by the parties that they agree to, and respectfully request that the Court grant, a modification of the following dates:

1.    A continuance of the due date for Plaintiffs' opposition to the Motion from February 29, 2016 to March 11, 2016;

2.    A continuance of the due date for the reply in support of the Motion from March 7, 2016 to March 28, 2016;

3.    A continuance of the hearing on the Motion from March 21, 2016 at 9:00 a.m. to April 11, 2016 at 9:00 a.m.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2478975.1
202828-10048

1

STIPULATION TO CONTINUE HEARING DATE AND
MODIFY BRIEFING SCHEDULE RE MOTION TO DISMISS

| | | |
|---|---|---|
| 1 | Dated:  February 23, 2016 | LOEB & LOEB LLP |
| 2 | | JONATHAN ZAVIN |
| | | DAVID GROSSMAN |
| 3 | | JENNIFER JASON |
| 4 | | By: */s/ David Grossman* |
| 5 | |     David Grossman |
| | |     Attorneys for Plaintiffs |
| 6 | |     PARAMOUNT PICTURES |
| | |     CORPORATION and CBS STUDIOS |
| 7 | |     INC. |
| 8 | | |
| 9 | Dated:  February 23, 2016 | WINSTON & STRAWN LLP |
| 10 | | ERIN R. RANAHAN |
| | | ANDREW S. JICK |
| 11 | | |
| 12 | | By: */s/ Erin R. Ranahan* |
| | |     Erin R. Ranahan |
| 13 | |     Attorneys for Defendants |
| | |     AXANAR PRODUCTIONS, INC. and |
| 14 | |     ALEC PETERS |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA2478975.1
202828-10048

2

STIPULATION TO CONTINUE HEARING DATE AND
MODIFY BRIEFING SCHEDULE RE MOTION TO DISMISS