# **DENIED**
## BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation; and CBS STUDIOS INC., a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AXANAR PRODUCTIONS, INC., a California corporation; ALEC PETERS, an individual, and DOES 1-20,<br><br>　　　　　Defendants. | Case No.: 2:15-cv-09938-RGK-E<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE AND MODIFY BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT OR STRIKE PLAINTIFFS' COMPLAINT IN PART**<br><br>Complaint Filed: 12/29/2015 |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA24790001 1
202828-10048

[PROPOSED] ORDER GRANTING STIPULATION
TO CONTINUE HEARING DATE AND MODIFY
BRIEFING SCHEDULE

**ORDER**

~~The Court, having considered the Stipulation to Continue Hearing Date and Modify Briefing Schedule on the Motion to Dismiss Plaintiffs' Complaint or Strike Plaintiffs' Complaint in Part (the "Motion") filed by defendants Axanar Productions, Inc. and Alec Peters (collectively, "Defendants"), and good cause appearing therefore, rules as follows:~~

~~1.    The due date for Plaintiffs' opposition to the Motion shall be continued from February 29, 2016 to March 11, 2016;~~

~~2.    The due date for the reply in support of the Motion shall be continued from March 7, 2016 to March 28, 2016;~~

3.    ~~The hearing on the Motion shall be continued from March 21, 2016 at 9:00 a.m. to April 11, 2016 at 9:00 a.m.~~

THE STIPULATION IS DENIED.

IT IS SO ORDERED.

DATED:  February 26, 2016

*(signature: Gary Klausner)*

Hon. R. Gary Klausner
United States District Court Judge

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2479001 1
202828-10048

1

[PROPOSED] ORDER GRANTING STIPULATION
TO CONTINUE HEARING DATE AND MODIFY
BRIEFING SCHEDULE