Erin R. Ranahan (SBN: 235286)
eranahan@winston.com
Andrew S. Jick (SBN: 278943)
ajick@winston.com
Kelly N. Oki (SBN: 304053)
koki@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Attorneys for Defendants,
AXANAR PRODUCTIONS, INC.,
and ALEC PETERS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation; and CBS STUDIOS INC., a Delaware corporation<br><br>Plaintiffs,<br><br>vs.<br><br>AXANAR PRODUCTIONS, INC., a California corporation; ALEC PETERS, an individual; and DOES 1-20,<br><br>Defendants. | Case No. 2:15-cv-09938-RGK-E<br><br>*Assigned to: Hon. R. Gary Klausner*<br><br>**NOTICE OF PLAINTIFFS' NON-OPPOSITION TO DEFENDANTS' MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT OR STRIKE PLAINTIFFS' COMPLAINT IN PART**<br><br>Hearing Date: March 21, 2016<br>Time: 9:00 a.m.<br><br>Complaint Filed: December 29, 2015 |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

On February 22, 2016, Defendants Axanar Productions, Inc. and Alec Peters (collectively, "Defendants") filed a motion pursuant to Federal Rules of Civil Procedure 12(b)(6), 8(a) and/or 12(f) for an order dismissing all claims against Defendants in this action and/or striking the claims in part (the "Motion"). The Motion was duly noticed for hearing on March 21, 2016 at 9:00 a.m. Therefore, under Local Rule 7-9, Plaintiffs were required to file either an opposition to the Motion or a statement of non-opposition by February 29, 2016. Plaintiffs' reply would have been due today, March 7, 2016.

**PLEASE TAKE NOTICE** that, to date, Defendants have not been served with or otherwise received any opposition to the Motion or any statement of non-opposition under Local Rule 7-9.

On March 1, 2016, after the Court denied the stipulation that would have allowed Plaintiffs more time to oppose the Motion, Plaintiffs' counsel notified Defendants' counsel that, rather than oppose the Motion, Plaintiffs intend to file an amended complaint, apparently to resolve the deficiencies in the complaint that Defendants described in the Motion. In the event Plaintiffs fail to timely file an amended complaint, Defendants request that the Court deem Plaintiffs' failure to file an opposition as consent to the granting of the Motion under Local Rule 7-12.

Dated: March 7, 2016          WINSTON & STRAWN LLP

                              By: */s/ Erin R. Ranahan*
                                  Erin R. Ranahan
                                  Andrew S. Jick
                                  Kelly N. Oki
                                  Attorneys for Defendants,
                                  AXANAR PRODUCTIONS, INC.
                                  and ALEC PETERS