RANDAZZA LEGAL GROUP, PLLC
Marc J. Randazza (SBN 269535)
mjr@randazza.com
Alex J. Shepard (SBN 295058)
ajs@randazza.com
4035 S. El Capitan Way
Las Vegas, NV 89147
Telephone: 702-420-2001
Facsimile: 305-437-7662
ecf@randazza.com

*Attorneys for Amicus
Language Creation Society*

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation; and CBS STUDIOS INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AXANAR PRODUCTIONS, INC., a California corporation; ALEC PETERS, an individual, and DOES 1-20,<br><br>Defendants. | Case No. 2:15-cv-09938-RGK-E<br><br>**APPLICATION FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE***<br><br>**Date:** May 9, 2016<br>**Time:** 9:00 AM<br>**Judge:** Hon. R. Gary Klausner<br>**Courtroom:** 850, 8th Floor |

Amicus requests leave to file the accompanying brief as *amicus curiae*. This brief is not submitted in support of any party, but narrowly supports Defendants' Motion to Dismiss for the limited issue of Plaintiff's claim of copyright in the Klingon language. Specifically,

Amicus argues that the Klingon language, in which Plaintiffs assert copyright, is not and cannot be protected under copyright law and is part of the public domain.

While this Court does not have any rules governing the filing of amicus briefs, it is not an unusual practice in this Court.  *See, e.g.,* Brief of *Amicus Curiae* Electronic Privacy Information Center and Eight Consumer Privacy Organizations, in the Matter of the search of an Apple IPhone Seized During the Execution of a Search Warrant on a Black Lexus IS300, California License Plate 35KGD203, Case No. CM 16-10 (SP) (C.D. Cal. Mar. 3, 2016); *see also* Order granting Application of the National Association of Immigration Judges to Participate in this Case as *Amicus Curiae* in *Tabaddor v. Holder*, Case No. CV 14-6309-GW(CWx), Doc. 42 (C.D. Cal. Feb. 25, 2015).

Amicus Language Creation Society ("LCS") is a non-profit California entity that was established to promote and encourage the development of constructed languages ("conlangs").  Conlangs are languages deliberately created by individuals or groups, such as Esperanto and Klingon, as opposed to languages that develop naturally over long periods of time, such as English.

It is Amicus' position that, under existing copyright law, a language is not entitled to copyright protection.  Furthermore, conlangs can only develop and spread in the absence of copyright protection over the language's grammar rules, graphemes, and

vocabulary. If an individual possesses a monopoly over an entire language, then he can control not only who may communicate in that language, but also how the language develops (if at all). By keeping a tight leash on which grammar rules are changed or which words are added, the language's creator can prevent the democratic process of linguistic development that typifies languages spoken today. Doing this may help the creator turn a profit, but it stymies growth and forecloses a significant number of artistic works written and performed in that language.

No court, in this Circuit or elsewhere, has weighed in on the issue of whether a conlang may be copyrighted, and this issue has received relatively slight briefing from the parties. Amicus thus wishes to educate the court as to the state of the law on this issue and potential ramifications for a ruling that Plaintiffs have a copyright interest in the Klingon language.

Accordingly, Amicus respectfully requests leave to file the accompanying amicus brief in support of Defendants' Motion to Dismiss or Strike in Part Plaintiffs' First Amended Complaint.

Counsel for Amicus has met and conferred with counsel for all parties. Defendants do not oppose the filing of the attached amicus brief, and Plaintiffs do not consent to its filing.

/ / /

/ / /

Dated: April 27, 2016.                    Respectfully Submitted,

/s/ Marc J. Randazza
Marc J. Randazza
Alex J. Shepard
RANDAZZA LEGAL GROUP, PLLC

*Attorneys for Amicus,*
*Language Creation Society*

Case No. 2:15-cv-09938-RGK-E

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on April 27, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully Submitted,

_____
Employee,
Randazza Legal Group, PLLC