# EXHIBIT 6

KLI
"qepmey"
webpage

# qepmey «

## qepmey

## Klingon Gatherings

The Klingon speaking community is spread throughout the world and, not surprisingly, much of its communication occurs via the Internet. That's usually limited to typed exchanges and language, Klingon or otherwise, is meant to be spoken. The KLI encourages speakers to come together both in their own locales through means of our **qepHom** project and for an annual mass gathering at the **qep'a'**, our annual conference.

## qep'a'

### The KLI Annual Conference

Every year KLI members come from all over the globe to gather for the **qep'a'**, our official conference. The focus is of course on Klingon. We use the language at the **qep'a'**. We play with it. We revel in it. We speak it. Programming includes games, feedback, a banquet, certification testing, the presentation of awards and the Kor Memorial Scholarship, singing, story telling, and much general socializing.