# EXHIBIT 9

"Klingon,"
The Big Bang Theory Wiki

THE HOME OF FANDOM Games Movies TV Explore Wikia Search The Big Bang Theory Wiki... Sign In Start a wikia




# Klingon



Written Klingon.

**The Klingon language** is from Star Trek. The details of the language were first put forth in the book The Klingon Dictionary by Marc Okrand , a linguist who was hired by Paramount Pictures to develop the language for the feature films. Klingon is spoken by some dedicated Star Trek fans and to be able to converse in Klingon may be seen as the mark of a true geek. As the actors do not know Klingon, it is often badly mispronounced, as the letters are read as if it were English.

## Appearances in The Big Bang Theory

- Klingon Boggle is mentioned in the "Pilot".
- In "The Bad Fish Paradigm " (S2E01), Sheldon grills Penny on her qualifications to date Leonard. One of his questions for her is, "Do you speak Klingon?"
- "The Panty Piñata Polarization" (S2E07) opens with a game of Klingon Boggle. The following Klingon words are used:
  - pagh - zero/nothing
  - potlh - something important
  - puchpa' - washroom (mispronounced as puHpa-a)
  - chor - belly
  - neHmaH - neutral zone
  - bIlughbe' - meaning "you are not correct". Sheldon's reaction to Howard's "Qeplagh". (mispronounced as b/iː/ - l/ɛ/erb -/eɪ/)
  - Qapla''a' - literally "big success"; Sheldon uses this word to announce the starting of a game, probably meaning "(wish you) a great success". (mispronounced as qepla''a')
  - Qochbe' - to agree (mispronounced as Huch- iː - b/eɪ/ - /heɪ/)
  - loH - administration
  - maH - ten
  - chergh - to tolerate (mispronounced as cher-gh)
- In "The Creepy Candy Coating Corollary" (S3E05), Penny says she told the friend with whom she had hooked up Howard that he spoke five languages, to which Howard replies "Six, if you count Klingon!". Leonard remarks that "Girls don't count Klingon," and Penny agrees.
- Later in "The Creepy Candy Coating Corollary" (S3E05), Sheldon taunts Wil Wheaton during the Mystic Warlords of Ka'a tournament at the comic book store by snarling a proverb in the Klingon language, and Wil Wheaton hears and understands it.

> ***bortaS bIr jablu'DI' reH QaQqu' nay'*** [1]
>
> (This is commonly considered to be a Klingon proverb, invented by Marie Joseph Eugène Sue, meaning "Revenge is a dish best served cold!" [2]) (mispronounced as bo-taS b/iː/r jablu'/diː/ re' ?an-qot n/aɪ/)




Revenge is a dish best served cold.

- In "The Vacation Solution" (S5E16), Penny think that Bernadette has talked Howard out of having their wedding invitations in Klingon, but Bernadette tells her that the Klingon text is on the back.
- In "The Hawking Excitation" (S5E21), Howard rejects Sheldon's request to see Stephen Hawking in several lanugages. He says no ("Qo'"), but mispronounces it as "qo".
- In "The Proton Transmogrification" (S7E22), Penny asks Leonard what his regrets are and one of the many he says is that he didn't learn another language. Penny says that he learnt Klingon and Leonard supposes that it is true. Penny then says that she meant it as a regret.
- In "The Countdown Reflection" (S5E24), in the wedding of Howard and Bernadette, Sheldon tries to give the wedding speech in Klingon, but is stopped by Bernadette.
- In "The Romance Resonance" (S7E06), in the song If I didn't have you that Howard writes and sings for Bernadette, he includes a Klingon line: *I'd speak a lot more Klingon,* ***qalop'meH QaQ jajvam*** (literally: This day is good in order for me to celebrate you.)
- In "The Mystery Date Observation (S9E08), mystery "date" Vanessa Bennett has a conversation with Sheldon and she says ***HIja' 'e' QaQqu' je***. (Literally: Yes, and it's really good too.)

15 Games for your new Steam Machine that wont break your bank!

Entertainment Video Games Lifestyle

The Big Bang Theory: The Complete First Season
Season 1

## References

1. ↑ See "Klingon proverbs" in Wikiquote [1]
2. ↑ See entry "revenge" in Wikipedia [2]

Categories: Star Trek | Nerd Culture | Languages | Reference Materials | Articles With Photos | Trivial | Wil Wheaton | The Big Bang Theory

## You May Like

Sponsored Links by Taboola

**What the 'Perfect' Female Body Looks Like Around the World (PHOTOS)**
**The Stir**

**Who is Supreme Leader Snoke?**
**Fandom**

**20 Unbelievable Things You Never Knew About Prince**
**Todays Buzz**

**First Look at Scarlett Johansson in 'Ghost in the Shell'**
**Fandom**

**If you thought Coconut Oil was healthy before - read this!**
**Weekend Collective**

**The Top 10 Kisses of the DC Universe**
**Fandom**

Showing 1 most recent
2 comments
Please log in to post a comment on this wiki.



How could they have the words

```
pagh, putlh, puchpa', chor, neHmaH
```

when the letters available were

```
ch ch m S
Q  v  l u
y  l  o tlh
n  e  H D
```

?

June 29, 2014 by Brian.guo1

Good point.

July 19, 2015 by Chuz123







TV



Content is available under CC-BY-SA.