# EXHIBIT 10

Clare Hutchison and Shadia Nasralla, "Star Trek fans tie the knot at 'Klingon wedding,'" REUTERS (Oct. 19, 2012)

BREAKING NEWS: Bernie Sanders plans to lay off hundreds of campaign workers: New York Times VIEW MORE

EDITION: UNITED STATES SIGN IN

Business Markets World Politics Tech Opinion Breakingviews Money Life




Life | Fri Oct 19, 2012 4:59pm EDT

Related: ENTERTAINMENT, ODDLY ENOUGH

# Star Trek fans tie the knot at "Klingon wedding"

LONDON | BY CLARE HUTCHISON AND SHADIA NASRALLA



Sonnie Gustavsson (L) and Jossie Sockertopp from Sweden pose with their wedding cake after getting married in a Klingon wedding ceremony at the 'Destination Star Trek London' convention in London October 19, 2012.
REUTERS/SUZANNE PLUNKETT

1 of 2

One couple has boldly gone where no other has gone before by tying the knot in Britain's first Klingon wedding ceremony at a Star Trek convention to celebrate the much-loved TV series in London on Friday.

The couple, 23-year-old Jossie Sockertopp and 29-year-old Sonnie Gustavsson, came from their native Sweden to marry at the "Destination Star Trek London" event, which will see 17,000 "trekkies" flock to London's ExCel centre this weekend.

The pair, who met four years ago at the retirement home where they both work, were inspired to hold the ceremony after watching an episode of "Star Trek: Deep Space Nine", in which Klingon character Worf marries science officer Jadzia Dax in a traditional Klingon ceremony.

"We saw the clip from the series...and we thought it was very romantic about beating hearts and a battle for each other. We really liked it, that's why we want to do this," Sockertopp said.

It took around three months to plan the event, which was Britain's first wedding ceremony to contain blessings in Klingon, the guttural-sounding language spoken by the Star Trek characters of the same name.

#1 Wedding Photo Booth
Award Winning Design Holds Up To 12 - All Inclusive Wedding Specials!

PICTURES OF THE DAY



THE SURFACE OF MARS

The bride eschewed the traditional human white dress for a floor-length red robe with a diamante headdress, matching her husband-to-be. Prosthetic foreheads with deep wrinkles and stringy black manes completed the look.

Three bangs of a gong ushered the bride and groom to an altar adorned with decorative screens and a throne made from animal bone and hide. The celebrant, Peter Wyllie, conducted the wedding ceremony and included some phrases in Klingon.

"That was a bit of a challenge and I hope I got some of the sounds right. I had it written phonetically, so that made it a little easier," he said, adding that it sounded similar to the Welsh language.

It was the second wedding in two days for the couple, who had a legal ceremony at a registry office in Sweden on Thursday.

"The legal part is done, this is just a fun ceremony," Sockertopp said.

Both weddings had been kept a secret from their families until a few days before the newlyweds jetted to London. None of their relatives attended the Star Trek-themed nuptials.

"Mum didn't talk to me for three days and my father wonders if there is something contagious about weddings as my big sister got married in secret last week. It must be something in the gene pool," Gustavsson said.

The newlyweds will spend their honeymoon at the convention, which sees all five captains from the Star Trek TV series appear on stage together for the first time. The gathering is the first major Star Trek live event in Britain. for more than a decade.

(Additional reporting by Edward Baran and Steve Hignett, editing by Paul Casciato)

**More from Reuters**

- Airbus A320neo has hydraulic noise, temp problems - sources | 25 Apr
- China denies reports of massing troops at North Korea border | 22 Apr
- Russia warns U.S. over naval incident as NATO tensions laid bare | 21 Apr
- Ohio teen electrocutes himself during home experiment | 20 Apr
- When will Russia break? | 14 Apr
- Dutch police seize encrypted communication network with 19,000 users | 22 Apr
- Undelivered Airbus jets jam parking spaces, hurt cash flow | 19 Apr
- Qatar Airways talks to Boeing after further Airbus A320 problems -CEO | 25 Apr

**Sponsored Financial Content** (?)

- Cisco calls this a $19 trillion opportunity, and you can join in! *The Motley Fool*
- Peter Schiff: Timeline of Social Security's Collapse *Wall Street Daily*
- 10 Ways to Generate Income in Retirement. Get Your Guide Now! *Fisher Investments*
- Never lose your keys again *Equities.com*
- Top 7 credit cards for those with excellent credit *Next Advisor*



BUILD YOUR PERFECT CANDIDATE




**Download Reuters' White House Run from the App Store**

TRENDING ON REUTERS

1. Exclusive: Half of Americans think presidential nominating system 'rigged' - poll
2. Trump's foreign policy speech offers few details but clear message: America first | VIDEO
3. Republican Cruz names Fiorina as running mate
4. German nuclear plant infected with computer viruses, operator says
5. Man found dead at Apple headquarters in California

**Sponsored Financial Content** (?)

If You Own A Home, Forget Your 401k (Do This) *Bills.com*

Peter Schiff: Timeline of Social Security's Collapse *Wall Street Daily*

Never lose your keys again *Equities.com*

2 Dudes on Shark Tank just blew everyone's mind *The Motley Fool*

Why Pay for Trading Software? Get FREE Charting, Analytics & Data *Ninja Trader*

- **Common medicines tied to changes in the brain** | *20 Apr*
- **U.S. charges woman for exporting underwater drone technology to China** | *21 Apr*


## From The Web

Sponsored Links by Taboola




**What Investors Are Doing Wrong: Wealthfront's Malkiel Has Some…**
*Yahoo! Finance | Wealthfront*



**QUIZ: Can We Guess Your Highest Education Level?**
*Topix Offbeat*



**10 Best Travel Credit Cards Of 2016**
*NextAdvisor*



**Why This Shirt Company Is Causing so Many Guys to Switch**
*Proper Cloth*



**Shell on wheels: This egg-shaped camper wraps modern…**
*Digital Trends*



**Why Longevity Researchers Are Revolutionizing The Approach T…**
*MIT Technology Review | Elysium Health*

## Sponsored Topics

| | |
|---|---|
| **New Honda CRV** | **Reverse Mortgage Quotes** |
| **401k Rollover Options** | **Vitamins for Hair Growth** |
| **Crossover SUVs to Buy** | **Retirement Annuity Rates** |
| **IRA Interest Rates** | **Cheapest Cable TV Packages** |

## SPONSORED TOPICS

1. **Best Retirement Investments**
2. **Retirement Planning Calculator**
3. **Top Penny Stocks**
4. **Luxury Crossover SUVs**
5. **Reverse Mortgage Calculator**
6. **Highest Paying Annuities**





**Follow Reuters**

More from Reuters Newsletters | Podcasts | Apps

News and Media Division of Thomson Reuters

Thomson Reuters is the world's largest international multimedia news agency, providing investing news, world news, business news, technology news, headline news, small business news, news alerts, personal finance, stock market, and mutual funds information available on Reuters.com, video, mobile, and interactive television platforms. Thomson Reuters journalists are subject to an Editorial Handbook which requires fair presentation and disclosure of relevant interests.

NYSE and AMEX quotes delayed by at least 20 minutes. Nasdaq delayed by at least 15 minutes. For a complete list of exchanges and delays, please click here.

© 2016 Reuters All Rights Reserved

Site Feedback | Corrections | Advertise With Us | Advertising Guidelines | AdChoices | Terms of Use | Privacy Policy | Copyright