# EXHIBIT 11

David Deans,
"Welsh ministers were asked for information about UFO sightings . . . and they replied in KLINGON,"
WALESONLINE (July 9, 2015)

# Welsh ministers asked about UFOs and they reply in KLINGON

- 20:30, 9 Jul 2015
- Updated 09:10, 10 Jul 2015

## “jang vIDa je due luq. ‘ach ghotvam’e’ QI’yaH-devolved qaS," the Welsh Government said

- 44shares



The response, to Shadow Health Minister Darren Millar, was understood to mean: 'The minister will reply in due course'

The Welsh Government has made history – by replying in Star Trek language Klingon to a Tory AM who asked a formal question about UFO sightings.

It is believed to be the Welsh Government’s first answer in a fictional language.

Clwyd West AM Darren Millar usually takes the health minister to task over the Welsh NHS but on Wednesday he tabled written questions asking for information on the vehicles commonly associated with aliens – specifically at Cardiff Airport, at Rhoose.



Darren Millar

## 'What UFOs have been seen at Cardiff Airport?'

In three questions Mr Millar asked the economy minister Edwina Hart if she'd make a statement "on how many reports of unidentified flying objects there have been at Cardiff Airport since its acquisition by the Welsh Government".

He also asked what "discussions has the Welsh Government had with the Ministry of Defence regarding sightings of unidentified flying objects in Wales in each of the past five years".

He added: "What consideration has the Welsh Government given to the funding of research into sightings of unidentified flying objects in Wales?"

## 'Jang vIDa je due luq'

The Welsh Government replied: "jang vIDa je due luq. 'ach ghotvam'e' QI'yaH-devolved qaS."

It is understood to mean: "The minister will reply in due course.

"However this is a non-devolved matter."

A fuller answer will be provided to Mr Millar by July 15.

## 'The only extra-terrestrial life seems to be Darren Millar'

But an Assembly source said: “The only extra-terrestrial life seen near Cardiff recently seems to be Darren Millar.

“Perhaps instead of spending time and wasting Government resources asking questions about UFOs he should be fighting for the very real concerns of his constituents.”

A Tory spokesman hit back though, saying: “Darren tabled these questions after being contacted by constituents. It’s nice to see a busy ‘Assembly source’ keeping close tabs of his work.

“Perhaps they’d like to comment on everything else he does for his constituents – and as Shadow Health Minister across Wales – as well.”