UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 15-9938 RGK (Ex) | | Date | May 9, 2016 |
|---|---|---|---|---|
| Title | *Paramount Pictures Corp. and CBS Studios, Inc. v. Axanar Productions, Inc. et al.* | | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**       **(IN CHAMBERS) Application to File Amicus Brief (DE 35)**

On April 27, 2016, Language Creation Society ("Amicus") submitted an Application for Leave to File Brief as Amicus Curiae. Amicus argues in support of Defendants' Motion to Dismiss that the Klingon language should not be entitled to copyright protection. In analyzing and ruling on Defendants' Motion to Dismiss, the Court does not reach the issue of whether languages, and specifically the Klingon language, are copyrightable. Therefore, none of the information provided by Amicus is necessary to dispose of the Motion to Dismiss.

Accordingly, the Court **DENIES** Language Creation Society's Application without prejudice.

**IT IS SO ORDERED.**

                                                                                                                         :
                                                            Initials of Preparer