UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:15−cv−09938−RGK−E | Date | 5/9/2016 |
| Title | PARAMOUNT PICTURES CORPORATION ET AL V. AXANAR PRODUCTIONS, INC. ET AL | | |

Present :   The Honorable R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon Williams | Sandra MacNeil | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

David Grossman                                          Erin Ranahan
Jonathan Zavin                                            Andrew Jick


**Proceedings:**   **SCHEDULING CONFERENCE**

Case called. Court and counsel confer. The Scheduling Conference is held and the Court sets the following dates:

| | |
|---|---|
| Jury Trial (Est. 10−15 days): | January 31, 2017 at 09:00 AM |
| Pretrial Conference: | January 9, 2017 at 09:00 AM |
| Motion Cut−Off Date (last day to file): | November 16, 2016 |
| Discovery Cut−Off Date: | November 2, 2016 |

Last day to motion the Court to add parties or amend complaint is 6/30/2016. Counsel inform the Court that they have selected settlement option number 1 – Magistrate Judge.

**IT IS SO ORDERED.**

:02
Initials of Preparer:  sw

cc:       ADR UNIT