LOEB & LOEB LLP
DAVID GROSSMAN (SBN 211326)
dgrossman@loeb.com
JENNIFER JASON (SBN 274142)
jjason@loeb.com
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

LOEB & LOEB LLP
JONATHAN ZAVIN (Admitted *pro hac vice*)
jzavin@loeb.com
345 Park Avenue
New York, NY 10154
Telephone: 212.407.4000
Facsimile: 212.407.4990

Attorneys for Plaintiffs
PARAMOUNT PICTURES
CORPORATION and CBS STUDIOS
INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation; and CBS STUDIOS INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AXANAR PRODUCTIONS, INC., a California corporation; ALEC PETERS, an individual, and DOES 1-20,<br><br>Defendants. | Case No.: 2:15-cv-09938-RGK-E<br><br>**PARAMOUNT PICTURES CORPORATION AND CBS STUDIOS INC.'S ANSWER TO COUNTERCLAIM OF AXANAR PRODUCTIONS, INC. AND ALEC PETERS**<br><br>Complaint Filed: 12/29/2015 |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

10053424.6
202828-10048

ANSWER TO COUNTERCLAIM

## ANSWER TO COUNTERCLAIM

Plaintiffs and Counterdefendants Paramount Pictures Corporation and CBS Studios Inc. (collectively, "Counterdefendants") answer the Counterclaim ("Counterclaim") filed by Defendants and Counterclaimants (collectively, "Counterclaimants") in this action as follows:

## JURISDICTION AND PARTIES

1. The allegations in Paragraph 1 are legal conclusions and no response is required.

2. The allegations in Paragraph 2 are legal conclusions and no response is required.

3. The allegations in Paragraph 3 are legal conclusions and no response is required.

4. Counterdefendants lack knowledge or information sufficient to form a belief as to the truth of Counterclaimants' allegations in Paragraph 4 and, on that basis, deny the allegations.

5. Counterdefendants admit that Paramount Pictures Corporation is a Delaware corporation with its principal place of business in Los Angeles, California. Counterdefendants admit that CBS Studios Inc. is a Delaware corporation with its principal place of business in New York, New York.

## NATURE OF THE ACTION

### Background

6. Counterdefendants admit that Star Trek debuted approximately fifty years ago. Counterdefendants lack knowledge or information sufficient to form a belief as to whether viewers believe that the fictional characters and stories in Star Trek "promote" any specific ideals.

7. Counterdefendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of Paragraph 7 and, on that basis, deny these allegations. Counterdefendants admit that the Foreword of the

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

10053424.6
202828-10048

1

ANSWER TO COUNTERCLAIM

1976 book *Star Trek: The New Voyages* was written by Gene Roddenberry, and that the Foreword speaks for itself.

8. Counterdefendants admit the first sentence of Paragraph 8. Counterdefendants admit that Star Trek has been celebrated through conventions, books, movies, videos, art, short stories, and Fanzines. Counterdefendants lack knowledge or information sufficient to form a belief as to whether the Star Trek fandom has been celebrated through "thousands upon thousands of additional, original, creative contributions by fans celebrating the universe they have so deeply connected with."

9. Counterdefendants admit that they have not sued with respect to all uses of the Star Trek Copyrighted Works, but deny that they have not previously sued to enforce their intellectual property rights in the Star Trek Copyrighted Works.

10. Counterdefendants deny the allegations of Paragraph 10.

11. Counterdefendants lack knowledge or information sufficient to form a belief as to the truth of Counterclaimants' allegations in Paragraph 11 and, on that basis, deny the allegations.

12. Counterdefendants lack knowledge or information sufficient to form a belief as to the truth of Counterclaimants' allegations in Paragraph 12 and, on that basis, deny the allegations.

13. Counterdefendants lack knowledge or information sufficient to form a belief as to the truth of Counterclaimants' allegations in Paragraph 13 and, on that basis, deny the allegations.

14. Counterdefendants admit that CBS Consumer Products Inc. worked in the past in a limited capacity with a company with which Alec Peters was involved. Counterdefendants lack knowledge or information sufficient to form a belief as to the truth of Counterclaimants' remaining allegations in Paragraph 14 and, on that basis, deny the allegations.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

10053424.6
202828-10048

2

ANSWER TO COUNTERCLAIM

15. Counterdefendants admit that Garth of Izar appeared in the Star Trek Episode "Whom Gods Destroy" of *The Original Series*. Counterdefendants lack knowledge or information sufficient to form a belief as to the truth of Counterclaimants' remaining allegations in Paragraph 15 and, on that basis, deny the allegations.

16. Counterdefendants admit that Defendants raised money for their Star Trek film using Kickstarter and that *Prelude to Axanar* is still being distributed on Youtube.com. Counterdefendants lack knowledge or information sufficient to form a belief as to the truth of Counterclaimants' remaining allegations in Paragraph 16 and, on that basis, deny the allegations.

17. Counterdefendants lack knowledge or information sufficient to form a belief as to the truth of Counterclaimants' allegations in Paragraph 17 and, on that basis, deny the allegations.

18. Counterdefendants deny that Defendant Alec Peters "reached out to CBS" on multiple occasions, admit that Defendant Alec Peters spoke to Bill Burke and to John Van Citters, but state that Mr. Peters was never given permission to use Star Trek Copyrighted Works, nor was he provided with "guidelines" regarding ways in which he could use Plaintiffs' intellectual property for his Star Trek film projects, for either commercial or non-commercial use, nor was he told that his use of such Star Trek Copyrighted Works would be tolerated. Counterdefendants admit that Peters met with Liz Kalodner on the Paramount Studios lot and spoke with Ken Ross, who attended a portion of the *Prelude to Axanar* showing at the 2014 Comic-Con. Counterdefendants lack knowledge or information sufficient to form a belief as to the truth of Counterclaimants' remaining allegations in Paragraph 18 and, on that basis, deny the allegations.

19. Counterdefendants deny that they did not "express any concerns" to Alec Peters prior to filing this lawsuit. Counterdefendants lack knowledge or

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

10053424.6
202828-10048

3

ANSWER TO COUNTERCLAIM

information sufficient to form a belief as to the truth of Counterclaimants' remaining allegations in Paragraph 19 and, on that basis, deny the allegations.

20. Counterdefendants admit that they entered into an agreement with Alec Peters pursuant to which Mr. Peters would defer shooting of *Axanar* until Counterclaimants responded to the original complaint, but state that this was in response to Mr. Peters' request for additional time to respond to the original complaint. Counterdefendants lack knowledge or information sufficient to form a belief as to the truth of Counterclaimants' remaining allegations in Paragraph 20 and, on that basis, deny the allegations.

21. Counterdefendants admit that certain persons have made public statements, and that these public statements speak for themselves. Otherwise, Counterdefendants lack knowledge or information sufficient to form a belief as to the truth of Counterclaimants' allegations in Paragraph 21 and, on that basis, deny the allegations.

22. Counterdefendants admit that certain persons have made public statements, and that these public statements speak for themselves. Otherwise Counterdefendants lack knowledge or information sufficient to form a belief as to the truth of Counterclaimants' allegations in Paragraph 22 and, on that basis, deny the allegations.

23. Counterdefendants deny the allegations in Paragraph 23.

24. Counterdefendants admit that they have made certain public statements, which statements speak for themselves,, otherwise Counterdefendants lack knowledge or information sufficient to form a belief as to the truth of Counterclaimants' allegations in Paragraph 24 and, on that basis, deny the allegations.

25. Counterdefendants admit that their action remains pending. Counterdefendants deny the remaining allegations in Paragraph 25.

## **Defendants Are Protected By Fair Use**

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

10053424.6
202828-10048

4

ANSWER TO COUNTERCLAIM

26. To the extent that the allegations in Paragraph 26 are legal conclusions, no response is required. Insofar as a response is required, Counterdefendants deny the allegations in Paragraph 26.

27. To the extent that the allegations in Paragraph 27 are legal conclusions, no response is required. Insofar as a response is required, Counterdefendants deny the allegations in Paragraph 27.

28. Counterdefendants deny the allegations in Paragraph 28.

29. Counterdefendants deny the allegations in Paragraph 29.

30. Counterdefendants deny the allegations in Paragraph 30.

31. Counterdefendants deny the allegations in Paragraph 31.

32. Counterdefendants deny the allegations in Paragraph 32.

## COUNTERCLAIM

### (Declaratory Relief Re Non-Violation of Plaintiffs' Rights)

33. Counterdefendants reallege and incorporate by reference as though set forth fully herein their answers to Paragraphs 1-32.

34. To the extent that the allegations in Paragraph 34 are legal conclusions, no response is required. Insofar as a response is required, Counterdefendants admit the allegations in Paragraph 34.

35. To the extent that the allegations in Paragraph 35 are legal conclusions, no response is required. Insofar as a response is required, Counterdefendants admit that "the controversy between Plaintiffs and Defendants substantially impacts both parties' legal interests in a manner that is both real and immediate."

36. Counterdefendants lack knowledge or information sufficient to form a belief as to the truth of Counterclaimants' allegations in Paragraph 36 and, on that basis, deny the allegations.

37. Counterdefendants admit that they have sued Counterclaimants for infringement of Counterdefendants' copyrights in connection with their production of *Axanar*. Counterdefendants lack knowledge or information sufficient to form a

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

10053424.6
202828-10048

5

ANSWER TO COUNTERCLAIM

belief as to the truth of Counterclaimants' remaining allegations in Paragraph 37 and, on that basis, deny the allegations.

38. Counterdefendants deny the allegations in Paragraph 38.

## GENERAL DENIAL

Each numbered paragraph in this Answer responds to the identically numbered paragraph in the Counterclaim. Counterdefendants deny all allegations, declarations, claims or assertions in the Counterclaim that are not specifically admitted in this Answer to Counterclaim.

## RESPONSE TO PRAYER

Counterdefendants deny that Counterclaimants are entitled to any of the relief requested in the Prayer contained in the Counterclaim and further deny that Counterclaimants are entitled to any relief whatsoever.

## RESPONSE TO DEMAND FOR JURY TRIAL

Counterclaimants' demand for a jury trial on page 27 of the Counterclaim is not an allegation of fact for which a response is required.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

1. The Counterclaim, and the claims for relief alleged therein, fails to state a claim upon which relief can be granted.

### Second Affirmative Defense

2. The relief sought by Counterclaimants is barred by the equitable doctrine of unclean hands.

### Third Affirmative Defense

3. Counterdefendants have insufficient knowledge or information upon which to form a belief as to whether they may have as yet unstated separate and additional defenses available. Counterdefendants reserve the right to amend this Answer to add, delete, or modify defenses based upon legal theories which may or

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

10053424.6
202828-10048

6

ANSWER TO COUNTERCLAIM

will be divulged through clarification or amendment of Counterclaimants' Counterclaim, through discovery, or through further legal analysis of the claims and positions in this litigation.

## PRAYER FOR RELIEF

WHEREFORE, Counterdefendants pray for judgment against Counterclaimants as follows:

1. That Counterclaimants recover nothing by their Counterclaim;
2. For costs and legal fees of the suit herein; and
3. For such other and further relief as the Court deems just and proper.

Dated:  June 15, 2016

LOEB & LOEB LLP
JONATHAN ZAVIN
DAVID GROSSMAN
JENNIFER JASON

By: */s/ David Grossman*
David Grossman
Attorneys for Plaintiffs
PARAMOUNT PICTURES CORPORATION and CBS STUDIOS INC.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

10053424.6
202828-10048

7

ANSWER TO COUNTERCLAIM