LOEB & LOEB LLP
DAVID GROSSMAN (SBN 211326)
dgrossman@loeb.com
JENNIFER JASON (SBN 274142)
jjason@loeb.com
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

LOEB & LOEB LLP
JONATHAN ZAVIN (admitted *pro hac vice*)
jzavin@loeb.com
345 Park Avenue
New York, NY 10154
Telephone: 212.407.4000
Facsimile: 212.407.4990

Attorneys for Plaintiffs
PARAMOUNT PICTURES
CORPORATION and CBS STUDIOS
INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation; and CBS STUDIOS INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> AXANAR PRODUCTIONS, INC., a California corporation; ALEC PETERS, an individual, and DOES 1-20, <br><br> Defendants. | Case No.: 2:15-cv-09938-RGK-E <br><br> **PLAINTIFFS' STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Date: December 19, 2016 <br> Time: 9:00 a.m. <br> Dept.:850 <br><br><br> Discovery Cutoff: November 2, 2016 <br> Pre-Trial Conference: January 9, 2017 <br> Trial: January 31, 2017 |

STATEMENT OF UNCONTROVERTED
FACTS AND CONCLUSIONS OF LAW

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Central District Local Rule 56-1, Plaintiffs Paramount Pictures Corporation ("Paramount") and CBS Studios Inc. ("CBS") (Paramount and CBS collectively, "Plaintiffs") submit this Separate Statement of Uncontroverted Facts and Conclusions of Law in support of their concurrently-filed Motion for Summary Judgment.

### UNCONTROVERTED FACTS

| Uncontroverted Material Fact: | Supporting Evidence: |
|---|---|
| 1. Plaintiffs Paramount Pictures Corporation ("Paramount") and CBS Studios Inc. ("CBS") (collectively, "Plaintiffs"), own the copyrights to the Star Trek films and television series. | Declaration of David Grossman ("Grossman Decl."), ¶ 90, Ex. UU (copyright registrations for the Star Trek Television Series), ¶ 91, Ex. VV (copyright registrations for the Star Trek Motion Pictures).<br><br>Declaration of John Van Citters ("Van Citters Decl."), ¶¶ 8, 10. |
| 2. Plaintiff CBS owns the rights to *The Original Series*, as well as to all of the subsequent Star Trek Television Series. | Van Citters Decl., ¶ 8.<br><br>Grossman Decl., ¶ 90, Ex. UU (copyright registrations for the Star Trek Television Series). |
| 3. Paramount owns the copyrights in the Star Trek Motion Pictures. | Van Citters Decl. ¶ 10.<br><br>Grossman Decl., ¶ 91, Ex. VV (copyright registrations for the Star Trek Motion Pictures). |
| 4. Paramount owns the copyright in the novel entitled *Garth of Izar*. | Van Citters Decl., ¶ 11.<br><br>Grossman Decl., ¶ 94, Ex. WW (copyright registration *for Garth of Izar* novel), Ex. 21 (*Garth of Izar* novel). |
| 5. CBS owns the copyright in the novel entitled *Strangers from the Sky*. | Van Citters Decl., ¶ 11.<br><br>Grossman Decl., ¶ 95, Ex. XX (copyright registration for *Strangers* |

| | | |
|---|---|---|
| | | *from the Sky*). |
| 6. | CBS owns the copyright in the novel entitled *Infinity's Prism*. | Van Citters Decl., ¶ 11. Grossman Decl., ¶ 95, Ex. YY (copyright registration for *Infinity's Prism*). |
| 7. | The original Star Trek television series ("*The Original Series*") debuted in 1966, and ran for three seasons, until 1969. | Van Citters Decl., ¶ 5. Grossman Decl., ¶ 92, Ex. 1 (*The Original Series* DVDs). |
| 8. | In addition to *The Original Series*, there have been five further Star Trek television series totaling more than 700 episodes (collectively with *The Original Series*, the "Star Trek Television Series"). | Van Citters Decl., ¶¶ 3, 4. Grossman Decl., ¶ 90, Ex. UU (copyright registrations for the Star Trek Television Series), ¶ 92, Exs. 1-5 (Star Trek Television Series DVDs). |
| 9. | *The Original Series* chronicled the adventures of the U.S.S. Enterprise (one of the ships of "Starfleet") and its crew as they traveled through space during the twenty-third century, and featured numerous original and copyrightable elements, including but not limited to elements such as the plots of the episodes, mood, theme, characters, settings, pace and numerous original and copyrightable elements such as the Starship Enterprise (Starfleet registry number NCC-1701), original and fictitious races and species, including the Vulcan and Klingon races, the United Federation of Planets (the "Federation"), and fictional weapons and technology. | Van Citters Decl., ¶ 5. Grossman Decl., ¶ 92, Ex. 1(*The Original Series* DVDs). |
| 10. | In "Whom Gods Destroy," one of the episodes of *The Original* | Van Citters Decl., ¶ 6. |

10937387.1
202828-10048

STATEMENT OF UNCONTROVERTED
FACTS AND CONCLUSIONS OF LAW

| | | |
|---|---|---|
| | *Series*, James T. Kirk (played by the actor William Shatner), the Captain of the U.S.S. Enterprise, meets his hero, Garth of Izar, a former starship captain. | Grossman Decl., ¶ 92, Ex. 1(*The Original Series* DVDs). |
| 11. | In "Whom Gods Destroy," Kirk and Garth discuss Garth's victory in the Battle of Axanar. | Van Citters Decl., ¶ 6. Grossman Decl., ¶ 92, Ex. 1(*The Original Series* DVDs). |
| 12. | The newest television series, *Star Trek: Discovery*, will premiere in 2017. | Van Citters Decl., ¶ 7. |
| 13. | *Star Trek: Discovery* takes place ten years before the events depicted in *The Original Series*. | Van Citters Decl., ¶ 7. |
| 14. | Plaintiffs have licensed numerous derivative works, including books, games and merchandise.  These works also include reference guides, encyclopedias, documentaries, behind the scenes books, dictionaries and "companions" to various television series. | Van Citters Decl., ¶¶ 12, 64-65. |
| 15. | Klingons are an alien race, from the planet Qo'noS, who are portrayed as a serious and war-like species. | Van Citters Decl., ¶ 25. |
| 16. | Klingons have distinctive visual elements including large, protruding foreheads covered by symmetrical bumps and ridges, dark hair and skin and facial hair and upward sloping eyebrows. | Van Citters Decl., ¶ 25. |
| 17. | The Klingons were long-time enemies of the Federation, and engaged in a number of military battles with Starfleet. | Van Citters Decl., ¶ 25. |
| 18. | Vulcans are an iconic species, owned by Plaintiffs, first | Van Citters Decl., ¶ 30. |

| | | |
|---|---|---|
| | appearing in the form of Mr. Spock in *The Original Series*. | |
| 19. | Vulcans are depicted with their pointed ears and upswept eyebrows, they are portrayed as stern and eschew emotions for logic and reason. | Van Citters Decl., ¶ 29. |
| 20. | Vulcan men are usually depicted with straight, dark (or gray) hair cut in a "bowl" style. | Van Citters Decl., ¶ 29. |
| 21. | Vulcans are part of the Federation, and are portrayed as an advanced technological species. | Van Citters Decl., ¶ 29. |
| 22. | Ambassador Soval was first seen in the *Star Trek: Enterprise* pilot episode "Broken Bow" in 2001, and was featured many times throughout the *Enterprise* series such as in the episode "The Expanse" from 2003. | Van Citters Decl., ¶¶  21, 45. Grossman Decl., ¶ 92, Ex. 1(*The Original Series* DVDs). |
| 23. | Soval is portrayed by actor Gary Graham, who reprised his role as Ambassador Soval in Defendants' infringing works, and even wore virtually identical makeup and costumes that he had in the *Enterprise* series, rendering the portrayal of that character all but identical to that seen in Plaintiffs' works. | Van Citters Decl., ¶¶ 21-24, 45-46. |
| 24. | Defendants' works incorporate Plaintiffs' character, Garth of Izar. | Van Citters Decl., ¶¶17-20. |
| 25. | Garth of Izar, like Captain Kirk, was a Starfleet Captain. | Van Citters Decl., ¶ 18. |
| 26. | In *The Original Series*, Garth of Izar was introduced and portrayed as a former starship captain whose exploits were "required reading" at the Starfleet Academy due to his heroic conduct during the Battle of Axanar. | Van Citters Decl., ¶ 18. |

| | | |
|---|---|---|
| 27. | In the episode that introduced Garth (entitled "Whom Gods Destroy"), Captain Kirk finds Garth in an asylum after he had been declared criminally insane. | Van Citters Decl., ¶ 18. |
| 28. | This character was further developed and explored by Plaintiffs in the 2003 novel entitled "Garth of Izar." | Van Citters Decl., ¶ 18. |
| 29. | Paramount has a licensed work called *Star Trek: The Role Playing Game*. | Van Citters Decl., ¶ 12. |
| 30. | Garth of Izar's military battles against the Klingon Empire, including the Battle of Axanar, were explored by Paramount's licensee, FASA, in *Star Trek: The Role Playing Game*. | Van Citters Decl., ¶ 19. |
| 31. | *The Four Years War* supplement is a guide that was used in connection with *Star Trek: The Role Playing Game*. | Van Citters Decl., ¶ 13. |
| 32. | The *Four Years War* supplement also describes the Battle of Axanar (a related mission guide for the role-playing game was called "Return to Axanar"), and the military campaigns of Federation Fleet Captain Garth of Izar. | Van Citters Decl., ¶¶ 13, 14, Ex. AAA (*The Four Years War* supplement). |
| 33. | The copyright in *The Four Years War* is owned by Paramount. | Van Citters Decl., ¶ 14, Ex. AAA (*The Four Years War* supplement), Ex. BBB (copyright registration for *The Four Years War*). |
| 34. | *The Four Years War* was used as source material by Defendants in order to create their Axanar Works. | Grossman Decl., ¶ 13, Ex. A (Peters tr. at 38:22-41:17); ¶ 14, Ex. C (Gossett tr. at 48:10-50:10), Ex. I (April 26, 2014 email from Christian Gossett to Alec Peters). |

| | | |
|---|---|---|
| 35. | Defendants admitted that they used *The Four Years War* to create the Axanar Works. | Van Citters Decl., ¶ 14, Ex. AAA (*Four Years War*).<br><br>Grossman Decl., ¶ 13, Ex. A (Peters tr. at 38:22-41:17), ¶ 14, Ex. C (Gossett tr. at 48:10-50:5), Ex. I (April 26, 2014 email from Christian Gossett to Alec Peters). |
| 36. | *Star Trek: Prelude to Axanar*, is a twenty-one minute film. | Grossman Decl., ¶ 18, Ex. A (Peters tr. at 34:10-12). |
| 37. | *Star Trek: Prelude to Axanar* was funded on Kickstarter. | Grossman Decl., ¶ 18, Ex. A (Peters tr. at 34:5-9). |
| 38. | Kickstarter is a crowdsourcing website where parties can raise money to fund their projects. | Grossman Decl., ¶ 18, Ex. A (Peters tr. at 69:14-70:6). |
| 39. | In exchange for donations on *Prelude to Axanar*, Defendants provided donors with perks that included various branded merchandise. | Grossman Decl., ¶ 69, Ex. D (Kingsbury tr. at 114:16-25). |
| 40. | *Prelude to Axanar* was released on YouTube in August of 2014. | Grossman Decl., ¶ 19, Ex. L (YouTube page). |
| 41. | Defendant Peters wrote the *Prelude to Axanar* screenplay. | Grossman Decl., ¶ 23, Ex. A (Peters tr. at 57:1-58:25). |
| 42. | *Star Trek: Prelude to Axanar* features Plaintiffs' character, Garth of Izar, and describes his military exploits during the war between the Federation and the Klingon Empire. | Van Citters Decl. ¶¶ 15, 17, Exhibit 19 (*Prelude to Axanar*).<br><br>Grossman Decl., ¶ 23, Ex. A (Peters tr. at 36:20-37:25; 46:18-48:1); ¶ 24, Ex. B (Burnett tr. at 191:17-192:25). |
| 43. | *Prelude to Axanar* features the Federation. | Van Citters Decl., ¶¶ 15, 37, 38 Exhibit 19 (*Prelude to Axanar*).<br><br>Grossman Decl., ¶ 23, Ex. A (Peters tr. at 44:21-55:20 , ¶ 24, Ex. B (Burnett tr. at 107:6-15); ¶ 22, Ex. C (Gossett tr. at 67:5-70:23), Ex. N |

| | | (brochure for *Prelude to Axanar*). |
|---|---|---|
| 44. | *Prelude to Axanar* features Klingons. | Van Citters Decl., ¶¶ 15, 25-28, Exhibit 19 (*Prelude to Axanar*). |
| | | Grossman Decl., ¶ 23, Ex. A (Peters tr. at 44:21-55:20); ¶ 22, Ex. C (Gossett tr. at 67:5-70:23), Ex. N (brochure for *Prelude to Axanar*). |
| 45. | *Prelude to Axanar* features Vulcans. | Van Citters Decl. ¶¶ 15, 29-32, Exhibit 19 (*Prelude to Axanar*). |
| | | Grossman Decl., ¶ 23, Ex. A (Peters tr. at 44:21-55:20). |
| 46. | *Prelude to Axanar* features Starfleet. | Van Citters Decl. ¶¶ 15, 33-34, Exhibit 19 (*Prelude to Axanar*). |
| | | Grossman Decl., ¶ 23, Ex. A (Peters tr. at 44:21-55:20). |
| 47. | *Prelude to Axanar* features Starfleet officers and commanders, including Garth of Izar. | Van Citters Decl. ¶¶ 15, 17-18, Exhibit 19 (*Prelude to Axanar*). |
| | | Grossman Decl., ¶ 23, Ex. A (Peters tr. at 36:20-37:16; 414:2-415:19), ¶ 33, Ex. S (July 8, 2014 email from Alec Peters to Christian Gossett and Rocio Everett). |
| 48. | *Prelude to Axanar* features the character Soval. | Van Citters Decl. ¶¶ 15, 21-24, Exhibit 19 (*Prelude to Axanar*). |
| 49. | *Prelude to Axanar* features Klingon battlecruisers. | Van Citters Decl. ¶¶ 15, 35-36, Exhibit 19 (*Prelude to Axanar*). |
| 50. | Defendants have created substantially similar representations of Klingons, and in doing so have copied the makeup, hair, costumes, weaponry and accessories worn by those species. | Van Citters Decl., ¶¶ 15, 25-28, Exhibit 19 (*Prelude to Axanar*). |
| | | Grossman Decl., ¶¶ 30, 31 Ex. B (Burnett tr. at 202:21-203:25; 215:4-216:9); ¶ 26, Ex. A (Peters tr. at 82:6-85:12), ¶ 45 (Peters tr. at 44:21-55:20); ¶ 41, Ex. A (Peters tr. at 77:5- |

| | | |
|---|---|---|
| | | 9), ¶ 42, Ex. AA (Axanar Script at page 3 for use of Bat'leth and page 30 for use of Mek'leth). |
| 51. | Defendants have created substantially similar representations of Vulcans, and in doing so have copied the makeup, hair, costumes, and accessories worn by those species. | Van Citters Decl., ¶¶ 15, 29-32, Exhibit 19 (*Prelude to Axanar*). Grossman Decl., ¶ 26, Ex. A (Peters tr. at 82:6-85:12); Grossman Decl., ¶ 23, Ex. A (Peters tr. at 44:21-55:20). |
| 52. | Mr. Peters also admitted that ■■■■■■■■■■■■■■■■■■■■■■ | Grossman Decl., ¶ 26, Ex. A (Peters tr. at 82:6-85:12); ¶ 23, Ex. A (Peters tr. at 44:21-55:20). |
| 53. | Mr. Peters admitted that ■■■■■■■■■■■■■■■■■■■■■■ | Grossman Decl., ¶ 25, Ex. A (Peters tr. at 319:8-323:10), Ex. O (March 17, 2014 email from Alec Peters to Christian Gossett and Hamilton Cox). |
| 54. | Mr. Peters stated "I am the keeper of the faith with fans.  They love that about us.  Our faithfulness to the universe." | Grossman Decl., ¶ 34, Ex. A (Peters tr. at 471:25-475:1), Ex. U (March 7, 2015 email from Alec Peters to Christian Gossett). |
| 55. | Mr. Peters testified that ■■■■■■■■■■■■■■■■■■■■■■ | Grossman Decl., ¶ 34, Ex. A (Peters tr. at 420:13-421:19; 471:25-475:1), Ex. T (July 15, 2014 email from Christian Gossett to Alec Peters); Ex. U (March 7, 2015 email from Alec Peters to Christian Gossett); ¶ 27, Ex. A (Peters tr. at 347:4-348:10), Ex. P (email exchange between Mr. Peters and Mr. Gossett); ¶ 47, Ex. A (Peters tr. at 456:24-458:18), Ex. BB (Peters email exchange), ¶ 28, Ex. A(Peters tr. at 376:16-377:11), ¶ 38, Ex. A (Peters tr. at 377:17-378:13), Ex. Y (email exchange), ¶ 37, Ex. A (Peters tr. at 373:10-375:16), Ex. X (Peters email exchange). |

10937387.1
202828-10048

STATEMENT OF UNCONTROVERTED
FACTS AND CONCLUSIONS OF LAW

| 56. | The director of *Prelude to Axanar* testified that *Prelude to Axanar* is an infringing work. | Grossman Decl., ¶ 21, Ex. C (Gossett tr. at 185:25-186:8). |
|---|---|---|
| 57. | Prior to the filing of this lawsuit, Axanar, Defendants drafted a final shooting script. | Grossman Decl., ¶ 41, Ex. A (Peters tr. at 77:5-9), Ex. AA (script). |
| 58. | In 2015, Defendants released one scene from the full-length film, which they call the "Vulcan Scene." | Van Citters Decl., ¶ 43, Exhibit 20 (Vulcan Scene).<br><br>Grossman Decl., ¶ 43, Ex. A (Peters tr. at 79:11-17). |
| 59. | The Vulcan Scene features Vulcans. | Van Citters Decl., ¶ 43, Exhibit 20 (Vulcan Scene); ¶ 47.<br><br>Grossman Decl., ¶ 43, Ex. A (Peters tr. at 425:11-426:3; 77:5-9); Ex. AA (script at pages 21-23). |
| 60. | The Vulcan Scene features the character Soval. | Van Citters Decl., ¶ 43, Exhibit 20 (Vulcan Scene); ¶¶ 45-46.<br><br>Grossman Decl., ¶ 41, Ex. A (Peters tr. at 77:5-9), Ex. AA (script at pages 21-23). |
| 61. | The Vulcan Scene features the planet Vulcan. | Van Citters Decl., ¶ 43, Exhibit 20 (Vulcan Scene); ¶¶ 48, 49.<br><br>Grossman Decl., ¶ 41, Ex. A (Peters tr. at 77:5-9), Ex. AA (script at pages 21-23); ¶ 44, Ex. N (Burnett tr. at 103:13-18). |
| 62. | The shot of planet Vulcan in the Vulcan Scene was copied from *Star Trek III: The Search for Spock.* | Van Citters Decl., ¶ 43, Exhibit 20 (Vulcan Scene); ¶ 48.<br><br>Grossman Decl., ¶ 43, Ex. A (Peters tr. at 82:2-85:12); ¶ 44, Ex. B (Burnett tr. at 106:11-17). |
| 63. | The Vulcan Scene features Vulcan ships. | Van Citters Decl., ¶ 43, Exhibit 20 (Vulcan Scene); ¶50.<br><br>Grossman Decl., ¶ 43 Ex. A (Peters tr. |

| | | |
|---|---|---|
| | | at 82:2-85:12). |
| 64. | Defendant Alec Peters himself announced, on August 15, 2015, that he had completed the "fully revised and locked script" which he referred to as "the best Star Trek movie script ever!" | Grossman Decl., ¶ 40, Ex. Z (Facebook post). |
| 65. | The Axanar Script features ███ ███ | Grossman Decl., ¶ 41, Ex. A (Peters tr. at 77:5-9), ¶ 42, Ex. AA (Axanar Script at page 8), ¶ 22, Ex. C (Gossett tr. at 112:14-113:8). |
| 66. | The Axanar Script features ███ ███████ | Grossman Decl., ¶ 41, Ex. A (Peters tr. at 77:5-9), ¶ 42, Ex. AA (Axanar Script at page 21). |
| 67. | The Axanar Script ████████ ████████ | Grossman Decl., ¶ 41, Ex. A (Peters tr. at 77:5-9), ¶ 42, Ex. AA (Axanar Script at page 8), ¶ 45, Ex. A (Peters tr. at 362:9-363:13); ¶ 46, Ex. B (Burnett tr. at 195:18-23). |
| 68. | Klingon Commander Chang was the villain featured in *Star Trek VI: The Undiscovered Country*. | Grossman Decl., ¶ 45, Ex. A (Peters tr. at 44:21-55:20; 362:9-363:13). |
| 69. | ████████████████ | Grossman Decl., ¶ 41, Ex. A(Peters tr. at 77:5-9, ¶ 42, Ex. AA (Axanar Script), ¶ 46, Ex. B (Burnett tr. at 194:9-195:16). |
| 70. | The Axanar Script features ███ ████████████ | Grossman Decl., ¶ 45, Ex. A (Peters tr. at 362:9-363:13); ¶ 93, Ex. 11 (*Star Trek VI: Undiscovered Country* DVD) |
| 71. | The Axanar ██████████████ | Van Citters Decl., ¶ 15, Ex. 19 (*Prelude to Axanar*).<br><br>Grossman Decl., ¶ 42, Ex. AA (Axanar Script). |

10937387.1
202828-10048

STATEMENT OF UNCONTROVERTED
FACTS AND CONCLUSIONS OF LAW

| 72. | Defendants also took characters, sequence, themes, mood, dialogue, and settings from the Star Trek Copyrighted Works. | Van Citters Decl., ¶¶ 15-62. |
|---|---|---|
| 73. | Defendants expressly set out to create an authentic and "independent Star Trek film" that stayed true to Star Trek canon | Grossman Decl., ¶ 54, Ex. A (Peters tr. at 97:14-98:22), Ex. HH (screenshot from Defendants' Kickstarter fundraising page). |
| | | Grossman Decl., ¶ 34, Ex. A (Peters tr. at 471:25-474:20), Ex. U (March 7, 2015 email from Alec Peters to Christian Gossett). |
| | | Grossman Decl., ¶ 29, Ex. C (Gossett tr. at 36:11-37:8), Ex. R (March 24, 2013 email from Sean Tourangeau to Christian Gossett and Alec Peters). |
| | | Grossman Decl., ¶ 38, Ex. C (Gossett tr. at 92:14-93:13), Ex. Y (April 13, 2014 email exchange between Alec Peters, Tobias Richter, and Christian Gossett). |
| | | Grossman Decl., ¶ 10, Ex. C (Gossett tr. at 30:7-31:13, Ex. F (January 4, 2011 email from Alec Peters to Christian Gossett), Ex. A (Peters tr. at 332:15-334:4). |
| | | Grossman Decl., ¶ 12, Ex. C (Gossett tr. at 32:7-34:16), Ex. H (November 13, 2013 email exchange between Alec Peters and Christian Gossett), Ex. A (Peters tr. at 359:18-361:11). |
| 74. | Defendants have set the Axanar Works in 2241.03 to 2245.1, which is twenty-one years before *The Original Series* episode "Where No Man Has Gone Before." | Van Citters Decl., ¶ 15, Ex. 19 (*Prelude to Axanar*); ¶ 39. |

STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW

| 75. | Defendants set out to create a motion picture "prequel" to *The Original Series*. | Grossman Decl., ¶ 16, Ex. A(Peters tr. at 143:13-145:7), ¶ 35, Ex. V (blueprints for the soundstage at Paramount Studios that was used for Star Trek); ¶ 36, Ex. A (145:12-147:10), Ex. W (blueprints from the set of *The Next Generation*), ¶ 32, Ex. C (Gossett tr. at 47:22-48:6); ¶ 15, Ex. A (Peters tr. at 371:13-372:9), Ex. J (Mr. Gossett email exchange with Mr. Peters) ¶ 17, Ex. B (Burnett tr. at 202:12-203:4). |
| 76. | The element of stardates was first used in the second pilot of *The Original Series* "Where No Man Has Gone Before" in 1966 (Reg. No. PA-58-303), and was subsequently used in *The Next Generation*, *Deep Space Nine*, *Voyager*, and every Star Trek Motion Picture. | Van Citters Decl., ¶ 39. |
| 77. | Defendant Peters conceded that ████████████████████████ | Grossman Decl., ¶ 26, Ex. A (Peters tr. at 82:6-85:12). |
| 78. | The sequence of events of Defendants' works is taken from the Star Trek Copyrighted Works – the events depicted and discussed therein take place in and around the Battle of Axanar, as described both in *The Original Series* and in greater detail in *The Four Years War*. | Van Citters Decl., ¶ 60. |
| 79. | Defendants' works take place in the same settings as the Star Trek Copyrighted Works as they are set in alien star systems created by | Van Citters Decl., ¶ 62. |

13

STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW

10937387.1
202828-10048

| | | |
|---|---|---|
| 80. | Plaintiffs, on spaceships belonging to the United Federation of Planets, on Klingon battlecruisers fighting for the Klingon Empire, and on planets such as Qo'noS, Vulcan and Axanar. | |
| 80. | Defendants' works use the protected characters embodied by the U.S.S. Enterprise and Klingon starships. | Van Citters Decl., ¶ 59. |
| 81. | Defendants appropriated the mood and theme from the Star Trek Copyrighted Works, attempting to recreate the drama between the Federation and the Klingon Empire in a military space drama. | Van Citters Decl., ¶¶ 55, 56. |
| 82. | The second Star Trek motion picture, *The Wrath of Khan*, was a derivative work that expanded upon one of the episodes of *The Original Series* which featured a villain named Khan. | Van Citters Decl., ¶ 20. |
| 83. | Defendants raised ███████ ████████████████ | Grossman Decl., ¶ 73, Ex. A (Peters tr. at 70:24-71:4). |
| 84. | Defendants spent ████ ████████████████ | Grossman Decl., ¶ 73, Ex. A (Peters tr. at 190:19-191:24). |
| 85. | Mr. Peters ████████████ ███████ ████████████████ | Grossman Decl., ¶ 74, Ex. A(Peters tr. at 189:2-23), Ex. SS (financial summary at AX031122-AX031129). |
| 86. | Defendants ████████████ ████ | Grossman Decl., ¶ 61, Ex. B (Burnett tr.at 61:24-62:11); ¶ 74, Ex. A (Peters tr. at 122:21-25), Ex. SS (financial summary at AX030960, AX030959, AX031046, AX031128). |
| 87. | Defendants ████████████ ████████████ | Grossman Decl., ¶ 61, Ex. B (Burnett tr.at 62:12-18; 93:23-25; 140:21-141:3); ¶ 70 (Kingsbury tr. at 39:22- |



| | | |
|---|---|---|
| | | 41:9); ¶ 74, Ex. SS (financial summary at AX030958-AX030964 ). |
| 88. | Defendants ████████ | Grossman Decl., ¶ 74, Ex. A (Peters tr. at 65:7-18; 193:22-194:18), Ex. SS (financial summary at AX031058-AX031059).<br><br>Grossman Decl., ¶ 63, Ex. A (Peters tr. at 353:8-13; 487:21-488:8; 225:12-227:20), Ex. NN (lease).<br><br>Grossman Decl., ¶ 62, Ex. C (Gossett tr. at 35:11-36:7). |
| 89. | Defendants ████████ | Grossman Decl., ¶ 74, Ex. A (Peters tr. at 209:15-212:22), Ex. SS (financial summary at AX031019-AX031033). |
| 90. | Defendants ████████ | Grossman Decl., ¶ 74, Ex. A (Peters tr. at 195:21-198:1; 213:5-10), Ex. SS (financial summary at AX031051-AX031055). |
| 91. | Defendants ████████ | Grossman Decl., ¶ 74, Ex. A (Peters tr. at 201:6-204:7), Ex. SS (financial summary at AX030967-AX030981). |
| 92. | Ms. Kingsbury was Mr. Peters' girlfriend in 2014. | Grossman Decl., ¶ 72, Ex. D (Kingsbury tr.at 15:21-24; 18:7-11; 141:4-15); ¶ 71, Ex. A (Peters tr.at 197:12-15). |

| 93. | Mr. Peters ███████████ | Grossman Decl., ¶ 74, Ex. A (Peters tr. at 204:11-16, 205:3-16), Ex. SS (financial summary at AX030985-AX030986). |
| 94. | Mr. Peters ███████████ | Grossman Decl., ¶ 74, Ex. A (Peters tr. at 203:25-204:1); Ex. SS (financial summary at AX030981-AX030983). |
| 95. | Mr. Peters ███████████ | Grossman Decl., ¶ 74, Ex. A (Peters tr. at 217:6-15), Ex. SS (financial summary at AX030986-AX030987). |
| 96. | Mr. Peters ███████████ | Grossman Decl., ¶ 74, Ex. A (Peters tr. at 205:14-16),  Ex. SS (financial summary at AX030967-AX030987). |
| 97. | Defendants ███████████ | Grossman Decl., ¶ 74, Ex. A (Peters tr. at 205:20-207:9), Ex. SS (financial summary at AX031098-AX031110). |
| 98. | Mr. Peters ███████████ | Grossman Decl., ¶ 74, Ex. A (Peters tr. at 207:10-12),  Ex. SS (financial summary at AX031098). |
| 99. | Mr. Peters ███████████ | Grossman Decl., ¶ 74, Ex. A (Peters tr. at 208:2-16), Ex. SS (financial summary at AX031009-AX031010). |
| 100. | In raising money for the Axanar Works, Mr. Peters stated, "**Axanar** is the first fully-professional, independent Star Trek film.  While some may call it a 'fan film' as we are not licensed by CBS, Axanar has professionals working in front and behind the camera, with a fully-professional crew--many of whom have worked on Star Trek itself--who ensure Axanar will be the quality of Star Trek that all fans want to | Grossman Decl., ¶ 48, Ex. A (Peters tr. at 92:19-94:1); Ex. CC (Indiegogo site). |

| | | |
|---|---|---|
| | see." | |
| 101. | Defendants ███████████████████████ ███████████████████████ ███████████████████████ ███████████████████████ ███████████████████████ ███████████████████████ | Grossman Decl., ¶ 39, Ex. B (Burnett tr. at 55:4-14, 58:10-22,59:11-22). |
| 102. | Peters repeatedly referenced the Axanar Works as a professional production. | Grossman Decl., ¶ 52, Ex. A (Peters tr. at 91:11-92:7), Ex. GG (statement made by Alec Peters in an interview), ¶ 48, Ex. A (Peters tr. at 92:19-94:1), Ex. CC (Indiegogo fundraising page), ¶ 54, Ex. A (Peters tr. at 97:14-98:22), Ex. HH (screenshot from Defendants' Kickstarter fundraising page), ¶ 49, Ex. A (Peters tr. at 99:10-100:15), Ex. DD (Defendants' Indiegogo fundraising page), ¶ 50, Ex. A (Peters tr. at 108:6-109:12), Ex. EE (Facebook post by Alec Peters), ¶ 51, Ex. A (Peters tr. at 109:16-110:2), Ex. FF (Post on the Axanar Facebook page), ¶ 53 (Peters tr. at 133:16-143:5, 134:10-143:5, 135:11-136:2, 137:13-19-138:13, 138:21-140:2, 140:19-141:3,141:16-142:22), Ex. ZZ (transcript of podcasts), ¶ 11, Ex. A (Peters tr. at 170:22-171:3), Ex. G (printout from Axanarproductions.com), ¶ 56, Ex. A Peters tr. at 124:8-127:15), Ex. JJ (press kit). |
| 103. | Peters repeatedly stated that his production was not to be called a "fan film." | Grossman Decl., ¶ 48, Ex. A (Peters tr. at 92:19-94:1), Ex. CC (Indiegogo fundraising page), ¶ 49, Ex. A (Peters tr. at 99:10-101:10), Ex. DD (Defendants' Indiegogo fundraising |

| | | |
|---|---|---|
| | | page), ¶ 50, Ex. A (Peters tr. at 108:6-109:12), Ex. EE (Facebook post by Alec Peters), ¶ 51, Ex. A (Peters tr. at 109:16-110:2), Ex. FF (Post on the Axanar Facebook page), ¶ 53 (Peters tr. at 133:16-143:5, 134:10-143:5, 137:13-19 -138:13, 138:21-140:2,140:19-141:5, 141:16-142:22), Ex. ZZ (transcript of podcasts), ¶ 55, Ex. A (Peters tr. at 106:6-107:7), Ex. II (tweet) ¶ 57, Ex. A (Peters tr. at 349:18-24), Ex. KK (Peters email to Doug Drexler). |
| 104. | Peters attempted to meet with Netflix to become a producer of Star Trek productions, attempted to trademark the word "Axanar" and  | Grossman Decl., ¶ 58, Ex. A (Peters tr. at 442:21-449:9); Ex. LL (Facebook message exchange between Terry McIntosh and Alec Peters); ¶ 59, Ex. E (McIntosh tr. at 20:23-22:15), ¶ 60, Ex. C (Gossett tr. at 126:10-128:14), Ex. MM (April 20, 2015 email exchange between Alec Peters and Christian Gossett); ¶ 65, Ex. A (Peters tr. at 234:11-25); ¶ 66, Ex. B. (Burnett tr. at 151:2-153:12), ¶ 67, Ex. PP (Axanar marketing plan), ¶ 68, Ex. QQ (printout from Axanarproductions.com). |
| 105. | Mr. Peters' collaborator and the director of Axanar, Rob Burnett, stated | Grossman Dec., ¶ 77, Ex. B (Burnett tr. at 217:22-218:7); ¶ 78, Ex. C (Gossett tr. at 19:15-22:20); ¶ 79, Ex. A (Peters tr. at 455:24-456:16), Ex. OO (Facebook communication between Alec Peters and Terry McIntosh); ¶ 81, Ex. B (Burnett tr. at 32:6-33:1), ¶ 82 (Burnett tr. at 31:21-:36:20); Ex. RR (Robert Meyer Burnett online posting). |
| 106. | Mr. Peters created the Axanar Works | Grossman Decl., ¶ 79, Ex. A (Peters |

| | | | |
|---|---|---|---|
| 1<br>2<br>3 | | ███████████ | tr. at 455:24-456:16); ¶ 77, Ex. B (Burnett tr. at 217:22-218:7); ¶ 78, Ex. C (Gossett tr. at 19:15-:22:20). |
| 4<br>5<br>6<br>7<br>8 | 107. | Mr. Burnett, the editor of *Prelude to Axanar*, and director of the full length Axanar Film, also stated ███████████ | Grossman Decl., ¶ 82, Ex. B (Burnett tr. at 31:21-36:20), Ex. RR (Robert Meyer Burnett online posting). |
| 9<br>10<br>11<br>12 | 108. | Mr. Peters ███████████ | Grossman Decl., ¶ 65, Ex. A (Peters tr. at 234:11-25); ¶ 66, Ex. B (Burnett tr. at 151:2-153:12), Ex. PP (Axanar marketing plan). |
| 13<br>14<br>15 | 109. | Defendants ███████████ | Grossman Decl., ¶ 64, Ex. B (Burnett tr.at 142:14-148:8); Ex. PP (Axanar marketing plan); Ex. QQ (printout from Axanarproductions.com). |
| 16<br>17<br>18<br>19<br>20<br>21<br>22 | 110. | Peters stated: "But Axanar is not just an independent Star Trek film; it is the beginning of a whole new way that fans can get the content they want, by funding it themselves.  Why dump hundreds or thousands of dollars a year on 400 cable channels, when what you really want is a few good sci-fi shows?" | Grossman Decl., ¶ 49, Ex. A (Peters tr. at 99:10-100:15), Ex. DD (Axanar Indiegogo fundraising page). |
| 23<br>24<br>25<br>26<br>27<br>28 | 111. | The continued production and distribution of the Axanar Works would cause irreparable harm to the market for Star Trek Copyrighted Works because Star Trek fans will view the Axanar Works (and donate for the production of future works) instead of paying to view the Star | Van Citters Decl., ¶ 63. |

| | |
|---|---|
| Trek Copyrighted Works. | |
| 112. Peters was in charge of Axanar Productions' conduct and was responsible for the infringing conduct of Axanar Productions. | Grossman Decl., ¶ 86, Ex. C (Gossett tr. at 38:6-16; 161:14-23; 162:9-163:14); ¶ 84, Ex. A (Peters tr. at 55:21-58:9; 78:9-80:10), ¶ 87, Ex. E (McIntosh tr. at 52:12-20). |
| 113. Peters is the president of Axanar Productions. | Grossman Decl., ¶ 83, Ex. A (Peters tr. at 182:1-2). |
| 114. Peters was responsible for many of the creative decisions on the Axanar Works. | Grossman Decl., ¶ 85, Ex. B (Burnett tr. at 201:19-202:11); ¶ 86, Ex. C (Gossett tr. at 38:6-16; 161:14-23; 162:9-163:14). |
| 115. Peters supervised and controlled Axanar Productions. | Grossman Decl., ¶ 83, Ex. A (Peters tr. at 60:6-61:2), ¶ 87, Ex. E (McIntosh tr. at 52:12-20). |
| 116. Peters ████████████████ | Grossman Decl., ¶ 88, Ex. A (Peters tr. at 9:21-23; 21:18-25). |
| 117. In the years prior to Peters' creation of the Axanar Works, Peters sent several emails to CBS to report third parties whom Peters believed were using Plaintiffs' intellectual property without authorization. | Grossman Decl., ¶ 89, Ex. TT (Peters emails to CBS). |

## CONCLUSIONS OF LAW

| **Undisputed Conclusion of Law:** | **Supporting Law:** |
|---|---|
| **Defendants are Liable for Copyright Infringement** | |
| 1. Substantial similarity may be determined as a matter of law. | *Sid & Marty Krofft TV Prods. v. McDonald's Corp.*, 562 F.2d 1157, 1164 (9th Cir. 1977). |

STATEMENT OF UNCONTROVERTED
FACTS AND CONCLUSIONS OF LAW

| | | |
|---|---|---|
| 2. | The Copyright Act grants copyright owners "a bundle of exclusive rights, including the rights to 'reproduce the copyrighted work in copies' and 'to prepare derivative works based upon the copyrighted work.'" | *Castle Rock Entertainment v. Carol Publishing Group*, 150 F.3d 132, 137 (2d Cir. 1998), citing 17 U.S.C. §106. |
| 3. | Copyright infringement is established when the owner of a valid copyright demonstrates ownership of the works at issue and unauthorized copying by the defendant. | *Feist Publ'ns, Inc. v. Rural Tel. Serv. Co.*, 499 U.S. 340, 361(1991). |
| 4. | Characters, including objects, vehicles and ships, are protected under copyright law when they have "physical as well as conceptual qualities" and are "sufficiently delineated" so as to merit copyright protection. | *DC Comics v. Towle*, 802 F.3d 1012, 1021 (9th Cir. 2015). |
| 5. | The Ninth Circuit, in *DC Comics v. Towle*, recently affirmed the copyright protections afforded to iconic inanimate objects, such as the "Batmobile," and that decision applies with equal force to the Starship Enterprise (call-sign NCC-1701), and to the Klingon battlecruisers portrayed in Plaintiffs' Star Trek Copyrighted Works and copied by Defendants. | *DC Comics v. Towle*, 802 F.3d 1012, 1021 (9th Cir. 2015). |
| 6. | Where, as here, there is direct evidence of copying, the question is whether there is "substantial similarity as a matter of law," which involves an examination of whether Defendants copied | *Feist Publications, Inc. v. Rural Telephone Serv., Inc.*, 499 U.S. 340, 361 (1991). |

STATEMENT OF UNCONTROVERTED
FACTS AND CONCLUSIONS OF LAW

| | | |
|---|---|---|
| | "elements of the work that were original." | |
| | **Defendants' Fair Use Defense Fails.** | |
| 7. | The "central purpose" of the fair use inquiry is to determine whether the infringing works are "transformative." | *Campbell v. Acuff-Rose Music, Inc.*, 510 U.S. 569, 578-580 (1994). |
| 8. | The question of whether or not a work is "transformative" is often determinative on the issue of fair use. | *Kelly v. Arriba Soft Corp.*, 336 F.3d 811, 818 (9th Cir. 2003). |
| 9. | The creation of a derivative work that is set in a (slightly) different time than the original does not constitute a "transformative use." | *Salinger v. Colting*, 641 F. Supp.2d 250 (S.D.N.Y. 2009). |
| 10. | The Supreme Court held in *Harper & Row, Publrs. v. Nation Enters.*, 471 U.S. 539, 568 (1985) that a plaintiff can demonstrate the existence of harm to its potential market merely by showing "that if the challenged use should become widespread, it would adversely affect the potential market for the copyrighted work…This inquiry must take account not only of harm to the original but also of harm to the market for derivative works." (internal citations and quotations omitted). | *Harper & Row, Publrs. v. Nation Enters.*, 471 U.S. 539, 568 (1985). |
| 11. | Moreover, "[i]f the defendant's work adversely affects the value of any of the rights in the copyrighted work (in this case the adaptation [and serialization] right) the use is not fair." *Id.* (citation omitted). | *Harper & Row, Publrs. v. Nation Enters.*, 471 U.S. 539, 568 (1985). |
| 12. | Here, by creating a derivative work, set in the Star Trek universe, using Plaintiffs' | *Paramount Pictures Corp. v. Carol Publ'g Group*, 11 F. Supp.2d 329, |

| | | |
|---|---|---|
| copyrighted characters, settings, and plots, Defendants are, by definition, causing market harm to Plaintiffs by damaging Plaintiffs' potential market for derivative works. | 336 (S.D.N.Y. 1998). |

**Plaintiffs Are Entitled to Partial Summary Judgment on Liability**

| 13. | In copyright cases, summary judgment can be granted as to liability | *Munhwa Broad. Corp. v. Song*, No. CV 14-04213-RGK (RZx), 2015 U.S. Dist. LEXIS 77909, at *21 (C.D. Cal. May 12, 2015)(Klausner, J.); *Toho Co., LTD v. Priority Records, LLC*, CV 01-04744-SVW (RZx), 2002 U.S. Dist. LEXIS 14093, at *19 (C.D. Cal. Mar. 26, 2002)(granting plaintiffs' motion for partial summary judgment and finding defendants liable for copyright infringement) *ZZ Top v. Chrysler Corp.*, 54 F. Supp. 2d 983, 986 (W.D. Wash. 1999) (granting plaintiffs' motion for partial summary judgment and finding defendant liable for infringing plaintiff's copyright). |

**Plaintiffs Are Entitled to Declaratory Relief**

| 14. | An actual controversy has arisen and now exists relating to the rights and duties of Plaintiffs and Defendants under the United States copyright laws in that Plaintiffs contend that they are the sole owners of the Star Trek Copyrighted Works and that the Axanar Works infringe Plaintiffs' rights in the Star Trek Copyrighted Works. | The Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, and Rule 57 of the Federal Rules of Civil Procedure. |

| Plaintiffs Are Entitled to a Permanent Injunction | |
|---|---|
| 15. In determining whether to issue a permanent injunction in copyright infringement actions, courts evaluate four factors: (1) irreparable harm; (2) inadequacy of monetary damages; (3) the balance of hardships; and (4) whether the public interest would be served by a permanent injunction. | *eBay, Inc. v. MercExchange, LLC*, 547 U.S. 388, 391 (2006). |
| 16. Plaintiffs may establish irreparable harm stemming from the infringement (*e.g.*, loss of market share, reputational harm)." | *MGM Studios, Inc. v. Grokster, Ltd.*, 518 F. Supp. 2d 1197, 1215 (C.D. Cal. 2007)(internal brackets omitted), citing 6 Patry, supra, § 22:74. |
| 17. The continued production and distribution of Axanar Works would cause irreparable harm to the market for Star Trek Copyrighted Works because Star Trek fans will view the Axanar Works (and donate for the production of future works) instead of paying to view the Star Trek Copyrighted Works. | *Warner Bros. Entm't Inc. v. RDR Books*, 575 F. Supp. 2d 513, 552 (S.D.N.Y. 2008). |
| 18. Second, a legal remedy is inadequate if it would require a multiplicity of suits." | *MGM Studios, Inc. v. Grokster, Ltd.*, 518 F. Supp. 2d 1197, 1220 (C.D. Cal. 2007) (internal citations and quotations omitted). |
| 19. Fourth, the public interest would be served with a permanent injunction because it would protect Plaintiffs' copyrights in the Star Trek Copyrighted Works against increased infringement. | *MGM Studios, Inc. v. Grokster, Ltd.*, 518 F. Supp. 2d 1197, 1222 (C.D. Cal. 2007); *see Perfect 10 v. Google, Inc.*, 416 F. Supp. 2d 828, 859 (CD. Cal. 2006). |

| Peters is Liable for Contributory Infringement | |
|---|---|
| 20. | To hold a party liable for contributory copyright infringement, Plaintiffs must show that the party (1) knew or had reason to know of direct infringement and (2) materially contributed to the infringing conduct of another. | *UMG Recordings, Inc. v. Sinnott*, 300 F. Supp. 2d 993, 998-1001 (E.D. Cal. 2004). |
| Peters is Liable for Vicarious Infringement | |
| 21. | To establish vicarious liability for copyright infringement, "Plaintiffs must establish that [a defendant] 1) had the right and ability to supervise or control the infringing [parties], and 2) obtained a financial benefit from the infringing [parties]." | *UMG Recordings, Inc. v. Sinnott*, 300 F. Supp. 2d 993, 998-1001 (E.D. Cal. 2004). |

Dated:  November 16, 2016

LOEB & LOEB LLP
JONATHAN ZAVIN
DAVID GROSSMAN
JENNIFER JASON

By:*/s/ David Grossman*
    David Grossman
    Attorneys for Plaintiffs
    PARAMOUNT PICTURES
    CORPORATION and CBS STUDIOS
    INC.