**EXHIBIT C**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

PARAMOUNT PICTURES )
CORPORATION, a Delaware )
corporation; and CBS )
STUDIOS, INC., a Delaware )
corporation, )
)  Case No. 2:15-cv-09938-RGK-E
        Plaintiffs, )
)
   vs. )
)
AXANAR PRODUCTIONS, INC., a )
California corporation; ALEC )
PETERS, an individual, and )
DOES 1-20, )
)
        Defendants. )
_____)

*Certified Copy*

VIDEOTAPED DEPOSITION OF CHRISTIAN GOSSETT

Date and Time:   Saturday, October 22, 2016
                 10:14 a.m. – 4:59 p.m.

Location:        10100 Santa Monica Boulevard, Suite 2200
                 Los Angeles, California

Reporter:        Vicki A. Saber, CSR, RPR, CRR, CCRR, CLR
                 Certificate No. 6212

Job No. 8142



*Elite*
COURT ▦ REPORTING

```
      1  understanding of his profession at the time?

      2       A. He was -- he told me he was an entrepreneur;

      3  that he had a web-based business.

      4          I would love some of that.

10:30 5       Q. Oh, we've got --

      6          MS. COORG:  I'll grab it.

      7          MR. GROSSMAN:  Thank you.

      8          THE WITNESS:  Thank you.

      9          MS. COORG:  Of course.

10:30 10  BY MR. GROSSMAN:

     11       Q. So at some point after you met Mr. Peters did

     12  he discuss with you his idea for making a movie

     13  involving the Star Trek universe?

     14       A. Years after we met.  Years after we met.

10:30 15      Q. And was the first concept that he discussed

     16  with you what ended up becoming Prelude to Axanar?

     17       A. The first moment I heard that he wanted to

     18  create something that would become Prelude to Axanar

     19  specifically was after we had discussed many possible

10:31 20  chances at working together on something, all of which

     21  did not work out.  I declined most of them.  There were

     22  other reasons.  For timing.  I was busy on these other

     23  things I just mentioned.  And strictly speaking, he was

     24  not in entertainment.  He was a web-based entrepreneur.

10:31 25  So you have to be very, very, very careful about the
```

                                                              **19**

1   partnerships that you enter into as a freelancer

2   essentially.  Time is incredibly precious.

3          So this one, however, was different in that he

4   said to me very excitedly on the phone, "Chris, I just

10:31  5   did this auction with -- for CBS, this Star Trek

6   auction" -- and I'm paraphrasing here -- "and I asked

7   them what I would need to do to prove to them that I can

8   produce Star Trek television."  That was the gist:

9   "What do I need to do?  You own intellectual properties.

10:32  10  You have had entertainment deals from those intellectual

11  properties with Warner Bros., Universal, and others.

12  Your intellectual property went from a graphic novel to

13  a video game on the Playstation and Xbox.  You know

14  these things.  What do I do?"

10:32  15         And my response immediately -- as someone who

16  had been -- who had worked in independent intellectual

17  property and corporate intellectual property, my first

18  counsel to him was, "Well, what I would do is create my

19  own intellectual property, and I would produce a short,

10:32  20  a concept, a proof of concept to show that you can

21  produce live-action television or live-action

22  entertainment, and then I would show them, 'Hey, look, I

23  produced this.'"

24         He didn't want to do that.  He said, "No, no.

10:33  25  Specifically Star Trek.  I want to show them I can

**20**

1    produce Star Trek."  He called me to show him the ropes

2    as to why one would do one thing or another, so I

3    replied, "Here's the thing, Alec.  Best-case scenario,

4    best-case scenario, and the most likely scenario, even

10:33 5    if lightning strikes and you are able to create

6    something incredible, the odds being against you of

7    doing so, best-case scenario is that is assimilated into

8    the IP by the IP owners, and you are not taken with it."

9    I say that from experience.

10:33 10         Sorry about that, Sergio.

11         I say that from experience.  I had many of my

12    designs as I worked for higher artists and up being

13    exploited again and again and again by Lucasfilm outside

14    of my first -- outside of their first primary category.

10:34 15    For example, I designed lots of Star Wars things, and

16    those items that I designed for Lucasfilm comic books

17    ended up in the films and video games and new video

18    games to this day which is a real point of pride and an

19    affirmation of my ability; however, a cautionary tale as

10:34 20    far as finance.

21         So I told him all this and -- as evidence of

22    my -- what I was -- the counsel I was giving him, but he

23    was steadfast.  He really wanted to do Star Trek.  That

24    was the only -- he didn't want to come up with an IP.

10:34 25         At that point, unfortunately, he cited the

**21**

1    slings and arrows that I had suffered as an independent

2    IP creator and didn't want to go through that.  He hoped

3    that by creating Star Trek he could circumnavigate the

4    burden of having to create an independent IP, having to

10:35  5    market it, having to create it, having to successfully

6    market it to an audience large enough to sustain it

7    financially over the long term.  These are all valid

8    concerns, but again, having been through it, having been

9    both -- through both types of IP creation, I still said,

10:35 10    "Listen, man, your best bet, worst-case scenario is no

11    problem at all.  You make Star Trek, they don't like it,

12    but best-case scenario is there's a very infinitesimal

13    chance, infinitesimal chance that this would work out

14    the way that you're describing for me that you hope it

10:35 15    would work out."

16         Q. And was his hope, as he expressed it to you,

17    that he would create a Star Trek piece of intellectual

18    property and CBS would like it and hire him in some

19    capacity?

10:35 20         A. That was the idea.

21         Q. And you told him that was maybe not the best

22    idea, but he moved forward with that idea?

23         A. I strongly advised against, and that was the

24    end of the primary conversation.  I said, "You'll want

10:36 25    to think about making your own IP."  And then when I

**22**

1    design phasers that would fit into that timeline?

2         A. Indeed.   And specifically 20 years before the

3    five-year mission of James T. Kirk and the Enterprise.

4              (Exhibit 124 was marked for

10:48  5         identification.)

6    BY MR. GROSSMAN:

7         Q. Mr. Gossett, I've had marked as Exhibit 124 an

8    email dated January 4, 2011 from Mr. Peters to you, and

9    my first question is just do you recognize this email?

10:48 10         A. I do.

11         Q. And is this an email that Mr. Peters in fact

12    sent to you?

13         A. Yes.

14         Q. This email has a subject "must watch TOS."  Do

10:48 15    you understand "TOS" to refer to the original series?

16         A. I do.

17         Q. And that's the three-year 1966 television

18    series starring William Shatner?

19         A. It is.

10:48 20         Q. It goes on to say, "Doc and Vic, Christian and

21    I are meeting next Friday to work on the Axanar

22    treatment.  In the meantime he is going to go get the

23    TOS Blu-Rays and watch the key episodes again.  I

24    suggested the following which are all on various top ten

10:49 25    lists too."

                                                        30

1          And when he says in this email "in the

2    meantime he is going to get the Blu-rays," was

3    Mr. Peters referring to you?

4          A. Yes.

10:49  5          Q. Did you in fact do that?

6          A. He lent me his Blu-rays.

7          Q. And did Mr. Peters explain to you why he

8    wanted you to review those episodes?

9          A. Yes.

10:49 10          Q. What did he tell you?

11          A. He wanted me to see them so that Axanar would

12    be as convincingly Star Trek as possible and impressive

13    to CBS.

14          (Exhibit 125 was marked for

10:50 15          identification.)

16    BY MR. GROSSMAN:

17          Q. Mr. Gossett, I've had marked as Exhibit 125 an

18    email string beginning at the bottom with AX29228 and on

19    the first page there's an email from you to Mr. Peters

10:50 20    dated November 25, 2012.

21          Could you take a look at that and just let me

22    know if you recognize this email.

23          A. I do recognize this email.

24          Q. If you go to the bottom of this first page

10:51 25    there's an email from Sean Tourangeau to Alec Peters,

31

1  and the subject is "Klingon Concepts," and he attaches

2  some -- on the following pages some Klingon character

3  concepts.  Mr. Peters then on that same first page

4  writes to you, and he says, "We can discuss.  I think

10:51  5  you should do a couple," and you respond on the top

6  email, "I agree.  I'll do the Klingons."

7       When you said "I'll do the Klingons," what

8  were you referring to?

9       A. I was referring to designing the Klingons to

10:51  10  the specific production that we were making.

11       Q. And did you know what Mr. Tourangeau's role

12  was?

13       A. I was not the only designer working on this

14  what amounts to a spec.  What we were told was a spec.

10:52  15  Alec was enthusiastically seeking the assistance of any

16  and all people that he could make a part of this

17  venture, if you will.

18       Q. So Mr. Tourangeau was also performing some

19  design work?

10:52  20       A. Indeed.

21       Q. And did you -- in fact after the date of this

22  email, did you in fact work on designing Klingons?

23       A. I did.

24       Q. And if you recall, how did you go about

10:52  25  designing the Klingons that would be in Axanar?

32

1        MS. COORG:  Object to the extent that your

2   question implies the existence of a movie.

3   BY MR. GROSSMAN:

4        Q. You can answer.

10:53   5        A. Okay.  The first thing I did was I looked at

6   the other fan films and saw what Klingons they had done

7   so as to have a baseline to work from or against.  This

8   is standard in concept design in entertainment.  You

9   look at what the competition is doing and you're either

10:53  10   inspired by it or you work against it.

11        There were -- the next thing I did was I

12   looked at the, again, TOS.  Those were the Klingons that

13   were 20 years after the timeline that Alec was

14   enthusiastic about producing a story in and they also

10:53  15   happened to be my favorite Klingons so those were the

16   Klingons that I used.  So just like I did the with the

17   phasers, I went online, entered Klingons into Google.

18   TOS Klingons specifically.  And made sketches.

19        (Exhibit 126 was marked for

10:54  20        identification.)

21   BY MR. GROSSMAN:

22        Q. Mr. Gossett, I've had marked as Exhibit 126 a

23   one-page email that I believe is actually about a year

24   later from the last exhibit we looked at, 125, and in it

10:54  25   Mr. Peters is emailing you a number of links.  This

**33**

1  particular email is dated November 13th, 2013.

2        Do you recall receiving this email?

3        A. I do.

4        Q. And the first heading in Mr. Peters' email

10:54  5  says, "TMP Klingons."  Do you understand what the term

6  "TMP" refers to?

7        A. I do.

8        Q. What is that?

9        A. The motion picture.

10:55 10        Q. Is that Star Trek: The Motion Picture?

11        A. It is Star Trek: The Motion Picture.

12        Q. And Mr. Peters includes a number of links to

13  websites under his heading TMP Klingons.  Why did

14  Mr. Peters send you those links?

10:55 15        A. As assistance in the design of the Klingons we

16  would be using in Prelude to Axanar.

17        Q. And then there's also another heading that

18  just is entitled "Chang."  Do you know what Mr. Peters

19  was referring to by the heading "Chang"?

10:55 20        A. Yes.

21        Q. Who is Chang?

22        A. Chang is a specific famous Klingon character

23  from one of the films, and that was -- as we would have

24  a Klingon general in our story, or were planning on

10:55 25  having one in our story, and since Alec owned the

34

1  costume for Chang we wanted to use that costume in the

2  show.

3      Q. And were you -- in connection with your work

4  on the Axanar project, were you asked to design the

10:56  5  Klingon Chang?

6      A. Yes.

7      Q. And did you do that?

8      A. I did.  Although we used the costume, we

9  changed the Chang character to a character named Kharn,

10:56  10  a different character.  A different Klingon general.

11      Q. By the way, Mr. Peters' email address in this

12  document, Exhibit 126, is alec@propworx.com.  Do you

13  know what Propworx is?

14      A. Propworx -- I do.

10:56  15      Q. What is it?

16      A. Propworx is another of Alec's online

17  businesses.

18      Q. Have you ever worked in the studio facility in

19  Valencia?

10:57  20      A. No.

21      Q. And you understand that Axanar Productions

22  rented out a studio facility in Valencia?

23      A. I am.

24      Q. Have you ever been there?

10:57  25      A. I have been.

35

1          Q. Do you know whether or not Propworx has its

2    offices in that facility?

3          A. I believe it does.

4          Q. And do you know whether or not Propworx houses

10:57 5    any of its props in that facility?

6          A. I have seen their props and costumes there,

7    yes.

8               (Exhibit 127 was marked for

9               identification.)

10:58 10   BY MR. GROSSMAN:

11         Q. Mr. Gossett, I've had marked as Exhibit 127 an

12   email dated March 24, 2013, from Sean Tourangeau to you

13   and Mr. Peters.  And Mr. Tourangeau says, "Here are a

14   couple quick marker comps I did last night for some

10:58 15   uniform ideas just in case you want me to draw up more."

16              And my first question is do you recognize this

17   email?

18         A. I do.

19         Q. And do you recall why Mr. Tourangeau was

10:58 20   designing these costumes at this time?

21         A. Because Alec asked him to do so.

22         Q. If you see in the middle of the email there's

23   sort of a footer to Mr. Tourangeau's first two designs

24   that says "Star Trek pre-TOS concepts."

10:59 25        A. Yes.

                                                        36

1         Q. Do you know what he was referring to by that?

2         A. I do.

3         Q. What was he referring to?

4         A. He was referring to -- pre-TOS refers to the

10:59 5   prime timeline before the original series.

6         Q. Which is where the Axanar works were intended

7   to be set?

8         A. Indeed.

9             (Exhibit 128 was marked for

10:59 10      identification.)

11   BY MR. GROSSMAN:

12        Q. Mr. Gossett, I've had marked as Exhibit 128 an

13   email string that on the first page is from Mr. Peters

14   to a Brenda Hinesley copying yourself dated July 28,

11:00 15   2013.

16            Do you recall receiving this email on the

17   first page of Exhibit 128?

18        A. I do.

19        Q. And do you know who Brenda Hinesley is?

11:00 20      A. I do.

21        Q. Who is she?

22        A. A friend of mine and a -- someone who is --

23   she's a wardrobe designer.  She makes clothes.  She

24   worked on previous films with me.

11:00 25      Q. And do you recall what, if any, designs she

                                                        37

1    came up with for the Axanar project?

2         A. I remember discussing them, but the

3    understanding was I would do the designs and Brenda

4    would be facilitating them.  Building them essentially.

11:01  5    She's a very talented builder.

6         Q. Okay.  Did Mr. Peters have approval over the

7    designs for the costumes?

8         A. Yes, he did.

9         Q. Uniforms?

11:01 10        A. Yes, he did.  Costumes, uniforms.  Name it

11   what you want.

12        Q. Did he also have approval over the ship

13   designs?

14        A. Yes, he did.

11:01 15        Q. And the sets?

16        A. And the sets.

17        Q. There's someone named Jhennifer Webberley

18   who's copied on this.

19        A. Yes.

11:01 20        Q. Who is Jhennifer Webberley?

21        A. Jhennifer Webberley is a producer who came on

22   to introduce me to Brenda.

23        Q. What did Jennifer do on Prelude to Axanar?

24        A. She was a co-producer and -- co-producer.

11:02 25        Q. What's her expertise as a producer?

38

1    licensed Star Trek works?

2         A. The first one which is from the original show.

3    The last one which is also from the original series.  I

4    don't know about the fourth, the one above the fifth.  I

11:16  5    don't know about that one nor do I know about the second

6    and third, but I don't believe they were ever on any

7    Star Trek show that I saw.

8         Q. And do you recall if you used this image as a

9    template to help you design the costumes?

11:16 10        A. I did not.

11        Q. How did you go about designing the costumes

12    for Prelude?

13        A. I did sketches and I submitted those sketches

14    to Rosio Avernat (phonetic) at the builder in Vernon,

11:16 15    California.

16        Q. And what source material did you use to come

17    up with the designs for the costumes or uniforms?

18        A. Just as with the phasers and with any other --

19    and with the Klingons, I looked online and used stuff

11:16 20    that I found there as well as links that were sent to me

21    by Alec.

22        Q. And did Alec specify what he was looking for

23    in terms of the design of the costumes and uniforms?

24        A. Repeatedly.

11:17 25        Q. What did he tell you?

                                                          **47**

1       A. "Don't make it look like fifties sci-fi."

2       Q. Did he tell you what he did want it to look

3   like?

4       A. He wanted it to look like 20 years before the

11:17 5   voyage of Kirk and Spock and the Enterprise.  20 years

6   before the original series.

7           (Exhibit 132 was marked for

8           identification.)

9   BY MR. GROSSMAN:

11:17 10       Q. I've had marked as Exhibit 132 an email dated

11   April 26, 2014, from you to Mr. Peters and

12   Ms. Webberley.

13       Do you -- is this in fact an email you sent on

14   or about that date?

11:18 15       A. It is.

16       Q. And you list a number of notes.  The first one

17   is Inverness.  You say, "I really like the word

18   Inverness, and we have more than enough major deviations

19   from the FASA," F-A-S-A, "book already so that's not

11:18 20   really a case against it, including the major one, where

21   we've given much more significance to the Battle of

22   Axanar.  If we're using the FASA book as a bible, then

23   we're already not doing it consistently."

24       What's the FASA book that you're referring to?

11:18 25       A. I'm referring to a FASA book that I believe is

**48**

ELITE COURT REPORTING (949) 829-9222

1   entitled, "The Four Years War."

2       Q. And was that a supplement to the Star Trek

3   role-playing game?

4       A. It was a licensed supplement to the Star Trek

11:18  5   role-playing game.

6       Q. Did you review that Four Years War supplement?

7       A. I did.

8       Q. And was that something that you used as source

9   material to work on the Axanar project?

11:19 10       A. It wasn't of much use, but for diligence sake

11   I looked through it.

12       Q. And when you say "if we're using the FASA book

13   as a bible," what were you referring to?

14       A. Alec was -- well, Prelude to Axanar takes

11:19 15   place during The Four Years War, and so Alec used this

16   book as a bible, essentially a kind of baseline.  Design

17   style bible.  "Bible" used in the context of style for

18   the creation of the assets of the show.  Assets being

19   costumes, weapons, environmental designs.  And I

11:19 20   pushed -- this is me pushing against using it as a bible

21   because of the inconsistencies that he wanted on the one

22   hand.  He -- on the one hand he wanted us to use FASA

23   stuff as a bible, quote-unquote, but then he also wanted

24   other things as well, and so I was calling him out on

11:20 25   that inconsistency.

**49**

1         Q. Did Mr. Peters actually give you a copy of

2   that book --

3         A. He did.

4         Q. -- the FASA book?

11:20  5   A. Yes.   Sorry.

6              Sorry, Vicki.

7         Q. So you didn't already have that particular

8   supplement?

9         A. I did not.   That is a hard book to find from

11:20 10  what I hear.

11             (Exhibit 133 was marked for

12             identification.)

13  BY MR. GROSSMAN:

14        Q. Mr. Gossett, I've marked as Exhibit 133 an

11:20 15  April 4, 2014 email from you to Mr. Peters.   And my

16  first question is just did you send this email to

17  Mr. Peters on or about April 4, 2014?

18        A. I did.

19        Q. It's entitled "Please Look" -- the subject is

11:21 20  "Please Look" dash "Images for Kevin."   And the text of

21  your email says, "Kevin needs to see any changes we want

22  for Kharn," K-H-A-R-N, "so this is what I was thinking."

23             Who is the Kevin that you are referring to

24  here?

11:21 25        A. That would be Kevin Haney, a makeup artist.

                                                          **50**

1  writers in?

2      A. There was a constant threat by Alec that there

3  would be other writers onboard.  Constant.  Especially

4  after Prelude.

11:59   5      Q. This document has actually previously been

6  marked as Exhibit 62.

7          (Exhibit 62 previously marked is

8          attached hereto.)

9  BY MR. GROSSMAN:

11:59  10      Q. This is a multi-page document.  It's entitled

11  "Prelude to Axanar First Invitational Screening

12  Comic-Con International San Diego July 26, 2014."  And

13  on the inside page it says "United Federation of Planets

14  Historical Society," and at the bottom it says "Program

12:00  15  created by Christian Gossett, Alec Peters, Terry

16  McIntosh."

17          Did you assist in the creation of this

18  program?

19      A. I did.

12:00  20      Q. And do you recall what the purpose of this

21  program was?

22      A. The purpose of this program was to create a

23  sense of event at the screening.  Again, I was under the

24  understanding that there may have been members of CBS

12:00  25  and/or Paramount at the screening and we were trying to

**67**

1    make this impressive to those entities should they be in

2    attendance.

3        Q. Why?

4        A. Because as -- from the beginning we were told

12:00 5  that this was all with CBS's sanction and that it was

6    Alec's bid to become a producer of Star Trek.

7        Q. If you go through the document a few pages

8    there's some images.  If you look at 5096 at the bottom.

9        A. Yes.

12:01 10     Q. At the top there are a couple of images of

11   starships in space, and at the bottom it appears to be a

12   terrestrial image of a city being fired upon by some

13   weapon.

14       A. Yes.

12:01 15     Q. Do you know what the top image is?

16       A. Yes.  The top image is -- the top image is

17   comprised of spaceships from Prelude to Axanar.

18       Q. Did you design those spaceships?

19       A. I did not design the starships themselves, no.

12:01 20     Q. Do you know who did?

21       A. I believe it was Tobias Richter.

22       Q. And was he the special effects professional?

23       A. (Witness nods head.)

24       Q. Did he work in another country?

12:02 25     A. He did.  He worked in Germany.

68

1        Q. Had you ever met him in person?

2        A. Not in person.

3        Q. The second image on this page in the middle,

4    is that a space dock?

12:02  5        A. It is a space dock.

6        Q. And do you know what the starship is that's

7    being represented there?

8        A. That is the Ares class fighter.  Ares class

9    fighter from Prelude to Axanar.  It was designed by

12:02 10    Tobias Richter and Sean Tourangeau.

11        Q. And there's a -- on the underneath of the

12    saucer part of the spaceship there's a designation that

13    says NCC-1650.

14        A. Yes.

12:02 15        Q. What does that refer to?

16        A. That refers to -- well, that's a callback to

17    Star Trek, the television shows and movies.  All of the

18    Federation starships have a designation NCC and some

19    number.

12:03 20        Q. And what's the designation of the USS

21    Enterprise?

22        A. NCC-1701.

23        Q. Was this spaceship in Prelude to Axanar marked

24    with 1650 to designate that it was a model that was

12:03 25    before the Enterprise?

**69**

1          A. Yes.

2          Q. And do you know what the bottom image is?

3          A. Yes.

4          Q. What is that?

12:03  5          A. The bottom image is a moment from Prelude to

6     Axanar in which the city -- a city is under attack by

7     Klingon disruptor beams.

8          Q. Did Mr. Richter create that image?

9          A. He did.

12:03  10          Q. Skipping ahead to 5101, again, there are a

11    number of images on this page.  Do you know what the top

12    image is?

13          A. I do.

14          Q. What is that?

12:04  15          A. It is an image from Prelude to Axanar in which

16    the Federation or ships from the Federation has suffered

17    defeat at the hands of the Klingons.

18          Q. And the image on the left below that top

19    image, what is that?

12:04  20          A. That is a Klingon warship of some model.

21          Q. And on the right of the Klingon warship?

22          A. On the right of the Klingon warship is a

23    Federation shuttle of some model.

24          Q. Did you design either the Klingon warship or

12:04  25    the Federation shuttle?

70

1          A. I do.

2          Q. This particular email has a link in it to

3     flickr.com and a site that is labeled as "Bird of the

4     Galaxy" slash "sets."

01:15  5          Do you recall what this was that Mr. Peters

6     sent to you?

7          A. I don't, but I know what Bird of the Galaxy

8     refers to.

9          Q. Is that Roddenberry?

01:15 10          A. It is.

11          (Exhibit 147 was marked for

12          identification.)

13     BY MR. GROSSMAN:

14          Q. I've had marked as Exhibit 147 a one-page

01:16 15     email dated April 13, 2014 from Tobias Richter to you.

16          Do you recall receiving this email?

17          A. I do.

18          Q. And was Mr. Richter the special effects person

19     on Prelude to Axanar?

01:16 20          A. He was.

21          Q. In his email Mr. Richter says, "Attached is a

22     WIP shot of the Eminiar," E-M-I-N-I-A-R, "city.  It is a

23     slightly different city or view within the city from the

24     established matte shot in TOS.  I imagine the city looks

01:17 25     different 20 to 30 years before, and especially before

**92**

ELITE COURT REPORTING (949) 829-9222

1    the war."

2         Do you know what Mr. Richter was referring to

3    here?

4         A. I do.

01:17  5    Q. What was he referring to?

6         A. The city of Eminiar is a city that was

7    portrayed in the original series of Star Trek, and it is

8    a city we used as a location in Prelude to Axanar.

9         Q. The location on what planet, if you recall?

01:17 10    A. I don't recall what -- oh, Archanis 6, I

11    believe it was.

12         Q. Somewhere in the Archanis sector?

13         A. Somewhere in the Archanis system, yes.

14              (Exhibit 148 was marked for

01:18 15              identification.)

16    BY MR. GROSSMAN:

17         Q. Mr. Gossett, I've marked as Exhibit 148 a

18    one-page email from Mr. Peters to you and someone named

19    Hamilton Cox dated March 17, 2014.

01:18 20         Do you recall receiving this email?

21         A. I do.

22         Q. And who is Hamilton Cox?

23         A. Hamilton Cox is a wardrobe professional.

24         Q. Was he working or assisting on Prelude to

01:18 25    Axanar?

                                                        93

ELITE COURT REPORTING (949) 829-9222

1   more -- the ones on the right are much more close to the

2   source material, the TOS source material, and the ones

3   on the left are -- no, I'm sorry.  That's -- well, yes,

4   actually, if you look at the ones on the right, they are

01:51  5   what we would say in the design business closer to

6   source.  They are more like the original series.  And

7   the ones on the left vary slightly from that.

8       Q. Did you work on the script for the full-length

9   feature Axanar?

01:51 10       A. I did.

11       Q. Who else worked with you on that script?

12       A. The only people that worked with me on that

13   script was Alec Peters.

14       Q. Can you describe roughly the version of the

01:52 15   script, the final version or last version that you

16   worked on, can you give a thumbnail summary of the plot?

17       MS. COORG:  Objection.  Form.

18   BY MR. GROSSMAN:

19       Q. You can answer.

01:52 20       A. Yes.  The last version I recall -- the last

21   version I participated in was a story in which Garth of

22   Izar, Federation Captain Garth of Izar, is asked to

23   defend the Federation by Admiral Ramirez from the

24   Klingon invasion, and as a result of being asked to

01:52 25   defend the Federation in this way, Garth of Izar

**112**

1    proposes a plan that will force a final decisive battle

2    at a place called Axanar.

3        Q. And was Axanar a setting that was taken from

4    that FASA Four Years War you described earlier?

01:53  5        A. Yes --

6            MS. COORG:  Objection to form.

7            THE WITNESS:  Yes, it was.  And from the

8    original series.

9            (Exhibit 156 was marked for

01:53 10           identification.)

11   BY MR. GROSSMAN:

12       Q. By the way, how much of a -- how knowledgeable

13   were you about the Star Trek universe before you started

14   working on the Star Trek project -- on the Axanar

01:53 15   project?

16       A. I was a casual Star Trek fan.  My education in

17   Star Trek came after I agreed to help Alec realize

18   Prelude to Axanar.

19       Q. And did you know Rob Burnett before you

01:54 20   started working on the Axanar project?

21       A. Long before.

22       Q. How did you know Mr. Burnett?

23       A. I knew Mr. Burnett -- I met him at a comic

24   convention, and he came up to me and complimented my

01:54 25   graphic novel series.  Then I asked who he was.  And he

**113**

1    called him names.  He never really was able to

2    substantiate any of his name calling, but he used many

3    names.

4        Q. And I mentioned Star Trek Continues.  You're

02:14  5    familiar with that production?

6        A. I am.

7           (Exhibit 161 was marked for

8           identification.)

9    BY MR. GROSSMAN:

02:14 10       Q. So I've marked as Exhibit 161 a multi-page

11   document.  It begins on the first page with an email

12   from you to -- oh, sorry -- from

13   christian@axanarproductions to

14   christian.gossett@gmail.com, and it is dated April 21,

02:15 15   2015, and below it there's another email from

16   christian.gossett@gmail.com to

17   alec@axanarproductions.com.

18          Are these emails that you sent on or about

19   April 20 and 21, 2015?

02:15 20       A. Yes.

21       Q. Mr. Peters on the middle of the first page has

22   about a page and a half email that he sends to you.

23   Actually, on the second page of this exhibit after the

24   numbered paragraphs ending with number 5 there is a

02:15 25   paragraph that says, "What am I doing?"  And in the

**126**

1    middle of that paragraph Mr. Peters says, "We are

2    working with NASA, and most likely SpaceX and JPL on

3    launch events.  I have a NASA astronaut involved and

4    have our first offer to rent our building."

02:16  5        Do you know what he was referring to?

6        A. Yes.

7        Q. What?

8        A. He was referring to the building in Valencia

9    that he wanted to build a soundstage within.

02:16 10        Q. When he says he was working with NASA, SpaceX

11   and JPL on launch events, are you familiar with what he

12   was referring to?

13        A. Yes.

14        Q. And what was he referring to?

02:16 15        A. These were ideas that were vaguely

16   communicated to me about events that were going to

17   promote the next round of crowdsourcing.  The next

18   crowdsourcing video.  The next crowdsourcing campaign.

19        Q. For the Axanar motion picture?

02:17 20        A. Yes.

21        Q. He also says, "Netflix and Amazon meetings in

22   process."  Do you know what he was referring to?

23        A. Yes.

24        Q. What was he referring to?

02:17 25        A. He was referring to the hope of using Prelude

                                                        **127**

1    to Axanar as an entree into the possibility of becoming

2    a producer for Netflix and/or Amazon.

3        Q. Did he tell you what type of content he wanted

4    to produce for Netflix and/or Amazon?

02:17 5        A. He did not.

6        Q. Did he ever tell you if he actually had a

7    meeting with either of those companies?

8        A. He -- yes, he did.  He said he had meetings

9    with both of them.

02:17 10       Q. Did he tell you anything about those meetings?

11       A. He did not, nor was I invited.

12       Q. Do you know if anyone else went to those

13   meetings with Mr. Peters?

14       A. I do not know.

02:17 15       Q. Back on the first page of this Exhibit 161 at

16   the top you say, "You and I made a deal" -- on the very

17   first page of -- yeah, on top.

18       A. Gotcha.

19       Q. It starts out with, "You and I made a deal

02:18 20   that we weren't going to do this kind of thing over

21   email so instead of engaging in the kind of juvenile

22   flame war you loved so much in your Phase 2 days (and

23   still, evidently) I'll look forward to making my

24   response to you in person."

02:18 25           What are you referring to by his Phase II

                                                        128

1    A. I can speak more specifically because of the

2    situation.  In this case this was Alec's first attempt

3    at creating an intellectual property.  So I chose -- I

4    chose a specific spectrum of director responsibilities

03:23   5    in order to help him facilitate this.  If this was true,

6    as I was operating under, that CBS wanted to see if he

7    could produce Star Trek I wanted to help my friend do

8    that.  So I took it upon myself to assist him in this

9    way.

03:23   10         So in this respect I was acting not only as a

11    director but also as a consultant.  And my role was to

12    help him learn the things he needed to learn in order to

13    realize this dream he had.

14         Q. And as a consultant for Prelude what were some

03:24   15    of your job responsibilities?

16         A. To teach him about the various aspects of

17    production was primarily the role.  I accepted other

18    responsibilities as time went on, but primarily it was

19    to teach him the most basic aspects of live-action film

03:24   20    and television production.

21         Q. And did you provide any creative inputs to

22    Mr. Peters during your time with Prelude?

23         A. Always subject to his approval.

24         Q. How many communications would you say you've

03:24   25    had with Mr. Peters regarding Prelude?  Would you be

161

```
 1   able to give me a number?
 2        A. No.
 3        Q. Did you and Mr. Peters ever explicitly
 4   communicate about what your role would be?
 5        A. After the -- no.  It was -- no, I was teaching
 6   him about the roles and responsibilities of
 7   entertainment so that conversation wouldn't have been
 8   very meaningful.
 9        Q. And you mentioned that you would have had
10   creative input on Prelude to Axanar.  What kinds of
11   things would you provide creative input on?
12        A. I would assist him and submit for his approval
13   the way -- the methods by which professional creators
14   make the kinds of choices that make a show good; that
15   make something entertaining.
16        Q. So would you provide creative input on hair
17   and makeup?
18        A. I -- yes, hair and makeup.  I let him know
19   what I thought of these things, but again, it was always
20   subject to his approval.
21        Q. And how about costume design, did you have
22   creative input on that?
23        A. Yes.
24        Q. Did you have creative input on the story that
25   you were telling?
```

**162**

1      A. When it comes to the script for Prelude to

2   Axanar, yes, I -- yes.

3      Q. And in fact, you co-authored that script,

4   correct?

03:26  5      A. Yes.

6      Q. And did Mr. Peters ever explicitly tell you

7   that your creative inputs would be subject to his

8   approval?

9      A. Yes.

03:26 10      Q. And has he ever provided that to you in

11   writing that your creative inputs would be subject to

12   his approval?

13      A. If you were to look at the entire body of our

14   correspondence you would find that to be clear.

03:26 15      Q. But sitting here today you can't point me to a

16   specific communication that you had in writing where he

17   would have made that clear to you?

18         MR. DORROS:  I think he answered the question.

19   Let's move on.

03:26 20   BY MS. COORG:

21      Q. You can answer my question.

22      A. No, that's fine.  Let's move on.

23      Q. Well, what is the answer to my question?

24      A. There were -- what is your question?

03:27 25      Q. I'm asking if you can point to a specific

                                                      **163**

1          Q. Do you think that the work that you do for

2     Prelude to Axanar crossed the line in terms of fan

3     fiction as to what CBS and Paramount would have

4     tolerated?

03:56 5          MR. GROSSMAN:  Objection.  Lacks foundation.

6     Calls for speculation.  Calls for a legal conclusion.

7     BY MS. COORG:

8          Q. You can answer.

9          A. I don't really see the relevance of the

03:56 10    question, I'm sorry.

11         Q. I'm still entitled to an answer to my

12    question.

13         A. Please ask it again.

14         Q. I'm asking whether you thought that the work

03:56 15    you did for Prelude to Axanar crossed the line in terms

16    of what CBS and Paramount would have tolerated for fan

17    fiction or fan films.

18         MR. GROSSMAN:  Same objection.  Calls for

19    speculation regarding what CBS or other third parties

03:57 20    thought.

21         THE WITNESS:  I would answer that question if

22    I knew how.  I'm sorry, I just don't know how to answer

23    that question.

24    BY MS. COORG:

03:57 25         Q. Do you think Prelude to Axanar is -- infringes

                                                        **185**

ELITE COURT REPORTING (949) 829-9222

1    upon the Star Trek intellectual property?

2          A. Yes.

3          Q. And in what way?

4          A. In that it is an unlicensed filmed

03:57  5    entertainment that uses countless elements of the

6    Star Trek fictional world without -- yeah, unlicensed.

7    I said that.  I can list them if -- I can list a few of

8    them if you like, but...

9          Q. And would you agree that Prelude to Axanar

03:57 10    does not infringe any more than some of these other fan

11    films would, right?

12          MR. GROSSMAN:  Objection.  Lacks foundation.

13    Calls for speculation.  Calls for a legal conclusion.

14          THE WITNESS:  I'm sorry, please repeat the

03:58 15    question.

16          MS. COORG:  Could you read back the question.

17          (The record was read by the reporter as

18          follows:

19          "QUESTION:  And would you agree that

03:57 20          Prelude to Axanar does not infringe any

21          more than some of these other fan films

22          would, right?")

23          MR. GROSSMAN:  Same objections.  Lacks

24    foundation.  Calls for speculation.  Calls for a legal

03:58 25    conclusion.

**186**

1                DECLARATION UNDER PENALTY OF PERJURY

2

3           I, CHRISTIAN GOSSETT, hereby declare under

4    penalty of perjury that the foregoing is my

5    deposition under oath;

6           Are the questions asked of me and my

7    answers thereto;

8           And that I have read same and have made the

9    necessary corrections, additions, or changes to  my

10   answers that I deem necessary.

11          In witness thereof, I hereby subscribe my

12   name this _____ day of _____, _____.

13

14

15

16                    _____

                            CHRISTIAN GOSSETT

17

18

19

20

21

22

23

24

25

                                                         **223**

```
1   COUNTY OF LOS ANGELES,  )

2   STATE OF CALIFORNIA,    )

3

4        I, Vicki A. Saber, Certified Shorthand Reporter

5   licensed in the State of California, License No. 6212,

6   hereby certify that the deponent was by me first duly

7   sworn and the foregoing testimony was reported by me and

8   was thereafter transcribed with Computer-Aided

9   Transcription; that the foregoing is a full, complete,

10  and true record of said proceeding.

11       I further certify that I am not of counsel or

12  attorney for either or any of the parties in the

13  foregoing proceeding and caption named or in any way

14  interested in the outcome of the cause in said caption.

15  The dismantling, unsealing, or unbinding of the

16  transcript will render the reporter's certificates null

17  and void.

18       In witness whereof, I have hereunto set my hand

19  this  29th  day of October, 2016.

20       __X__  Reading and Signing was requested.

21       _____  Reading and Signing was waived.

22       _____  Reading and Signing was not requested.

23

24       _____

25       VICKI A. SABER, CSR NO. 6212, RPR, CRR, CCRR

                                             224
```