**EXHIBIT E**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

PARAMOUNT PICTURES            )
CORPORATION, a Delaware       )
corporation; and CBS          )
STUDIOS, INC., a Delaware     )
corporation,                  )
                              )  Case No. 2:15-cv-09938-RGK-E
         Plaintiffs,          )
                              )
    vs.                       )
                              )
AXANAR PRODUCTIONS, INC., a   )
California corporation; ALEC  )
PETERS, an individual, and    )
DOES 1-20,                    )
                              )
         Defendants.          )
_____)

*Certified Copy*

VIDEOTAPED DEPOSITION OF TERRY McINTOSH

Date and Time:      Friday, October 28, 2016
                    1:32 p.m. - 4:59 p.m.

Location:           2200 Sixth Avenue, Suite 245
                    Seattle, Washington

Reporter:           Ronald L. Cook
                    CCR, CRR, RDR, FAPR

Job No. 8140



```
01:53   1    some gaming videos of that Axanar mod for Sins of a
        2    Solar Empire and instead I found like dozens of empty
        3    videos claiming to be 'Axanar full movie,' all of them
        4    created minutes or hours ago.  I'm just bringing it to
01:54   5    attention."
        6                Is this post familiar to you?
        7         A.    The concept behind it is quite familiar
        8    to me, yes.
        9         Q.    Do you see there's a post that says
01:54  10    "Terry McIntosh" on July 28th at 1:58 p.m., and it has
       11    a red box around it?
       12         A.    Yes.
       13         Q.    And it says, "Terry McIntosh  If we knew
       14    who is making them then we'd have them taken out,
01:54  15    Adam.  In the meantime, when our registered trademark
       16    for Axanar is back from the feds then we'll be
       17    enrolled in YouTube's program that will automatically
       18    filter them out."
       19         A.    Yes.
01:54  20         Q.    Did you write that?
       21         A.    Yes.  I remember writing this one
       22    specifically.
       23         Q.    Were there discussions at Axanar
       24    regarding trademarking Axanar?
01:54  25         A.    Yes.
```

20

| | | |
|---|---|---|
| 01:54 | 1 | Q.     What were those discussions? |
| | 2 | A.     It came about specifically for this type |
| | 3 | of matter.  One thing I've noticed is those who pirate |
| | 4 | movies and charge folks to be able to screen them |
| 01:55 | 5 | online, say a movie that is still in the theaters or a |
| | 6 | televisions series that is popular, those who don't |
| | 7 | wish to buy it on Amazon.com or somewhere else, |
| | 8 | they'll post it through a fraudster streaming service. |
| | 9 | Some movies that haven't even come out yet, in order |
| 01:55 | 10 | to lure people in by polluting search engine results, |
| | 11 | will put "Axanar full movie" on a fake video clip on |
| | 12 | these fraudster sites to lure people to click on them. |
| | 13 | They'll be redirected to a place where they can enter |
| | 14 | their PayPal information and give actual money to |
| 01:55 | 15 | these typically overseas fraudsters, and find out |
| | 16 | that, A, what they're looking for doesn't actually |
| | 17 | exist, B, they're now out the money, and, C, they |
| | 18 | might find some pirated movies of some kind they can |
| | 19 | watch but not specifically this. |
| 01:56 | 20 | That was an irritant because it made |
| | 21 | Axanar look bad.  You know, someone could go there, be |
| | 22 | pilfered out of cash, and then come back and complain |
| | 23 | to us, you know, how -- "us" meaning Axanar |
| | 24 | Productions when I was a part of it, that they weren't |
| 01:56 | 25 | able to watch the Axanar full movie. |

**21**

```
01:56   1              So there was talk of a way to -- rather
        2    than one at a time go to YouTube and shoot them down
        3    as fake videos that were luring people into some sort
        4    of scam, that a trademark application could be made
01:56   5    for the word "Axanar," which I remember specifically
        6    going to the trademark website for the government and
        7    seeing that it was not currently protected.  That we
        8    could do that and engage in YouTube's program that
        9    would scan for the word "Axanar" automatically,
01:56  10    flag -- at least bring it to our attention that videos
       11    exist like that, and then potentially pull them out or
       12    knock them off of YouTube as a scam or a fake
       13    automatically, which would lower the burden of myself
       14    or other people who were forced to waste time to deal
01:57  15    with that issue.
       16         Q.    You mentioned potentially trademarking
       17    the word "Axanar."  Was there anything else that was
       18    discussed in terms of something that would be
       19    trademarked relating to Axanar?
01:57  20         A.    I specifically remember the word
       21    "Axanar."  I don't remember anything else.
       22              Certainly they couldn't trademark "Star
       23    Trek," and that was one of the things that Alec was
       24    concerned about shortly after Prelude to Axanar's
01:57  25    release, was getting "Star Trek" off of it, off of
```

22

```
02:47  1         who worked on Axanar?
       2              A.    I was never paid.  Not so much as a
       3         penny.
       4                    Oh.  Tobias Richter was paid for his
02:48  5         contributions, but he's in Germany.  He just did the
       6         visual effects, purely as a arm's length business
       7         transaction.  So for him it was more of a work for
       8         hire rather than, Hey, here's a salary kind of thing.
       9                    And then there were other proper
02:48 10         expenses, arm's length expenses, utilities, things of
      11         that nature, that were paid.
      12              Q.    Why were some people paid while others
      13         were not?
      14              A.    Good question.  I have no idea.
02:48 15              Q.    Who was responsible for deciding who
      16         would be paid?
      17              A.    Alec, exclusively.
      18              Q.    And who was responsible for deciding how
      19         much people were paid?
02:48 20              A.    Alec, exclusively.
      21              Q.    Do you know whether there was an Axanar
      22         Productions bank account?
      23              A.    To my knowledge, there was, yes.  A
      24         proper business bank account, yes.
02:49 25              Q.    What do you know about that bank account?
```

52

```
 1                    PENALTY OF PERJURY
 2
      STATE OF WASHINGTON      )
 3                             ) ss.
      COUNTY OF KING           )
 4
 5
 6              I, TERRY McINTOSH, hereby declare under
 7    penalty of perjury that I have read the foregoing
 8    deposition and that the testimony contained herein is
 9    a true and correct transcript of my testimony, noting
10    the corrections attached.
11
12
13              _____
                              TERRY McINTOSH
14
15
16
      Date: _____
17
18
19
20
21
22
23
24
25
                                                          140
```

```
 1                        C E R T I F I C A T E
 2
     STATE OF WASHINGTON   )
 3                         ) ss.
     COUNTY OF KING        )
 4
 5
 6          I, the undersigned Washington Certified Court
     Reporter, pursuant to RCW 5.28.010, authorized to
 7   administer oaths and affirmations in and for the State
     of Washington, do hereby certify:
 8          That the foregoing deposition of the witness
     named herein was taken stenographically before me and
 9   reduced to a typed format under my direction;
            That, according to CR 30(e), the witness was
10   given the opportunity to examine, read and sign the
     deposition after same was transcribed, unless
11   indicated in the record that the review was waived;
            That all objections made at the time of said
12   examination have been noted by me;
            That I am not a relative or employee of any
13   attorney or counsel or participant and that I am not
     financially or otherwise interested in the action or
14   the outcome herein;
            That the witness coming before me was duly
15   sworn or did affirm to tell the truth;
            That the deposition as transcribed is a full,
16   true and correct transcript of the testimony,
     including questions and answers and all objections,
17   motions and exceptions of counsel made at the time of
     the foregoing examination;
18          That as a matter of firm policy, the
     stenographic notes of this transcript will be
19   destroyed three years from the date appearing on this
     transcript, unless notice is received otherwise from
20   any party or counsel hereto on or before said date.
21
22
                         _____
23                         RONALD L. COOK, CCR, RMR, CRR
24                         State of Washington CCR #2523
25
                                                            141
```