# EXHIBIT F

**From: Alec Peters** alec@propworx.com
**Subject:** Must watch TOS
**Date:** January 4, 2011 at 10:13 AM
**To:** Christian Gossett christian.gossett@gmail.com
**Cc:** John Muenchrath johnmuenchrath@hotmail.com, Victhewop@aol.com victhewop@aol.com

Doc and Vic:

Christian and I are meeting next Friday to work on the Axanar treatment.  In the mean time he is going to go get the TOS Blu Rays and watch
the key episodes again.  I suggested the following, which are all on various top 10 lists too.

**Top Star Trek TOS Episodes:**

Where no Man has gone Before (second pilot w/ Kirk instead of Pike)

The Menagerie Parts 1 & 2 (Incorporates "The Cage", the original pilot)

City on the Edge of Forever

Mirror, Mirror

Space Seed (Khan)

Doomsday Machine

The Trouble with Tribbles

Balance of Terror

Amok Time

The Enterprise Incident

The Tholian Web

A Piece of the Action

And of course "Whom Gods Destroy".



EXHIBIT 124
Deposition of
Gossett
10/22/16
Vicki A. Saber, CSR 6212

GOSSETT-EMAILS--009564