**EXHIBIT H**

From: **Alec Peters** alec@propworx.com  
Subject: KLINGONS  
Date: November 13, 2013 at 5:28 PM  
To: Christian Gossett christian.gossett@gmail.com

TMP Klingons

http://www.wearysloth.com/Gallery/ActorsL/10198-18156.gif

http://img697.imageshack.us/img697/5774/78305980.jpg

http://www.ex-astris-scientia.org/observations/thenakednow/12-startreki.jpg

http://www.fxwarehouse.info/mm5/graphics/00000002/Klingon.jpg

http://images2.wikia.nocookie.net/__cb20131001095437/memoryalpha/en/images/c/c7/Klingon_Captain_in_makeup.jpg

http://images3.wikia.nocookie.net/__cb20131025184147/memoryalpha/en/images/a/a6/Klingons2286.jpg

Chang

http://www.infinitespace.ca/wp-content/uploads/2012/03/general-chang.jpg

http://photos1.blogger.com/hello/68/1600/640/six007.jpg

http://www.startrek.com/uploads/assets/db_articles/37140e9f62c94e2c7696886d5994d6252b545f61.jpg

Neville Page

http://www.nevillepage.com/gallery_StarTrek2.html

Alec Peters  
404-918-1701



EXHIBIT 126  
Deposition of Gossett  
10/22/16  
Vicki A. Saber, CSR 6212

GOSSETT-EMAILS--007167