# EXHIBIT I

From: **Christian Gossett** christian.gossett@gmail.com 📎
Subject: Prelude to Axanar V6
Date: April 26, 2014 at 9:56 AM
To: Alec Peters alec@startrekaxanar.com, Jhennifer Webberley jwebb@christiangossett.com

Revised.

Notes:

You'll see I left most of it untouched. Some highlights:

INVERNESS
I really like the word Inverness, and we have more than enough major deviations from the FASA book already so that's not really a case against it. Including the major one, where we've given much more significance to the Battle of Axanar.

If we're using the FASA book as a bible, then we're already not doing it consistently.

CONSTITUTIONS
The reason why I left out the Constitutions (I was planning on showing Tobias' clips when Ramirez mentioned how "our new class of ship was proving more complicated etc.") was so as to tease the ending of the feature without giving it away. I obviously left it in the script.

D7 VS CONSTITUTION
Now that Mike Hogan is not in Prelude, I suggest we put the emphasis back on the threat of the D7 and not exposition about the Constitution. It makes for a better cliff hanger.

KHARN AS ANTAGONIST
Kharn's presence in the latter portion now reads as a fan of the D7 as opposed to its champion. A much weaker choice for the main antagonist.

--
CHRISTIAN GOSSETT
cell: 323. 710. 2031



M E T A M O R F I C
The Vocabulary of Motion

METAMORFIC PRODUCTIONS
3727 W. Magnolia Blvd. #813
Burbank, CA 91505

Tel 818.845.5148
metamorfic.com



Prelude to Axanar
Revision V6.fdx

EXHIBIT 132
Deposition of
Gossett
10/22/16
Vicki A. Saber, CSR 6212