**EXHIBIT J**

GOSSETT-EMAILS--006858

From: **Christian Gossett** christian.gossett@gmail.com
Subject: Prelude to Axanar: War Footage
Date: March 28, 2014 at 3:30 PM
To: Tobias Richter tobias@thelightworks.de, Alec Peters alec@startrekaxanar.com, Jhennifer Webberley jwebb@christiangossett.com

Dear Tobias:

I wanted to include you in the process of creating these "war footage" shots immediately, so I've collected a series of images to work with and use as direction.

Normally I'd work them in photoshop before sending them, but I wanted you to see the starting point right away, so as to hopefully inspire your mind's eye.

If you like, and if you have the time, I invite you to send images back to me that you may have seen that can also help us achieve our goal of using cleverly crafted (meaning deceptively simple) shots that can create for the audience a sense of the Four Years War.

Why I chose these shots:

Military Documentary makes great use of short cutaways to actual war footage, and I'd like to see what we might be able to do. Here are some of the limitations I'm putting on myself in my requests:

1. No Character Animation, military hardware and devastated environments are the main focus.

2. Use TOS matte shots as source material. Not that we'll enslave ourselves to them, but to make clever use of the production design of the original series and refresh it with a modern sensibility and modern tools.

3. EN MASSE - masses of starships in formation from both sides (not a ridiculous amount. The examples I've used as you can see suggest more than are there.) I would very much like for us to test the use of forced perspective and longer lenses to stack the ships (as in the battleship shot)

4. Fire and Smoke - The Klingons are razing cities.

5. Klingon Ships flying over bombed out federation cities

6. Orbital Phaser attack - as in the image provided

7. Night Phaser bombardment - as in the image provided (a bit ambitious for various reasons this shot.)

As with all of the shots, please know I understand that there are specific challenges within each of these ideas. This is another reason why I wanted to include you before I started painting them, so we can benefit from not attempting to undertake footage that is more work than it is worth given our resources.

I look forward to your reply,

Christian

---------- Forwarded message ----------
From: **Christian Gossett** <christian.gossett@gmail.com>
Date: Fri, Mar 28, 2014 at 3:14 PM
Subject: shots for Tobias
To: Christian Gossett <christian.gossett@gmail.com>

--
CHRISTIAN GOSSETT
cell: 323. 710. 2031




EXHIBIT 149
Deposition of Gossett
10/22/16
Vicki A. Saber, CSR 6212

GOSSETT-EMAILS--006859

METAMORFIC  
The Vocabulary of Motion

METAMORFIC PRODUCTIONS  
3727 W. Magnolia Blvd. #813  
Burbank, CA 91505

Tel 818.845.5148  
metamorfic.com

--  
CHRISTIAN GOSSETT  
cell: 323. 710. 2031



METAMORFIC  
The Vocabulary of Motion

METAMORFIC PRODUCTIONS  
3727 W. Magnolia Blvd. #813  
Burbank, CA 91505

Tel 818.845.5148  
metamorfic.com





GOSSETT-EMAILS--006860





GOSSETT-EMAILS--006862



GOSSETT-EMAILS--006863


GOSSETT-EMAILS--006864



GOSSETT-EMAILS--006865



GOSSETT-EMAILS--006866