**EXHIBIT M**



# PRELUDE TO AXANAR

## THE ILLUSTRATED SCRIPT OF THE SHORT FILM



# UNITED FEDERATION OF PLANETS
# HISTORICAL SOCIETY

## Axanar Productions, Inc.
28757 Industry Drive
Valencia, CA 91355

(404) 918-1701

info@axanarproductions.com

Design and Layout by  Terry McIntosh
Copyright © 2014–2015 Axanar Productions, Inc. – All Rights Reserved.

No part of this publication may be distributed by any means, or reproduced in any form, without the express written permission of Axanar Productions, Inc

STAR TREK and all related marks, logos and characters are owned by CBS Studios Inc. This publication, the promotion thereof, and/or any exhibition of material created by the operators of this publication is not endorsed or sponsored by or affiliated with CBS/Paramount Pictures or the STAR TREK franchise.

# THE STORY OF PRELUDE TO AXANAR

Prelude to Axanar is an historical documentary—similar to those aired by the History Channel, but set in the Star Trek prime timeline, as might be produced by the Federation Historical Society and Memory Alpha—which chronicles the events of the Four Years War.

This epic conflict with the Klingons took place twenty years before James T. Kirk's famous five-year mission aboard the U.S.S. Enterprise. We have never seen this war; we have only hints that there were problems between the two powers.

It was a time of uncertainty and turmoil... a time when the fledgling Federation was being sorely tested. Humans led the way, having been the driving force behind its creation. Vulcan membership in the Federation, on the other hand, was very tentative, as their innate pacifism rendered them uncomfortable with the concept of war. Regardless of how anyone felt about fighting, Star Fleet crews from all the various planets were still segregated, as no one yet trusted members of another race quite well enough to serve side-by-side with them.

We see the rise of a generation of battle-hardened captains who were trying to win a war while maintaining the principles of peaceful co-existence upon which the Federation was founded. One of these was Captain Kelvar Garth, an explorer who possessed an unwanted talent for war.

Prelude to Axanar sets the stage for the feature film, Axanar. In it, we meet the characters whose courage decided the outcome of the Four Years War... and we learn how close the Federation was to being lost forever.

# HOW AXANAR BEGAN

The story of Axanar started more than twenty-five years ago, when Alec Peters was a law student at UNC-Chapel Hill. A life-long Star Trek fan, he had always been intrigued by the character Garth of Izar (from the third season TOS episode "Whom Gods Destroy"). Who was this man we learned was Captain Kirk's hero? How did he win the Battle of Axanar... and why did that victory change the course of Federation history forever? Alec thought these questions needed answers, so he set to work writing his first Garth story.

Flash forward twenty years, when Star Trek fan-film legend James Cawley invited Alec to portray Garth in a cameo appearance in an episode of Star Trek: Phase II. After discussing Alec's old Garth of Izar story, James convinced him to try writing a screenplay for it. Alec did, then approached his buddy Christian Gossett with the first draft, which the two began rewriting. Alec next asked old friend (and former acting class teacher, twenty years earlier) Richard Hatch, if he would be interested in taking on the role of Kharn, the Klingon commander. Richard agreed... and suddenly, with so many pieces falling into place, it began to seem like a distant dream might actually become a reality.

Producing Axanar, though, was obviously going to require a large sum of money. Alec decided to turn to Kickstarter for "crowd-funding", but realized he would first need to establish a relationship of trust and credibility within the Trek community. Doing so would involve showing them something really good—something that grabbed their attention and left them wanting more. Thus was born the idea for Prelude to Axanar.

Inspiration for the style of Prelude to Axanar came to Alec after re-watching the Emmy-award-winning MASH episode "The Interview", which had been shot like newsreel footage that gave viewers an intimate look at the characters' feelings about the war. The HBO series "Band of Brothers" later used a similar style successfully, interweaving interviews with veterans of World War II into their films.

After working out a script with Christian, and filming a video outlining the concept for the project, the Kickstarter campaign was launched. It grossed $100,000, and just like that, Prelude to Axanar—the first Star Trek historical documentary, ever—was on its way.

We have only to scroll through the channels on our television sets and other devices to understand how significantly TV programming has evolved over the past decade; not only are stories being told in more sophisticated ways, but they are being delivered to viewers differently, as well. Prelude to Axanar was made by filmmakers who understand this evolution, who want to tell a great story in an intelligent, modern way... and want to share it with the legions of loyal Star Trek fans out there, who have been yearning for something new and captivating.

This is Prelude to Axanar...

## RICHARD HATCH
### as
### Klingon Supreme Commander Kharn

Richard Hatch is best known as Apollo in the original Battlestar Galactica and Tom Zarek in the reimagined version of the show.  A 50 year acting veteran, Richard is also a highly regarded acting coach and teacher.

The supreme Klingon commander, Kharn is the architect of the war with the Federation.  Kharn pushes the Klingon agenda of conquest, and finds Starfleet more resourceful than the Klingon Empire expected.

## TONY TODD
### as
### Admiral Marcus Ramirez

A veteran of stage and screen, Tony is known to Star Trek fans for his role as Kurn, Worf's brother, in Star Trek: The Next Generation.  His turn as an older Jake Sisko in the Star Trek: Deep Space Nine episode "The Visitor" is a fan favorite.  Tony is also known for his work in the Candyman and Final Destination movies.

As the newly appointed head of Starfleet, Ramirez changed the course of the war.  A war-hardened veteran, Ramirez rallies the Federation from the brink of destruction.

## KATE VERNON
### as
### Captain Sonya Alexander

Kate is best known for her role as Ellen Tigh in the reimagined Battlestar Galactica.  A veteran of TV and movies, Star Trek fans know Kate as Commander Valerie Archer in the Voyager episode "In the Flesh".

Sonya Alexander is second only to Garth in the number of Klingon ships killed.  Confident in her own abilities, she has become a legend among the Klingons who have faced her...and lived.





## J.G. HERTZLER
### as
### Admiral Samuel Travis

No other Star Trek actor has appeared in more different roles than J.G. Best known as General Martok in Star Trek: Deep Space Nine, he is beloved by fans for his approachability and graciousness.

The old salt of Starfleet, Travis calls it like he sees it. A veteran of the Four Years War who never lets political expediency get in the way of telling you what he thinks.

## GARY GRAHAM
### as
### Vulcan Ambassador Soval

Gary reprises his role of Soval from Star Trek: Enterprise. Gary, whose career spans almost 40 years, is also known as Detective Sikes from the Alien Nation television series.

The Vulcan Ambassador who went from holding Earth back to its greatest advocate on Vulcan, Soval is critical to the success of Garth's mission.

### and introducing
## ALEC PETERS
### as
### Captain Kelvar Garth

The driving force behind Axanar, Alec first played Garth of Izar in the unreleased Star Trek: Phase II episode "Origins." Alec attended his first acting class with Richard Hatch 20 years ago and considers him his mentor.

Garth served as a role model for a whole generation of Starfleet captinas, including James T. Kirk. He was the architect of Starfleet's attempt to end the war at Axanar.

# THOUGHTS IN MOTION
## ILLUSTRATED SCRIPT OF PRELUDE



# AXAN★R
## PRELUDE TO AXANAR

PRELUDE TO AXANAR

Written by

Alec Peters
and
Christian Gossett

Axanar Productions, Inc.
www.axanarproductions.com

FADE IN FROM BLUE

NARRATOR (V.O.)
(Begin speaking when UFP logo
appears)

This is a galaxy-wide
transmission of the United
Federation of Planets.



(Starfleet Historical Society logo appears)



NARRATOR (V.O.)

The United Federation of
Planets Historical Society,
in association with Memory
Alpha, presents: The Four
Years War.



EXT. Archanis

JOHN GILL (V.O.)
(Begin speaking after planet
appears)

Stardate 2241.03. The planet:
Archanis 4.



EXT. Archanis COLONY CITYSCAPE

JOHN GILL (V.O.)

Founded nearly a century before,
this research outpost has grown
into a flourishing, full-scale
city. It is a shining example of
Federation progress.





INT. VULCAN



SOVAL

(Sitting)

There could be no Federation
without Earth. And the fact that
the humans could lead the
formation of the Federation...



                    SOVAL (CONT'D)

just a few years after their war
with the Romulan Empire is (PAUSE)
nothing short of extraordinary.

                  JOHN GILL (V.O.)
(Tactical Map)

But it represents something very
different to the Klingon Empire.
Growing tired of diplomacy, their
high chancellor proclaims 'If
words were water, the humans would
drown us all.'



                   SOVAL

The bad-blood between the Humans
and the Klingons meant that the job
of preventing war and leading the
peace delegations fell to Vulcan.

                 SOVAL (CONT'D)

Regrettably, we failed.

EXT. KLINGONS DESTROYING CITY



JOHN GILL (V.O.)

For 12 hours, the Klingon
disruptors do not stop.

EXT. Archanis BURNING



JOHN GILL (V.O.)

Archanis is reduced to rubble.
Thousands of its inhabitants are
dead; countless more missing-the
first victims in what will come to
be known as the Four Years War.



(FADE to Intro Graphics)

(TITLE Screen)

(Narrated by John Gill)



INT. STARBASE 1



RAMIREZ (V.O.)

(Begins as D6 is flying over ruined planet)

They'd be expanding their Empire for two-hundred years before the Federation was formed.



RAMIREZ

That there would be a conflict with
the Klingon people at some point...

RAMIREZ (CONT'D)

...was obvious (PAUSE) to most of
the members of Starfleet.

(Starship in asteroid feild animation)



SOVAL

The Klingons were certain that they
could merely take anything they
wanted.

EXT. STARSHIP AND D6 IN ASTEROID FIELD



INT. VULCAN

                        SOVAL

            Starfleet's early losses did little
            to…dissuade them of that notion.

(2 battle scene animations. During the 3 battle animation, Garth begins V.O.)





GARTH

Corianus 6, Vesta, Archanis…we took some major beatings the first 6 months.

INT. STARBASE 1



GARTH

For most of that first year,

GARTH (CONT'D)

Our mission was just to slow them down (PAUSE) while we fell back.

INT. VULCAN

SOVAL

Unfortunately, the Klingons were unconvinced the Federation was any sort of match for them,

SOVAL (CONT'D)

And their belief in their superiority left us little room to negotiate.



INT. STARBASE 1

TRAVIS

Well, at that point, about the only thing that we were doing that didn't impress the Klingons was…



TRAVIS (CONT'D)

...dying well...and...there was plenty of that.

GARTH

The Klingon's supreme commander. The (PAUSE) architect of the invasions...

GARTH (CONT'D)

...was a warlord named Kharn.

(Kharn walking cut scene 1)



INT. STARBASE 1

                              TRAVIS

        Kharn the Undying is what they
        called him.

(Kharn walking cut scene 2)

INT. STARBASE 1

                              SONYA

        The Klingons revered him.

                        SONYA (V.O.) (CONT'D)

        (Speaking over Kharn walking cut
        scene 3)

        …with good reason.

                          SOVAL (V.O.)

        (Speaking over Kharn walking cut
        scene 4)

        Vulcan intelligence is…

INT. VULCAN

                              SOVAL

        …if I may say, unparalleled, but,
        even for us…

                          SOVAL (CONT'D)

        …he was a mystery.



INT. KRONOS - HALL OF IMMORTALS

                              KHARN

          It wasn't until the formation of
          the Federation that the...

                              KHARN (CONT'D)

          (Hand on his sword)

          ...High Council...

                              KHARN (CONT'D)

          ...began to take Earth seriously.

                              KHARN (CONT'D)

          And even after the Federation was
          formed, many on the High Council
          thought it as a mere political
          alliance. Starfleet was never scene
          as match...

                          KHARN (V.O.)
                    (Beginign of D6 Animation)


                    ...for the imperial navy. Certainly
                    not one that would impede the
                    growth of the empire.



                          TRAVIS (V.O.)
                    (Near the ending of the same D6
                    animation as above.)

                    Their whole civilization, their
                    whole culture…

INT. STARBASE 1

                          TRAVIS

                    Is a monument to the art of war.

                          RAMIREZ

                    The early campaigns (PAUSE)



RAMIREZ (V.O.)

(D6 animation)

Yes…the Klingons were toying with
us. They were using a strategy
known to the Klingon people as…

RAMIREZ

Vu-CHAK chu, Rit-TO (Inflected) Vu-
CHAK chu, Rit-TO (subdued) (PAUSE)
Which loosely…roughly translates as
'The strategy of least respect.'

EXT. BATTLE SCENE



INT. STARBASE 1

                              RAMIREZ

        The epitome of their (PAUSE)
        arrogance occurred during the
        ambush…

                              RAMIREZ (V.O.)

        (Beginning of Inverness Animation)

        …of Inverness 5.



                              KHARN (V.O.)

        (Ending of Inverness Animation)

        The Inverness system…

INT. KRONOS

                    KHARN (CONT'D)

    …as you call it, was our first
    objective.

INT. STARBASE 1

                    GARTH

    Inverness: 5 planets…

                    GARTH (V.O.)

    (Speaking over colony animation)

    …all colonized.

EXT. INVERNESS SYSTEM



                    JOHN GILL (V.O.)

    Stardate: 2243.3. The highly
    populated, dilithium rich planets,
    of the Inverness system.

                    KHARN (V.O.)

    For your kind, those planets are
    merely a source of dilithium.

INT. KRONOS

KHARN

For us…those planets are sacred.

EXT. STARSHIPS AT INVERNESS



INT. STARBASE 1

SONYA

God damn Inverness 5.

(Shot of damaged Starfleet vessel interior)



SONYA (CONT'D)

What a mess.

TRAVIS

It was the first time they used it
on us. It was an old Klingon
tactic. They had a word…NAK-choe-
WEEtz.

TRAVIS (CONT'D)

It means 'The Devourer'.

SONYA (V.O.)

(Damaged ship interior shot 2)



Day after day (PAUSE) it was the
same thing.



EXT. DAMAGED FLEETS IN SPACE WITH DEBRIS

> Day after day (PAUSE) it was the same thing.

EXT. DAMAGED FLEETS IN SPACE WITH DEBRIS



INT. STARBASE 1

                        SONYA

> I'd get called into support some kind of counter attack,

EXT. SONYA ENTERES ORBIT

                                  SONYA (V.O.)

By the time I got into orbit, my
orders had been changed.

INT. STARBASE 1

                                    SONYA (CONT'D)

'Attack called off'. (PAUSE) Battle
was already over.

EXT. DAMAGED FLEETS IN SPACE WITH DEBRIS
WITH EXPLOSION



                                    SONYA (V.O.)

We'd pull out of warp…

INT. SONYAS BRIDGE IN CHAOS

                                    SONYA (V.O.)

…into a junkyard.

INT. STARBASE 1

>                    TRAVIS

Fragments of starships bouncing off
my hull…

>                 TRAVIS (CONT'D)

Fragments of the…crews, as well.

>                    GARTH

18 starships destroyed.

>                    TRAVIS

Pick up the (pause) survivors, beam
them up…

>                    GARTH

We'd be beaming them up, (PASUE)
and one of two things would happen:

>                 GARTH (CONT'D)

The transports would blow out…

>                 GARTH (CONT'D)

…or the Klingons would show up
and start shooting.

>                    SONYA

I could look down from orbit and
see trails of smoke…

EXT. BUILDINGS BURNING



INT. STARBASE 1

                          SONYA

Miles.

                          TRAVIS

(PAUSE) Well, that was it.
Something had to change.

                       TRAVIS (CONT'D)

Or we were done.

INT. VULCAN

                          SOVAL

An Andorian acquaintance once said,
"Don't push the pink-skins to the
thin ice."

                       SOVAL (CONT'D)

It wasn't very eloquent, but, the
Klingons found it to prove quite
prophetic.

EXT. KLINGONS APPROACH K7



FEDERATION TACTICAL MAP



JOHN GILL (V.O.)

After two years of almost constant
defeat, the head of Starfleet,
Admiral Slater, is forced to step
down.

JOHN GILL (V.O.)
(Over image of Slater)

Across the Federation, billions
wonder 'who would replace him?'



INT. STARBASE 1

GARTH

I was on the bridge of the
Xenophon; it was my first ship in
the war-an old Marklin-class
destroyer.



GARTH (CONT'D)

Well, Lieutenant Kane-our comms officer-said that there was a fleetwide broadcast from Starfleet.

GARTH (CONT'D)

I told him to punch it up on the big screen. And that's when we heard it was Ramirez.

TRAVIS

That name spread like wild-fire. You ask anybody where they were when they heard it, and…they'll remember.

INT. FEDERATION COUNCIL CHAMBERS

RAMIREZ
(WITH ECHO)

We are facing an enemy that is consumed and committed to our total destruction.



INT. STARBASE 1

> GARTH
>
> His first speech to the Federation council was…incredible.

INT. FEDERATION COUNCIL CHAMBERS

> RAMIREZ
>
> An enemy that demands to be fought, and we will fight.

INT. STARBASE 1

> GARTH
>
> There were 40,000 people in Archer Arena…

INT. FEDERATION COUNCIL CHAMBERS

> RAMIREZ
>
> But I say to you, our greatest challenge is not the might of a Klingon fleet.



INT. STARBASE 1

                              GARTH

                    And they all wanted one thing:

INT. FEDERATION COUNCIL CHAMBERS

                              RAMIREZ

                    The greatest challenge laying
                    before us is to do what must be
                    done, without undoing the dream of
                    the Federation.

INT. STARBASE 1

                              GARTH

                    Hope.

INT. FEDERATION COUNCIL CHAMBERS

                              RAMIREZ

                    For myself, I have but one fear:
                    destroying the dream of the
                    Federation. Compared to such a
                    loss, (BOOMING VOICE) I do not fear
                    the Klingon Empire!



INT. STARBASE 1

                              TRAVIS

               It was a good speech.

INT. VULCAN

                              SOVAL

               Until I heard Admiral Ramirez
               speak, I had not foreseen the
               possibility of a peace between the
               Federation and the Klingons.

                              SOVAL (CONT'D)

               Nor had I foreseen the possibility
               that the Federation might win.

INT. RAMIREZ IN COUNCIL CHAMBERS

                              JOHN GILL (V.O.)

               The battle cry of Admiral Ramirez
               sweeps across the Federation.

EXT. ARES IN DRYDOCK



RAMIREZ (V.O.)

The first goal was to create of ship…

INT. STARBASE 1

RAMIREZ (CONT'D)

…that could spring Starfleet back into action, back into battle.

EXT. ARES IN DRYDOCK

RAMIREZ (V.O.) (CONT'D)

We had to leap-frog Klingon technology.



INT. STARBASE 1

GARTH

It was called the Ares-class.

EXT. ARES IN DRYDOCK 2



GARTH (V.O.)

It was exactly what we needed.

EXT. ARES IN DRYDOCK 3

RAMIREZ (V.O.)

We had over a dozen member worlds
working on it. It was the first
pure warship that Starfleet had
ever built.

SOVAL (V.O.)

(Over same animation as above, but
near the end)

As for Vulcans…

INT. VULCAN

SOVAL (CONT'D)

…though we limited our
contribution to propulsion,
environmental, and defensive
technologies,

SOVAL (CONT'D)

There were many who wanted us to
end our participation in the war
altogether.

INT. STARBASE 1

TRAVIS

A Vulcan's gonna do what a Vulcan's
gonna do, but the Andorians (PAUSE)
they were happy to supply us the
phasers.

EXT. GERONIMO FLYING THROUGH ASTEROIDS

JOHN GILL (V.O.)

Stardate 2244.1. Near the planet
Cygnus 3



INT. STARBASE 1

                                    RAMIREZ

                    There will always be (PAUSE)
                    detractors who think you're taking
                    the initiative to soon, that
                    you're…you're rushing the
                    offensive. I disagreed.

EXT. KOMAROV AND OTHERS



                                 JOHN GILL (V.O.)

                    The leadership of Admiral Ramirez
                    is a welcome change, but his grand
                    plan has yet to be tested in
                    battle.

INT. STARBASE 1

                                    RAMIREZ

                    We had the ships, and we had a core
                    of battle-tested commanders.

                                RAMIREZ (CONT'D)

                    It was time to take the initiative.

TRAVIS

Well, that was Ramirez's first roll
of the dice,

TRAVIS (CONT'D)

And they landed exactly the way we
wanted them to--the way we needed
them to.

EXT. LARGE FEDERATION FLEET



GARTH (V.O.)

The code-name was Operation
Pegasus.

COMPARISON DIAGRAM OF ARES AND D-6



GARTH (V.O.)

Pegasus was the first test of the
Ares-class against the ship it was
designed to defeat-the D6.

TRAVIS (V.O.)

The Ares-class looked good in
simulations-real good.

INT. STARBASE 1

TRAVIS (CONT'D)

But data can only take you so far.

EXT. ARES OVER PLANET



TRAVIS (V.O.)

The only true test for a combat
vessel...

INT. STARBASE 1

TRAVIS

...is combat.

EXT. 3 CLIPS OF STARSHIP COMBAT



INT. KRONOS

KHARN

The new Federation ships were (PAUSE) unexpected.

EXT. ARES IN NEBULA #1



INT. STARBASE 1

TRAVIS

And then there was Garth. (CHUCKLE) That mad Izarain son-of-a-bitch.

TRAVIS (CONT'D)

It was his day.

EXT. ARES IN NEBULA #2



INT. STARBASE 1

                              SONYA

                    Garth likes to play-down his
                    contribution. Don't you believe it.
                    What he did that day, no captain
                    had ever done.

                              GARTH

                    We got lucky.

EXT. ARES IN NEBULA #3



INT. STARBASE 1

                    GARTH

          It was Sonya's maneuver that gave
          me the opening.

                    TRAVIS

          Sonya pulled a feint to starboard.

EXT. BATTLE SCENE



INT. STARBASE 1

                    TRAVIS

          (With admiration) Garth just went
          for it.

EXT. BATTLE SCENE



INT. STARBASE 1

SONYA

It was like a Klingon maneuver.

EXT. BATTLE SCENE



INT. STARBASE 1

GARTH

It was a new ship. They said she
was tough. I wanted to see what she
could take.

I/E. KRONOS AND BATTLE ANIMATION



KHARN (V.O.)

(Begins speaking near the end of D6
exploding animation)

After the battle of Cygnus 3, our
ship captains started giving the
Federation its due as a worthy
adversary.

KHARN

And for the first time, we…

KHARN (V.O.)

(Beginning - Over image of Garth)

…took notice of Garth of Izar.

INT. STARBASE 1

                                    GARTH

                    It was a Klingon that gave me that
                    name. I guess there are a lot worse
                    things that a Klingon could call
                    you.

                                    SONYA

                    Yeah, sure I'll tell you: they
                    called me queen-bitch whore of the
                    Federation.

EXT. ARES AND D-6 IS ASTEROIDS



                              JOHN GILL (V.O.)

                    The Ares-class had withstood its
                    first trial-by-fire, and passed the
                    gauntlet victorious.

EXT. ARES FLY-BY

                              RAMIREZ (V.O.)

                    The Ares had proven itself, and it
                    continued to prove itself. It was
                    bigger…

INT. STARBASE 1

                              RAMIREZ

                    ...faster, more agile, drip-drop.
                    And it was better armed than
                    anything we had before.

INT. KRONOS

                              KHARN

                    We had lost the advantage.

                    (Animation - (2 clips) D6 begins to enter atmosphere)

INT. STARBASE 1

                              GARTH

                    At the time, Starfleet crews
                    preferred to fight among their own
                    kind.

                              SONYA

                    Crews might be Andorian, or
                    Tellerite, or Vulcan, or Human…

                    (Animation - D6 is still going down)

                              SONYA (CONT'D)

                    ...each of which had their own
                    strategy and tactics.

INT. KRONOS

                              KHARN

                    One never knew who you were
                    fighting. And knowing ones enemy is
                    the first rule of war.

(Animation - D6 STILL going down)



KHARN (CONT'D)

With the launch of their newer
ships, and the experience their
commanders had gained, our progress
was slowed.

(Animation - D6 hits building, then crashes into ground)



KHARN (CONT'D)

It was (PAUSE) frustrating (PAUSE)
to fight Starfleet.

TACTICAL MAP



JOHN GILL (V.O.)

Confident in their Ares cruisers,
this brash core of captains took
back 3 systems in 30 days. But the
war was not over yet.

EXT. STARFLEET CONSTRUCTION YARDS



JOHN GILL (V.O.)

Stardate 2244.9. Starfleet's next generation heavy cruiser is behind schedule.

(MORE)

JOHN GILL (V.O.) (CONT'D)

Admiral Ramirez himself arrives to deal with the problem, when he receives a coded transmission from Starfleet Intelligence.

INT. STARBASE 1

RAMIREZ

The Klingons were (PAUSE) building something. Something big.

TRAVIS

We heard these rumors about the D7.

SONYA

We'd proven we could take on the Klingons,

SONYA (CONT'D)

...but the D7 (PAUSE) changed all that.

EXT. KLINGON CONSTRUCTION YARDS



                              KHARN (V.O.)

              The D7 would break the back of
              Starfleet.

INT. KRONOS

                              KHARN

              We had 3 shipyards across the
              Klingon Empire building her.

EXT. KLINGON CONSTRUCTION YARDS

INT. STARBASE 1

                              GARTH

              If the Klingon High Council had
              listened to Kharn…

INT. KRONOS

                              KHARN

              If the High Council had listened to
              me…

INT. STARBASE 1

                              GARTH

              …they would have had D7's at
              Cygnus 3...

INT. KRONOS

                              KHARN

              ...the D7 would have been ready for
              battle...

INT. STARBASE 1

                              GARTH

              And all our new Ares-class ships...

                              GARTH (CONT'D)

              ...would have been cut to pieces.

INT. KRONOS

                                        KHARN

And we would have defeated the
Federation.

(Kharn taps his sword on the ground in frustration)

EXT. STARFLEET CONSTRUCTION YARDS



                                    RAMIREZ (V.O.)

It'd become an arms race; a war of
technology. The new class...

INT. STARBASE 1

                                    RAMIREZ

...of ship was proving more
complicated than we realized. We
needed more time.

                                    GARTH

If the Klingons launched them
first, we would have been out
matched and outgunned-again.

GARTH (CONT'D)

And by now, the Klingons had
learned better than to (PAUSE)
squander that advantage.

RAMIREZ

I needed another option.

RAMIREZ (CONT'D)

I went to my three best captains:
Garth, Ribbo, Trask...

RAMIREZ (CONT'D)

...and I asked them each for a plan
of action.

TRAVIS

The admiralty had three different
plans. The first one wasn't worth
spit. The second one…ah, was a good
plan; a solid plan. But the third
(PAUSE) was Garth's.

SONYA

Garth asked me-out of the blue-if
we could have a drink.

GARTH

That's when I told her I had an
idea for a battle plan.

SONYA

My first reaction? (CONTEMPLATIVE
PAUSE)

SONYA (CONT'D)

Let me just say this: I was really
glad we were drinking.

TRAVIS

Garth and Sonya came into my
quarters…