GARTH

I showed him a rough outline of my plan, and I said 'what do you think?'

SONYA

Sam sat there…

GARTH

He looked at it, and he looked at it…

GARTH (CONT'D)

Then he locked at me. And he said:

TRAVIS

(Emphatically)

One-hundred percent insanity; a blood bath waiting to happen.

TRAVIS (CONT'D)

That was Axanar.

TACTICAL MAP OF AXANAR



JOHN GILL (V.O.)

Axanar: its capture would put the
Klingons within striking distance
of Andoria, Tellar Prime, Vulcan,
and Terra. It is the heart of
Federation space.

EXT. STARFLEET CONSTRUCTION YARDS



JOHN GILL (V.O.)

Further, Kharn's spies discover
that Starfleet's next generation
heavy cruiser is being built in
orbit over Axanar. This is his
chance to destroy Starfleet's only
match for the D7. Garth of Izar
knows Axanar is a target that Kharn
cannot refuse.

INT. STARBASE 1

RAMIREZ

When Garth first presented his plan to
battle the Klingons at
Axanar...my first thought was
(PAUSE) how far he'd come.

RAMIREZ (CONT'D)

I mean, he was always an extraordinary explorer before the war, but I knew, in his heart,

RAMIREZ (CONT'D)

...he was first a soldier.

GARTH

We didn't sign up to be warriors. That's not what Starfleet's about.

GARTH (CONT'D)

We proved that we could do what we need to do to defend the Federation.

GARTH (CONT'D)

I'm proud of everyone who I served with...

GARTH (CONT'D)
(Regretfully)

Especially those that didn't make it back.

RAMIREZ

So I signed-off on the plan. The end conflict with one, final battle. To end it (PAUSE) at Axanar.

I/E. KRONOS AND IMPERIAL FLEET YARDS



KHARN

The D7 was the ultimate expression
of the Klingon warship, technologically
superior to anything in the quadrant.
We would launch her and devastate the
Federation fleet.

EXT. 3 KLINGON D-7'S

JOHN GILL (V.O.)

Stardate 2245.1. The D-7 enters the
war.



## EXECUTIVE PRODUCER
ALEC PETERS

## WRITERS
ALEC PETERS
CHRISTIAN GOSSETT

## DIRECTOR
CHRISTIAN GOSSETT

## CO-PRODUCERS
JHENNIFER WEBBERLEY
CARTER SMITH
NEAL FISCHER

## VFX SUPERVISOR
TOBIAS RICHTER

## DIRECTOR OF PHOTOGRAPHY
MILTON SANTIAGO

**COMMANDER KHARN**
RICHARD HATCH

**ADMIRAL RAMIREZ**
TONY TODD

**CAPTAIN ALEXANDER**
KATE VERNON

**ADMIRAL TRAVIS**
J.G. HERTZLER

**AMBASSADOR SOVAL**
GARY GRAHAM

**CAPTAIN GARTH**
ALEC PETERS

**STAND-IN FOR ADMIRAL RAMIREZ**
ISAAC SINGLETON

**KLINGON WARRIORS**
DARNELL DAVIS
ERIC HUSK
RYAN T. HUSK
TERRY McINTOSH

**LINE PRODUCER**
FRANK J. ZANCA

**ASSOCIATE PRODUCERS**
RYAN T. HUSK
TERRY McINTOSH

**UNIT PRODUCTION MANAGER**
SCOTT TRIMBLE

**PRODUCTION COORDINATOR**
RYAN T. HUSK

**ASSISTANT PRODUCTION COORDINATOR**
EMMA LEE

**FIRST ASSISTANT DIRECTOR**
T.K.SHOM

**SECOND ASSISTANT DIRECTOR**
LUCAS CANTOR

**SCRIPT SUPERVISOR**
BARBARA ABELAR

**SET PRODUCTION ASSISTANTS**
SHAWNA KELLEY
SARAH SOLANO
MATT MEIER
CHRISTIAN MORTERA
JONATHAN CROSKREY

**ASSISTANT TO THE DIRECTOR**
ESTEBAN MELENDEZ

**ASSISTANT TO THE PRODUCER**
DIANA KINGSBURY

**PRODUCTION SOUND MIXER**
RAMSEY MELLETTE

**BOOM OPERATOR**
JESSE AKINS

**CAMERA OPERATOR**
TRISTAN BARNARD
RICKY LEWIS, JR.

**FIRST ASSISTANT CAMERAMEN**
DARIN MILLER
TOMMY IZUMI
JARED JORDAN

**SECOND ASSISTANT CAMERAMEN**
CHRIS OEURN
CHRIS FRIEBUS

**GAFFER**
SHAWN ANDERSON

**BEST BOY ELECTRICIAN**
JOHN ELKIN

**DIGITAL IMAGING TECHNICIAN/COLORIST**
BING BAILEY

**ELECTRICIANS**
ALEXANDER JELLVI
GLENN McDOUGALD
MIKE WESTBY

**KEY GRIP**
GINHY NAUMANN

**DOLLY GRIP**
CARLOS CEJA

**GRIPS**
JOSHUA CARRASCO
ALONZO PARKER

**LOCATION MANAGER**
TOMMY WOODARD

**KEY ASSISTANT LOCATION MANAGER**
SHASTA KINNEY

**SPECIAL THANKS**
NICK COOPER
DAVID GERROLD
SVEN KAMM
BRANDON HILE
JACK MORRISSEY
JOHN SIMS
MARK SMITH
DAMARIS DEGEN

**CATERER**
JON laFLEUR

**CATERING ASSISTANTS**
FRANK AREND
JEANNE LIBERTY

**MAKEUP DESIGNED AND SUPERVISED BY**
KEVIN HANEY
BRAD LOOK

**HAIR AND WIGS DESIGNED AND SUPERVISED BY**
GARY J PERTICONE

**MAKEUP ARTIST**
LISA HANSELL

**MAKEUP & EFFECTS LABORATORIES INC**

**PROSTHETICS PROVIDED BY MEL INC**
ALLAN APONE
PAUL ELLIOTT
THIRATI KULYINGWATTANAVIT
CHRISTOPHER BERGSCHNEIDER
BRITTANY DIETRICH
KATIE THOMPSON
CHRIS GANT
NICHOLAS FERNANDEZ
MOLLY PORTER

**VISUAL EFFECTS ON SET SUPERVISORS**
TRENT SMITH
ADAM HOWARD

**PRODUCTION DESIGNER**
SCOTT COBB

**ART DIRECTOR**
NATHAN LAY

**SET DRESSER**
BRANDY RHEA

**ART DEPARTMENT ASSISTANT**
ALEXANDRA MAZIEKIEN

**SET COSTUMERS**
KURT COX
CLAIRE MAX

**COSTUME FABRICATION**
USA SEWING FACTORY

**COSTUME CONSULTANT**
JAMES CAWLEY

**ARCHER ARENA EXTRAS/ SET PRODUCTION ASSISTANTS**
MICHAEL AGUILAR
NAHJ BOGAN
ANGEL GUZMAN
MICHELLE SANCHEZ
SPENCER SMITH

**EDITOR**
ROBERT MEYER BURNETT

**COMPOSER**
ALEXANDER BORNSTEIN

**SENIOR SOUND DESIGNER/EDITOR**
FRANK SERAFINE

**SOUND DESIGNER/ RE-RECORDING MIXER**
MARK EDWARD LEWIS

**SOUND DESIGNER**
JESSE AKINS

**VISUAL EFFECTS:  THE LIGHT WORKS**

**DIGITAL ARTISTS**
STEFAN BELLERSHEIM
JENNIFER MARX
ENRICO WEINERT

**VISUAL EFFECTS:  SCOPE VFX**

**DIGITAL ARTISTS**
THOMAS LOEDER
OLIVER NIKELOWSKI
ARNOLD SAKOWSKI

**ADDITIONAL DIGITAL ARTISTS**
KOJI KURAMURA
CHRIS MARTIN
GREG STITZ
DAN UYENO
ALI RIES

**VISUAL EFFECTS COMPOSITOR**
TOMMY KRAFT

**CONCEPT ARTISTS**
THOMAS MARRONE
SEAN P. TOURANGEAU

**GRAPHIC ARTIST**
CHRISTOPHER BUNYE

**GRAPHICS**
NEW WAVE MEDIA

**MAPS DIGITAL ARTIST**
THOR BENITEZ

**DIRECTOR OF MARKETING**
TERRY McINTOSH

**PUBLIC RELATIONS DIRECTOR**
KAYLA IACOVINO

**BEHIND THE SCENES ARCHIVISTS**
BILL WATTERS
MARY ANNE BUTLER
SEAN PATRICK KENNEDY

**MARKETING CONSULTANT**
KYLE WHISNER

**MARKETING ASSOCIATE**
CURTIS WEBSTER

**Special thanks to everyone who donated their time and talent, without whom this production would not have been possible.  – Alec and Christian**

# QUIET ON SET
## SELECT SHOOTING SCRIPT PAGES
## INCLUDING DIRECTOR'S NOTES



**AXAN★R**

**PRELUDE TO AXANAR**

<u>PRELUDE TO AXANAR</u>

WHITE SCREEN 'TURNS ON' - CHANGES TO BLUE

An opening chime plays, and the LOGO of the UFP HISTORICAL
SOCIETY fades up onscreen. A presenter speaks.



                    PRESENTER (V.O.)
          The History of the Four Years War
          is an authorized presentation of
          the United Federation of Planets
          Historical Society.

                                        FADE TO BLACK.

We hear Klingon war drums. A sparse, heavy beat.

STARDATE:"XXXX" fade up in white and drift toward camera.

                                        FADE OUT.

EXT. FEDERATION CITY - MORNING

The city on a beautiful, crisp morning.

                    NARRATOR (V.O.)
          Stardate "XXXX". The research
          colony on Archanis IV.

Another view, of skyscrapers against a beautiful sky.

                    NARRATOR
          Founded nearly a century before,
          the research outpost has grown into
          a flourishing, full scale city. It
          is a shining example of Federation
          progress.

INT. INTERVIEW CHAIR

                    SOVAL
          There would be no Federation
          without Earth.  And the fact that
          the humans could lead the formation
          of the Federation just a few years
          after their war with the Romulan
          Empire is nothing short of
          extraordinary.

MAP GRAPHIC





GRAPH'D SPACE
W/ PARALLAXING STARS (DOLLY)

BLUE ARCANIS (VFX)
RED

2.

Slow push in toward Arcanis, near the border between the
Klingon Empire and Federation space.

        NARRATOR
        But the Federation represents
        something very different to the
        Klingon Chancellor, who grows tired
        of the peace process. "If words
        were water, the humans would drown
        us all!"

° ARCANIS

        SOVAL
        The bad blood between humans and
        Klingons meant the job of
        preventing war and leading the
        peace delegations fell to Vulcan.
        And we failed.

FEDERATION CITY ON FIRE   BLK   FLASH! SEE!   BLK   FLSH!

The same wide shot as the first, but the city is now shrouded
in smoke. Unseen fires send towers of ash into the sky from
points throughout the city.

        NARRATOR
        For 12 hours The Klingon disruptors
        do not stop.

        Before the following sunrise,
        Archanis IV will be reduced to
        rubble. Thousands of its
        inhabitants are dead. Countless
        more are missing. The first victims
        of what will become known as the
        Four Years War.

BATTLE
CUTS

"     "

TITLE CARD: (Main Theme playing): Center screen reads: THE
FOUR YEARS WAR: 2242-2245 Under neath is the sub-title
"Prelude to Axanar" On the left is a federation logo, on the
right is the Klingon symbol.

THE
FOUR
YEARS
WAR
PRELUDE TO AXANAR
2242-2245

FADE IN:

LOWER 3RD   INT. INTERVIEW CHAIR

        SOVAL
        The formation of the Federation
        fundamentally changed the balance
        of power in the Alpha Quadrant.
        (MORE)

LOOKS TO VULCAN
LIGHT

VULCAN
STARTLES ---

SOVAL STS--

Blue (mm/dd/yyyy)                          3.



                    SOVAL (CONT'D)
Whereas previously the Klingons and
Romulans had been able to expand at
will, now the Federation was
offering membership to  potential
acquisitions for those empires. The
Federation Guaranteed not only the
member worlds sovereignty, but
their security, and this was a
fundamental threat to an empire
that thrived on conquering new
worlds.

                    RAMIREZ                        *
The Klingons are a culture based on
strength and conquest.  They had
been expanding their Empire for 200
years before the Federation was
formed.  That there would be a
conflict with the Klingons at some
point was obvious to most of the
members of Starfleet.





FEDERATION CITY AT NIGHT

Phaser beams lance downward from some unseen source, igniting
buildings in a city skyline.



Klingon ships flyby, seen only quickly by an amateur camera
man from the inside of a ruined building.

FREEZE FRAME:

On the Klingon ships. Push in slowly on the image.

                    NARRATOR
          The Federation is unprepared for
          the ferocity and magnitude of the
          Klingon attacks.


EXT. SPACE

POV: KLINGON 'PHASER CAMERA' as the disruptor beams lock on.



The Klingon gunner and captain speaking *Klingon* over subspace
comms. The voices are heard through a 'battlefield filter'.
(no subtitles)

                    KLINGON CAPTAIN (V.O.)
          [commanding his gunner]



POV: The phaser camera as the Federation ship explodes.

4.



                              KLINGON GUNNER (V.O.)
                         [verbally acknowledging command
                         then firing; then reporting the
                         kill.]

                              KLINGON CAPTAIN (V.O.)
                         [a terse celebration of the kill,
                         then a harsh command to find the
                         next target]


INT. INTERVIEW CHAIR

Close on Garth of Izar as he speaks.



                              GARTH
                    We took some major beatings in the
                    first six months of the war. And
                    then, after that. For most of that
                    first year, our mission was to slow
                    them down as we fell back. That was
                    about it.



INT. INTERVIEW CHAIR

Close on the Vulcan, SOVAL.



                              SOVAL
                    In any negotiation, one needs
                    leverage to achieve an optimal
                    outcome. Unfortunately, the
                    Klingons did not believe that the
                    Federation was a match for it.
                    Their belief in their own
                    superiority left us with little to
                    negotiate with, as the Klingons
                    believed they could merely take
                    what they wanted.  And
                    unfortunately Starfleet's early
                    losses did nothing to dissuade them
                    of that notion.




MOTION GRAPHIC: MAP

The Narrator speaks over an elegantly simple TOS style map
graphic of the galactic border between the Klingon Empire and
Federation space. The Klingon invasion, represented by waves
of red, crawls slowly over Federation Blue. The Klingon
Symbol growing in size as it does, and the Circular UFP
symbol diminishing in size to accommodate the adjusted
territory.



Blue (mm/dd/yyyy)                    5.

> NARRATOR (V.O.)
> For two years the Federation
> endured attack after attack. System
> upon system fell to the advancing
> Klingon fleet.

Another Federation ship is destroyed by a Klingon D6.            *




> TRAVIS
> At that point, about the only thing
> we managed to do that impressed
> them was die well. And die we did.

> GARTH
> The Klingon supreme commander, the
> architect of the invasions, was a
> warlord named Kharn.




INT. KLINGON HOMEWORLD - HALL OF HONOR - DAY

Walking toward us from a blinding light is a powerful
silhouette. An ominous, caped figure holding a sword. This is
the Klingon Supreme Commander, KHARN.



Note: Federation characters are intercut from their interview
chairs back and forth with Kharn walking.

Kharn's walk continues                                          *

> TRAVIS
> Kharn the Undying was what they
> called him.                                                  *



> ALEXANDER
> Kharn. The way the Klingons revered
> him, we thought he was some old
> myth.

INT. KLINGON CORRIDOR OF BANNERS



Kharn approaches in a shadowed walkway between two blood red
banners.

> GARTH
> He was real, alright.



> TRAVIS
> He was a visionary. A master of
> ship to ship combat.




Blue (mm/dd/yyyy) 6.



SOVAL
Kharn. Vulcan intelligence is, if I
may say, unparalleled. But even to
us, he was a mystery.



TRAVIS
The Klingon fleet never flew like
it did when Kharn was its master.

INT. KLINGON HALL OF HONOR - DAY

Kharn sits in a throne like chair. A majestic vista of
mountains in the distance. It is a beautiful day, even for as
harsh a world as Q'onos.

KHARN
Starfleet was never seen as a match
for the Imperial Navy. Certainly
not one that would impede the
growth of the Empire. Our D-6 was
the best ship in the war at the
outset.

INT. STARFLEET STATION, EARTH ORBIT

TRAVIS
For the Klingons, mortal combat is
the prime rule of nature. Their
entire civilization is a monument
to the Art of War.

RAMIREZ
And in those first campaigns, the
Klingons were toying with us. They
were using the strategy known to
them as [Klingon word]. This
translates roughly to 'The Strategy
of Least Respect'.

The height of their arrogance was
the ambush at Inverness 5.

INT. KLINGON HALL OF HONOR - DAY

KHARN
The Inverness System, as you call
it. The first attacks into
Federation territory were opening
maneuvers toward this objective.

(MORE)



Blue (mm/dd/yyyy)                7.

KHARN (CONT'D)
Unlike the others, we did not
attack immediately. We waited for
Starfleet to arrive, and set our
trap.

INT. INTERVIEW CHAIR

Each captain is asked about the 'Ambush at Inverness V'. By
their faces its clear part of them has never recovered.

RAMIREZ
Inverness V.

GARTH
The Inverness System. Five planets,
all colonized. Kharn needed the
dilithium.

ALEXANDER
Goddamned Inverness 5. That was a
mess.

TRAVIS
Inverness was the first time they
used it on us, but it was an old
Klingon tactic. [klingon word] or
"The Devourer".

KHARN
They sent wave after wave of ships
into the target zone.

GARTH
3,000 crew killed in the first four
hours.

Close on Starfleet Captain SONYA ALEXANDER

ALEXANDER
Day after day it was the same
thing.

I'd be ordered in to support some
counter attack. By the time I'd get
into orbit my orders would be
changed. Attack called off. The
battle was already over.
We'd come out of warp into a
junkyard...

TRAVIS
...Fragments of Federation
starships bouncing off my hull.
(MORE)

"TACTIC THAT DEVOURS"
"THE DEVOURER"

SEE ALI GRABS

'DRIVE'
X-DISSOLVE

Blue (mm/dd/yyyy)                                    8.

                    TRAVIS (CONT'D)
Some frantic rookie comm officer          *SAME AS LAST*
screaming at us. 'Go to such and          *HI-CONTRAST*
such coordinates, beam up                 *RIDGE LIGHT*
survivors.'

                    ALEXANDER
You could look down onto the
surface and see the fires from the        *SAME AS LAST*
cities burning. Trails of smoke for
miles.

                    TRAVIS
The transporter room was shoulder         *" "*
to shoulder with civilian refugees.
The whole deck smelled like ashes.
Human ashes.

                    GARTH
We'd beam 'em up until one of two
things happened: either the
transporter would blow out or the
Klingons would find us and start          
shooting. Whichever came first.

                    KHARN
The Devourer was a favorite of
Kahless. It served us well.

                    TRAVIS
That was it. Something had to
change. Or we were done.

                    ALEXANDER
I wanted Slater's head on a stick
after the first six months! It took
Inverness to get Starfleet Command
to pull its [beep] head out of its
[beep].                                                        *

                    TRAVIS
We all knew it. There had to be a                             *
change at the top. Thankfully it
came sooner than later.


INT. KLINGON HALL OF HONOR - DAY

Kharn speaks on the Ambush at Inverness V.

                    KHARN
For your kind those five planets
are merely a source of dilithium.

                    (MORE)







9.



KHARN (CONT'D)
But even before we reached the
stars it was a sacred constellation
in the skies over Q'onos. It was
taken from us by the Romulans
before the Vulcans found you
swaddling in your garden planet.

They belonged to us.

EXT. SPACE

A wing of Klingon D6's flies by majestically.



SOVAL
An Andorian acquaintance of mine
once said "Don't push the Pinkskins
to the thin ice." It may not be
eloquent, but the Klingons found it
to be prophetic.



FADE TO BLACK.

EXT. EARTH ORBIT

Klingon ships flying in formation.



NARRATOR
Stardate "XXXX". The Klingon empire
continues its relentless attack.

80 years after its founding, the
United Federation of Planets faces
extinction.

INT. VULCAN STARBASE:

SOVAL
The Federation was becoming
divided.

There were whispers the Tellarites
sought a separate peace with the
Klingons. Andorian extremists
gained voices in the assembly,
seeking to escalate the war. As for
Vulcans, well, there were those
that wanted to end our
participation in the war.

[Shot Insert: TBD]

10.



NARRATOR
After two years of almost constant defeat, the Head of Starfleet, Admiral Slater is forced to step down. But who would replace him?

TRAVIS
The name spread like wildfire. You can ask anyone where they were, they'll remember.

GARTH
We all remember the moment we heard it was Admiral Ramirez.

INT. FEDERATION AUDITORIUM - NIGHT - PAST

Applause. Admiral Ramirez at the podium. We're catching him mid-speech.



RAMIREZ
We are faced with an enemy committed to our destruction. They are an enemy that demands to be fought, and we will fight.



But I say to you that our greatest challenge is not the might of the Klingon Fleet.

The greatest challenge before us is to do what must be done without undoing the dream of the Federation.

GARTH
His first address to the Federation Council was incredible.

INT. FEDERATION AUDITORIUM - NIGHT - PAST

Raucous applause for Ramirez' speech.



RAMIREZ
We are here to preserve the ideal that all worlds can peacefully coexist, and there can be no victory that does not teach the Klingon people the virtues for which we stand.

11.




SOVAL
Until Admiral Ramirez spoke, I had
not foreseen the possibility of
peace between the Federation and
Klingons.  Nor had I entertained
the possibility that the Federation
might win.

RAMIREZ
For myself, I have one fear.
Failing the dream of our united
people.

Compared to such a loss, I do not
fear the Klingon Empire.

The Applause is deafening.








NARRATOR
Ramirez' First Address is a battle
cry that sweeps across the
quadrant.

GARTH
"I do not fear the Klingon Empire."
He just said it.

TRAVIS
That one speech made us feel as if
we had just turned the tide.

INT. STARFLEET HQ: PRESENT DAY





RAMIREZ
The first goal was a new class of
ship that could get Starfleet back
in the fight. We had to leapfrog
Klingon technology.

GARTH
The new ships we introduced in the
first year of the war were just a
stop gap measure.  We needed
something faster and more powerful.

RAMIREZ
We had over a dozen member worlds
working on it. This would be the
first pure warship Starfleet had
ever built.



12.



OPTION

TIGHT
STILL PHOTO
OF ACTOR
WHO PLAYED
DAYSTROM -
NOT IN TREK FOOTAGE!
SO NO COPYRIGHT ISSUE

*AS THE FUCK IF P2 (BLR) etc.

GARTH
It was Dr. Daystrom's breakthrough in duotronics that was the key.   It was a quantum leap in computing power. The advances in just our tactical systems alone were staggering.

TOBIAS
DRY DOCKS

EXT. FEDERATION SPACE

Space Docks of new ships being built.

INT. VULCAN STARBASE: NARRATOR = BUT THE NEW WARSHIPS WERE NOT WAS, WELCOMED FOR SOME IN THE ~~EFF~~ PED, AN OMINOUS ~~~~ " FOOTING

SOVAL
Vulcan's are by nature, pacificists.  This, combined with our desire to maintain some measure of a relationship with the Klingons, for when our diplomatic talents were needed again, meant that we limited our contributions to propulsion, environmental and defensive technologies. We declined to supply any offensive technology to Starfleet.

DIAGRAM OF ARES

TOBIAS
TUG w/
NACELLE

TRAVIS
A Vulcan's gonna do what a Vulcan's gonna do. The Andorians were more than happy to supply us phasers.

GARTH
It was called the Ares class.

EXT. SPACE DOCK

The Ares in dock.

ARES FAST FLYBY
IN GASSSS

GARTH
It was exactly what we needed.

EXT. FEDERATION SPACE

The new ships fly by. The Ares Class. They are about to face their first test.

GERONIMO        KOROLEV        WHATEVER! SHIPS!

Blue (mm/dd/yyyy)                    13.

                    RAMIREZ
         We had the ships, and we had a core
         of battle tested commanders. It was
         time to take the initiative.


    EXT. SPACE

    Orbiting a planet: Signus III.

                    NARRATOR
         Stardate "XXXX" Signus III in the
         north eastern Alpha Quadrant.

    MAP GRAPHIC:

    Federation ships moves into an ambush position around a
    Klingon force stationed near Signus III.

                    NARRATOR (CONT'D)
         The leadership of Admiral Ramirez
         was a welcome change. But his grand          *
         plan had yet to be tested in
         battle.                                       *

                    GARTH                              *
         The code name was Operation
         Pegasus.                                      *

                    ALEXANDER                          *
         Garth and I were to lead an attack            *
         force lead by 4 Ares class cruisers
         against a Klingon force stationed
         near the planet Signus III.


    INT. STARFLEET HQ:

                    RAMIREZ
         It was a controversial raid. There
         were those who thought it was too
         soon for us to go on the offensive.
         I disagreed.


    EXT. SPACE                                          *

                    GARTH                               *
         Pegasus would be the first test of
         the Ares class against the ship it
         was designed to defeat, the D6.

Blue (mm/dd/yyyy)                    14.

                    TRAVIS
          The Ares class looked damned good
          in the simulations. But data can
          only tell you so much. Enemy
          contact, that's the real test.

                    RAMIREZ
          So, I put my best commanders in the
          captain's chairs and sent them off
          to Signus III.

INT. KLINGON HALL OF HONOR

Now it is Kharn's turn to pay reluctant praise to Starfleet.
He remembers the battle of Signus III

                    Kharn
          The new ships were... unexpected.

EXT. SPACE - COMBAT FOOTAGE ARES VS D6

FX SHOT: TBD

INT. STARFLEET HQ:                                       *

                    TRAVIS                               *
          That was Ramirez' first throw of
          the dice; and they landed just how
          we wanted 'em to land; needed 'em
          to land. Garth. That mad Izarian
          sonofabitch. That was his day.      *

                    ALEXANDER                            *
          Garth likes to play down his
          contribution. Don't you believe it.
          What he did that day no captain had
          ever done.

                    GARTH
          We got lucky.

Insert: Federation ship takes out a Klingon D6.

                    GARTH (CONT'D)
          It was Sonya's maneuver that gave
          me the opening, and I took it.

                    TRAVIS
          Sonya pulled a feint, and it opened
          up a gap in the line.                          *

RCCK
+
ROU

Blue (mm/dd/yyyy)                    15.

TRAVIS (CONT'D)
Then Garth made the most aggressive
combat maneuver I'd ever seen.

ALEXANDER
It was like a Klingon maneuver.

TRAVIS
That's true, before Garth's charge
I'd only ever seen Klingons fly
like that.

GARTH
It was a new ship. They told me she
was tough. I wanted to see how much
she could take.

ALEXANDER
He put himself out in the middle of
it that's for damned sure.

TRAVIS
His hull was black from all the
disruptor fire.

ALEXANDER
I've looked at the disks over and
over. I still can't tell you what
held his ship together.

KHARN
Our captains' inability to destroy
the lead vessel allowed a complete
counter strike. We lost the
initiative, and the engagement.
This was the first time we took
notice of Garth of Izar.

GARTH
It was a Klingon who first called
me that. I guess there are a lot of
worse things a Klingon could call
you. And I'm proud of my homeworld,
so I won't argue with the title.

KHARN
We had underestimated these new
ships, and their captains.

GARTH
I wasn't the only one the Klingons
remembered from that raid.
(MORE)

*handwritten annotations:*
ROCK & ROLL

GARTS FLYBY?

QUOTE:
"(KLINGONS REPORT FAILURES - HONOR DEMANDS THEY GIVE NAME = GARTH of IZAR)"
- KLINGOP SERVICE ~~BATTLE~~ BATTLE REPORT



33 INT. INTERVIEW CHAIR                                                    *

                    ALEXANDER
          Garth likes to play down his
          contribution. Don't you believe it. *LET HIM FOOL YOU*
          What he did that day no captain had
          ever done. — *SIMPLE AS THAT*                              *

*ADMIRATION —*

*# THIS IS THE*
*FIRST TIME*
*YOU'VE REALIZED*
*THIS —*
                    ALEXANDER (CONT'D)
          It was like a Klingon maneuver. *THIS IS THE*
                    *FUCKING*                    *FLEET*
                                                *— YOU'VE WRITTEN BOOKS*
                    ALEXANDER (CONT'D)              *ABOUT THIS —*
          He put himself out in the middle of *YOU'VE SAID THIS*
          it that's for damned sure.              *COUNTLESSLY*
                                                *ITS PUBLIC RECORD*
*THAT WAS HIM —*
*HE WAS THE*
*ONE OF A KIND*
                    ALEXANDER (CONT'D)       *AIN'T THAT THE*
          I've looked at the disks over and  *DAMNEDEST*
          over. I still can't tell you what  *THING*
          held his ship together.

*SEQUENCE —*
*TAKE W/*
*PAUSES*
                    ALEXANDER (CONT'D)
          Yeah, sure. I'll tell you. They   *SHORT*
          called me BLEEPED OUT. *BLEEPED*  *PROFANITY*   *
                    *PROFANE RANT*           *LONG PROFANITY*
36 INT. INTERVIEW CHAIR                                *STREAK*   *

                    *out* ALEXANDER
          But their crews might be Andorian
          or Tellarite or Vulcan or Human.
          Each of which had their own
          strategy and tactics.

*PROUD*
                    ALEXANDER (CONT'D)
          We had finally begun to even the
          playing field. We'd proven we could
          take on the Klingon fleet. But the
          D-7 would change all that.

*PUTTING THE*
*GOSSIP TO*
*REST —*
*THIS IS IT —*
*THIS IS HOW*
*IT WENT*
                    ALEXANDER (CONT'D)
          Garth asked me out the blue if we
          could have a drink. Well, that
          wasn't a question. Especially not
          back then. He had something he
          wanted to talk to me about.
          *Needed*

                    ALEXANDER (CONT'D)
          My first reaction was-- Well, let
          me put it this way. I'm glad we
          were drinking.

Blue (mm/dd/yyyy)                    16.

                    GARTH (CONT'D)
          They gave Sonya Alexander a
          nickname too. But, I don't think
          you want me to repeat it.

                    ALEXANDER
          Yeah, sure. I'll tell you. They
          called me--

Sonya's profane account is bleeped out by UFP censors.          *

                    TRAVIS                              *
          The truth is we were at the
          breaking point. We were badly in
          need of a victory. After Signus III
          we could finally take a breath.

                    RAMIREZ
          I became a lot more popular with
          the Federation Council.

EXT. FEDERATION SPACE

Insert of Federation ships flying by.

                    NARRATOR
          Stardate:"XXX" The Ares Class had
          withstood its first trial by fire,
          and passed through the gauntlet
          victorious.

                    RAMIREZ
          The Ares Class had proven itself,
          and continued to prove itself. It
          was faster, more agile and better
          armed than anything we'd ever had.

INT. KLINGON HALL OF HONOR

                    KHARN
          The Federation had regained its
          footing. It had become frustrating
          to fight Starfleet.

INT. STARFLEET HQ:

                    GARTH
          At that time, Starfleet crews
          preferred to fight next to their
          own kind.

Blue (mm/dd/yyyy)                    17.

                    TRAVIS
          So the Klingons were facing what
          they thought were just Starfleet
          ships.                                          *

                    ALEXANDER                             *
          But their crews might be Andorian
          or Tellarite or Vulcan or Human.
          Each of which had their own
          strategy and tactics.

                    KHARN
          One never knew who you were
          fighting, and knowing one's enemy
          is the first rule of war.

                    GARTH
          Once we had a ship that could stand
          toe to toe with the D-6, then our
          our diversity became a huge
          advantage. You see, when you fight
          a Tellarite, you better be in for a
          long battle, because they are very
          stubborn and very tenacious and
          they don't give up easy.  Andorians
          are incredibly aggressive.  They
          get close and don't let up.
          Vulcans will frustrate you and make
          you make mistakes.                              *

                    TRAVIS                                *
          And humans, well, the Klingons
          could never figure out what exactly
          we would do.

                    KHARN
          The High Council was forced to
          accept that the Federation was now
          a match for our forces.

     MAP GRAPHIC

     Federation Blue begins to push back on Klingon Red.

                    NARRATOR
          Confident in their Ares cruisers,
          this brash core of captains took
          back three key systems in a month.
          But the war was not over yet.

Blue (mm/dd/yyyy)                18.

                    KHARN
The great irony of the battle of
Signus III is that if the High
Council had not overruled my
proposal, it would have been a
force of D7's that met Starfleet
that day.

                    TRAVIS
We learned later that Signus III
led to a shakeup on Q'onos. The
Warlords that overruled Kharn were
shamed.

                    KHARN
The Emperor himself granted me the
lives of my detractors. I sentenced
them mercifully.

                    TRAVIS
He was given complete discretionary
funds to finish the D7 as soon as
possible.

                    KHARN
I allowed them, all of them, to
take their own lives.                        *

                    GARTH                     *
If the Klingons had listened to
Kharn, they have D-7's at Signus
III. You get that? All of our shiny
new Ares class ships woulda been
cut to pieces. We would have been
done. It was that close.

                    KHARN
I honored them further by attending
the ceremony personally.

                    RAMIREZ
It had become an arms race.  A war
of technology. The Klingons were
building something. Something
powerful. That was all we knew.

                    KHARN
Across the empire, our greatest
shipyards were forging them. The D7
was to be the ultimate expression
of the Klingon warship.

Blue (mm/dd/yyyy)                    19.

                    SONYA
We had finally begun to even the
playing field. We'd proven we could
take on the Klingon fleet. But the
D-7 would change all that.


                    GARTH
If the Klingons launched her first,
we would be outmatched and
outgunned. Again. And by now, the
Klingons knew better than to
squander that advantage.

                    RAMIREZ
Our new class of ship was proving
much more complicated than we
realized. It wouldn't be ready in                    *
time. We needed another option.                    *

                    TRAVIS                    *
Just as we started feeling good                    *
about ourselves, we heard the                    *
rumors of the Klingon Dreadnaught.                    *

                    RAMIREZ
So I went to my three best squadron
commanders, Garth, Robau and Trask
and asked them each for a plan of
attack.

                    ALEXANDER
Garth asked me out the blue if we
could have a drink. Well, that
wasn't a question. Especially not
back then. He had something he
wanted to talk to me about.

                    GARTH
Yes. That's how it happened. That's
when I first told her my idea for a
battle plan.

                    ALEXANDER
My first reaction was-- Well, let
me put it this way. I'm glad we
were drinking.

                    TRAVIS
Garth and Sonya came in, looking
very, how can I put this--
Conspiratorial. And told me to have
a drink. They had something they
wanted to talk to me about.

Blue (mm/dd/yyyy)                           20.

                    GARTH
Well, I showed him a rough outline
of a battle plan. I said "what do
you think?"

                    ALEXANDER
Sam said, "I think I need another                    *
drink."                                              *

                    TRAVIS                           *
The Admiralty had three different
plans. One of them isn't worth
mentioning. One of them was good.                    *
Garth's plan was crazy. A bloodbath                  *
waiting to happen. That was Axanar.

                    RAMIREZ
When Garth presented his plan to
take on the Klingons at Axanar, my
first thought was how far he had
come. He was an explorer before the
war. But he was a soldier by
nature.

                    GARTH
There is a natural Darwinism in
war. Sad to say, but it is true.

The Axanar plan was only possible
because by the Fourth year of the
war, the squadron commanders
available to me were all...simply
the best.

They had been through our early
losses, through the constant
retreats, through the breakthrough
at Signus III. They were war
hardened soldiers, any of whom I
would trust my life to.

                    RAMIREZ
So I signed the plan. Garth's plan.
To end the war in one final battle.
To end it at Axanar.

                              FADE TO BLACK.        *

20.

                    TRAVIS
        The Admiralty had three different
        plans. One of them isn't worth
        mentioning. One of them was good.
        Garth's plan was crazy. A bloodbath
        waiting to happen. That was Axanar.

                    RAMIREZ
        When Garth presented his plan to
        take on the Klingons at Axanar, my
        first thought was how far he had
        come. He was an explorer before the
        war. But he was a soldier by
        nature.

                    GARTH
        There is a natural Darwinism in
        war. Sad to say, but it is true.
             (beat)
        The Axanar plan was only possible
        because by the Fourth year of the
        war, the squadron commanders
        available to me were all...simply
        the best.
             (beat)
        They had been through our early
        losses, through the constant
        retreats, through the breakthrough
        at Signus III. They were war
        hardened soldiers, any of whom I
        would trust my life to.

                    RAMIREZ
        So I signed the plan. Garth's plan.
        To end the war in one final battle.
        To end it at Axanar.

                                    FADE TO BLACK.


NARRATOR =

~~RAMIREZ~~

~~EARTH~~

KELVAR GARTH WAS GIVEN THE          GARTH'S

RANK OF FLEET COMMANDER. ~~BY SETTING THIS~~ PLAN

IN MOTION, ~~RAMIREZ MADE HIM THE~~

IN THE HISTORY OF GALACTIC WARFARE,
                    CAPTAIN
NO ~~COMMANDER~~ ~~HELD SUCH RANK~~ HAD COMMAND

OF SUCH A        ~~IN GARTH OF TOP~~
        FORCE.     ~~IT WAS~~ THE LARGEST, MOST POWERFUL
        ~~OF~~     ARMADA IN THE HISTORY OF GALACTIC WARFARE,
        ~~AND IF IT FAILED, THEN OF~~ MADE ITS
        ~~WAY~~ PREPARED FOR ~~BY THE~~ THE
                        BATTLE OF AXANAR ...





# THE STEED OF HEROES
## MEET THE U.S.S. ARES



FORMATION LIGHT

PHASER BANK

DEFLECTOR SHIELD GRID

BUSSARD RAMSCOOP

IMPULSE DECK

ANTIMATTER EJECTION PORTS

HANGAR BAY

INTERCOOLER

NCC-1650

U.S.S. ARES



U.S.S. ARES
NCC-1650

Starfleet Design Bureau, Admiral Sean Tourangeau, Commanding, Stardate 2014



STAR TREK
AXANAR











U.S.S. ARES
NCC-1650

Starfleet Design Bureau, Admiral Sean Tourangeau, Commanding, Stardate 2014

STAR TREK
AXANAR









PHASER BANKS

BRIDGE

TORPEDO LAUNCHER

IMPULSE DECK

HANGAR BAY

WARP ENGINE NACELLE (2)



U.S.S. ARES

NCC-1650

Starfleet Design Bureau, Admiral Sean Tourangeau, Commanding, Stardate 2014



STAR TREK

AXAN★R



# IT TAKES A VILLAGE
## CANDID MOMENTS FROM THE SET





















# WORDS GIVEN FORM
## THE CONCEPT ART OF PRELUDE



"_____" ~ SCENE. ___ ~ PAGE. __ of __ ~ __ / __ / 20___ ~ ___

N°:

N°:

N°:

N°:



EELDFILMS.com

" _____ " ~ SCENE. ___ ~ PAGE. ___ of ___ ~ ___ / ___ / 20___ ~ ___

N°:

N°:

N°:

N°:

"_____" ~ SCENE. ___ ~ PAGE. ___ of ___ ~ ___ / ___ / 20___ ~ ___

N°:



N°:



N°:



N°:





"_____" ~ SCENE. ___ ~ PAGE. ___ of ___ ~ ___ / ___ / 20___ ~ ___

N°:



N°:



N°:



N°:

" _____ "  ~  SCENE. ___  ~  PAGE. ___ of ___ ~ ___ / ___ / 20___ ~ ___

N°:



EMONMUSTATION - EARTH

TRAVIS V.O. SETUP

N°:



CAPTAIN SAM TRAVIS

-PAYOFF!  SLO-MO + LOWER THIRD

N°:



BACK to full speed - HEXT Line, Go →

N°:

" _PRELUDE/SOUAL INTRO_ ~ SCENE. ___ ~ PAGE. __ of __ ~ __ / __ / 20___ ~ ___

N°:



ILLUMINON ILLUMINANI - VULCAN

SOUL V.O. ~ SETUP ~

N°:



ILLUMINON SOUR

PAYOFF! - CUT TO SLO MO A LOWER THIRD

N°:



BACK TO FULL SPEED for NEXT LINE, CONT.

N°:

" PRELUDE to AXANAR " ~ SCENE. ___ ~ PAGE. __ of __ ~ __ / __ / 20__ ~ __

ARCANIS IV IN RUINS

INVERNESS II



SIMPLE
HI-CONTRAST
COMPOSITIONS

(bg: fed.blue · same logo asset)
Grid Depth: The circular lines are on a plane 'above' the square grid lines (visible as
difference in opacity)
--FED symbol falling away into the Z.
--Dots of various size are 'places of interest' on the map



map falling away, revealing more stars, suggesting expanse of Federation space



Camera pans right slightly -- reveals Klingon conquests as a red wave,
taking dot by dot and closing in from below and right of frame.



Like rivulets of blood seeping toward the Fed Symbol, the Klingon invasions
creep forward, and their symbol fades in, larger than the Fed Symbol.



BATTLE MAP 2

Start point of this map is End point of first map.

The Federation is pushing back on the Klingons.

They take back "Three Key Systems in a Month"

visually represented as Federation Blue pushing back Klingon Red
and revealing three large dots (the "key systems") that have now
been liberated from those nasty Klingons.



Notes:
Federation Symbol stays in its position onscreen,
but expands slightly (and slowly) as the blue wave grows

Klingon Symbol shrinks slightly in response
to the Federation's surge, and also drifts toward screen right



# "I DO NOT FEAR THE KLINGON EMPIRE!"

**Admiral Marcus Ramirez**
**First Address to the Federation Council**
**Stardate 2243.2**