# EXHIBIT O

From: Alec Peters alec@startrekaxanar.com
Subject: Fwd: Prelude to Axanar Shoot
Date: March 17, 2014 at 3:44 PM
To: Hamilton Cox hamiltoncox@gmail.com, Christian Gossett christian.gossett@gmail.com

The Neru neck undergarment works. I think the outer robe works too. We can add Vulcan Gliphs.

Compare as to what I am getting.

This undersuit (First one on left)

http://startrekpropcollector.com/trekauctions/image.pl?9214e987cc6bdfec3378e1e926a2cdac

http://www.yourprops.com/Vulcan-Robe-original-movie-costume-Star-Trek-Enterprise-TV-2001-YP65325.html

Thoughts Christian?





EXHIBIT 148
Deposition of Gossett
10/22/16
Vicki A. Saber, CSR 6212

GOSSETT-EMAILS--006964