# EXHIBIT Q

**From:** Christian Gossett christian.gossett@gmail.com
**Subject:** Please Look - images for Kevin
**Date:** April 4, 2014 at 11:37 AM
**To:** Alec Peters alec@startrekaxanar.com

Alec:
Okay, yeah no rest for the traveler: :)

Kevin needs to see any changes we want for Kharn so this is what I was thinking.

It's just a subtle alteration of the creases beyond the central ridge. It's consistent, actually, with the drawings I submitted, which I didn't realize until I checked out the sketches again.

I love what Kevin has done. It's subtle, biological and Klingon. I'm just trying to add a little aggression to the angle of the creases without sacrificing any of the above.

Kevin knows this is an experiment and that by trying it we're not losing what we have.

If you DO NOT LIKE these, then let me know. Otherwise I send them because he can't wait.

--
CHRISTIAN GOSSETT
cell: 323. 710. 2031



METAMORFIC
The Vocabulary of Motion

METAMORFIC PRODUCTIONS
3727 W. Magnolia Blvd. #813
Burbank, CA 91505

Tel 818.845.5148
metamorfic.com

EXHIBIT 133
Deposition of Gossett
10/22/16
Vicki A. Saber, CSR 6212



Ideally, this alteration to the creases doesn't affect the 'style' of the central ridge bumps. I prefer to preserve

GOSSETT-EMAILS--007631



what you've defined as much as possible.

still within the subtle, natural kind of folds and ridge bumps you've already defined, the attempt is to alter the creases beyond the central bumps into a slightly more aggressive formation of V shapes.

Again, regarding the

GOSSETT-EMAILS--007632



GOSSETT-EMAILS--007633



GOSSETT-EMAILS--007634