**EXHIBIT R**

**From:** **Sean Tourangeau** stourangeau@earthlink.net
**Subject:** Quick concepts
**Date:** March 24, 2013 at 11:52 AM
**To:** Christian Gossett christian.gossett@gmail.com, alec@propworx.com Peters alec@propworx.com

Here are couple quick marker comps I did last night for some uniform ideas. just in case you want me to draw up more.

Sean
719.660.0779
stourangeau@earthlink.net

**Star Trek Pre-Tos Concepts**

Sean Tourangeau 20





EXHIBIT 127
Deposition of
Gossett
10/22/16
Vicki A. Saber, CSR 6212

GOSSETT-EMAILS--009291



GOSSETT-EMAILS--009292