# EXHIBIT S

Plaintiffs' Exhibit 202
Witness: Peters – Vol. 2
Date: 11-2-16
(Shelly Storey, CSR 3932)

From: **Alec Peters** alec@startrekaxanar.com
Subject: Re: AXANAR THINGS TO RESOLVE THIS WEEK (to maintain due date)
Date: July 8, 2014 at 9:56 PM
To: r.evenett@usasewingfactory.com
Cc: Christian Gossett christian.gossett@gmail.com, helpdesk@usasewingfactory.com

Concept art attached.



GOSSETT-EMAILS--001767



GOSSETT-EMAILS--001768



Alec Peters
404-918-1701

Website: http://startrekaxanar.com/

Facebook: https://www.facebook.com/StarTrekAxanar

Twitter: https://twitter.com/StarTrekAxanar



On Jun 18, 2014, at 5:30 PM, r.evenett@usasewingfactory.com wrote:

Hi,

Here are the things that need to be finalized by tomorrow:

1. **Order "greige" production fabric knitting \*\*\***
2. Conceptual sketches need to be submitted to create technical sketches
3. Provide size ratios for each style
4. Female base size model to be confirmed
5. Female base size model needs to be scheduled to take a full set of body measurements
6. Payments for production fabric order must be received in order to maintain due date

**Next week (June 26)**

1. Female base size model to be confirmed
2. Female base size model needs to be scheduled to take a full set of body measurement

**\*\*\*If production fabric is not ordered this week, the project will be delayed by as many weeks as the order is delayed**

Regards,

**Rocio Evenett**
President

**USA Sewing Factory**
4719 S Boyle Ave
Vernon CA 90058
**Book an Appointment**

-------- Original Message --------
Subject: Re: AXANAR MEETING WITH ROCIO JUNE 5th 2014
From: Alec Peters <alec@startrekaxanar.com>
Date: Fri, June 06, 2014 8:33 am
To: r.evenett@usasewingfactory.com
Cc: Christian Gossett <christian.gossett@gmail.com>,
helpdesk@usasewingfactory.com

Awesome. Thank you Rocio!

Alec Peters
404-918-1701

Website: http://startrekaxanar.com/

Facebook: https://www.facebook.com/StarTrekAxanar

Twitter: https://twitter.com/StarTrekAxanar

<AxanarHearderUpdate.jpg>

On Jun 5, 2014, at 7:17 PM, r.evenett@usasewingfactory.com wrote:

> Hi,
>
> Following up on our meeting today, this is the list of priorities we covered:
>
> **CUSTOM PIECES**
> - We will take full set of measurements from actors once they've been cast
>
> **PRODUCTION**
>
> 1. Request 2 more labdips of each colour (5% and 10% darker)
> 2. Try and get larger lab dip swatches so that they can be light tested
> 3. Order "natural" fabric so that we can begin fit development
> 4. Alec will be male base size model
> 5. Female base size model to be confirmed
> 6. Female base size model needs to be scheduled to take a full set of body measurements
> 7. Conceptual sketches need to be submitted to create technical sketches
>
> **PROPOSED TIMELINE**
>
> June 12
> Colour approval
> Size ratios for each style
>
> June 19

Technical sketches approved
Production fabric ordered

**June 26**
Base size patterns created

**July 3**

Fit prototypes sewn

**July 10**
Fit session/ sample approval

**July 17**

POSSIBLE pattern corrections

POSSIBLE 2nd set of samples (2nd Fit prototypes sewn with corrections)

**July 24**
Fit session/ FINAL approval

Grading rule development

**August 7**

Production fabric received

**August 14**
Markers are produced
Production launched

**DUE OCTOBER 2**

Please let me know if you have any questions

Regards,

**Rocio Evenett**
President

USA Sewing Factory

GOSSETT-EMAILS--001771