# EXHIBIT T

**From:** Christian Gossett christian.gossett@gmail.com
**Subject:** Re: Good Morning, Fleet Captain
**Date:** July 15, 2014 at 10:37 AM
**To:** Alec Peters alec@startrekaxanar.com

We just got off the phone but I'll acknowledge here as well:

Situation: I wish it were not so, but **We are running out of time on everything. We need to complete the assets** -- so choices that complicate or delay delivery can no longer be made. **Thor needs to work whenever he can on these maps and not wait to schedule a meeting time.**

Solution: **The best thing we can do to make us Canon Proof on the maps is to indicate only the Points of Interest (POI) necessary to give context to the audience.** What makes a map a contradiction is when there is so much information that a comparison can be made. **Therefore the less information we give, the less chance we have of putting a certain star or planet in the wrong place.**

Proposed Action: Assemble all POI that you want to communicate to Thor. Take iPhone pictures of Larry's maps, send the correct spelling and words. Give Thor a very clear and specific direction re: these aspects of the remaining maps and he will deliver like the Triple Crown Winner that he is.

On Tue, Jul 15, 2014 at 9:48 AM, Alec Peters <alec@startrekaxanar.com> wrote:
> I am on this, but I have to have Christopher, our Klingon Translator on this as well, and I just heard from him as he was working yesterday.
>
> The problem is the first map does not follow the star maps. This is why I need to be with Thor to work with him.
>
>
> And I have
>
> Alec Peters
> 404-918-1701
>
> Website:  http://startrekaxanar.com/
>
> Facebook:  https://www.facebook.com/StarTrekAxanar
>
> Twitter:  https://twitter.com/StarTrekAxanar



> On Jul 15, 2014, at 8:30 AM, Christian Gossett <christian.gossett@gmail.com> wrote:
>
>> Hey Alec:
>>
>> Thor needs point of interest names for his maps. Immediately is preferable and advised.
>>
>> I can do this alone, but I know you wanted oversight, so please let me know how soon we can get together and do this.
>>
>> Christian



EXHIBIT 141
Deposition of Gossett
10/22/16
Vicki A. Saber, CSR 6212

--
CHRISTIAN GOSSETT
cell: 323. 710. 2031



METAMORFIC PRODUCTIONS
3727 W. Magnolia Blvd. #813
Burbank, CA 91505

Tel 818.845.5148
metamorfic.com

--
CHRISTIAN GOSSETT
cell: 323. 710. 2031



METAMORFIC PRODUCTIONS
3727 W. Magnolia Blvd. #813
Burbank, CA 91505

Tel 818.845.5148
metamorfic.com

GOSSETT-EMAILS--002423