**EXHIBIT U**

-------- Original Message --------
Subject: Bridge
From: "alec@axanarproductions.com" <alec@axanarproductions.com>
Date: Sat, March 07, 2015 7:24 am
To: "<christian@axanarproductions.com>"
<christian@axanarproductions.com>

Christian:

My last email to you and Iacovelli was meant to make a point I can make to you much stronger.

I need a compelling reason NOT to go with Eric Henry's Bridge design.  Artistic flair won't do.  Our bridge design is a HUGE, and I mean HUGE hit with fans.  Changing it because you think you can do better isn't going to do well with fans or me if the fans don't like it.   Saying his bridge "Is a starting point" or "20% there" makes me wonder what you guys are thinking.  I say it is 80% of the way there.

And pleasing the fans is critical.  Please keep this in mind.  I am the keeper of the faith with fans.  They love that about us.  Our faithfulness to the universe.

I don't need to mention my disdain for The Cage designs again…  :-)


Alec


Alec Peters
Executive Producer

Website:  http://axanarproductions.com/

Facebook:  https://www.facebook.com/Axanar

Twitter:  https://twitter.com/StarTrekAxanar



Plaintiffs' Exhibit 215
Witness: Peters – Vol. 2
Date: 11-2-16
(Shelly Storey, CSR 3932)

GOSSETT-EMAILS-000422