**EXHIBIT X**

From: **Christian Gossett** christian.gossett@gmail.com
Subject: Re: Star Trek Locations
Date: April 4, 2014 at 8:11 AM
To: Alec Peters alec@startrekaxanar.com
Cc: Scott Trimble scott@ststlocations.com, Jhennifer Webberley jwebb@christiangossett.com, Tommy Woodard wootom@yahoo.com

Well, what I meant was they haven't been shot for some time. :)

On Fri, Apr 4, 2014 at 8:10 AM, Christian Gossett <christian.gossett@gmail.com> wrote:
> Good morning, Scott:
> Have you ever heard of the Trona Pinnacles? They're out past Ridgecrest (near Lone Pine) and they are amazing. They also don't ever get shot for reasons unknown. I would very much appreciate finding out if they are an option, even just for a TOS style EST matte shot into which we'd comp a set of Trek buildings.

On Fri, Apr 4, 2014 at 8:02 AM, Alec Peters <alec@startrekaxanar.com> wrote:
> The Rockhaven stuff is brilliant.  That place is so perfect for the Peace Conference.  Tillman is a lock as we need to shoot Starfleet HQ there.  Vasquez is out as everyone shoots there.
>
> Alec Peters
> 404-918-1701
>
> Website: http://startrekaxanar.com/
>
> Facebook: https://www.facebook.com/StarTrekAxanar
>
> Twitter: https://twitter.com/StarTrekAxanar



> On Apr 3, 2014, at 12:39 PM, Scott Trimble <scott@ststlocations.com> wrote:
>
>> Hey everyone,
>>
>> For both "Star Trek: Prelude to Axanar" and "Star Trek: Axanar", I just set up the following website for our location scout photos.  Art department and make-up can utilize it too if they have images they'd like to share.
>>
>> http://www.startreklocations.com/
>> PASSWORD:   kelvin007
>>
>> For security reasons, that password will change about once a month or as necessary.
>>
>> I haven't yet done a full file pull from my archives, but, just for the sake of example so you'll know what to expect later, I uploaded three locations.
>>
>> Under AXANAR, you can check out images of Tillman Japanese Gardens.  We've previously discussed using this location since it was already established as part of Starfleet Headquarters in TNG, DSN, VOY0, and ENT.
>>
>> Under OTHER PLACES, I threw in two places that have been established as Vulcan filming locations: Vasquez Rocks (which is perhaps the most iconic of ALL the locations that "Star Trek" has ever shot at) and Rockhaven.  It was the mention of Rockhaven in the real estate news a few months back that led to you guys contacting me about potentially working on this project.  It was a filming location for "Star Trek XII", though much of the scenes were cut out.



EXHIBIT 145
Deposition of
Gossett
10/22/16
Vicki A. Saber, CSR 6212

GOSSETT-EMAILS--006727

Anyway, when I do the full pile full, I will write to you all again!

Scott

===============================
SCOTT THOMAS SUGGS TRIMBLE
Location Scout / Location Manager
Production Supervisor / Producer
cell 310-528-1241 / www.stst.net
===============================

--
CHRISTIAN GOSSETT
cell: 323. 710. 2031



METAMORFIC
The Vocabulary of Motion

METAMORFIC PRODUCTIONS
3727 W. Magnolia Blvd. #813
Burbank, CA 91505

Tel 818.845.5148
metamorfic.com

--
CHRISTIAN GOSSETT
cell: 323. 710. 2031



METAMORFIC
The Vocabulary of Motion

METAMORFIC PRODUCTIONS
3727 W. Magnolia Blvd. #813
Burbank, CA 91505

Tel 818.845.5148
metamorfic.com

GOSSETT-EMAILS--006729