**EXHIBIT Y**

From: **Tobias Richter** tobias@thelightworks.de
Subject: Eminiar
Date: April 13, 2014 at 11:05 AM
To: Christian Gossett christian.gossett@gmail.com
Cc: Alec Peters alec@startrekaxanar.com

Hi Christian,

attached is a WIP shot of the Eminiar city. It is a slightly different city or view within the city from the established matte shot in TOS. I imagin the city looks different 20-30 years before - and especially before the war. The big triangle building is a key to recognizing it, but it is a slight smaller version of the one in TOS - I imagine it will be destroyed and rebuild even bigger to what we see in TOS. Or it could be a totally different building and just share some same architecture.

This is pretty much done in regards to modelling - worked on it all weekend. It now needs texturing. Not sure if I keep the trees, as they nee to be animated for a shot. When you´re shooting the Prelude stuff and you have a green screen available, it would be cool if you could have few people walking or talking in front of the greenscreen so that we could put that into the matte shot. And some people running for the destroyed version. Some civilians in "futuristic" clothing, maybe some Starfleet personel.

Light will come from the top right side. The camera should be pretty far away if you film this but you can zoom in to maximize usage of the resolution. And it would be cool to get the 4K data for that shot.

Best wishes
Tobias

--
www.thelightworks.com
Phone +49 2236 967322





EXHIBIT 147
Deposition of Gossett
10/22/16
Vicki A. Saber, CSR 6212