**EXHIBIT Z**



**Axanar** added 2 new photos.
August 15, 2015

A fully revised and locked script! Congrats to my writing partner Bill Hunt. Together we were able to produce what director Rob Burnett calls the best Star Trek movie script ever!



**Exhibit No. 172**
Witness: Bill Hunt
Date: 10/25/16
Christianne Lee Fong, CSR 7559

PL0000903