**EXHIBIT BB**

From: Alec Peters alec@startrekaxanar.com
Subject: Re: Jeff Carlisle Trek Artwork. Axanar sketches to follow soon...
Date: October 27, 2014 at 2:19 PM
To: Jeff Carlisle jeffcarlisleart@gmail.com
Cc: Christian Gossett christian.gossett@gmail.com

The boots are fine. I think some sort of knee guard/pad would be better. So a bit more streamlined, ending with some sort of knee protection.

Alec Peters
Executive Producer

Website: http://startrekaxanar.com/

Facebook: https://www.facebook.com/StarTrekAxanar

Twitter: https://twitter.com/StarTrekAxanar



On Oct 27, 2014, at 1:17 PM, Jeff Carlisle <jeffcarlisleart@gmail.com> wrote:

> Do you like the height of the boots, minus the extensions? What about the vest?
>
> On Mon, Oct 27, 2014 at 4:14 PM, Alec Peters <alec@startrekaxanar.com> wrote:
>> My feedback.
>>
>> Klingon costume. Needs less ornamentation and more simplicity on boots. This is war. And we want something easy to make.
>>
>> Same on gauntlets.
>>
>> Pistol looks like it is between TOS and TNG versions. More TOS infuence and less TNG. That said, it is a beautiful drawing. You got skillz!
>>
>> Yes on Klingon Communicators.
>>
>> Alec Peters
>> Executive Producer
>>
>> Website: http://startrekaxanar.com/
>>
>> Facebook: https://www.facebook.com/StarTrekAxanar
>>
>> Twitter: https://twitter.com/StarTrekAxanar
>>
>>
>> <AxanarHearderUpdate.jpg>
>>
>> On Oct 27, 2014, at 12:45 PM, Jeff Carlisle <jeffcarlisleart@gmail.com> wrote:
>>
>>> Alec--
>>> Here is a first batch of designs. Nothing final, but I wanted to get a couple concrete designs for the Klingons.
>>> The uniform is a fusion of the Original Series Klingon outfits with the uniforms that we see from The Motion Picture onwards--and



EXHIBIT 153
Deposition of
Gossett
10/22/16
Vicki A. Saber, CSR 6212

the vest would be similar to the TMP/Search for Spock uniforms, made from a vinyl/leather material. The "turtleneck" would be a textured fabric and have the bracers from the newer Klingon outfits. The pants and boots would be simplified. The idea is that if TOS had a higher budget, this is what they would have looked like. The faces of the Klingons could be a mixture of the flat-faced "infected" Klingons along with Cranial Ridge Classic Klingons and Klingons that only have very subtle cranial ridges--showing that the infection from ENTERPRISE is clearing up and show a variety of Klingon styles.

The Klingon disruptor is based heavily on the original prop from TOS--but using features that have become synonymous with Klingon Disruptors. The Rust Color that is associated with Klingon tech isn't shown in the original series, and it could be a mixture of gunmetals and silver, suggesting the original prop.

None of these designs are final, and let me know what you would like to see and I will try to incorporate them in other designs. Will we need Klingon Communicators?

The next thing I am working on are updates on the Communicators and Phasers for the Federation--and they will be heavily based on the props from The Cage--with more modern textures/tech.

Jeff

On Tue, Oct 21, 2014 at 4:18 PM, Jeff Carlisle <jeffcarlisleart@gmail.com> wrote:
> Hey Alec.
> Now that I am finally coming out of my Cold, I thought I would be proactive and start sending you some art.
> I have been looking for an excuse to do more Trek art--and Trek designs--for a while.
> Hope you like them.
> I will have some rough sketches for you to look at ASAP.
>
> I will use both Enterprise and TOS as my guides for the Klingons.
> I was thinking of using The Cage as my starting point for the Federation equipment.
> I still think those shapes are great--they just need a more modern level of texture and detail.
>
> ...Which is what I had hoped the recent Trek films would have done rather than redesign everything--and think that somehow warehouses and breweries would seem futuristic...
>
> Sigh.
>
> Oh, well! Very excited to see what you think.
> Talk to you soon.
>
> Jeff
>
> <carlisle_axanar_concepts_01.jpg>

GOSSETT-EMAILS--001054