# EXHIBIT CC

Axanar | Indiegogo
www.indiegogo.com/projects/axanar#/story
Reader
DigitalProp...Virtual Tour MORN Apple Disney ESPN Yahoo iCloud Facebook Wikipedia News Popular
Yahoo | Axanar Fan Group | Pro Cases - Custom Cases, ATA cases,... | Axanar | Indiegogo

62k
Share
3,370
Tweet
366
8+1
Email
Embed
Link
Follow

# WHY AXANAR

**Axanar** is the first fully-professional, independent Star Trek film. While some may call it a "fan film" as we are not licensed by CBS, Axanar has professionals working in front and behind the camera, with a fully-professional crew--many of whom have worked on Star Trek itself--who ensure Axanar will be the quality of Star Trek that all fans want to see.

For you, the Star Trek fan, **Axanar** is a return to the type of Star Trek all of us grew up on, with a hopeful future where mankind works with other races to explore the stars, via storytelling that is positive and teaches us about ourselves. **Axanar** *feels* like Star Trek because it is made by two of the biggest Star Trek fans in the world, Alec Peters and Robert Burnett. Alec was the executive producer/co-writer of **Prelude to Axanar,** and Rob wrote & directed **Free Enterprise**.

# OUR CURRENT FUNDRAISER

**Axanar** is a feature film, but will be broken down into four episodes following the four acts of the script. With an overall budget of approximately $960,000, that means each episode will cost approximately $240,000. Add to that a portion of the ongoing studio costs, and the cost of Indiegogo, payment processing, and perks (see below), and we are setting a goal of $330,000 per episode, or $1,320,000.

Starfleet Fourth Fleet Patch. This all new patch is the fifth and final fleet patch in the series and represents the Tellarite fleet.

**387 claimed**
**Estimated delivery:** September 2016
**Ships Worldwide**

**$50** USD + Shipping

**SONYA & SAM SHIP PATCHES**

You get the USS Ajax (captained by Sonya Alexander) and USS Hercules (captained by Sam Travis) shoulder patches.

Plus you get all rewards up to $35.

**323 claimed**
**Estimated delivery:** September 2016
**Ships Worldwide**

**$60** USD + Shipping

**AXANAR SOUNDTRACK CD**

The complete score to Axanar by Alex Bornstein.

PLUS all of the rewards up to $50.

**232 claimed**
**Estimated delivery:** September 2016

EXHIBIT NO. 74
B. BROSNAN
10-19-2016