**EXHIBIT DD**

7/15/2015                                                                                   Star Trek: Axanar | Indiegogo

facebook.com/StarTrekAxanar/ twitter.com/StarTrekAxanar/ youtube.com/StarTrekAxanar/ imdb.com/title/tt3302086/ startrekaxanar.com/

At Indiegogo, nurturing a trusted open platform is our top priority. Learn more





10-19-2016
EXHIBIT NO. 98
B. BROSNAN

**Axanar** is the first fully-professional, independent Star Trek film. While some may call it a "fan film" as

https://www.indiegogo.com/projects/star-trek-axanar#/story                                                                              4/35

we are not licensed by CBS, Axanar has professionals working in front and behind the camera, with a fully-professional crew--many of whom have worked on Star Trek itself--who ensure Axanar will be the quality of Star Trek that all fans want to see.

But Axanar is not just an independent Star Trek film; it is the beginning of a whole new way that fans can get the content they want, by funding it themselves. Why dump hundreds or thousands of dollars a year on 400 cable channels, when what you really want is a few good sci-fi shows? Hollywood is changing. Netflix, Hulu, Amazon, and other providers are redefining content delivery, and **Axanar** Productions/Ares Studios hopes to be part of that movement.

For you, the Star Trek fan, **Axanar** is a return to the type of Star Trek all of us grew up on, with a hopeful future where mankind works with other races to explore the stars, via storytelling that is positive and teaches us about ourselves. **Axanar** *feels* like Star Trek because it is made by two of the biggest Star Trek fans in the world, Alec Peters and Robert Burnett. Alec was the executive producer/co-writer of **Prelude to Axanar,** and Rob wrote & directed **Free Enterprise**.



**Axanar** is a feature film, but will be broken down into four episodes following the four acts of the script. With an overall budget of approximately $960,000, that means each episode will cost approximately $240,000. Add to that a portion of the ongoing studio costs, and the cost of Indiegogo, payment processing, and perks (see below), and we are setting a goal of $330,000 per episode, or $1,320,000.

We can make **Axanar** one act at a time, if needed (although we'd prefer to make it all at once!). So, we are setting our first goal at $330,000. There will be stretch goals at $660,000, $ 990,000 and $1,320,000, with each stretch goal meaning another epsiode will get made. If we raise the entire $1,320,000, then we will have what we need to make all of **Axanar**. (Anything above that will just make it better.)

**EXTENDED PAYMENT PLAN**

If you want to contribute for something at the $150 level or higher, and need time to pay for it, we allow you to pay in three equal installments over 60 days. Simply contact Diana at diana@axanarproductions.com for details.



In our first fundraiser, we raised $101,000 and produced the ground-breaking short film, **Prelude to**