# EXHIBIT EE

EXHIBIT NO. 101
B. BROSNAN



REK Convention

The Official STAR TREK Convention ⓘ    About    Events    Photos    Files    Join Group    + Create Group   ✱   Q

ⓘ Open Group                                                                 7,683 members

The Official STAR TREK Convention presented by Creation Entertainment.

http://www.creationent.com/
http://twitter.com/C... See More

 **Alec Peters**
Hey all!

My name is Alec Peters and I am the producer of Star Trek: Axanar, an independent Star Trek feature that will be released on the web. We don't call it a "fan film" because we have so many pros involved and plan to make a ground breaking film. Our DP is a 3x Emmy Winner, and the film is directed by Christian Gossett, the guy behind The Red Star.

Axanar is the story of Garth of Izar and the Battle of Axanar. It is set 20 years before TOS and our cast is lead by Richard Hatch as the Klingon Kharn.

We have a $ 150,000 budget, almost half of which I have committed myself. What we need as we work towards our Kick Starter, is getting the word out. Can you all please post this link to your feed and put in a good word? We have increased our likes by 50% just this past day, and your help will be appreciated.

Thank you all!

 **Star Trek: Axanar**
"Axanar" takes place 21 years before the events of "Where no Man Has Gone Before". It is the story of Garth of Izar, the legendary Starfleet captain who is Captain Kirk's hero and the role model for a generation Starfleet Officer's. Garth charted more planets than any other Captain and was the he...
Page: **2,634 like this**

⤴ Share · 11 hours ago near Los Angeles

👍 Larry Nemecek and 28 others like this.

 **Renee Joy** WOW that is a great accomplishment Alec!
8 hours ago

 **Helen Bentz Ferguson** I tried to share your post, but was unable to.
6 hours ago via mobile

 **Alec Peters** Just go to the Axanar page and copy the URL. Then paste it into a post!
6 hours ago via mobile

 **Israel Stewart** Good luck!
5 hours ago via mobile

 **Alex Prewitt** God, I love fan Trek! Good luck with this--with your attention to detail I know it will be spectacular.
about an hour ago

**Leigh Lasher** Great work!
about an hour ago via mobile

**Alec Peters** Thanks all!! PLEASE share my post!

**Suggested Groups**                        See All

 **Portola Hills Crime Watch**
Nathalie Navarro Cordry and Chris Cordry joined
👥 Join Group

 **Suspects friends**
Paula M. Block and 2 other friends joined
👥 Join Group

 **Portola Hills Direct**
Chris Cordry and Nathalie Navarro Cordry joined
👥 Join Group

 **Official Kevin J. Anderson Page**
Kevin Dilmore and 2 other friends joined
👥 Join Group

 **Virgin Megastore - North America**
Bryon Davis and Jacqueline Friedman joined
👥 Join Group

**Sponsored** 📄                          See All

**Find Events Near You**
stubhub.com

Ticket Oak's got big ideas for games, shows, and concerts near you. #ThanksTicketOak

**Freelance Writers Wanted!**
thebarefootwriter.com

9 ways to make a living writing from home! Finally escape the 9-5 grind, get free report!

691 people like this.

**New Game on Facebook**

Candy Crush Saga - The new Jewel Game! Click and Play now. Warning: Highly Addictive!

▶ Play Now · Kim Peterson and Craig Doyle played Candy Crush Saga.