# EXHIBIT FF



**Visitor Posts**

**Dennis Koch** added 2 new photos.
July 10

Star Trek: Axanar

Axanar is the first independent Star Trek film. While some may call it a "fan film" as we are not licensed by CBS, Axanar has professionals working in front and behind the camera. A fully professional crew, many of whom have worked on Star Trek itself ensure Axanar will be the quality of Star Trek that all fans want to see.

But Axanar is not just an independent Star Trek film; it is the beginning of a whole new way that fans can get the content they want, by funding it themselves. Why dump hundreds or thousands of dollars a year on 400 cable channels, when what you really want is a few good sci-fi shows? Hollywood is changing. Netflix, Hulu, Amazon, and other providers are redefining content delivery, and Axanar Productions/Ares Studios hopes to be part of that movement.

For you, the Star Trek fan, Axanar is a return to the type of Star Trek we all grew up on, with a hopeful future where mankind works with other races to explore the stars, via storytelling that is positive and teaches us about ourselves. Axanar FEELS like Star Trek because it is made by two of the biggest Star Trek fans in the world, Alec Peters and Robert Burnett. Alec was the executive producer/co-writer of Prelude to Axanar and Rob wrote & directed Free Enterprise.

Axanar is a feature film, but will be broken down into four episodes following the four acts of the script. With an overall budget of just under $1 million, that means each episode will cost approximately $250,000. Add to that a portion of the ongoing studio costs, and the cost of Indiegogo, payment processing, and perks (see below), and we are setting a goal of $330,000 per episode, or $1,320,000.

We can make Axanar one act at a time, if needed. So, we are setting our first goal at $330,000. There will be stretch goals at $660,000, $ 990,000 and $1,320,000, with each stretch goal meaning another epsiode. If we raise the entire $1,320,000, then we will have what we need to make all of Axanar. (Anything above that will just make it better.)

EXHIBIT NO. 102
B. BROSNAN
10-19-2016

PL0011818