**EXHIBIT GG**

*Behind the scenes filming "Star Trek: Axanar"*

**TrekMovie:** You have used the word 'professional,' so does that mean that everyone who works on the project in production and post-production will be paid? And will they be paid union wages?

**Alec Peters:** Everyone will be paid, but we can't afford union wages. If we were to pay standard industry union wages, then we would need to raise millions of dollars. People are still doing this because of their love for Star Trek, but we will pay them something.

**TrekMovie:** So when people are hired for this, they are still Trek fans so there is still an element of volunteerism, like other fan films.

**Alec Peters:** Right. "Prelude" was made with a totally volunteer crew. All professionals, but they still volunteered their time. But when we do the full feature it won't be a two-day shoot, it will be a twenty-day shoot. Now you are asking people to commit three weeks of their life to your film, so you better pay them something. It may not be union wages, but they are being paid something.

**TrekMovie:** With you guys collecting more money than anyone has before, what are you doing to be transparent about how you are spending all this money.

**Alec Peters:** If you look at the Kickstarter it tells you exactly where the money is going. First hundred is going to the sets, the next hundred and a quarter is going to the sound-stage, etc. We strive to be accountable and transparent, which is the right thing to do. And if you go back to "Prelude" we were pretty specific about where we were spending the money and we are getting ready now to actually publish the budget for "Prelude to Axanar" for all the donors to see. [Note: Not long after the interview was conducted, Peters posted a detailed "Prelude" budget at Kickstarter].

1



10-19-2016
EXHIBIT NO. 93
B. BROSNAN

PL0005893