**EXHIBIT HH**



**THANK YOU ALL!** We are fully funded the way we need to be to execute Prelude to Axanar and you have given us enough money to start working on the feature film Axanar as well!

**Prelude to Axanar** is a short film that will give viewers a historical look at the events leading up to the Battle of Axanar, the central event of the film *Axanar*, to be filmed later this year. Shot like a History Channel special, *Prelude to Axanar* will be Star Trek like you have never seen it before, showing the central characters of *Axanar* giving both a historical and personal account of the war. How did Starfleet build its fleet? How did they hold off a Klingon fleet that had been conquering star systems for centuries? What role did the various founding planets play in Starfleet? Why were the Constitution class ships so important to Starfleet? How did Garth of Izar come to be regarded as the greatest Starfleet Captain of his time?

This Kickstarter is for **Prelude to Axanar**, which we will film at the beginning of May. The Kickstarter for **Prelude** will pay for the actors, the make-up, visual effects and actual filming costs. The resulting film will be about 20 minutes and also produce about half a dozen vignettes of the characters talking about different subjects.

**Prelude to Axanar** will then allow us to launch into **Axanar** having proven our ability to deliver professional quality Star Trek. There will be a subsequent Kickstarter for the feature-length "Axanar".

The Axanar team is determined to make the first true independent Star Trek film.

# THE STARS OF PRELUDE TO AXANAR

**Prelude to Axanar** features some well known actors portraying both new and familiar characters in the Star Trek universe.



10-19-2016
EXHIBIT NO. 97
B. BROSNAN



Richard Hatch as Kharn, the Klingon Supreme Commander



Michael Hogan As Captain Robert April





JG Hertzler as Captain Samuel Travis





Gary Graham as Soval, Vulcan Ambassador to the Federation

# THE VISUAL EFFECTS OF AXANAR

**Prelude to Axanar** has the amazing talents of Tobias Richter, one of the top Visual Effects artists in the world. What you have seen in our videos is all Tobias and his crew.