**EXHIBIT II**


