# CONDITIONALLY FILED UNDER SEAL

**EXHIBIT JJ**