# EXHIBIT LL

Well, then we will have to have our attorneys work together



1/22, 5:41pm

**Terry McIntosh**



January 22



1/22, 9:38pm

**Alec Peters**

Terry we have a problem we need you on

TALES OF STAR TREK AXANAR

On you tube

We need it taken down

They are using copyrighted info so we can file a dcma

Dmca



1/22, 9:41pm

**Terry McIntosh**

On it!



1/22, 9:41pm

**Alec Peters**

They use my photos

And Axanar photos

And screen caps



Plaintiffs' Exhibit 211
Witness: Peters – Vol. 2
Date: 11-2-16
(Shelly Storey, CSR 3932)



2/2, 10:29am

**Terry McIntosh**

Heading back home in a few hours and will get on finishing the web page interface for those lists/spreadsheets for Diana.



2/2, 10:30am

**Alec Peters**

Awesome!!!!

• February 2



2/2, 4:49pm

**Terry McIntosh**

DMCA takedown submitted for this:

https://www.youtube.com/watch?v=kjDmDXZ8gCE&feature=share



**Axanar SCAM - "The Truth is out there" - "Let them Die" - Star Trek News**

Star Trek AXANAR is a scam, Trekkies should Not be supporting it. Paying himself and others salaries is making Profit on something that they are not allowed...

youtube.com



2/2, 5:50pm

Star Trek: Axanar Full Movie Watch Now: http://bit.ly/19ulYT5

youtube.com



4/19, 4:21pm

**Terry McIntosh**

Any objections to putting the "Star Trek Axanar" cover image back on the top of the 'like' page? Anything to help plant the seed of what Axanar is about again to help build the numbers... your thoughts?



4/19, 4:26pm

**Alec Peters**

Sure

We can trademark Axanar I think



4/19, 4:32pm

**Terry McIntosh**

I believe that you are correct and that would be awesome if we could -- so much more wight to the brand in every way.

*weight



4/19, 4:33pm

**Alec Peters**

Send me an email



4/19, 4:33pm



8/14, 5:31pm

**Terry McIntosh**

Yikes! . Time to load up a Snickers with Xanax and Valium to be sure all bases are covered. Hope today was better!



8/14, 5:31pm

**Alec Peters**

ha ha ha

Today was better

We have an in at Netflix



8/14, 5:32pm

**Terry McIntosh**

Right on! For Axanar, or the future for-profit efforts? Or both? If for Axanar, how would that work given Netflix's profit generation from our non-profit content?



8/14, 5:32pm

**Alec Peters**

Star Trek

Let Netflix deal with CBS

We would produce

So where are we with AD? Saw your post



8/14, 5:35pm

**Terry McIntosh**