**EXHIBIT MM**



EXHIBIT 161
Deposition of
Gossett
10/22/16

Vicki A. Saber, CSR 6212

**From:** christian@axanarproductions.com  📎
**Subject:** RE: Axanar
**Date:** April 21, 2015 at 2:59 PM
**To:** Christian Gossett  christian.gossett@gmail.com

You and I made a deal that we weren't going to do this kind of thing over email.

So instead of engaging in the kind of juvenile flame war you loved so much in your Phase 2 days, (and still, evidently) I'll look forward to making my response to you in person.

Christian

> -------- Original Message --------
> Subject: Re: Axanar
> From: Christian Gossett <christian.gossett@gmail.com>
> Date: Mon, April 20, 2015 5:59 pm
> To: "alec@axanarproductions.com" <alec@axanarproductions.com>
> Cc: "<christian@axanarproductions.com>"
> <christian@axanarproductions.com>
>
> What about tonight?
>
> On Mon, Apr 20, 2015 at 3:58 PM, alec@axanarproductions.com
> <alec@axanarproductions.com> wrote:
>> I wanted to take some time before I wrote you so this email will be as unemotional
>> and factual as possible.  I am very frustrated and very disappointed right now.  It is
>> pretty clear you have no respect for me based on our call last week.   You personally
>> attacked me, lied to me and basically demeaned the work I have done. Not the way
>> a colleague, let a lone a supposed friend, talks to me.
>>
>> And I don't want a reply to this.  You need to read and think, and then you and I will
>> chat in person.
>>
>> It appears to me that Axanar is not a priority for you.  If that is a case, I need to
>> know.  If you think it is a priority, then your behavior needs to change, because I
>> consider your effort up to now to be sporadic. I never question the quality of your
>> work, just your dedication and follow through.
>>
>> Here are my issues:
>>
>> 1) Lack of work ethic. - It took you 8 months to revise a script that should have
>> taken 60 days.  You were given a due date at our December 4th meeting with Mike
>> that was ignored and it was two months later we got a revision.   And even then it
>> was not complete.  No visions.  You had the same amount of time to do sketches for
>> costumes, sets and props and yet no final sketches for anything.  (One photoshop of
>> Khan is not a finished Klingon costume). You can't do anything without a wardrobe
>> person?  You should have told me that 6 months ago.   I would have hunted that
>> person down then.
>>
>> 2) Lack of execution - You had a Tuesday meeting with Mike and I to discuss
>> budgeting which you were crucial too and you blew it off.  While Mike and I were in
>> that meeting you agreed to call Mike that night and you blew that off.   You then

never followed through with him forcing him to put out a budget that was not complete. Even in Mike's email he said he could wait no longer and so he put out the budget without your input. You have finally corrected that a week later. Due dates are not subjective or open to interpretation. Meetings and calls are not optional. Milton was shocked you didn't show up yesterday too. This is a pattern.

3) Bending the truth to suit your needs - Please don't tell me Kate Bergh was upset at me for some bullshit reason. I called her last week and she told me you had one call with her and she was waiting for her production to finish and she was totally thrilled to work with us. That bullshit about her being upset with me was just that, bullshit. And I simply cannot trust what comes out of your mouth at this point. Who knows what you are telling others about me.

4) Blaming others - Everything is my fault, or you don't have a UPM or Production Supervisor, or Iacovelli won't call you back, or I took you team, or I spent too much time with fans. Maybe if you were actually involved in this production, you would know what is going on. But your Seagull management (fly in, crap all over everything and fly out) is not productive. You need to be in the office at least 3x a week and getting involved. Then the bullshit will not happen because you will know what is going on and I will be there to make sure you stay on track. because no one is doing that right now.

5) Bashing my work with the fans - Managing the fans is the thing that will get us the money we need of this production. It is the most important thing I can do at this moment until the Kickstarter is done. Everyone considers what I have set up with fans to be a model for the industry, and so if you want to take THAT shot at me, you just lose credibility.

What am I doing? Mike DeMeritt and I talk or meet almost every day. I have spent more time with him the past two months than with you. I don't make any decision without talking to him and making sure we are doing it right. Last week we had a 12 person video conference call with 2 PR pros and we are planning a Kickstarter to raise $ 1 million (to get an $ 800K budget). We are working with NASA, and most likely SpaceX and JPL on launch events. I have a NASA astronaut involved, and have our first offer to rent our building. Netflix and Amazon meetings in process. There is so much happening that you have no clue of. And I work 60 hours a week on Axanar easy. People are dying to work on this project because of the professional way everything is being done. I am not perfect, and still learning. So you want to take shots at me? It will fall on deaf ears at this point. You want to help? Time to step up.

Your friends on this team think you may be overwhelmed or scared or have some sort of performance anxiety since you have never done a feature before and don't have your safety net in Jhenn (I even called Jhenn last week to work things out and she blew me off). Well, if it is anxiety we can work through it. But if you are too busy with other projects, or have no interest in putting in the long hours it will take to do Axanar, then you should say so and let me get someone who will put Axanar first and give it the attention it deserves.

Oh and I had dinner with Dave Dorman who wants to work with us, maybe even be art director if you want. We have a call with him to schedule.

I don't want anyone else directing this, but I won't accept the way things have been

done up till now.  I hope you are willing to step up.

We can meet tomorrow early AM.


Alec Peters
Executive Producer

Website:  http://axanarproductions.com/

Facebook:  https://www.facebook.com/Axanar

Twitter:  https://twitter.com/StarTrekAxanar



--
CHRISTIAN GOSSETT
cell: 323. 710. 2031



METAMORFIC
The Vocabulary of Motion

METAMORFIC PRODUCTIONS
3727 W. Magnolia Blvd.  #813
Burbank, CA  91505

Tel 818.845.5148
metamorfic.com