**EXHIBIT OO**

**Terry McIntosh**

We also need to get our IMDb page for Prelude updated with all of the latest info. Sadly, Klingon Warriors #1-4 won't survive the update, but it sure was fun! .LOL



8/27, 2:25pm

**Alec Peters**

And when I get the job to do Star Trek for cbs you are the third guy I hire

After Christian and burnett



8/27, 2:25pm

**Terry McIntosh**

YAY!! Thank you! .



8/27, 2:25pm

**Alec Peters**



8/27, 2:26pm

**Terry McIntosh**

Will make the bird an "L.A. or Bust!" bag to hoist over his shoulder on a stick.



8/27, 2:26pm

**Alec Peters**

Ha ha ha

Plaintiffs' Exhibit 214
Witness: Peters – Vol. 2
Date: 11-2-16
(Shelly Storey, CSR 3932)