**EXHIBIT QQ**



The Axanar team is happy to announce that we have signed a lease on 16,000sf warehouse in Valencia, CA. The new home of Axanar Productions will be called "Ares Studios" and you are all part of it because of your donations to the Axanar Kickstarter. We intend to turn this warehouse and office space into a fully functional sound stage. This will allow us to not only make "Axanar" but other Star Trek projects after Axanar and other Sci-Fi projects. (Robert Burnett and I have already acquired the rights to a fantastic book series by David Gerrold.)

The leasing of this warehouse is due to YOU the donors, and thus you are all part of this project. And, it enables us to not only produce "Axanar", and other Star Trek and Sci-Fi projects, but to bring you Sci-Fi Film School and Axacon, the coolest Star Trek convention ever, where you will actually get to be part of your own film on the Axanar sets.

The first thing to do is retro-fit the office to meet production needs and the warehouse to be a sound stage. Stay tuned for info on the progress.

As donors, all of your names will also be posted on the Sound Stage wall, and you will be invited to the Ares Studios' Open House when we officially open the studio for business!

Note that everything you see in these photos is the property of the tenant who moves out this week. We take possession Friday. So here is what you are a part of.

Exhibit No. 50
Witness: Robert M. Burnett
Date: 10/11/16
Christianne Lee Fong, CSR 7559

1/8

PL0005842



The first floor entrance area. Ahead on the left is what will be the edit bay. The warehouse is to the right.



The second floor, which is one huge space. Everything here belongs to the current tenant. We will be putting in 6 offices, a fulfillment/shipping room and a prop/costume lock up.



The reverse view of the second floor, with the main office which will be expanded and include a conference area.



The part of the downstairs warehouse area which will be converted to dressing rooms, make-up rooms and wardrobe areas.

I didn't take any pictures of the roughly 13,000sf of Warehouse space as it was filled with computer components when we were there. But when the tenant moves out Friday, I will update you all with more photos!

If you are interested in volunteering to help with the build-out of the offices and warehouse, please email alec@axanarproductions.com and tell us what, if any skills you may have. Even if all you can do is swing a hammer, we can use you! Plus volunteers get free swag...

THANK YOU all for being a part of this amazing adventure!

(Oh and it really doesn't say "Ares Studios" on the building yet. That is just clever photo-shop!)

Alec Peters

Executive Producer

Axanar Productions

## 6 Comments



**Bonnie says:**
January 12, 2015 at 6:01 am

Thanks for another great update and explanation on the sign. I had to laugh when I read that because I had thought Wow that was fast. If I lived closer I would love to help more with this project.



**Mark says:**
January 12, 2015 at 10:09 am

Awesome guys! Sure do wish I lived in Cal. so I could help.



**James says:**
January 12, 2015 at 12:24 pm

Hee hee, you're not far from Vasquez Rocks.



**Lee W. Benjamin says:**
January 12, 2015 at 2:06 pm

Great news! Looking forward to seeing the studio come together. I (also) wish I was closer and able to help. Best of luck with everything.