# EXHIBIT RR



**RMBurnett**



Folks,

Compelling comments and certainly a fascinating discussion. We have two main goals in the creation of AXANAR, to make a terrific film to be enjoyed by STAR TREK fans the world over and to celebrate, honor and contribute to the legacy of a franchise which we've enjoyed for over half a century. That's it. Truly, a labor of love for the creators. For me personally, I want to illustrate to the greater industry I can direct a 100 million dollar space epic for one percent of that budget, proving my filmmaking worth and hopefully get hired for similar jobs. It's my spec commercial, just done on a larger scale.

The money raised by our two Kickstarter campaigns and one IndieGoGo campaign goes toward the manpower, facilities, equipment and supplies needed to both make the film itself and create and deliver what we believe to be the best perks in all of crowdfunding. Our Blu-Rays, CDs, Model Kits, Patches, etc., are all absolutely first-rate, and again, celebrate and honor the legacy of the TREK franchise. Nobody does it better than we here at AXANAR and if you can point me to anyone else who does, I will absolutely make sure to step up our own game to match them.

I can also assure you, we'll be using an entirely professional cast and crew to create AXANAR, just as we did with PRELUDE TO AXANAR, which including two Academy Award winners amongst the crew.

People ask "Why not just go create your own original material?" Throughout my career, I've done that, but in this day and age, one must use all avenues to increase awareness of one's abilities. AXANAR allows us to use an underserved built in audience to show off those abilities and garner attention, and will hopefully lead to that work attracting private and studio equity so we can finance our own original IP.

James T. Kirk mentions he'd love to do AXANAR 2: ELECTRIC BOOGALOO. I say...you go right ahead Jimbo...I'll be first to stream the YouTube posting. It's so EASY to make a great film after all. Everyone should do it.

To Gary Sebben I say, respectfully, you are incorrect. BALANCE OF TERROR, TASTE OF ARMAGEDDON, A PRIVATE LITTLE WAR, LET THAT BE YOUR LAST BATTLEFIELD, ARENA, ERRAND OF MERCY, DAY OF THE DOVE, BREAD AND CIRCUSES, THE SAVAGE CURTIN, etc. all dealt in some way with the horrors and

Exhibit No. 41
Witness: Robert M. Burnett
Date: 10/11/16
Christianne Lee Fong, CSR 7559

PL0005997

all of crowdfunding. Our Blu-Rays, CDs, Model Kits, Patches, etc., are all absolutely first rate, and again, celebrate and honor the legacy of the TREK franchise. Nobody does it better than we here at AXANAR and if you can point me to anyone else who does, I will absolutely make sure to step up our own game to match them.

I can also assure you, we'll be using an entirely professional cast and crew to create AXANAR, just as we did with PRELUDE TO AXANAR, which including two Academy Award winners amongst the crew.

People ask "Why not just go create your own original material?" Throughout my career, I've done that, but in this day and age, one must use all avenues to increase awareness of one's abilities. AXANAR allows us to use an underserved built in audience to show off those abilities and garner attention, and will hopefully lead to that work attracting private and studio equity so we can finance our own original IP.

James T. Kirk mentions he'd love to do AXANAR 2: ELECTRIC BOOGALOO. I say...you go right ahead Jimbo...I'll be first to stream the YouTube posting. It's so EASY to make a great film after all. Everyone should do it.

To Gary Sebben I say, respectfully, you are incorrect. BALANCE OF TERROR, TASTE OF ARMAGEDDON, A PRIVATE LITTLE WAR, LET THAT BE YOUR LAST BATTLEFIELD, ARENA, ERRAND OF MERCY, DAY OF THE DOVE, BREAD AND CIRCUSES, THE SAVAGE CURTIN, etc., all dealt in some way with the horrors and futility of war. The realities of television prevented the producers of TREK from staging epic battles, but I assure you, while AXANAR is set during wartime, it's about what all great stories are about, what all great TREK is about...the human condition and constantly striving to better ourselves.

So, I invite everyone to watch both PRELUDE TO AXANAR and the first scene we released from the AXANAR feature and let them stand as a testament to everything we hope to achieve with the project.

As always, Live Long and Prosper.

Sincerely,

Robert Meyer Burnett, AXANAR director

PL0005998



**Ziggy Sawdust**

Would it be fair to say, Rob, that you hope that directing this film will advance your career? How is that not profiting financially from it? Also, isn't offering copies of your film as Kickstarter rewards considered profiting financially from it? Are you being paid in your role as director?

**RMBurnett**

Ziggy, whether or not working on AXANAR will advance my career remains to be seen. Who knows? Making FREE ENTERPRISE didn't advance my career, although I won a writing award from the WGA. And if I did get another directing job, they'd be the ones paying me. Also, I don't see that offering copies of the film on Blu-Ray or DVD as a donor perk is profiting. The manufacturing and shipping costs for the discs are covered in the donation and anything above and beyond that goes right back into the production, but no profit is made. In fact, as a DVD and Blu-Ray content provider, my own company has done over 3.5 million dollars working for all of the major studios. For the PRELUDE TO AXANAR Blu-Ray, I edited the film itself, oversaw the production of the entire disc, including menu and cover design, disc authoring and I personally created two audio commentaries, a 40 minute featurette, a sizzle reel and a trailer, of which I received absolutely no monetary compensation. I did it because I wanted our donors to get a worthwhile package for their support that we as filmmakers could be proud of. As for receiving payment as a director? So far, during the editing of PRELUDE and the planning and production of the AXANAR Vulcan Scene, I worked in my spare time while maintaining a full time day job, which to this day, I'm continuing to do. While at some point, I will have to receive some kind of money from the AXANAR, it will cover my basic living expenses, because any money I take for myself is money I don't get to use onscreen, which defeats the purpose of this entire, ah, enterprise.



**Ziggy Sawdust**

Thanks for the reply. The concept of the fan film has always been fascinating to me and your... um... enterprise is, I think

their line is drawn. Copyright and trademark laws can be interpreted in surprising ways- just ask Pharrell- so the lack of a bright line here would tend to benefit you should it come to that.

**Chuta Bigbang**
I love the username ziggy sawdust :) :)

**Ziggy Sawdust**
What username? That's on my driver's license!

**RMBurnett**
The money we've generated is impressive, to be sure, but ultimately, we're STILL just releasing AXANAR for free on the internet to the public. We're trying to create first rate entertainment, with original characters, an original storyline, original ships, original locations, but all set within the familiar STAR TREK UNIVERSE. Again, we are trying to work in the best traditions and at the highest levels of TREK storytelling. There is no other agenda, except of course, to have a good time working with great friends to share enthusiasm and joy over a common interest.

**Ziggy Sawdust**
Isn't it the least bit scary, however, to have this behemoth out there that could at a moments notice end it instantly and irrevocably? Should that happen, it sounds like you'd lose more than just your footage! Contracts must have been signed, leases taken out. Aren't you exposed personally here?!?

Also, aren't you limited by the subject? Could you, for instance, submit the film to Sundance or Canne and still be within Paramount's comfort zone?



Johnny Got His Gun and those TOS episodes?



**RMBurnett**

We're using the greater STAR TREK universe as a basis to tell a great story, about both a galactic conflict touched off by a cultural misunderstanding and two men pitted against one another in a personal struggle for survival. Again, AXANAR will be released to the internet for free. The realities of motion picture production require we build an infrastructure from scratch in order to accomplish this goal, as detailed in the AXANAR Kickstarter. Could this be a sustainable business? Not making STAR TREK it can't. Again, we can't make any money from our efforts. Might we use our infrastructure to create other, non TREK related projects? I sure hope so, but unless we raise the money to create such projects from non-TREK entities that will never happen.



**Gary**

So you are using someone else's IP to get money to seed and start a business.



**RMBurnett**

No. We're using our considerable talents and abilities to make a motion picture. It might be the only one we ever make. Hopefully, the results with afford us the opportunity to make more.



**Gary**

Frame it however you want, if you don't tear down that studio after you're done or commit to only making non-profit films with it you're using someone else's IP and money gotten from the advertising of that IP to fund a for profit studio.



**Gary**

Frame it however you want, if you don't tear down that studio after you're done or commit to only making non-profit films with it you're using someone else's IP and money gotten from the advertising of that IP to fund a for profit studio.



**RMBurnett**

Here's what isn't being understood. Every motion picture made in Hollywood is a single business entity unto itself, usually by forming an LLC and running the books through that entity. With AXANAR, we didn't BUY a studio. We're renting a warehouse space to make AXANAR, which we're calling Ares Studios, which is again, entirely donor funded. Now...if we find other films to make, we'll continue to rent our studio space and make those films...and hopefully they will be original IP which we CAN make money from. AXANAR is a portfolio piece to show what we can do with the money we have.



**Gary**

You know, Adam Ant once said "ridicule is nothing to be scared of". And yet here you are rationalizing every criticism being put to you in the most ham fisted manner you can. You keep harping on how professional you all are, and yet this is one of the most petty, unprofessional scenes I've ever witnessed. It reminds me of Bob Orci's melt down on Trekmovie. It also completely assures me that everything about this production I'm concerned about has a real ring of truth to it. You're very obviously scared.



**Gary**

Here's what you do understand but don't want to admit for legal reasons. You are using - by your own numbers - the bulk of this money, funded through advertising a Star Trek movie -

PL0006002



other's I've forgotten.

None of these make me any more or less qualified to say making fan wank is a lazy endeavor. Roger Ebert never made a movie anyone would want to see. Didn't stop his spot on criticism.

**Max Rockin**

Ahem, Russ Meyer's "Beyond the Valley of the Dolls" scripted by Ebert is a classic...and his 1979 followup, 'Beneath the Valley of the Ultra Vixens' is a must see! :)

**James T Kirk**

Ha, look, the producer of 'Axanar" thinks this article casts his project in a positive light. That his efforts "merit" the attention. Must be nice to live in your world.

**RMBurnett**

I don't know...I'd read any article about individuals who could raise a million bucks through their creative efforts. The STAR TREK franchise has been around for 49 years, and NO ONE has ever done what Team AXANAR has done. It's at least an interesting footnote in the entire history of the franchise.

**Eodeon**

He does something for millions of other fans, while not gaining anything in return, much less a simple gratitude obviously. You're trying to belittle that? Well, what have you ever done that can compare to that? Let me guess...

**Gary**

Oh my god. Alec Peters, you have two accounts don't you? This one and "Loken". Considering this one is brand new with

PL0006003

trekmovie.com

DigitalProp... Virtual Tour  MORN  Apple  Disney  ESPN  Yahoo  iCloud  Facebook  Wikipedia  News ▾  Popular ▾

| Yahoo | (3) Axanar | Similitude (episode) –... | (3) Axanar Fan Group | Propworx VI auction ar... | How $1.1 Million 'Star... |



Propworx will be holding the next installment of their Star Trek Auction series this weekend as part of Creation Entertainment's Star Trek Las Vegas convention. With interest in Star Trek as keen as ever by both serious collectors as well as first time buyers, and happening in the midst of Creation's flagship annual event, bidding is expected to be fast and furious this weekend.

"10% of the auction fees generated by the sale will go towards the financing of the upcoming feature film, Axanar," said Propworx CEO, Alec Peters. "We're really excited to be partnered with Creation to bring a live auction of original series props and costumes to the fans."



The Propworx area at Star Trek Las Vegas

Seeing original Trek props and costumes come on the open market was until recently an almost unheard of occurrence, but with the recent times and spate of high-quality fan productions, it certainly has helped some collectors to put pieces back up on the block. At this

### TrekMovie on Twitter

NEW ARTICLE — [illegible]

### Recent Posts

[illegible list of recent posts]

### Mission Log Podcast



PL0006005





PL0006007