**EXHIBIT TT**

**From:** alec@propworx.com <alec@propworx.com>
**Sent:** January 30, 2010 10:13 AM
**To:** Citters Van
**Subject:** Anovus
**Importance:** Normal

John:

Are they authorized to use actors images?

http://www.anovos.com/

Just want to make sure they aren't opening themselves and CBS up for a lawsuit.

Alec


Alec Peters
CEO
Propworx
404-918.1701

PL0006213

| | |
|---|---|
| From: | Alec Peters <alec@propworx.com> |
| Sent: | July 18, 2011 3:46 PM |
| To: | Van Citters, John |
| Subject: | Re: T-shirt infringement |
| Importance: | Normal |

John:

The point man in the USA is Brandon Alger. Their info is below.



**The Prop Store**
Los Angeles Office
9000 Fullbright Ave
Chatsworth
CA 91311
USA

**Telephone**
+1 818 727 7829

**Fax**
+1 818 727 7958


Alec Peters

**PROPWORX**

(404) 918-1701 ? Fax (678) 264-0950
2941 MacArthur Blvd ? Suite 135 ? Santa Ana, CA 92704

On Jul 18, 2011, at 3:26 PM, Van Citters, John wrote:

Do care! Have forwarded to legal for action, hope we can.

John Van Citters
VP, Product Development
CBS Consumer Products
2401 Colorado Ave., Suite 110
Santa Monica, CA  90404
310.264.3342
310.264.3344 fax

---

**From:** Alec Peters [mailto:alec@propworx.com]
**Sent:** Monday, July 18, 2011 2:59 PM
**To:** Van Citters, John
**Subject:** T-shirt infringement

https://fbcdn-sphotos-a.akamaihd.net/hphotos-ak-ash4/267865_232066603493347_104664682900207_770838_832967_n.jpg

That is Prop Store of London.  They are giving those out at SDCC as advertised on their FB page.  I don't know if you even care.  But stuff like this sets of my legally trained mind (and besides they are a competitor that needs to get knocked down a peg).

Alec


Alec Peters
**PROPWORX**
(404) 918-1701 ? Fax (678) 264-0950
2941 MacArthur Blvd ? Suite 135 ? Santa Ana, CA 92704

| | |
|---|---|
| From: | Alec Peters <alec@propworx.com> |
| Sent: | December 22, 2012 10:35 PM |
| To: | Van Citters, John |
| Subject: | Infringement |
| Importance: | Normal |

https://itunes.apple.com/us/album/starship-farragut-price-anything/id581105637

These guys are selling the music to their fan film.

Alec


Alec Peters

PROPWORX

2941 Macarthur Blvd, Suite 135
Santa Ana, CA 92704
404-918-1701

| | |
|---|---|
| From: | Alec Peters <alec@propworx.com> |
| Sent: | December 27, 2012 6:23 AM |
| To: | Van Citters, John |
| Subject: | Interetsing license violation |
| Importance: | Normal |

http://www.etsy.com/shop/SceeneShoes?section_id=5903682

:-)

Alec Peters

**PROPWORX**

2941 Macarthur Blvd, Suite 135
Santa Ana, CA 92704
404-918-1701

| | |
|---|---|
| From: | Alec Peters <alec@propworx.com> |
| Sent: | February 22, 2013 6:34 PM |
| To: | Van Citters, John |
| Subject: | Another issue? |
| Importance: | Normal |

http://www.startrekcontinues.com/2013/02/21/star-trek-continues-writer-contest/#.USgp91p4Yh0

This guy just doesn't get it.  Not sure you guys care, but Mallory should see this.

Alec


Alec Peters



| | |
|---|---|
| From: | Alec Peters <alec@propworx.com> |
| Sent: | September 03, 2014 4:14 PM |
| To: | Van Citters, John |
| Cc: | Cordry, Marian |
| Subject: | Selling Tickets |

http://www.itsmyseat.com/events/996997.html

John, we are always trying to tow the line and I know that selling tickets is a huge no-no.

This is the second time they have done this. Please pass it on.

Alec


Alec Peters
404-918-1701

PROPWORX