# EXHIBIT UU

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM PA**

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTRATION NUMBER

**PA   314-430**

| PA | | PAU |

**EFFECTIVE DATE OF REGISTRATION**

| 12 | 16 | 86 |
|---|---|---|
| Month | Day | Year |

*REGISTER OF COPYRIGHTS*
*United States of America*

**OFFICIAL SEAL**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

THE CAGE (Pilot Episode of the STAR TREK Television Series)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

THE UNSEEN PILOT

**NATURE OF THIS WORK ▼** See instructions

MOTION PICTURE
TELEVISION SERIES EPISODE

## 2

**NOTE**
Under the law,

**a** **NAME OF AUTHOR ▼**

DESILU PRODUCTIONS, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶ _____ USA _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

ENTIRE WORK (See Space 6)

**b** **NAME OF AUTHOR ▼**

Paramount Pictures Corporation   *

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes   *
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

co-author of entire work (see space 6)*

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** 1964 1986 ◄ Year This information must be given in all cases.

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ AUGUST   Day ▶ 7   Year ▶ 1986
USA ◄ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

PARAMOUNT PICTURES CORPORATION
One Gulf+Western Plaza
New York, New York 10023-7799

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

MESNE ASSIGNMENTS

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages

PL0002409

\*Amended by C.O. Authority: telephone conversation with Sharon Todia on 2-24-87. See Correspondence file.

EXAMINED BY

CHECKED BY

**FORM PA**

☐ **CORRESPONDENCE**
Yes

☐ **DEPOSIT ACCOUNT**
FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

PA    314-430

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☒ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼     **Year of Registration** ▼

PA294; PA295; DU4895; DU4896             PA: 1980    DU: 1975

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Some of the previously registered musical compositions contained in the work;
derivative work comprised of pre-existing published and unpublished works.
~~some footage*~~

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Portions of the screenplay as included in this episode, remaining musical compositions and other soundtrack & cinematographic material. Introduction & epilogue by Gene Roddenberry specifically prepared for this work.

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                        Account Number ▼

PARAMOUNT PICTURES CORPORATION                DA 030201

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Paramount Pictures Corporation
One Gulf+Western Plaza
New York, New York 10023-7799
ATTN: Sharon Todia

Area Code & Telephone Number ▶  212-373-7079

Be sure to
give your
daytime phone
◀ number.

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of___Paramount Pictures Corp.
       Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Paul D. Springer, Senior Vice President                    date ▶  December 12, 1986

Handwritten signature (X) ▼

**8**

MAIL
CERTIFI-
CATE TO

Certificate
will be
mailed in
window
envelope

Name ▼
Paramount Pictures Corp., Sharon Todia

Number/Street/Apartment Number ▼
One Gulf+Western Plaza, 24th floor

City/State/ZIP ▼
New York, New York 10023-7799

**Have you:**
● Completed all necessary spaces?
● Signed your application in space 8?
● Enclosed check or money order for $10 payable to Register of Copyrights?
● Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

**9**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

PL0002410

Page 3

# Certificate
## Registration of a Claim to Copyright
### in a dramatic or dramatico-musical composition

**FORM D**

REGISTRATION NO.

**Du  94948**

DO NOT WRITE HERE

**CLASS**

**D**

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Barbara Ringer*

Register of Copyrights
United States of America



NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name .... DESILU PRODUCTIONS, INC.

Address .. 5451 Marathon Street, Hollywood, California  90038

Name

Address

**2. Title:** .. "THE MAN TRAP"
(Title of dramatic or dramatico-musical composition)

**3. Authors:**

Name .... DESILU PRODUCTIONS, INC.                Citizenship .... U.S.A.
(Legal name followed by pseudonym if latter appears on the copies)        (Name of country)

Domiciled in U.S.A. Yes .. X No ... Address .. 5451 Marathon Street, Hollywood, Ca. 90038

Name                                                        Citizenship
(Legal name followed by pseudonym if latter appears on the copies)        (Name of country)

Domiciled in U.S.A. Yes ... No ... Address

Name                                                        Citizenship
(Legal name followed by pseudonym if latter appears on the copies)        (Name of country)

Domiciled in U.S.A. Yes ... No ... Address

**4. (a) Date of Publication:**

(Month)        (Day)        (Year)

**(b) Place of Publication:**

(Name of country)

**5. Previous Registration or Publication:**

Was work previously registered? Yes ...... No ...... Date of registration ................ Registration number ...........

Was work previously published? Yes ...... No ...... Date of publication ................ Registration number ...........

Is there any substantial **NEW MATTER** in this version? Yes ......... No ......... If your answer is "Yes," give a brief general statement of the nature of the **NEW MATTER** in this version.

**Copyright claimed on dramatization; work earlier appeared in form of novelization copyrighted in 1967 by Desilu Productions Inc.**

EXAMINER

*Complete all applicable spaces on next page*

PL0002377

**6. Deposit account:**

FULTON BRYLAWSKI

**7. Send correspondence to:**
FULTON BRYLAWSKI

Name _____

Address **224 East Capitol Street**
**Washington, D.C.  20003**

**8. Send certificate to:**

(Type or print name and address)

Name   **PARAMOUNT PICTURES CORPORATION**
**c/o Legal Department**

Address   **5451 Marathon Street**
(Number and street)

**Hollywood, California       90038**
(City)              (State)           (ZIP Code)

## Information concerning copyright in dramatic or dramatico-musical compositions

*When to Use Form D.* Form D is appropriate for unpublished and published dramatic compositions and dramatico-musical compositions.

*What Is a "Dramatic Composition" or "Dramatico-Musical Composition"?* This category (Class D) covers the acting versions of dramatic works such as plays, radio or television dramas, musical comedies, motion picture shooting scripts, operas, choreographic works of a dramatic character, pantomimes, and the like. For registration in Class D a work must be more than a story or synopsis that is potentially capable of being dramatized. It should tell its story by means of dialogue and dramatic action rather than through narrative or descriptive material, and it should be complete enough for dramatic performance in its present form.

*Dramatico-Musical Compositions.* For dramatico-musical compositions, the copies deposited should consist of the complete work, i.e., book, lyrics, and music. It is possible, however, to make registration without the musical elements if the limitation of the copyright claim to the elements deposited is reflected on the application. Thus, if only the book and lyrics are to be registered, the following statement should be added to line 2: (Book and Lyrics Only). If only the book is to be registered, line 2 should include the following statement: (Book Only).

*Unpublished "Books" Not Registrable.* Stories, scenarios, and narrative outlines are considered "books," and cannot be registered for copyright in unpublished form.

*No "Blanket" Copyright.* The general idea, outline, or title for a play or dramatic series cannot be copyrighted. Registration for a script covers the copyrightable material in that script, but does not give any sort of "blanket" protection to future scripts or to a series as a whole.

*Duration of Copyright.* Statutory copyright begins on the date the work was first published, or if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished dramatic compositions

*How to Register a Claim.* To obtain copyright registration, mail to the Register of Copyrights, Library of Congress, Washington, D.C. 20559, one complete copy of the dramatic work, an application on Form D, properly completed and signed, and a fee of $6. Manuscripts are not returned, so do not send your only copy.

*Procedure to Follow if Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published edition must contain a copyright notice in the required form and position.

### Published dramatic compositions

*What Is "Publication"?* Publication, generally, means the sale, placing on sale, or public distribution of copies. Dramatic performance is not generally regarded as "publication."

*How to Secure Copyright in a Published Dramatic Composition:*
1. *Produce copies with copyright notice,* by printing or other means of reproduction.
2. *Publish the work.*
3. *Register the copyright claim,* following the instructions on page 1 of this form.

*The Copyright Notice.* In order to secure and maintain copyright protection in a published work, it is essential that all copies contain the copyright notice at the time of first publication. This notice shall appear on the title page or verso thereof, and shall consist of three elements:

1. *The word "Copyright," the abbreviation "Copr.," or the symbol* ©. Use of the symbol © may result in securing copyright in countries which are members of the Universal Copyright Convention.

2. *The year date of publication.* This is ordinarily the date when copies were first placed on sale, sold, or publicly distributed. However, if the work has been registered for copyright in unpublished form, the notice should contain the year of registration; or, if there is new copyrightable matter in the published edition, it is advisable to include both dates.

3. *The name of the copyright owner (or owners).*

Example: © John Doe 1974.

NOTE: If copies are published without the required notice, the right to secure copyright is lost and cannot be restored.

---

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>MAY - 9 1975 | |
| One copy received<br>MAY - 9 1975 | |
| Two copies received | |
| Fee received | |

PL0002378

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM PA**

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

Register of Copyrights
United States of America

| REGISTRATION NUMBER | |
|---|---|
| **PA** | **58-307** |
| (PA) | PAU |

EFFECTIVE DATE OF REGISTRATION

2 (Month)  7 (Day)  86 (Year)

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

### 1 Title

**TITLE OF THIS WORK:**
Episode 1:  THE MAN TRAP
in the television series entitled STAR TREK

**NATURE OF THIS WORK: (See instructions)**
Motion Picture

**PREVIOUS OR ALTERNATIVE TITLES:**
aka Episode 6

---

### 2 Author(s)

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**
**NAME OF AUTHOR:** Desilu Productions Inc.
Was this author's contribution to the work a "work made for hire"? Yes... X No...
**DATES OF BIRTH AND DEATH:** Born ......... Died ........ (Year) (Year)
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ... U.S.A... (Name of Country) } or { Domiciled in ................... (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......
**AUTHOR OF:** (Briefly describe nature of this author's contribution) Entire cinematographic work (see space "6")
If the answer to either of these questions is "Yes," see detailed instructions attached.

**2**
**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......
**DATES OF BIRTH AND DEATH:** Born ......... Died ........ (Year) (Year)
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ............... (Name of Country) } or { Domiciled in ................... (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......
**AUTHOR OF:** (Briefly describe nature of this author's contribution)
If the answer to either of these questions is "Yes," see detailed instructions attached.

**3**
**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......
**DATES OF BIRTH AND DEATH:** Born ......... Died ........ (Year) (Year)
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ............... (Name of Country) } or { Domiciled in ................... (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......
**AUTHOR OF:** (Briefly describe nature of this author's contribution)
If the answer to either of these questions is "Yes," see detailed instructions attached.

---

### 3 Creation and Publication

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**
Year.. 1966..
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date........... January 9, 1978
(Month) (Day) (Year)
Nation ........... U.S.A.
(Name of Country)
(Complete this block ONLY if this work has been published.)

---

### 4 Claimant(s)

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**
Paramount Pictures Corporation
1 Gulf + Western Plaza
New York, NY 10023

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)
Mesne Assignments

---

Complete all applicable spaces (numbers 5-9) on the reverse side of this page

DO NOT WRITE HERE

CHECKED BY

CORRESPONDENCE:
☐ Yes

DEPOSIT RECEIVED:
JAN 3 0 1980

DEPOSIT ACCOUNT
FUNDS USED:

REMITTANCE NUMBER AND DATE:

FOR
COPYRIGHT
OFFICE
USE
ONLY

PA    58-307

DO NOT WRITE ABOVE THIS LINE.  IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET ( FORM PA/CON)

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?  Yes . . . . . . . . . No . . . X . . . .

- If your answer is "Yes," why is another registration being sought?  (Check appropriate box)

  ☐ This is the first published edition of a work previously registered in unpublished form.

  ☐ This is the first application submitted by this author as copyright claimant.

  ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give:  Previous Registration Number . . . . . . . . . . . . . . . . . . . . Year of Registration . . . . . . . . . . . . . . . . . . . .

**5**
Previous
Registra-
tion

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)

Unpublished screenplay of same title, copyrighted May 9, 1975
no. DU: 94948; musical composition entitled THEME FROM STAR TREK
variously copyrighted.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

All other cinematographic and sound track material.

**6**
Compilation
or
Derivative
Work

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: . . Brylawski & Cleary . . . . . . . . . . . . . . . .

Account Number . . DA 050385 . . . . . . . . . . . . .

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: . . E. Fulton Brylawski . . . . . . . . . .

Address: . . 224 E. Capitol Street . . . . . . . .
(Apt.)

. . . . Washington, D.C. 20003 . . . . . . . .
(City)          (State)          (ZIP)

**7**
Fee and
Correspond-
ence

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☑ authorized agent of: . . Paramount Pictures Corporation
(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) . . *Linda E. McNamara* . . . . . . . .

Typed or printed name . . Linda E. McNamara . . . . . . . . . . . . Date . . 1/24/80 . . . . . .

**8**
Certification
(Application
must be
signed)

Brylawski & Cleary
. . . . . . . . . . . . . . . . . . . . . . . . . . . .
(Name)

. . 224 E. Capitol Street . . . . . . . . . . .
(Number, Street and Apartment Number)

. . . Washington, D.C. 20003 . . . . . . . . .
(City)          (State)          (ZIP code)

**MAIL
CERTIFICATE
TO**

26 FEB 1980

(Certificate will
be mailed in
window envelope)

**9**
Address
For Return
of
Certificate

17 U.S.C. §506(e) FALSE REPRESENTATION — Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for

PL0002372

Page 3

# Certificate
## Registration of a Claim to Copyright
### in a dramatic or dramatico-musical composition

**FORM D**

REGISTRATION NO.

**Du  94894**

DO NOT WRITE HERE

CLASS

**D**

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Barbara Ringer*
Register of Copyrights
United States of America



NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name   **DESILU PRODUCTIONS, INC.**

Address   **5451 Marathon Street, Hollywood, California  90038**

Name

Address

**2. Title:**   **"WHERE NO MAN HAS GONE BEFORE"**

(Title of dramatic or dramatico-musical composition)

**3. Authors:**

Name   **DESILU PRODUCTIONS, INC.**                     Citizenship   **U.S.A.**
(Legal name followed by pseudonym if latter appears on the copies)              (Name of country)

Domiciled in U.S.A.  Yes ...  No ...  Address   **X       5451 Marathon Street, Hollywood, Ca. 90038**

Name                                                    Citizenship
(Legal name followed by pseudonym if latter appears on the copies)              (Name of country)

Domiciled in U.S.A.  Yes ...  No ...  Address

Name                                                    Citizenship
(Legal name followed by pseudonym if latter appears on the copies)              (Name of country)

Domiciled in U.S.A.  Yes ...  No ...  Address

**4. (a) Date of Publication:**

(Month)       (Day)       (Year)

**(b) Place of Publication:**

(Name of country)

**5. Previous Registration or Publication:**

Was work previously registered?  Yes _____  No _____  Date of registration _____  Registration number _____
Was work previously published?  Yes _____  No _____  Date of publication _____  Registration number _____
Is there any substantial **NEW MATTER** in this version?  Yes ........  No .........  If your answer is "Yes," give a brief general statement of the nature of the **NEW MATTER** in this version.   **Copyright claimed on dramatization;**
**work earlier appeared in form of novelization copyrighted in 1972 by Bantam Books Inc. and Paramount Pictures Corporation.**

Complete all applicable spaces on next page

**EXAMINER**

**6. Deposit account:**

FULTON BRYLAWSKI

**7. Send correspondence to:**

Name   FULTON BRYLAWSKI                   Address   224 East Capitol Street
                                                    Washington, D.C.   20003

**8. Send certificate to:**

(Type or
print      Name   PARAMOUNT PICTURES CORPORATION
name and          c/o Legal Department
address)
           Address   5451 Marathon Street,
                                    (Number and street)
                    Hollywood, California          9oo38
                    (City)            (State)            (ZIP Code)

## Information concerning copyright in dramatic or dramatico-musical compositions

*When to Use Form D.* Form D is appropriate for unpublished and published dramatic compositions and dramatico-musical compositions.

*What Is a "Dramatic Composition" or "Dramatico-Musical Composition"?* This category (Class D) covers the acting versions of dramatic works such as plays, radio or television dramas, musical comedies, motion picture shooting scripts, operas, choreographic works of a dramatic character, pantomimes, and the like. For registration in Class D a work must be more than a story or synopsis that is potentially capable of being dramatized. It should tell its story by means of dialogue and dramatic action rather than through narrative or descriptive material, and it should be complete enough for dramatic performance in its present form.

*Dramatico-Musical Compositions.* For dramatico-musical compositions, the copies deposited should consist of the complete work, i.e., book, lyrics, and music. It is possible, however, to make registration without the musical elements if the limitation of the copyright claim to the elements deposited is reflected on the appli-

cation. Thus, if only the book and lyrics are to be registered, the following statement should be added to line 2: (Book and Lyrics Only). If only the book is to be registered, line 2 should include the following statement: (Book Only).

*Unpublished "Books" Not Registrable.* Stories, scenarios, and narrative outlines are considered "books," and cannot be registered for copyright in unpublished form.

*No "Blanket" Copyright.* The general idea, outline, or title for a play or dramatic series cannot be copyrighted. Registration for a script covers the copyrightable material in that script, but does not give any sort of "blanket" protection to future scripts or to a series as a whole.

*Duration of Copyright.* Statutory copyright begins on the date the work was first published, or if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished dramatic compositions

*How to Register a Claim.* To obtain copyright registration, mail to the Register of Copyrights, Library of Congress, Washington, D.C. 20559, one complete copy of the dramatic work, an application on Form D, properly completed and signed, and a fee of $6. Manuscripts are not returned, so do not send your only copy.

*Procedure to Follow if Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published edition must contain a copyright notice in the required form and position.

### Published dramatic compositions

*What Is "Publication"?* Publication, generally, means the sale, placing on sale, or public distribution of copies. Dramatic performance is not generally regarded as "publication."

*How to Secure Copyright in a Published Dramatic Composition:*

1. *Produce copies with copyright notice,* by printing or other means of reproduction.
2. *Publish the work.*
3. *Register the copyright claim,* following the instructions on page 1 of this form.

*The Copyright Notice.* In order to secure and maintain copyright protection in a published work, it is essential that all copies contain the copyright notice at the time of first publication. This notice shall appear on the title page or verso thereof, and shall consist of three elements:

1. *The word "Copyright," the abbreviation "Copr.," or the symbol ©.* Use of the symbol © may result in securing copyright in countries which are members of the Universal Copyright Convention.

2. *The year date of publication.* This is ordinarily the date when copies were first placed on sale, sold, or publicly distributed. However, if the work has been registered for copyright in unpublished form, the notice should contain the year of registration; or, if there is new copyrightable matter in the published edition, it is advisable to include both dates.

3. *The name of the copyright owner (or owners).*

Example: © John Doe 1974.

NOTE: If copies are published without the required notice, the right to secure copyright is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>MAV 0 9. 1975 | |
| One copy received<br>MAV 0 9. 1975 | |
| Two copies received | |
| Fee received | |

PL0002402

CERTIFICATE OF REGISTRATION

# FORM PA

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

Register of Copyrights
United States of America

| REGISTRATION NUMBER |
| --- |
| PA 58-303 |
| PA · PAU |

EFFECTIVE DATE OF REGISTRATION

2 (Month)  7 (Day)  80 (Year)

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

**① Title**

TITLE OF THIS WORK:
Episode 3: WHERE NO MAN HAS GONE BEFORE in the television series entitled STAR TREK

NATURE OF THIS WORK: (See instructions)
Motion Picture

PREVIOUS OR ALTERNATIVE TITLES:
aka Episode 2

---

**② Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**
NAME OF AUTHOR:
Desilu Productions Inc.
Was this author's contribution to the work a "work made for hire"? Yes...X... No......

DATES OF BIRTH AND DEATH:
Born.......... Died..........
(Year)        (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of .........U.S.A.... } or { Domiciled in ........................
(Name of Country)                      (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)
Entire cinematographic work (see space "6")

**2**
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"? Yes...... No......

DATES OF BIRTH AND DEATH:
Born.......... Died..........
(Year)        (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ........................ } or { Domiciled in ........................
(Name of Country)                      (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**3**
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"? Yes...... No......

DATES OF BIRTH AND DEATH:
Born.......... Died..........
(Year)        (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ........................ } or { Domiciled in ........................
(Name of Country)                      (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

---

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year. 1966...
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date..... January 9, 1978
(Month) (Day) (Year)
Nation ..... U.S.A.
(Name of Country)
(Complete this block ONLY if this work has been published.)

---

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
Paramount Pictures Corporation
1 Gulf + Western Plaza
New York, NY 10023

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)
Mesne Assignments

---

Complete all applicable spaces (numbers 5-9) on the reverse side of this page

• Sign the form at line 8

| DO NOT WRITE HERE |
| --- |

PL0002397

EXAMINED BY

CHECKED BY:

APPLIED FEB. 1980

CORRESPONDENCE:
☐ Yes

DEPOSIT RECEIVED:
JAN 3 0 1980

FOR COPYRIGHT OFFICE USE ONLY

DEPOSIT ACCOUNT
FUNDS USED: ☑

REMITTANCE NUMBER AND DATE:

PA    58-303

---

**DO NOT WRITE ABOVE THIS LINE.  IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET ( FORM PA/CON)**

PREVIOUS REGISTRATION:

- Has registration for this work. or for an earlier version of this work. already been made in the Copyright Office?  Yes . . . . . . . . No . . . . X

- If your answer is "Yes," why is another registration being sought?   (Check appropriate box)

    ☐ This is the first published edition of a work previously registered in unpublished form.
    ☐ This is the first application submitted by this author as copyright claimant.
    ☐ This is a changed version of the work. as shown by line 6 of the application.

- If your answer is "Yes." give:  Previous Registration Number . . . . . . . . . . . . . . . . Year of Registration . . . . . . . . . .

**(5) Previous Registration**

---

COMPILATION OR DERIVATIVE WORK: (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)

Unpublished screenplay of same title, copyrighted May 9, 1975, No. DU: 94894; musical composition entitled THEME FROM STAR TREK variously copyrighted.

MATERIAL ADDED TO THIS WORK. (Give a brief. general statement of the material that has been added to this work and in which copyright is claimed.)

All other cinematographic and sound track material.

**(6) Compilation or Derivative Work**

---

DEPOSIT ACCOUNT: (If the registration fee is to be charged to a Deposit Account established in the Copyright Office. give name and number of Account.)

Name: Brylawski & Cleary

Account Number: DA 050385

CORRESPONDENCE: (Give name and address to which correspondence about this application should be sent.)

Name: E. Fulton Brylawski

Address: 224 E. Capitol Street
(Apt.)
Washington, D.C.    20003
(City)          (State)          (ZIP)

**(7) Fee and Correspondence**

---

CERTIFICATION: ✱ I, the undersigned, hereby certify that I am the: (Check one)

☐ author  ☐ other copyright claimant  ☐ owner of exclusive right(s)  ☒ authorized agent of: Paramount Pictures Corporation
(Name of author or other copyright claimant. or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X)  *Linda E. McNamara*

Typed or printed name. . . . . . . . Linda E. McNamara . . . . . . . Date 1/24/80

**(8) Certification (Application must be signed)**

---

MAIL CERTIFICATE TO

Brylawski & Cleary
(Name)

224 E. Capitol Street
(Number. Street and Apartment Number)

Washington, D.C.  20003
(City)        (State)      (ZIP code)

**MAIL CERTIFICATE TO**
26 FEB 1980
(Certificate will be mailed in window envelope)

**(9) Address For Return of Certificate**

---

PL0002398

Page 3

# Certificate
## Registration of a Claim to Copyright
### in a dramatic or dramatico-musical composition

**FORM D**

REGISTRATION NO.

**Du   94896**

DO NOT WRITE HERE

CLASS

**D**

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Barbara Ringer*

Register of Copyrights
United States of America



SEAL IS NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name   DESILU PRODUCTIONS, INC.

Address   5451 Marathon Street, Hollywood, California   90038

Name

Address

**2. Title:**   "THE MENAGERIE"   PART I

(Title of dramatic or dramatico-musical composition)

**3. Authors:**

Name   DESILU PRODUCTIONS, INC.   Citizenship   U.S.A.

(Legal name followed by pseudonym if latter appears on the copies)   (Name of country)

Domiciled in U.S.A.   Yes  X   No ___   Address   5451 Marathon Street, Hollywood, Ca. 90038

Name   Citizenship

(Legal name followed by pseudonym if latter appears on the copies)   (Name of country)

Domiciled in U.S.A.   Yes ___   No ___   Address

Name   Citizenship

(Legal name followed by pseudonym if latter appears on the copies)   (Name of country)

Domiciled in U.S.A.   Yes ___   No ___   Address

**4. (a) Date of Publication:**

(Month)      (Day)      (Year)

**(b) Place of Publication:**

(Name of country)

**5. Previous Registration or Publication:**

Was work previously registered?   Yes _____   No _____   Date of registration _____   Registration number _____

Was work previously published?   Yes _____   No _____   Date of publication _____   Registration number _____

Is there any substantial **NEW MATTER** in this version?   Yes _____   No _____   If your answer is "Yes," give a brief general statement of the nature of the **NEW MATTER** in this version.

Copyright claimed on dramatization; work earlier appeared in form of novelization copyrighted in 1971 by Paramount Pictures Corporation.

*Complete all applicable spaces on next page*

EXAMINER

PL0002298

**6. Deposit account:**

**7. Send correspondence to:** FULTON BRYLAWSKI

Name  FULTON BRYLAWSKI          Address 224 East Capitol Street
                                        Washington, D.C.  20003

**8. Send certificate to:**

(Type or
print          Name  PARAMOUNT PICTURES CORPORATION
name and              c/o Legal Department
address)      Address  5451 Marathon Street
                                (Number and street)
                       Hollywood, California      90038
                          (City)          (State)      (ZIP Code)

## Information concerning copyright in dramatic or dramatico-musical compositions

*When to Use Form D.* Form D is appropriate for unpublished and published dramatic compositions and dramatico-musical compositions.

*What Is a "Dramatic Composition" or "Dramatico-Musical Composition"?* This category (Class D) covers the acting versions of dramatic works such as plays, radio or television dramas, musical comedies, motion picture shooting scripts, operas, choreographic works of a dramatic character, pantomimes, and the like. For registration in Class D a work must be more than a story or synopsis that is potentially capable of being dramatized. It should tell its story by means of dialogue and dramatic action rather than through narrative or descriptive material, and it should be complete enough for dramatic performance in its present form.

*Dramatico-Musical Compositions.* For dramatico-musical compositions, the copies deposited should consist of the complete work, i.e., book, lyrics, and music. It is possible, however, to make registration without the musical elements if the limitation of the copyright claim to the elements deposited is reflected on the application. Thus, if only the book and lyrics are to be registered, the following statement should be added to line 2: (Book and Lyrics Only). If only the book is to be registered, line 2 should include the following statement: (Book Only).

*Unpublished "Books" Not Registrable.* Stories, scenarios, and narrative outlines are considered "books," and cannot be registered for copyright in unpublished form.

*No "Blanket" Copyright.* The general idea, outline, or title for a play or dramatic series cannot be copyrighted. Registration for a script covers the copyrightable material in that script, but does not give any sort of "blanket" protection to future scripts or to a series as a whole.

*Duration of Copyright.* Statutory copyright begins on the date the work was first published, or if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished dramatic compositions

*How to Register a Claim.* To obtain copyright registration, mail to the Register of Copyrights, Library of Congress, Washington, D.C. 20559, one complete copy of the dramatic work, an application on Form D, properly completed and signed, and a fee of $6. Manuscripts are not returned, so do not send your only copy.

### Published dramatic compositions

*What Is "Publication"?* Publication, generally, means the sale, placing on sale, or public distribution of copies. Dramatic performance is not generally regarded as "publication."

*How to Secure Copyright in a Published Dramatic Composition:*
1. *Produce copies with copyright notice,* by printing or other means of reproduction.
2. *Publish the work.*
3. *Register the copyright claim,* following the instructions on page 1 of this form.

*The Copyright Notice.* In order to secure and maintain copyright protection in a published work, it is essential that all copies contain the copyright notice at the time of first publication. This notice shall appear on the title page or verso thereof, and shall consist of three elements:

*Procedure to Follow if Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published edition must contain a copyright notice in the required form and position.

1. *The word "Copyright," the abbreviation "Copr.," or the symbol ©.* Use of the symbol © may result in securing copyright in countries which are members of the Universal Copyright Convention.

2. *The year date of publication.* This is ordinarily the date when copies were first placed on sale, sold, or publicly distributed. However, if the work has been registered for copyright in unpublished form, the notice should contain the year of registration; or, if there is new copyrightable matter in the published edition, it is advisable to include both dates.

3. *The name of the copyright owner (or owners).*
Example: © John Doe 1974.
NOTE: If copies are published without the required notice, the right to secure copyright is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received  MAY - 9 1975 | |
| One copy received  MAY - 9 1975 | |
| Two copies received | |
| Fee received | |

PL0002299

**FORM PA**

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

Register of Copyrights
United States of America

| REGISTRATION NUMBER |
|---|
| PA (PA.) 58-294 PAU |

| EFFECTIVE DATE OF REGISTRATION |
|---|
| 2 (Month) 7 (Day) 80 (Year) |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

**① Title**

TITLE OF THIS WORK:
Episode 11: THE MENAGERIE - PART I
in the television series entitled STAR TREK

NATURE OF THIS WORK: (See instructions)
Motion Picture

PREVIOUS OR ALTERNATIVE TITLES:
aka Episode 16

**② Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1
NAME OF AUTHOR: Desilu Productions Inc.
Was this author's contribution to the work a "work made for hire"? Yes X No
DATES OF BIRTH AND DEATH: Born (Year) Died (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of U.S.A. (Name of Country) or Domiciled in (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes No
Pseudonymous? Yes No
If the answer to either of these questions is "Yes," see detailed instructions attached

AUTHOR OF: (Briefly describe nature of this author's contribution)
Entire cinematographic work (see space "6")

2
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"? Yes No
DATES OF BIRTH AND DEATH: Born (Year) Died (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of (Name of Country) or Domiciled in (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes No
Pseudonymous? Yes No
If the answer to either of these questions is "Yes," see detailed instructions attached

AUTHOR OF: (Briefly describe nature of this author's contribution)

3
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"? Yes No
DATES OF BIRTH AND DEATH: Born (Year) Died (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of (Name of Country) or Domiciled in (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes No
Pseudonymous? Yes No
If the answer to either of these questions is "Yes," see detailed instructions attached

AUTHOR OF: (Briefly describe nature of this author's contribution)

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year 1966
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date January 9, 1978 (Month) (Day) (Year)
Nation U.S.A. (Name of Country)
(Complete this block ONLY if this work has been published)

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
Paramount Pictures Corporation
1 Gulf + Western Plaza
New York, NY 10023

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)
Mesne Assignments

---

• Complete all applicable spaces (numbers 5-9) on the reverse side of this page

DO NOT WRITE HERE

EXAMINED BY

CHECKED BY

CORRESPONDENCE:
☐ Yes

APPLICATION RECEIVED
FEB 1980

DEPOSIT RECEIVED
JAN 30 1980

DEPOSIT ACCOUNT
FUNDS USED: ☑

REMITTANCE NUMBER AND DATE

FOR
COPYRIGHT
OFFICE
USE
ONLY

PA · · 58-294

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET ( FORM PA/CON )

**PREVIOUS REGISTRATION:**

- Has registration for this work. or for an earlier version of this work. already been made in the Copyright Office?  Yes . . . . . . . . No . X . .

- If your answer is "Yes." why is another registration being sought?  (Check appropriate box)

  ☐ This is the first published edition of a work previously registered in unpublished form.
  ☐ This is the first application submitted by this author as copyright claimant.
  ☐ This is a changed version of the work. as shown by line 6 of the application.

- If your answer is "Yes." give:  Previous Registration Number . . . . . . . . . . . . . . . . . . . Year of Registration . . . . . . . . . . . . .

**⑤**
Previous
Registra-
tion

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)

    Unpublished screenplay of same title, copyrighted
    May 9, 1975, No. DU: 94895 and No. DU: 94896, musical
    composition entitled THEME FROM STAR TREK variously copyrighted.

MATERIAL ADDED TO THIS WORK  (Give a brief. general statement of the material that has been added to this work and in which copyright is claimed.)

    All other cinematographic and sound track material.

**⑥**
Compilation
or
Derivative
Work

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office. give name and number of Account.)

Name.  Brylawski & Cleary

Account Number.  DA 050385

**CORRESPONDENCE:** (Give name and address to which corre-spondence about this application should be sent.)

Name  E. Fulton Brylawski

Address  224 E. Capitol Street
                                                    (Apt)

Washington, D.C.  20003
(City)                    (State)                    (ZIP)

**⑦**
Fee and
Correspond-
ence

**CERTIFICATION:** * I. the undersigned. hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☑ authorized agent of  Paramount Pictures Corporation
                                                                                    (Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X)  *Linda E. McNamara*

Typed or printed name.  Linda E. McNamara            Date 1/24/80

**⑧**
Certifica-
tion
(Application
must be
signed)

MAIL
CERTIFICATE
TO

Brylawski & Cleary
(Name)

224 E. Capitol Street
(Number. Street and Apartment Number)

Washington, D.C.  20003
(City)              (State)    (ZIP code)

26 FEB 1980
(Certificate will
be mailed in
window envelope)

**⑨**
Address
For Return
of
Certificate

* 17 U S C §506(e) FALSE REPRESENTATION —Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409. or in any written statement filed in connection with the application. shall be fined not more than $2 500

PL0002289

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM PA**

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

Register of Copyrights
United States of America

REGISTRATION NUMBER

**PA** 58-295

(PA)    PAU

EFFECTIVE DATE OF REGISTRATION

2 (Month)    7 (Day)    80 (Year)

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

**① Title**

TITLE OF THIS WORK:

Episode 11: THE MENAGERIE – PART II
in the television series entitled STAR TREK

NATURE OF THIS WORK: (See instructions)

Motion picture

PREVIOUS OR ALTERNATIVE TITLES:

aka Episode 16

---

**② Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

NAME OF AUTHOR: Desilu Productions Inc.

Was this author's contribution to the work a "work made for hire"? Yes X No

DATES OF BIRTH AND DEATH:
Born (Year)    Died (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of U.S.A. (Name of Country) } or { Domiciled in (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes No
Pseudonymous? Yes No
If the answer to either of these questions is "Yes," see detailed instructions attached

AUTHOR OF: (Briefly describe nature of this author's contribution)
Entire cinematographic work (see space "6")

**2**

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"? Yes No

DATES OF BIRTH AND DEATH:
Born (Year)    Died (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of (Name of Country) } or { Domiciled in (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes No
Pseudonymous? Yes No
If the answer to either of these questions is "Yes," see detailed instructions attached

AUTHOR OF: (Briefly describe nature of this author's contribution)

**3**

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"? Yes No

DATES OF BIRTH AND DEATH:
Born (Year)    Died (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of (Name of Country) } or { Domiciled in (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes No
Pseudonymous? Yes No
If the answer to either of these questions is "Yes," see detailed instructions attached

AUTHOR OF: (Briefly describe nature of this author's contribution)

---

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:

Year 1967

(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:

Date January 9, 1978
(Month) (Day) (Year)

Nation U.S.A.
(Name of Country)

(Complete this block ONLY if this work has been published.)

---

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

Paramount Pictures Corporation
1 Gulf & Western Plaza
New York, New York 10023

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

Mesne Assignments

---

- Complete all applicable spaces (numbers 5-9) on the reverse side of this page
- Follow detailed instructions attached • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ 2 pages

EXAMINED BY

CHECKED BY:

CORRESPONDENCE.
☐ Yes

DEPOSIT ACCOUNT
FUNDS USED ☐

APPLIC. RECEIVED
FEB .1980

DEPOSIT RECEIVED:
JAN 3 0 1990

REMITTANCE NUMBER AND DATE.

FOR
COPYRIGHT
OFFICE
USE
ONLY

PA 58-295

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes . . . . . . . . No . X

- If your answer is "Yes," why is another registration being sought? (Check appropriate box)

  ☐ This is the first published edition of a work previously registered in unpublished form.
  ☐ This is the first application submitted by this author as copyright claimant.
  ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give: Previous Registration Number . . . . . . . . . Year of Registration

**5** Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL. (Identify any preexisting work or works that the work is based on or incorporates.)

Unpublished screenplay of same title, copyrighted May 9, 1975,
No. DU: 94895 and No. DU: 94896; musical composition entitled
THEME FROM STAR TREK variously copyrighted.

MATERIAL ADDED TO THIS WORK. (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

All other cinematographic and sound track material.

**6** Compilation or Derivative Work

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name    Brylawski & Cleary

Account Number    DA 050385

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name    E. Fulton Brylawski

Address    224 East Capitol Street    (Apt.)

Washington, D.C.    20003
(City)                    (State)              (ZIP)

**7** Fee and Correspondence

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of

Paramount Pictures Corporation
(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) . . . . . . . Diana Atkins

Typed or printed name.    Diana Atkins    Date 2/6/80

**8** Certification (Application must be signed)

**MAIL CERTIFICATE TO**

Brylawski & Cleary
(Name)

224 East Capitol Street
(Number, Street and Apartment Number)

Washington, D.C.    20003
(City)          (State)        (ZIP code)

2 - - 1980

(Certificate will be mailed in window envelope)

**9** Address For Return of Certificate

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM PA**

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

**Register of Copyrights**
**United States of America**

REGISTRATION NUMBER

**PA** 58-295

(PA) PAU

EFFECTIVE DATE OF REGISTRATION

2 (Month) 7 (Day) 8C (Year)

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

**(1) Title**

TITLE OF THIS WORK:

Episode 11: THE MENAGERIE - PART II
in the television series entitled STAR TREK

NATURE OF THIS WORK: (See instructions)

Motion picture

PREVIOUS OR ALTERNATIVE TITLES:

aka Episode 16

---

**(2) Author(s)**

IMPORTANT: Under the law, the author of a work made for hire is generally the employer, not the employee (see instructions). If any part of this work was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates blank.

**1** NAME OF AUTHOR: Desilu Productions Inc.

Was this author's contribution to the work a work made for hire? Yes **X** No.

DATES OF BIRTH AND DEATH
Born (Year) Died (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of **U.S.A.** (Name of Country) or Domiciled in (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes No
Pseudonymous? Yes No
If the answer to either of these questions is "Yes," see detailed instructions attached

AUTHOR OF: Briefly describe nature of this author's contribution:
Entire cinematographic work (see space "6")

**2** NAME OF AUTHOR:

Was this author's contribution to the work a work made for hire? Yes No

DATES OF BIRTH AND DEATH
Born (Year) Died (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of (Name of Country) or Domiciled in (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes No
Pseudonymous? Yes No
If the answer to either of these questions is "Yes," see detailed instructions attached

AUTHOR OF: (Briefly describe nature of this author's contribution)

**3** NAME OF AUTHOR:

Was this author's contribution to the work a work made for hire? Yes No

DATES OF BIRTH AND DEATH
Born (Year) Died (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of (Name of Country) or Domiciled in (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes No
Pseudonymous? Yes No
If the answer to either of these questions is "Yes," see detailed instructions attached

AUTHOR OF: (Briefly describe nature of this author's contribution)

---

**(3) Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:

Year **1967**

(This information must be given in all cases)

DATE AND NATION OF FIRST PUBLICATION:

Date **January 9, 1978**
(Month) (Day) (Year)

Nation **U.S.A.**
(Name of Country)

(Complete this block ONLY if this work has been published)

---

**(4) Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

Paramount Pictures Corporation
1 Gulf & Western Plaza
New York, New York 10023

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

Mesne Assignments

---

- Complete all applicable spaces (numbers 5-9) on the reverse side of this page
- Follow detailed instructions attached • Sign the form at line 8

DO NOT WRITE HERE

Page 1 of ... 2 pages

EXAMINED BY

CHECKED BY:

CORRESPONDENCE.
☐ Yes

APPLIC.

RECEIVED
FEB . 1980

DEPOSIT RECEIVED:
JAN 3 0 1990

DEPOSIT ACCOUNT
FUNDS USED
☐

REMITTANCE NUMBER AND DATE.

FOR
COPYRIGHT
OFFICE
USE
ONLY

PA . . 58-295

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM PA/CON)

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes . . . . . . . . . No   X

- If your answer is "Yes," why is another registration being sought?   (Check appropriate box)

  ☐ This is the first published edition of a work previously registered in unpublished form.
  ☐ This is the first application submitted by this author as copyright claimant.
  ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give:   Previous Registration Number . . . . . . . . . . . . .   Year of Registration . . . . . . . . . . . . .

**⑤**
Previous
Registra-
tion

---

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL. (Identify any preexisting work or works that the work is based on or incorporates.)

Unpublished screenplay of same title, copyrighted May 9, 1975,
No. DU: 94895 and No. DU: 94896; musical composition entitled
THEME FROM STAR TREK variously copyrighted.

MATERIAL ADDED TO THIS WORK (Give a brief, general statement of the material that has been added to this work and in which copyright
is claimed.)

All other cinematographic and sound track material.

**⑥**
Compilation
or
Derivative
Work

---

**DEPOSIT ACCOUNT:** If the registration fee is to be charged to a
Deposit Account established in the Copyright Office, give name and
number of Account.)

Name    Brylawski & Cleary

Account Number    DA   050385

**CORRESPONDENCE:** (Give name and address to which corre-
spondence about this application should be sent.)

Name    E. Fulton Brylawski

Address    224 East Capitol Street    (Apt.)

Washington, D.C.   20003
(City)          (State)          (ZIP)

**⑦**
Fee and
Correspond
ence

---

**CERTIFICATION:** ＊ I, the undersigned, hereby certify that I am the: (Check one)

☐ author ☐ other copyright claimant ☐ owner of exclusive rights) ☒ authorized agent of    Paramount Pictures Corporation
                                                              (Name of author or other copyright claimant, or owner of exclusive rights))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _____ Diana Atkins

Typed or printed name . . . . . . . . . Diana Atkins . . . . . . . . . . Date . 2/6/80 . . . . .

**⑧**
Certificatic
(Applicatior
must be
signed)

---

**MAIL
CERTIFICATE
TO**

Brylawski & Cleary . . . . . . . . . . . . . . .
(Name)

224 East Capitol Street . . . . . . . . . . . .
(Number, Street and Apartment Number)

Washington, D.C.   20003 . . . . . .
(City)          (State)          (ZIP code)

2 · . ! 1980

**(Certificate will
be mailed in
window envelope)**

**⑨**
Address
For Returr
of
Certificate

Page 3

# Certificate
## Registration of a Claim to Copyright
### in a dramatic or dramatico-musical composition

**FORM D**

| REGISTRATION NO. |
| --- |
| **Du 94895** |
| DO NOT WRITE HERE |

CLASS

**D**

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Barbara Ringer*

Register of Copyrights
United States of America


NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ---DESILU PRODUCTIONS, INC.--------------------------------

Address --5451 Marathon Street, Hollywood, California 90038------

Name -------------------------------------------------------------

Address -----------------------------------------------------------

**2. Title:** ---"THE MENAGERIE" PART II-----------------------------

(Title of dramatic or dramatico-musical composition)

**3. Authors:**

Name ---DESILU PRODUCTIONS, INC.------------------- Citizenship ---U.S.A.------

(Legal name followed by pseudonym if latter appears on the copies) (Name of country)

Domiciled in U.S.A. Yes **X** No --- Address 5451 Marathon Street, Hollywood, Ca. 90038

Name -------------------------------------------------- Citizenship -----------------

(Legal name followed by pseudonym if latter appears on the copies) (Name of country)

Domiciled in U.S.A. Yes --- No --- Address -------------------------------

Name -------------------------------------------------- Citizenship -----------------

(Legal name followed by pseudonym if latter appears on the copies) (Name of country)

Domiciled in U.S.A. Yes --- No --- Address -------------------------------

**4. (a) Date of Publication:**

----------------------------------------------------------------------

(Month)        (Day)        (Year)

**(b) Place of Publication:**

----------------------------------------------------------------------

(Name of country)

**5. Previous Registration or Publication:**

Was work previously registered? Yes ------ No ------ Date of registration ----------------- Registration number -----------------

Was work previously published? Yes ------ No ------ Date of publication ----------------- Registration number -----------------

Is there any substantial **NEW MATTER** in this version? Yes -------- No -------- If your answer is "Yes," give a brief general statement of the nature of the **NEW MATTER** in this version.

| EXAMINER |
| --- |
| |

*Complete all applicable spaces on next page*

**6. Deposit account:**

FULTON BRYLAWSKI

**7. Send correspondence to:**

Name  FULTON BRYLAWSKI          Address  224 East Capitol Street
Washington, D.C.  20003

**8. Send certificate to:**

(Type or print name and address)

Name  PARAMOUNT PICTURES CORPORATION
c/o Legal Department

Address  5451 Marathon Street
(Number and street)

Hollywood, California          90038
(City)          (State)          (ZIP Code)

## Information concerning copyright in dramatic or dramatico-musical compositions

*When to Use Form D.* Form D is appropriate for unpublished and published dramatic compositions and dramatico-musical compositions.

*What Is a "Dramatic Composition" or "Dramatico-Musical Composition"?* This category (Class D) covers the acting versions of dramatic works such as plays, radio or television dramas, musical comedies, motion picture shooting scripts, operas, choreographic works of a dramatic character, pantomimes, and the like. For registration in Class D a work must be more than a story or synopsis that is potentially capable of being dramatized. It should tell its story by means of dialogue and dramatic action rather than through narrative or descriptive material, and it should be complete enough for dramatic performance in its present form.

*Dramatico-Musical Compositions.* For dramatico-musical compositions, the copies deposited should consist of the complete work, i.e., book, lyrics, and music. It is possible, however, to make registration without the musical elements if the limitation of the copyright claim to the elements deposited is reflected on the application.

### Unpublished dramatic compositions

*How to Register a Claim.* To obtain copyright registration, mail to the Register of Copyrights, Library of Congress, Washington, D.C. 20559, one complete copy of the dramatic work, an application on Form D, properly completed and signed, and a fee of $6. Manuscripts are not returned, so do not send your only copy.

### Published dramatic compositions

*What Is "Publication"?* Publication, generally, means the sale, placing on sale, or public distribution of copies. Dramatic performance is not generally regarded as "publication."

*How to Secure Copyright in a Published Dramatic Composition:*

1. *Produce copies with copyright notice,* by printing or other means of reproduction.
2. *Publish the work.*
3. *Register the copyright claim,* following the instructions on page 1 of this form.

*The Copyright Notice.* In order to secure and maintain copyright protection in a published work, it is essential that all copies contain the copyright notice at the time of first publication. This notice shall appear on the title page or verso thereof, and shall consist of three elements:

cation. Thus, if only the book and lyrics are to be registered, the following statement should be added to line 2: (Book and Lyrics Only). If only the book is to be registered, line 2 should include the following statement: (Book Only).

*Unpublished "Books" Not Registrable.* Stories, scenarios, and narrative outlines are considered "books," and cannot be registered for copyright in unpublished form.

*No "Blanket" Copyright.* The general idea, outline, or title for a play or dramatic series cannot be copyrighted. Registration for a script covers the copyrightable material in that script, but does not give any sort of "blanket" protection to future scripts or to a series as a whole.

*Duration of Copyright.* Statutory copyright begins on the date the work was first published, or if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case copyright lasts for 28 years, and may be renewed for a second 28-year term.

*Procedure to Follow if Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published edition must contain a copyright notice in the required form and position.

1. *The word "Copyright," the abbreviation "Copr.," or the symbol* ©. Use of the symbol © may result in securing copyright in countries which are members of the Universal Copyright Convention.

2. *The year date of publication.* This is ordinarily the date when copies were first placed on sale, sold, or publicly distributed. However, if the work has been registered for copyright in unpublished form, the notice should contain the year of registration; or, if there is new copyrightable matter in the published edition, it is advisable to include both dates.

3. *The name of the copyright owner (or owners).*

Example: © John Doe 1974.

NOTE: If copies are published without the required notice, the right to secure copyright is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| **Application received** MAY - 9 1975 | |
| **One copy received** MAY - 9 1975 | |
| **Two copies received** | |
| **Fee received** | |

☆ U.S. GOVERNMENT PRINTING OFFICE : 1974 O—527-207          April 1974—50,000          *Page 4*

FORM PA

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

Register of Copyrights
United States of America

| REGISTRATION NUMBER |
| --- |
| PA 58-310 |
| PA          PAU |

| EFFECTIVE DATE OF REGISTRATION |
| --- |
| 2          7          80 |
| (Month)   (Day)   (Year) |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

**① Title**

TITLE OF THIS WORK:
Episode 13: BALANCE OF TERROR
in the television series entitled STAR TREK

NATURE OF THIS WORK: (See instructions)
Motion Picture

PREVIOUS OR ALTERNATIVE TITLES:
aka Episode 9

---

**② Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**
NAME OF AUTHOR:
Desilu Productions Inc.
Was this author's contribution to the work a "work made for hire"? Yes... X No......

DATES OF BIRTH AND DEATH:
Born .......... Died ..........
(Year)        (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ....U.S.A.... } or { Domiciled in ..................
(Name of Country)                            (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?    Yes ...  No ......
Pseudonymous? Yes ...  No ......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)
Entire cinematographic work (see space "6")

**2**
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"? Yes...... No......

DATES OF BIRTH AND DEATH:
Born .......... Died ..........
(Year)        (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of .................. } or { Domiciled in ..................
(Name of Country)                            (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?    Yes ...  No ......
Pseudonymous? Yes ...  No ......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**3**
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"? Yes...... No......

DATES OF BIRTH AND DEATH:
Born .......... Died ..........
(Year)        (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of .................. } or { Domiciled in ..................
(Name of Country)                            (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?    Yes ...  No ......
Pseudonymous? Yes ...  No ......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

---

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year.. 1966 ...
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date .......... January 9, 1978 ..........
(Month)   (Day)   (Year)
Nation .......... U.S.A. ..........
(Name of Country)
(Complete this block ONLY if this work has been published.)

---

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
Paramount Pictures Corporation
1 Gulf + Western Plaza
New York, NY  10023

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)
Mesne Assignments

---

Complete all applicable spaces (numbers 5-9) on the reverse side of this page

DO NOT WRITE HERE

CHECKED BY

CORRESPONDENCE:
☐ Yes

DEPOSIT RECEIVED:
JAN 30 1980

DEPOSIT ACCOUNT
FUNDS USED: ✓

REMITTANCE NUMBER AND DATE.

FOR
COPYRIGHT
OFFICE
USE
ONLY

PA 58-310

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET ( FORM PA/CON)

**PREVIOUS REGISTRATION:**

• Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes . . . . . . . . . No . X

• If your answer is "Yes," why is another registration being sought? (Check appropriate box)

☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by line 6 of the application.

• If your answer is "Yes," give: Previous Registration Number . . . . . . . . . . . . . . . . . Year of Registration . . . . . . . . . . . . . . . . . . . .

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)

. . . . . . Unpublished screenplay of same title, copyrighted
. . . . . May 9, 1975, No. DU: 94936; musical composition
. . . . . entitled THEME FROM STAR TREK variously copyrighted.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

. . . . . All other cinematographic and sound track material.

**⑥ Compilation or Derivative Work**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: . . Brylawski & Cleary . . . . . . . . . . . . . . .

Account Number: . . DA 050385 . . . . . . . . . . . . . . . . . .

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: . . . . E. Fulton Brylawski . . . .

Address: . . . . . 224 E. Capitol Street . . . . . . (Apt.)

. . . Washington, D.C. . . 20003 . . . . . .
(City) . . . . . . . (State) . . . . . . . (ZIP)

**⑦ Fee and Correspondence**

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☑ authorized agent of: (Name) Paramount Pictures Corporation

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) . . . . . . Linda E. McNamara . . . . . . . . . .

Typed or printed name . . . . Linda E. McNamara . . . . . Date 1/24/80

**⑧ Certification (Application must be signed)**

. . . . . . . . . Brylawski & Cleary . . . . . . . . . . .
(Name)

. . . . . 224 E. Capitol Street . . . . . . . . . . .
(Number, Street and Apartment Number)

. . . . Washington, D.C. . 20003 . . . . . . . . . . .
(City) . . . . . (State) . . (ZIP Code)

**MAIL CERTIFICATE**
26 FEB 1980

(Certificate will be mailed in window envelope)

**⑨ Address For Return of Certificate**

⚹ 17 U.S.C. §506(e): FALSE REPRESENTATION — Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Page 3

# Certificate
## Registration of a Claim to Copyright
### in a dramatic or dramatico-musical composition

**FORM D**

REGISTRATION NO.

**Du 94936**

DO NOT WRITE HERE

**CLASS**

**D**

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Barbara Ringer*

Register of Copyrights
United States of America



NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name   DESILU PRODUCTIONS, INC.

Address   5451 Marathon Street, Hollywood, California  90038

Name

Address

**2. Title:**   "BALANCE OF TERROR"

(Title of dramatic or dramatico-musical composition)

**3. Authors:**

Name   DESILU PRODUCTIONS, INC.   Citizenship   U.S.A.
(Legal name followed by pseudonym if latter appears on the copies)   (Name of country)

Domiciled in U.S.A.   Yes ... X No ...   Address   5451 Marathon Street, Hollywood, Ca. 90038

Name   Citizenship
(Legal name followed by pseudonym if latter appears on the copies)   (Name of country)

Domiciled in U.S.A.   Yes ...   No ...   Address

Name   Citizenship
(Legal name followed by pseudonym if latter appears on the copies)   (Name of country)

Domiciled in U.S.A.   Yes ...   No ...   Address

**4. (a) Date of Publication:**

(Month)       (Day)       (Year)

**(b) Place of Publication:**

(Name of country)

**5. Previous Registration or Publication:**

Was work previously registered?   Yes _____   No _____   Date of registration _____   Registration number _____

Was work previously published?   Yes _____   No _____   Date of publication _____   Registration number _____

Is there any substantial **NEW MATTER** in this version?   Yes ..........   No ..........   If your answer is "Yes," give a brief general statement of the nature of the **NEW MATTER** in this version.

**Copyright claimed on dramatization; work earlier appeared in form of novelization copyrighted in 1967 by Desilu Productions Inc.**

*Complete all applicable spaces on next page*

**EXAMINER**

PL0002352

**6. Deposit account:**

FULTON BRYLAWSKI

**7. Send correspondence to:**

Name  FULTON BRYLAWSKI

Address  224 East Capitol Street
Washington, D.C.  20003

**8. Send certificate to:**

(Type or print name and address)

Name  PARAMOUNT PICTURES CORPORATION
c/o Legal Department

Address  5451 Marathon Street
(Number and street)

Hollywood, California          90038
(City)                    (State)              (ZIP Code)

## Information concerning copyright in dramatic or dramatico-musical compositions

*When to Use Form D.* Form D is appropriate for unpublished and published dramatic compositions and dramatico-musical compositions.

*What Is a "Dramatic Composition" or "Dramatico-Musical Composition"?* This category (Class D) covers the acting versions of dramatic works such as plays, radio or television dramas, musical comedies, motion picture shooting scripts, operas, choreographic works of a dramatic character, pantomimes, and the like. For registration in Class D a work must be more than a story or synopsis that is potentially capable of being dramatized. It should tell its story by means of dialogue and dramatic action rather than through narrative or descriptive material, and it should be complete enough for dramatic performance in its present form.

*Dramatico-Musical Compositions.* For dramatico-musical compositions, the copies deposited should consist of the complete work, i.e., book, lyrics, and music. It is possible, however, to make registration without the musical elements if the limitation of the copyright claim to the elements deposited is reflected on the appli-

cation. Thus, if only the book and lyrics are to be registered, the following statement should be added to line 2: (Book and Lyrics Only). If only the book is to be registered, line 2 should include the following statement: (Book Only).

*Unpublished "Books" Not Registrable.* Stories, scenarios, and narrative outlines are considered "books," and cannot be registered for copyright in unpublished form.

*No "Blanket" Copyright.* The general idea, outline, or title for a play or dramatic series cannot be copyrighted. Registration for a script covers the copyrightable material in that script, but does not give any sort of "blanket" protection to future scripts or to a series as a whole.

*Duration of Copyright.* Statutory copyright begins on the date the work was first published, or if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished dramatic compositions

*How to Register a Claim.* To obtain copyright registration, mail to the Register of Copyrights, Library of Congress, Washington, D.C. 20559, one complete copy of the dramatic work, an application on Form D, properly completed and signed, and a fee of $6. Manuscripts are not returned, so do not send your only copy.

*Procedure to Follow if Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published edition must contain a copyright notice in the required form and position.

### Published dramatic compositions

*What Is "Publication"?* Publication, generally, means the sale, placing on sale, or public distribution of copies. Dramatic performance is not generally regarded as "publication."

*How to Secure Copyright in a Published Dramatic Composition:*
1. *Produce copies with copyright notice,* by printing or other means of reproduction.
2. *Publish the work.*
3. *Register the copyright claim,* following the instructions on page 1 of this form.

*The Copyright Notice.* In order to secure and maintain copyright protection in a published work, it is essential that all copies contain the copyright notice at the time of first publication. This notice shall appear on the title page or verso thereof, and shall consist of three elements:

1. *The word "Copyright," the abbreviation "Copr.," or the symbol* ©. Use of the symbol © may result in securing copyright in countries which are members of the Universal Copyright Convention.

2. *The year date of publication.* This is ordinarily the date when copies were first placed on sale, sold, or publicly distributed. However, if the work has been registered for copyright in unpublished form, the notice should contain the year of registration; or, if there is new copyrightable matter in the published edition, it is advisable to include both dates.

3. *The name of the copyright owner (or owners).*
Example: © John Doe 1974.
NOTE: If copies are published without the required notice, the right to secure copyright is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br><br>MAY - 9 1975 | |
| One copy received<br><br>MAY - 9 1975 | |
| Two copies received<br><br> | |
| Fee received<br><br> | |

PL0002353

Page 3

# Certificate
## Registration of a Claim to Copyright
### in a dramatic or dramatico-musical composition

**FORM D**

REGISTRATION NO.

Du 94942

DO NOT WRITE HERE

CLASS

**D**

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Barbara Ringer*

Register of Copyrights
United States of America



NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name  DESILU PRODUCTIONS, INC.

Address  5451 Marathon Street, Hollywood, California  90038

Name

Address

**2. Title:**  "TOMORROW IS YESTERDAY"

(Title of dramatic or dramatico-musical composition)

**3. Authors:**

Name  DESILU PRODUCTIONS, INC.  Citizenship  U.S.A.

(Legal name followed by pseudonym if latter appears on the copies)  (Name of country)

Domiciled in U.S.A.  Yes  X  No ___  Address  5451 Marathon Street, Hollywood, Ca.  90038

Name  Citizenship

(Legal name followed by pseudonym if latter appears on the copies)  (Name of country)

Domiciled in U.S.A.  Yes ___  No ___  Address

Name  Citizenship

(Legal name followed by pseudonym if latter appears on the copies)  (Name of country)

Domiciled in U.S.A.  Yes ___  No ___  Address

**4. (a) Date of Publication:**

(Month)          (Day)          (Year)

**(b) Place of Publication:**

(Name of country)

**5. Previous Registration or Publication:**

Was work previously registered?  Yes _____ No _____  Date of registration _____  Registration number _____

Was work previously published?  Yes _____ No _____  Date of publication _____  Registration number _____

Is there any substantial **NEW MATTER** in this version?  Yes _____  No _____  If your answer is "Yes," give a brief general statement of the nature of the **NEW MATTER** in this version.

**Copyright claimed on dramatization; work earlier appeared in form of novelization copyrighted in 1968 by Desilu Productions Inc.**

*Complete all applicable spaces on next page*

EXAMINER

**6. Deposit account:**

FULTON BRYLAWSKI

**7. Send correspondence to:**

Name   FULTON BRYLAWSKI

Address   224 East Capitol Street
Washington, D.C.  20003

**8. Send certificate to:**

(Type or print name and address)

Name   PARAMOUNT PICTURES CORPORATION
c/o Legal Department

Address   5451 Marathon Street
(Number and street)

Hollywood, California     90038
(City)            (State)            (ZIP Code)

## Information concerning copyright in dramatic or dramatico-musical compositions

*When to Use Form D.* Form D is appropriate for unpublished and published dramatic compositions and dramatico-musical compositions.

*What Is a "Dramatic Composition" or "Dramatico-Musical Composition"?* This category (Class D) covers the acting versions of dramatic works such as plays, radio or television dramas, musical comedies, motion picture shooting scripts, operas, choreographic works of a dramatic character, pantomimes, and the like. For registration in Class D a work must be more than a story or synopsis that is potentially capable of being dramatized. It should tell its story by means of dialogue and dramatic action rather than through narrative or descriptive material, and it should be complete enough for dramatic performance in its present form.

*Dramatico-Musical Compositions.* For dramatico-musical compositions, the copies deposited should consist of the complete work, i.e., book, lyrics, and music. It is possible, however, to make registration without the musical elements if the limitation of the copyright claim to the elements deposited is reflected on the application. Thus, if only the book and lyrics are to be registered, the following statement should be added to line 2: (Book and Lyrics Only). If only the book is to be registered, line 2 should include the following statement: (Book Only).

*Unpublished "Books" Not Registrable.* Stories, scenarios, and narrative outlines are considered "books," and cannot be registered for copyright in unpublished form.

*No "Blanket" Copyright.* The general idea, outline, or title for a play or dramatic series cannot be copyrighted. Registration for a script covers the copyrightable material in that script, but does not give any sort of "blanket" protection to future scripts or to a series as a whole.

*Duration of Copyright.* Statutory copyright begins on the date the work was first published, or if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished dramatic compositions

*How to Register a Claim.* To obtain copyright registration, mail to the Register of Copyrights, Library of Congress, Washington, D.C. 20559, one complete copy of the dramatic work, an application on Form D, properly completed and signed, and a fee of $6. Manuscripts are not returned, so do not send your only copy.

### Published dramatic compositions

*What Is "Publication"?* Publication, generally, means the sale, placing on sale, or public distribution of copies. Dramatic performance is not generally regarded as "publication."

*How to Secure Copyright in a Published Dramatic Composition:*

1. *Produce copies with copyright notice,* by printing or other means of reproduction.
2. *Publish the work.*
3. *Register the copyright claim,* following the instructions on page 1 of this form.

*The Copyright Notice.* In order to secure and maintain copyright protection in a published work, it is essential that all copies contain the copyright notice at the time of first publication. This notice shall appear on the title page or verso thereof, and shall consist of three elements:

1. *The word "Copyright," the abbreviation "Copr.," or the symbol* ©. Use of the symbol © may result in securing copyright in countries which are members of the Universal Copyright Convention.

2. *The year date of publication.* This is ordinarily the date when copies were first placed on sale, sold, or publicly distributed. However, if the work has been registered for copyright in unpublished form, the notice should contain the year of registration; or, if there is new copyrightable matter in the published edition, it is advisable to include both dates.

3. *The name of the copyright owner (or owners).*

Example: © John Doe 1974.

NOTE: If copies are published without the required notice, the right to secure copyright is lost and cannot be restored.

*Procedure to Follow if Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published edition must contain a copyright notice in the required form and position.

| FOR COPYRIGHT OFFICE USE ONLY |
|---|
| Application received MAY - 9 1975 |
| One copy received MAY - 9 1975 |
| Two copies received |
| Fee received |

PL0002253

FORM PA

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

Register of Copyrights
United States of America

| REGISTRATION NUMBER | | |
|---|---|---|
| PA | 58-300 | |
| (PA) | | PAU |

EFFECTIVE DATE OF REGISTRATION

2 ..... 7 ..... 80
(Month)    (Day)    (Year)

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)

**① Title**

TITLE OF THIS WORK:
Episode 18:  TOMORROW IS YESTERDAY
in the television series entitled STAR TREK

NATURE OF THIS WORK: (See instructions)
Motion Picture

PREVIOUS OR ALTERNATIVE TITLES:
aka Episode 21

**② Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1

NAME OF AUTHOR:
Desilu Productions Inc.
Was this author's contribution to the work a "work made for hire"?  Yes  X  No......

DATES OF BIRTH AND DEATH:
Born ........... Died ...........
(Year)    (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ..... U.S.A. ..... or { Domiciled in .....................
(Name of Country)      (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes ...... No......
Pseudonymous?  Yes ...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)
Entire cinematographic work (see space "6")

2

NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"?  Yes.... No....

DATES OF BIRTH AND DEATH:
Born ........... Died ...........
(Year)    (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ..................... or { Domiciled in .....................
(Name of Country)      (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes ...... No......
Pseudonymous?  Yes ...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

3

NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"?  Yes.... No....

DATES OF BIRTH AND DEATH:
Born ........... Died ...........
(Year)    (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ..................... or { Domiciled in .....................
(Name of Country)      (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes ...... No......
Pseudonymous?  Yes ...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year.. 1967 ..
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date........... January 9, 1978
(Month)    (Day)    (Year)
Nation ........... U.S.A.
(Name of Country)
(Complete this block ONLY if this work has been published.)

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
Paramount Pictures Corporation
1 Gulf + Western Plaza
New York, NY  10023

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)
Mesne Assignments

---

• Complete all applicable spaces (numbers 5-9) on the reverse side of this page

DO NOT WRITE HERE

EXAMINED BY

CHECKED BY ......... FEB 0 1980

CORRESPONDENCE:
☐ Yes

DEPOSIT RECEIVED:
JAN 3 0 1990

DEPOSIT ACCOUNT FUNDS USED ☑

REMITTANCE NUMBER AND DATE:

FOR
COPYRIGHT
OFFICE
USE
ONLY

PA . 58-300

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes . . . . . . . . . No . . . X

- If your answer is "Yes," why is another registration being sought? (Check appropriate box)

    ☐ This is the first published edition of a work previously registered in unpublished form.
    ☐ This is the first application submitted by this author as copyright claimant.
    ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give: Previous Registration Number . . . . . . . . . . Year of Registration . . . . . . . . . .

**5**
Previous
Registration

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)

Unpublished screenplay of same title, copyrighted
May 9, 1975, No. DU 94942; musical composition
entitled THEME FROM STAR TREK variously copyrighted.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

All other cinematographic and sound track material.

**6**
Compilation
or
Derivative
Work

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Brylawski & Cleary

Account Number: DA 050385

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: E. Fulton Brylawski

Address: 224 E. Capitol Street
(Apt)

Washington, D.C.     20003
(City)     (State)     (ZIP)

**7**
Fee and
Correspond-
ence

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☑ authorized agent of **Paramount Pictures Corporation**
(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *Linda E. McNamara*

Typed or printed name . . . . . Linda E. McNamara . . . . . . Date . . 1/24/80 . . . .

**8**
Certification
(Application
must be
signed)

Brylawski & Cleary
(Name)

224 E. Capitol Street
(Number, Street and Apartment Number)

Washington, D.C. 20003
(City)     (State)     (ZIP code)

**MAIL
CERTIFICATE
TO**

0 FEB 1980

(Certificate will
be mailed in
window envelope)

**9**
Address
For Return
of
Certificate

* 17 U.S.C. § 506(e): FALSE REPRESENTATION — Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for

PL0002247

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM PA**

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

Register of Copyrights
United States of America

| REGISTRATION NUMBER |
|---|
| PA 58-293 |
| (PA)    PAU |

| EFFECTIVE DATE OF REGISTRATION |
| 2       7       80 |
| (Month)   (Day)   (Year) |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

**(1) Title**

TITLE OF THIS WORK:
Episode 19:  COURT MARTIAL
in the television series entitled STAR TREK

NATURE OF THIS WORK: (See instructions)
Motion Picture

PREVIOUS OR ALTERNATIVE TITLES:
aka Episode 15

**(2) Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**
NAME OF AUTHOR:
Desilu Productions Inc.
Was this author's contribution to the work a "work made for hire"?   Yes.. X .. No......

DATES OF BIRTH AND DEATH:
Born.......... Died.........
(Year)          (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ... U.S.A. ...  } or { Domiciled in ..................
(Name of Country)                (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes ...... No ......
Pseudonymous?  Yes ...... No ......
If the answer to either of these questions is "Yes." see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)
Entire cinematographic work (see space "6")

**2**
NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?   Yes...... No......

DATES OF BIRTH AND DEATH:
Born.......... Died.........
(Year)          (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ..................  or { Domiciled in ..................
(Name of Country)                (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes ...... No ......
Pseudonymous?  Yes ...... No ......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**3**
NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?   Yes...... No......

DATES OF BIRTH AND DEATH:
Born.......... Died.........
(Year)          (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ..................  or { Domiciled in ..................
(Name of Country)                (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes ...... No ......
Pseudonymous?  Yes ...... No ......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**(3) Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year. 1966
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date.......... January 9, 1978
(Month) (Day) (Year)
Nation .......... U.S.A. ..........
(Name of Country)
(Complete this block ONLY if this work has been published.)

**(4) Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

Paramount Pictures Corporation
1 Gulf + Western Plaza
New York, NY  10023

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

Mesne Assignments

*Complete all applicable spaces (numbers 5-9) on the reverse side of this page*
*Follow detailed instructions attached. • Sign the form at line 8*

| DO NOT WRITE HERE |
|---|

| EXAMINED BY | APPLICATION RECEIVED |
|---|---|
| CHECKED BY | FEB 0 . 980 |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: JAN 3 0 1980 |
| DEPOSIT ACCOUNT FUNDS USED ☑ | REMITTANCE NUMBER AND DATE: |

FOR COPYRIGHT OFFICE USE ONLY

PA 58-293

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work. or for an earlier version of this work. already been made in the Copyright Office? Yes . . . . . . . . . No X

- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  ☐ This is the first published edition of a work previously registered in unpublished form.
  ☐ This is the first application submitted by this author as copyright claimant.
  ☐ This is a changed version of the work. as shown by line 6 of the application.

- If your answer is "Yes." give: Previous Registration Number . . . . . . . . . . . . . . . . Year of Registration . . . . . . . . .

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)

Unpublished screenplay of same title, copyrighted May 9, 1975, No. DU: 94891; musical composition entitled THEME FROM STAR TREK variously copyrighted.

MATERIAL ADDED TO THIS WORK: (Give a brief. general statement of the material that has been added to this work and in which copyright is claimed.)

All other cinematographic and sound track material.

**⑥ Compilation or Derivative Work**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office. give name and number of Account.)

Name: Brylawski & Cleary

Account Number: DA 050385

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: E. Fulton Brylawski

Address: 224 E. Capitol Street (Apt.)

Washington, D.C. 20003
(City) (State) (ZIP)

**⑦ Fee and Correspondence**

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: Paramount Pictures Corporation
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *Linda E. McNamara*

Typed or printed name . . . . . . Linda E. McNamara . . . . . . . Date ✱ 1/24/80

**⑧ Certification (Application must be signed)**

Brylawski & Cleary
(Name)
224 E. Capitol Street
(Number, Street and Apartment Number)
Washington, D.C. 20003
(City) (State) (ZIP code)

**MAIL CERTIFICATE TO**
(Certificate will be mailed in window envelope)
& A FEB 1980

**⑨ Address For Return of Certificate**

✱ 17 U S C §506(e) FALSE REPRESENTATION – Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409. or in any written statement filed in connection with the application. shall be fined not more than $2,500

PL0002303

Page 3

# Certificate
## Registration of a Claim to Copyright
### in a dramatic or dramatico-musical composition

**FORM D**

REGISTRATION NO.

**Du  94891**

DO NOT WRITE HERE

CLASS

**D**

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Barbara Ringer*

Register of Copyrights
United States of America



NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ___ DESILU PRODUCTIONS, INC. _____

Address ___ 5451 Marathon Street, Hollywood, California  90038 ___

Name _____

Address _____

**2. Title:** ___ "COURT MARTIAL" _____

(Title of dramatic or dramatico-musical composition)

**3. Authors:**

Name ___ DESILU PRODUCTIONS, INC. _____ Citizenship ___ U.S.A. ___

(Legal name followed by pseudonym if latter appears on the copies)   (Name of country)

Domiciled in U.S.A.  Yes ... X ... No ...  Address ___ 5451 Marathon Street, Hollywood, Ca. 90038 ___

Name _____ Citizenship _____

(Legal name followed by pseudonym if latter appears on the copies)   (Name of country)

Domiciled in U.S.A.  Yes ...  No ...  Address _____

Name _____ Citizenship _____

(Legal name followed by pseudonym if latter appears on the copies)   (Name of country)

Domiciled in U.S.A.  Yes ...  No ...  Address _____

**4. (a) Date of Publication:**

_____

(Month)       (Day)       (Year)

**(b) Place of Publication:**

_____

(Name of country)

**5. Previous Registration or Publication:**

Was work previously registered?  Yes _____  No _____  Date of registration _____  Registration number _____

Was work previously published?  Yes _____  No _____  Date of publication _____  Registration number _____

Is there any substantial **NEW MATTER** in this version?  Yes .........  No .........  If your answer is "Yes," give a brief general statement of the nature of the **NEW MATTER** in this version.

Copyright claimed on dramatization; work earlier appeared in form of novelization copyrighted in 1968 by Desilu Productions Inc.

*Complete all applicable spaces on next page*

EXAMINER

**6. Deposit account:**

FULTON BRYLAWSKI

**7. Send correspondence to:**

Name   FULTON BRYLAWSKII          Address   224 East Capitol Street
                                            Washington, D.C.   20003

**8. Send certificate to:**

(Type or print name and address)

Name   PARAMOUNT PICTURES CORPORATION
       c/o Legal Department

Address   5451 Marathon Street
          (Number and street)

Hollywood, California          90038
(City)          (State)          (ZIP Code)

## Information concerning copyright in dramatic or dramatico-musical compositions

*When to Use Form D.* Form D is appropriate for unpublished and published dramatic compositions and dramatico-musical compositions.

*What Is a "Dramatic Composition" or "Dramatico-Musical Composition"?* This category (Class D) covers the acting versions of dramatic works such as plays, radio or television dramas, musical comedies, motion picture shooting scripts, operas, choreographic works of a dramatic character, pantomimes, and the like. For registration in Class D a work must be more than a story or synopsis that is potentially capable of being dramatized. It should tell its story by means of dialogue and dramatic action rather than through narrative or descriptive material, and it should be complete enough for dramatic performance in its present form.

*Dramatico-Musical Compositions.* For dramatico-musical compositions, the copies deposited should consist of the complete work, i.e., book, lyrics, and music. It is possible, however, to make registration without the musical elements if the limitation of the copyright claim to the elements deposited is reflected on the appli-

cation. Thus, if only the book and lyrics are to be registered, the following statement should be added to line 2: (Book and Lyrics Only). If only the book is to be registered, line 2 should include the following statement: (Book Only).

*Unpublished "Books" Not Registrable.* Stories, scenarios, and narrative outlines are considered "books," and cannot be registered for copyright in unpublished form.

*No "Blanket" Copyright.* The general idea, outline, or title for a play or dramatic series cannot be copyrighted. Registration for a script covers the copyrightable material in that script, but does not give any sort of "blanket" protection to future scripts or to a series as a whole.

*Duration of Copyright.* Statutory copyright begins on the date the work was first published, or if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished dramatic compositions

*How to Register a Claim.* To obtain copyright registration, mail to the Register of Copyrights, Library of Congress, Washington, D.C. 20559, one complete copy of the dramatic work, an application on Form D, properly completed and signed, and a fee of $6. Manuscripts are not returned, so do not send your only copy.

*What Is "Publication"?* Publication, generally, means the sale, placing on sale, or public distribution of copies. Dramatic performance is not generally regarded as "publication."

*How to Secure Copyright in a Published Dramatic Composition:*
1. *Produce copies with copyright notice,* by printing or other means of reproduction.
2. *Publish the work.*
3. *Register the copyright claim,* following the instructions on page 1 of this form.

*The Copyright Notice.* In order to secure and maintain copyright protection in a published work, it is essential that all copies contain the copyright notice at the time of first publication. This notice shall appear on the title page or verso thereof, and shall consist of three elements:

*Procedure to Follow if Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published edition must contain a copyright notice in the required form and position.

### Published dramatic compositions

1. *The word "Copyright," the abbreviation "Copr.," or the symbol* ©. Use of the symbol © may result in securing copyright in countries which are members of the Universal Copyright Convention.

2. *The year date of publication.* This is ordinarily the date when copies were first placed on sale, sold, or publicly distributed. However, if the work has been registered for copyright in unpublished form, the notice should contain the year of registration; or, if there is new copyrightable matter in the published edition, it is advisable to include both dates.

3. *The name of the copyright owner (or owners).*
Example: © John Doe 1974.
NOTE: If copies are published without the required notice, the right to secure copyright is lost and cannot be restored.

---

**FOR COPYRIGHT OFFICE USE ONLY**

Application received

MAY 0 9 1975

One copy received

MAY 0 9 1975

Two copies received

Fee received

---

☆ U.S. GOVERNMENT PRINTING OFFICE : 1974 O—527-207          April 1974—50,000          *Page 4*

PL0002305

Page 3

# Certificate
## Registration of a Claim to Copyright
### in a dramatic or dramatico-musical composition

**FORM D**

REGISTRATION NO.

**Du 94945**

DO NOT WRITE HERE

**CLASS**

**D**

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Barbara Ringer*
Register of Copyrights,
United States of America

NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ___DESILU PRODUCTIONS, INC.___

Address ___5451 Marathon Street, Hollywood, California  90038___

Name ___

Address ___

**2. Title:** ___"SPACE SEED"___
(Title of dramatic or dramatico-musical composition)

**3. Authors:**

Name ___DESILU PRODUCTIONS, INC.___ Citizenship ___U.S.A.___
(Legal name followed by pseudonym if latter appears on the copies) (Name of country)

Domiciled in U.S.A.  Yes _X_  No ___  Address ___5451 Marathon Street, Hollywood, Ca. 90038___

Name ___ Citizenship ___
(Legal name followed by pseudonym if latter appears on the copies) (Name of country)

Domiciled in U.S.A.  Yes ___  No ___  Address ___

Name ___ Citizenship ___
(Legal name followed by pseudonym if latter appears on the copies) (Name of country)

Domiciled in U.S.A.  Yes ___  No ___  Address ___

**4. (a) Date of Publication:**

___
(Month)          (Day)          (Year)

**(b) Place of Publication:**

___
(Name of country)

**5. Previous Registration or Publication:**

Was work previously registered?  Yes ___  No ___  Date of registration ___  Registration number ___
Was work previously published?  Yes ___  No ___  Date of publication ___  Registration number ___
Is there any substantial **NEW MATTER** in this version?  Yes ___  No ___  If your answer is "Yes," give a brief general statement of the nature of the **NEW MATTER** in this version.

Copyright claimed on dramatization: work earlier appeared in form of novelization copyrighted in 1968 by Desilu Productions Inc.

**EXAMINER**

*Complete all applicable spaces on next page*

**6. Deposit account:**

FULTON BRYLAWSKI

**7. Send correspondence to:**

Name    FULTON BRYLAWSKI    Address  224 East Capitol Street
                                      Washington, D.C.  20003

**8. Send certificate to:**

(Type or
print      Name   PARAMOUNT PICTURES CORPORATION
name and          c/o Legal Department
address)
           Address  5451 Marathon Street
                          (Number and street)

           Hollywood, California          90038
           (City)              (State)          (ZIP Code)

## Information concerning copyright in dramatic or dramatico-musical compositions

*When to Use Form D.* Form D is appropriate for unpublished and published dramatic compositions and dramatico-musical compositions.

*What Is a "Dramatic Composition" or "Dramatico-Musical Composition"?* This category (Class D) covers the acting versions of dramatic works such as plays, radio or television dramas, musical comedies, motion picture shooting scripts, operas, choreographic works of a dramatic character, pantomimes, and the like. For registration in Class D a work must be more than a story or synopsis that is potentially capable of being dramatized. It should tell its story by means of dialogue and dramatic action rather than through narrative or descriptive material, and it should be complete enough for dramatic performance in its present form.

*Dramatico-Musical Compositions.* For dramatico-musical compositions, the copies deposited should consist of the complete work, i.e., book, lyrics, and music. It is possible, however, to make registration without the musical elements if the limitation of the copyright claim to the elements deposited is reflected on the appli-

cation. Thus, if only the book and lyrics are to be registered, the following statement should be added to line 2: (Book and Lyrics Only). If only the book is to be registered, line 2 should include the following statement: (Book Only).

*Unpublished "Books" Not Registrable.* Stories, scenarios, and narrative outlines are considered "books," and cannot be registered for copyright in unpublished form.

*No "Blanket" Copyright.* The general idea, outline, or title for a play or dramatic series cannot be copyrighted. Registration for a script covers the copyrightable material in that script, but does not give any sort of "blanket" protection to future scripts or to a series as a whole.

*Duration of Copyright.* Statutory copyright begins on the date the work was first published, or if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished dramatic compositions

*How to Register a Claim.* To obtain copyright registration, mail to the Register of Copyrights, Library of Congress, Washington, D.C. 20559, one complete copy of the dramatic work, an application on Form D, properly completed and signed, and a fee of $6. Manuscripts are not returned, so do not send your only copy.

*Procedure to Follow if Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published edition must contain a copyright notice in the required form and position.

### Published dramatic compositions

*What Is "Publication"?* Publication, generally, means the sale, placing on sale, or public distribution of copies. Dramatic performance is not generally regarded as "publication."

*How to Secure Copyright in a Published Dramatic Composition:*
1. *Produce copies with copyright notice,* by printing or other means of reproduction.
2. *Publish the work.*
3. *Register the copyright claim,* following the instructions on page 1 of this form.

*The Copyright Notice.* In order to secure and maintain copyright protection in a published work, it is essential that all copies contain the copyright notice at the time of first publication. This notice shall appear on the title page or verso thereof, and shall consist of three elements:

1. *The word "Copyright," the abbreviation "Copr.," or the symbol* ©. Use of the symbol © may result in securing copyright in countries which are members of the Universal Copyright Convention.

2. *The year date of publication.* This is ordinarily the date when copies were first placed on sale, sold, or publicly distributed. However, if the work has been registered for copyright in unpublished form, the notice should contain the year of registration; or, if there is new copyrightable matter in the published edition, it is advisable to include both dates.

3. *The name of the copyright owner (or owners).*
Example: © John Doe 1974.
NOTE: If copies are published without the required notice, the right to secure copyright is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
| --- | --- |
| **Application received** MAY - 9 1975 | |
| **One copy received** MAY - 9 1975 | |
| **Two copies received** | |
| **Fee received** | |

# FORM PA

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office, in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

**Register of Copyrights**
**United States of America**

| REGISTRATION NUMBER | | |
|---|---|---|
| PA | 58-280 | |
| PA | | PAU |

| EFFECTIVE DATE OF REGISTRATION | | |
|---|---|---|
| 2 | 7 | 8C |
| (Month) | (Day) | (Year) |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

**① Title**

TITLE OF THIS WORK:
Episode 21:  SPACE SEED
in the television series entitled STAR TREK

NATURE OF THIS WORK: (See instructions)
Motion Picture

PREVIOUS OR ALTERNATIVE TITLES:
aka Episode 24

---

**② Author(s)**

IMPORTANT:  Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**
NAME OF AUTHOR:
Desilu Productions Inc.
Was this author's contribution to the work a "work made for hire"?  Yes  X  No

DATES OF BIRTH AND DEATH:
Born (Year)    Died (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of  U.S.A.  or  Domiciled in  (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes  No
Pseudonymous?  Yes  No
If the answer to either of these questions is "Yes," see detailed instructions attached

AUTHOR OF: (Briefly describe nature of this author's contribution)
Entire cinematographic work (see space "6")

**2**
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"?  Yes  No

DATES OF BIRTH AND DEATH:
Born (Year)    Died (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of  (Name of Country)  or  Domiciled in  (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes  No
Pseudonymous?  Yes  No
If the answer to either of these questions is "Yes," see detailed instructions attached

AUTHOR OF: (Briefly describe nature of this author's contribution)

**3**
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"?  Yes  No

DATES OF BIRTH AND DEATH:
Born (Year)    Died (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of  (Name of Country)  or  Domiciled in  (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes  No
Pseudonymous?  Yes  No
If the answer to either of these questions is "Yes," see detailed instructions attached

AUTHOR OF: (Briefly describe nature of this author's contribution)

---

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year 1967
(This information must be given in all cases)

DATE AND NATION OF FIRST PUBLICATION:
Date:  January 9, 1978
(Month) (Day) (Year)
Nation  U.S.A.
(Name of Country)
(Complete this block ONLY if this work has been published)

---

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
Paramount Pictures Corporation
1 Gulf + Western Plaza
New York, NY  10023

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)
Mesne Assignments

---

Complete all applicable spaces (numbers 5-9) on the reverse side of this page

DO NOT WRITE HERE

PL0002222

EXAMINED BY ........

CHECKED BY ........

CORRESPONDENCE:
☐ Yes

DEPOSIT ACCOUNT
FUNDS USED: ☑

DEPOSIT RECEIVED:

JAN 30 1980

REMITTANCE NUMBER AND DATE:

FOR
COPYRIGHT
OFFICE
USE
ONLY

PA    58-280

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM PA/CON)

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?   Yes . . . . . . . . No . . . X

- If your answer is "Yes," why is another registration being sought?   (Check appropriate box)

   ☐ This is the first published edition of a work previously registered in unpublished form.
   ☐ This is the first application submitted by this author as copyright claimant.
   ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give:  Previous Registration Number . . . . . . . . . . . . . . . . . . . .  Year of Registration . . . . . . . . . . . . . .

**⑤** Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)

Unpublished screenplay of same title, copyrighted May 9, 1975, No. DU 94945; musical composition entitled THEME FROM STAR TREK variously copyrighted.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

All other cinematographic and sound track material.

**⑥** Compilation or Derivative Work

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name:  Brylawski & Cleary

Account Number:  DA 050385

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name:  E. Fulton Brylawski

Address:  224 E. Capitol Street
(Apt.)

Washington, D.C.   20003
(City)          (State)       (ZIP)

**⑦** Fee and Correspondence

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☑ authorized agent of:  Paramount Pictures Corporation
(Name of author or other copyright claimant, or owner of exclusive right(s) ▲)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Linda E. McNamara_

Typed or printed name . . . . . .  Linda E. McNamara . . . . . . . .  Date . .1/24/80 . .

**⑧** Certification (Application must be signed)

**MAIL CERTIFICATE TO**

Brylawski & Cleary
(Name)

224 E. Capitol Street
(Number, Street and Apartment Number)

Washington, D.C.   20003
(City)        (State)      (ZIP code)

2 6 FEB 1980

(Certificate will be mailed in window envelope)

**⑨** Address For Return of Certificate

. . . . . . FALSE REPRESENTATION — Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for

PL0002223

**FORM PA**

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

Register of Copyrights
United States of America

| REGISTRATION NUMBER | | |
|---|---|---|
| PA | | 58-302 |
| (PA) | PA | PAU |

EFFECTIVE DATE OF REGISTRATION

2 (Month)　7 (Day)　80 (Year)

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

**① Title**

TITLE OF THIS WORK:
Episode 22: A TASTE OF ARMAGEDDON
in the television series entitled STAR TREK

NATURE OF THIS WORK: (See instructions)
Motion Picture

PREVIOUS OR ALTERNATIVE TITLES:
aka Episode 23

**② Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1

NAME OF AUTHOR: Desilu Productions Inc.
Was this author's contribution to the work a "work made for hire"?  Yes. X  No......
DATES OF BIRTH AND DEATH:  Born ........ (Year)  Died ........ (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ...... U.S.A. ...... (Name of Country)  or  { Domiciled in ............... (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes......  No ....
Pseudonymous?  Yes......  No ....
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)
Entire cinematographic work (see space "6")

2

NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"?  Yes. ....  No. ....
DATES OF BIRTH AND DEATH:  Born ........ (Year)  Died ........ (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ............... (Name of Country)  }  or  { Domiciled in ............... (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes......  No ....
Pseudonymous?  Yes......  No ....
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

3

NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"?  Yes. ....  No. ....
DATES OF BIRTH AND DEATH:  Born ........ (Year)  Died ........ (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ............... (Name of Country)  or  { Domiciled in ............... (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes......  No ....
Pseudonymous?  Yes......  No ....
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year... 1967
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date... January 9, 1978 (Month) (Day) (Year)
Nation... U.S.A. (Name of Country)
(Complete this block ONLY if this work has been published.)

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
Paramount Pictures Corporation
1 Gulf + Western Plaza
New York, NY  10023

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)
Mesne Assignments

Complete all applicable spaces (numbers 5-9) on the reverse side of this page

DO NOT WRITE HERE

| EXAMINED BY | | APPLICD RECEIVED | FOR |
|---|---|---|---|
| CHECKED BY | | FEB 01 1980 | COPYRIGHT |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: JAN 3 0 1980 | | OFFICE USE ONLY |
| DEPOSIT ACCOUNT FUNDS USED ☑ | REMITTANCE NUMBER AND DATE | | |

PA 58-302

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

**PREVIOUS REGISTRATION:**

⑤ Previous Registration

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes . . . . . . . . No . . X

- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give: Previous Registration Number . . . . . . . . . Year of Registration . . . . . . . . .

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

⑥ Compilation or Derivative Work

PREEXISTING MATERIAL. (Identify any preexisting work or works that the work is based on or incorporates.)

Unpublished screenplay of same title, copyrighted May 9, 1975, No. DU: 94944; musical composition entitled THEME FROM STAR TREK variously copyrighted.

MATERIAL ADDED TO THIS WORK (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

All other cinematographic and sound track material.

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name Brylawski & Cleary

Account Number DA 050385

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name E. Fulton Brylawski

Address 224 E. Capitol Street (Apt.)

Washington, D.C. 20003
(City) (State) (ZIP)

⑦ Fee and Correspondence

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☑ authorized agent of Paramount Pictures Corporation
(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) Linda E. McNamara

Typed or printed name Linda E. McNamara Date 1/24/80

⑧ Certification (Application must be signed)

Brylawski & Cleary
(Name)

224 E. Capitol Street
(Number Street and Apartment Number)

Washington, D.C. 20003
(City) (State) (ZIP code)

**MAIL CERTIFICATE TO**

2 6 FEB 1980

(Certificate will be mailed in window envelope)

⑨ Address For Return of Certificate

PL0002231

Page 3

# Certificate
## Registration of a Claim to Copyright
### in a dramatic or dramatico-musical composition

**FORM D**

REGISTRATION NO.
**Du  94944**

DO NOT WRITE HERE

CLASS

**D**

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Barbara Ringer*

Register of Copyrights
United States of America

NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ___ DESILU PRODUCTIONS, INC.

Address ___ 5451 Marathon Street, Hollywood, California  90038

Name

Address

**2. Title:** ___ "A TASTE OF ARMAGEDDON"

(Title of dramatic or dramatico-musical composition)

**3. Authors:**

Name ___ DESILU PRODUCTIONS, INC.                    Citizenship ___ U.S.A.

(Legal name followed by pseudonym if latter appears on the copies)            (Name of country)

Domiciled in U.S.A.  Yes ___ X ___ No ___  Address ___ 5451 Marathon Street, Hollywood, Ca. 90038

Name                                                 Citizenship

(Legal name followed by pseudonym if latter appears on the copies)            (Name of country)

Domiciled in U.S.A.  Yes ___  No ___  Address

Name                                                 Citizenship

(Legal name followed by pseudonym if latter appears on the copies)            (Name of country)

Domiciled in U.S.A.  Yes ___  No ___  Address

**4. (a) Date of Publication:**

(Month)        (Day)        (Year)

**(b) Place of Publication:**

(Name of country)

**5. Previous Registration or Publication:**

Was work previously registered?  Yes _____  No _____  Date of registration _____  Registration number _____

Was work previously published?  Yes _____  No _____  Date of publication _____  Registration number _____

Is there any substantial **NEW MATTER** in this version?  Yes _____  No _____  If your answer is "Yes," give a brief general statement of the nature of the **NEW MATTER** in this version.

Copyright claimed on dramatization; work earlier appeared in form of novelization copyrighted in 1968 by Desilu Productions Inc.

EXAMINER

*Complete all applicable spaces on next page*

**6. Deposit account:**

FULTON BRYLAWSKI

**7. Send correspondence to:**

Name FULTON BRYLAWSKI

Address 224 East Capitol Street
Washington, D.C. 20003

**8. Send certificate to:**

(Type or print name and address)

Name PARAMOUNT PICTURES CORPORATION
c/o Legal Department

Address 5451 Marathon Street

(Number and street)

Hollywood, California 90038

(City) (State) (ZIP Code)

## Information concerning copyright in dramatic or dramatico-musical compositions

*When to Use Form D.* Form D is appropriate for unpublished and published dramatic compositions and dramatico-musical compositions.

*What Is a "Dramatic Composition" or "Dramatico-Musical Composition"?* This category (Class D) covers the acting versions of dramatic works such as plays, radio or television dramas, musical comedies, motion picture shooting scripts, operas, choreographic works of a dramatic character, pantomimes, and the like. For registration in Class D a work must be more than a story or synopsis that is potentially capable of being dramatized. It should tell its story by means of dialogue and dramatic action rather than through narrative or descriptive material, and it should be complete enough for dramatic performance in its present form.

*Dramatico-Musical Compositions.* For dramatico-musical compositions, the copies deposited should consist of the complete work, i.e., book, lyrics, and music. It is possible, however, to make registration without the musical elements if the limitation of the copyright claim to the elements deposited is reflected on the application.

### Unpublished dramatic compositions

*How to Register a Claim.* To obtain copyright registration, mail to the Register of Copyrights, Library of Congress, Washington, D.C. 20559, one complete copy of the dramatic work, an application on Form D, properly completed and signed, and a fee of $6. Manuscripts are not returned, so do not send your only copy.

### Published dramatic compositions

*What Is "Publication"?* Publication, generally, means the sale, placing on sale, or public distribution of copies. Dramatic performance is not generally regarded as "publication."

*How to Secure Copyright in a Published Dramatic Composition:*

1. *Produce copies with copyright notice,* by printing or other means of reproduction.
2. *Publish the work.*
3. *Register the copyright claim,* following the instructions on page 1 of this form.

*The Copyright Notice.* In order to secure and maintain copyright protection in a published work, it is essential that all copies contain the copyright notice at the time of first publication. This notice shall appear on the title page or verso thereof, and shall consist of three elements:

cation. Thus, if only the book and lyrics are to be registered, the following statement should be added to line 2: (Book and Lyrics Only). If only the book is to be registered, line 2 should include the following statement: (Book Only).

*Unpublished "Books" Not Registrable.* Stories, scenarios, and narrative outlines are considered "books," and cannot be registered for copyright in unpublished form.

*No "Blanket" Copyright.* The general idea, outline, or title for a play or dramatic series cannot be copyrighted. Registration for a script covers the copyrightable material in that script, but does not give any sort of "blanket" protection to future scripts or to a series as a whole.

*Duration of Copyright.* Statutory copyright begins on the date the work was first published, or if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case copyright lasts for 28 years, and may be renewed for a second 28-year term.

*Procedure to Follow if Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published edition must contain a copyright notice in the required form and position.

1. *The word "Copyright," the abbreviation "Copr.," or the symbol ©.* Use of the symbol © may result in securing copyright in countries which are members of the Universal Copyright Convention.

2. *The year date of publication.* This is ordinarily the date when copies were first placed on sale, sold, or publicly distributed. However, if the work has been registered for copyright in unpublished form, the notice should contain the year of registration; or, if there is new copyrightable matter in the published edition, it is advisable to include both dates.

3. *The name of the copyright owner (or owners).*

Example: © John Doe 1974.

NOTE: If copies are published without the required notice, the right to secure copyright is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received MAY - 9 1975 | |
| One copy received MAY - 9 1975 | |
| Two copies received | |
| Fee received | |

PL0002237

# FORM PA

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

**Register of Copyrights**
**United States of America**

| REGISTRATION NUMBER | | |
|---|---|---|
| PA | 58-283 | |
| (PA) | | PAU |

**EFFECTIVE DATE OF REGISTRATION**

2 (Month)   7 (Day)   80 (Year)

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

**① Title**

**TITLE OF THIS WORK:**
Episode 25:  ERRAND OF MERCY
in the television series entitled STAR TREK

**NATURE OF THIS WORK:** (See instructions)
Motion Picture

**PREVIOUS OR ALTERNATIVE TITLES:**
aka Episode 27

---

**② Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:**
Desilu Productions Inc.

Was this author's contribution to the work a "work made for hire"?   Yes.. X  No......

**DATES OF BIRTH AND DEATH:**
Born ........ (Year)   Died ........ (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ..... U.S.A... (Name of Country)   or   Domiciled in ...................... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes ......   No ......
Pseudonymous?   Yes ....   No ....
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Entire cinematographic work (see space "6")

**2**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes......   No......

**DATES OF BIRTH AND DEATH:**
Born ........ (Year)   Died ........ (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ...................... (Name of Country)   or   Domiciled in ...................... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes ......   No ......
Pseudonymous?   Yes ......   No ......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes ......   No......

**DATES OF BIRTH AND DEATH:**
Born ........ (Year)   Died ........ (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ...................... (Name of Country)   or   Domiciled in ...................... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes ......   No ......
Pseudonymous?   Yes ......   No ......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

**③ Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**
Year.. 1967....
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date............ January 9, 1978
(Month)   (Day)   (Year)
Nation ............ U.S.A. ............
(Name of Country)
(Complete this block ONLY if this work has been published.)

---

**④ Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**
Paramount Pictures Corporation
1 Gulf + Western Plaza
New York, NY  10023

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

Mesne Assignments

---

*Complete all applicable spaces (numbers 5-9) on the reverse side of this page*
*Follow detailed instructions attached   • Sign the form at line 8*

**DO NOT WRITE HERE**

| EXAMINED BY | APPLIC. RECEIVED | |
|---|---|---|
| CHECKED BY: | 7.1980 | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: JAN 3 0 1980 | |
| DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: | |

PA 58-283

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET ( FORM PA/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?  Yes . . . . . . . . . No . . . X . . .

- If your answer is "Yes," why is another registration being sought?  (Check appropriate box)

  ☐ This is the first published edition of a work previously registered in unpublished form.
  ☐ This is the first application submitted by this author as copyright claimant.
  ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give:  Previous Registration Number . . . . . . . . . . . . . . . . . . Year of Registration . . . . . . . . . . . . . . . . . . .

**⑤ Previous Registration**

---

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)

. . . . Musical composition entitled THEME FROM STAR TREK . . . . . . . . . . . . . . . . . .
. . . . variously copyrighted. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

. . . . All other cinematographic and sound track material . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**⑥ Compilation or Derivative Work**

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: . . . . . . . Brylawski and Cleary . . . . . . . . .

Account Number: . . DA 050385 . . . . . . . . .

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: . . . . . . . . E. Fulton Brylawski . . . . . . . .

Address: . . . . . 224 E. Capitol Street . . . . . . .
(Apt.)

. . . . . . . Washington, D.C.   20003 . . . . .
(City)          (State)          (ZIP)

**⑦ Fee and Correspondence**

---

**CERTIFICATION: ✱** I, the undersigned, hereby certify that I am the: (Check one)

☐ author  ☐ other copyright claimant  ☐ owner of exclusive right(s)  ☑ authorized agent of: **Paramount Pictures Corporation**
(Name of author or other copyright claimant, or owner of exclusive rights)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) . . . Linda E. McNamara . . . . .

Typed or printed name . . . . . . Linda E. McNamara . . . . . . . Date . 1/24/80 . . . .

**⑧ Certification (Application must be signed)**

---

**Brylawski & Cleary**
(Name)

. . . . . . 224 E. Capitol Street . . . . . . . . . . .
(Number, Street and Apartment Number)

. . . . . Washington, D.C. . 20003 . . . . .
(City)          (State)          (ZIP code)

**MAIL CERTIFICATE TO**

2 6 FEB 1980

(Certificate will be mailed in window envelope)

**⑨ Address For Return of Certificate**

---

✱ 17 U S C §506(e) FALSE REPRESENTATION—Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for

PL0002203

CERTIFICATE OF COPYRIGHT REGISTRATION

# FORM PA

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

Register of Copyrights
United States of America

| REGISTRATION NUMBER | |
|---|---|
| PA | 58-299 |
| PA | PAU |

| EFFECTIVE DATE OF REGISTRATION | | |
|---|---|---|
| 2 | 7 | 80 |
| (Month) | (Day) | (Year) |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

---

**① Title**

**TITLE OF THIS WORK:**
Episode 26: THE ALTERNATIVE FACTOR
in the television series entitled STAR TREK

**NATURE OF THIS WORK:** (See instructions)
Motion Picture

**PREVIOUS OR ALTERNATIVE TITLES:**
aka Episode 20: THE ALTERNATE FACTOR

---

**② Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**
**NAME OF AUTHOR:** Desilu Productions Inc.
Was this author's contribution to the work a "work made for hire"? Yes....X No......
**DATES OF BIRTH AND DEATH:** Born ...... (Year) Died ...... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ......... U.S.A.... } or { Domiciled in ......................
(Name of Country)          (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes ..... No .....
Pseudonymous? Yes ..... No .....
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Entire cinematographic work (see space "6")

**2**
**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......
**DATES OF BIRTH AND DEATH:** Born ...... (Year) Died ...... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ...................... } or { Domiciled in ......................
(Name of Country)          (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes ..... No .....
Pseudonymous? Yes ..... No .....
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3**
**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......
**DATES OF BIRTH AND DEATH:** Born ...... (Year) Died ...... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ...................... } or { Domiciled in ......................
(Name of Country)          (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes ..... No .....
Pseudonymous? Yes ..... No .....
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

**③ Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**
Year.. 1967....
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date........... January 9, 1978.....
(Month) (Day) (Year)
Nation ........... U.S.A.......
(Name of Country)
(Complete this block ONLY if this work has been published.)

---

**④ Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**
Paramount Pictures Corporation
1 Gulf + Western Plaza
New York, NY 10023

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)
Mesne Assignments

---

*Complete all applicable spaces (numbers 5-9) on the reverse side of this page*
Follow detailed instructions attached • Sign the form at line 8

DO NOT WRITE HERE

EXAMINED BY

CHECKED BY

FEB 1980

CORRESPONDENCE:
☐ Yes

DEPOSIT RECEIVED.
JAN 3 0 1980

FOR COPYRIGHT OFFICE USE ONLY

PA    58-299

DEPOSIT ACCOUNT FUNDS USED

REMITTANCE NUMBER AND DATE.

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET ( FORM PA/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work. or for an earlier version of this work. already been made in the Copyright Office?   Yes . . . . . . . . .   No . . X

- If your answer is "Yes." why is another registration being sought?   (Check appropriate box)

  ☐ This is the first published edition of a work previously registered in unpublished form.
  ☐ This is the first application submitted by this author as copyright claimant.
  ☐ This is a changed version of the work. as shown by line 6 of the application.

- If your answer is "Yes." give:  Previous Registration Number . . . . . . . . . . . . . . . . . . . .   Year of Registration . . . . . . . . . . . . . . .

**5**
Previous Registration

---

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)

. . . . Unpublished screenplay of same title, copyrighted
. . . . May 9, 1975, No. DU: 94952; musical composition
. . . . entitled THEME FROM STAR TREK variously copyrighted. . . . . . . . . . .

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

. . . . All other cinematographic and sound track material. . . . . . . . . .

**6**
Compilation or Derivative Work

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: . . . . . . . . Brylawski & Cleary . . . . . . . . . . . . . .

Account Number: . . DA 050385 . . . . . . . . . . . . . .

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: . . . . . . . E. Fulton Brylawski

Address: . . . . 224 E. Capitol Street . . . . . . . . .
(Apt.)

. . . . . Washington, D.C.   20003 . . . .
(City)        (State)        (ZIP)

**7**
Fee and Correspondence

---

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)

☐ author  ☐ other copyright claimant  ☐ owner of exclusive right(s)  ☒ authorized agent of: . . . . (Name of author or other copyright claimant, or owner of exclusive right(s)) Paramount Pictures Corporation

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) . . . . *Linda E. McNamara* . . . .

Typed or printed name. . . . Linda E. McNamara . . . . . . . .   Date . 1/24/80 . . . .

**8**
Certification
(Application must be signed)

---

**9**
Address For Return of Certificate

Brylawski & Cleary
(Name)

224 E. Capitol Street . . . . . . . . .
(Number, Street and Apartment Number)

Washington, D.C.   20003 . . . . . . . .
(City)              (State)   (ZIP Code)

**MAIL CERTIFICATE TO**

26 FEB 1980

(Certificate will be mailed in window envelope)

---

• 17 U.S.C. §506(e): FALSE REPRESENTATION – Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for

PL0002255

Page 3

# Certificate
## Registration of a Claim to Copyright
### in a dramatic or dramatico-musical composition

**FORM D**

REGISTRATION NO.

**Du 94952**

DO NOT WRITE HERE

CLASS

**D**

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Barbara Ringer*

Register of Copyrights
United States of America



NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ... **DESILU PRODUCTIONS, INC.**

Address ... **5451 Marathon Street, Hollywood, California 90038**

Name ...

Address ...

**2. Title:** ... **"THE ALTERNATIVE FACTOR"**

(Title of dramatic or dramatico-musical composition)

**3. Authors:**

Name ... **DESILU PRODUCTIONS, INC.**     **U.S.A.**

(Legal name followed by pseudonym if latter appears on the copies)    Citizenship (Name of country)

Domiciled in U.S.A. Yes **X** No ... Address **5451 Marathon Street, Hollywood, Ca. 90038**

Name ...

(Legal name followed by pseudonym if latter appears on the copies)    Citizenship (Name of country)

Domiciled in U.S.A. Yes ... No ... Address

Name ...

(Legal name followed by pseudonym if latter appears on the copies)    Citizenship (Name of country)

Domiciled in U.S.A. Yes ... No ... Address

**4. (a) Date of Publication:**

(Month)    (Day)    (Year)

**(b) Place of Publication:**

(Name of country)

**5. Previous Registration or Publication:**

Was work previously registered? Yes ____ No ____ Date of registration _____ Registration number _____

Was work previously published? Yes ____ No ____ Date of publication _____ Registration number _____

Is there any substantial **NEW MATTER** in this version? Yes ... No ......... If your answer is "Yes," give a brief general statement of the nature of the **NEW MATTER** in this version. **Copyright claimed on dramatization; work appeared earlier in form of novelization copyrighted in 1974 by Bantam Books Inc. and Paramount Pictures Corporation.**

EXAMINER

*Complete all applicable spaces on next page*

PL0002258

**6. Deposit account:**

FULTON BRYLAWSKI

**7. Send correspondence to:**

Name  FULTON BRYLAWSKI    Address  224 East Capitol Street
Washington, D.C.  20003

**8. Send certificate to:**

(Type or
print    Name  PARAMOUNT PICTURES CORPORATION
name and         c/o Legal Department
address)
Address  5451 Marathon Street
                        (Number and street)

Hollywood, California                    90038
        (City)                    (State)            (ZIP Code)

## Information concerning copyright in dramatic or dramatico-musical compositions

*When to Use Form D.* Form D is appropriate for unpublished and published dramatic compositions and dramatico-musical compositions.

*What Is a "Dramatic Composition" or "Dramatico-Musical Composition"?* This category (Class D) covers the acting versions of dramatic works such as plays, radio or television dramas, musical comedies, motion picture shooting scripts, operas, choreographic works of a dramatic character, pantomimes, and the like. For registration in Class D a work must be more than a story or synopsis that is potentially capable of being dramatized. It should tell its story by means of dialogue and dramatic action rather than through narrative or descriptive material, and it should be complete enough for dramatic performance in its present form.

*Dramatico-Musical Compositions.* For dramatico-musical compositions, the copies deposited should consist of the complete work, i.e., book, lyrics, and music. It is possible, however, to make registration without the musical elements if the limitation of the copyright claim to the elements deposited is reflected on the application. Thus, if only the book and lyrics are to be registered, the following statement should be added to line 2: (Book and Lyrics Only). If only the book is to be registered, line 2 should include the following statement: (Book Only).

*Unpublished "Books" Not Registrable.* Stories, scenarios, and narrative outlines are considered "books," and cannot be registered for copyright in unpublished form.

*No "Blanket" Copyright.* The general idea, outline, or title for a play or dramatic series cannot be copyrighted. Registration for a script covers the copyrightable material in that script, but does not give any sort of "blanket" protection to future scripts or to a series as a whole.

*Duration of Copyright.* Statutory copyright begins on the date the work was first published, or if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished dramatic compositions

*How to Register a Claim.* To obtain copyright registration, mail to the Register of Copyrights, Library of Congress, Washington, D.C. 20559, one complete copy of the dramatic work, an application on Form D, properly completed and signed, and a fee of $6. Manuscripts are not returned, so do not send your only copy.

*Procedure to Follow if Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published edition must contain a copyright notice in the required form and position.

### Published dramatic compositions

*What Is "Publication"?* Publication, generally, means the sale, placing on sale, or public distribution of copies. Dramatic performance is not generally regarded as "publication."

*How to Secure Copyright in a Published Dramatic Composition:*

1. *Produce copies with copyright notice,* by printing or other means of reproduction.
2. *Publish the work.*
3. *Register the copyright claim,* following the instructions on page 1 of this form.

*The Copyright Notice.* In order to secure and maintain copyright protection in a published work, it is essential that all copies contain the copyright notice at the time of first publication. This notice shall appear on the title page or verso thereof, and shall consist of three elements:

1. *The word "Copyright," the abbreviation "Copr.," or the symbol ©.* Use of the symbol © may result in securing copyright in countries which are members of the Universal Copyright Convention.

2. *The year date of publication.* This is ordinarily the date when copies were first placed on sale, sold, or publicly distributed. However, if the work has been registered for copyright in unpublished form, the notice should contain the year of registration; or, if there is new copyrightable matter in the published edition, it is advisable to include both dates.

3. *The name of the copyright owner (or owners).*

Example: © John Doe 1974.

NOTE: If copies are published without the required notice, the right to secure copyright is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br><br>MAY - 9 1975 | |
| One copy received<br><br>MAY - 9 1975 | |
| Two copies received | |
| Fee received | |

* U.S. GOVERNMENT PRINTING OFFICE : 1974 O—527-207        April 1974—50,000        *Page 4*

PL0002259

Page 3

# Certificate
## Registration of a Claim to Copyright
### in a dramatic or dramatico-musical composition

**FORM D**

REGISTRATION NO.

**Du 94953**

DO NOT WRITE HERE

CLASS

**D**

**This is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Barbara Ringer*
Register of Copyrights
United States of America



NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name   DESILU PRODUCTIONS, INC.

Address   5451 Marathon Street, Hollywood, California 90038

Name

Address

**2. Title:**   "AMOK TIME"
(Title of dramatic or dramatico-musical composition)

**3. Authors:**

Name   DESILU PRODUCTIONS, INC.          Citizenship   U.S.A.
(Legal name followed by pseudonym if latter appears on the copies)          (Name of country)

Domiciled in U.S.A.   Yes   X   No ...   Address   5451 Marathon Street, Hollywood, Ca. 90038

Name          Citizenship
(Legal name followed by pseudonym if latter appears on the copies)          (Name of country)

Domiciled in U.S.A.   Yes ...   No ...   Address

Name          Citizenship
(Legal name followed by pseudonym if latter appears on the copies)          (Name of country)

Domiciled in U.S.A.   Yes ...   No ...   Address

**4. (a) Date of Publication:**

(Month)          (Day)          (Year)

**(b) Place of Publication:**

(Name of country)

**5. Previous Registration or Publication:**

Was work previously registered?   Yes _____   No _____   Date of registration _____   Registration number _____

Was work previously published?   Yes _____   No _____   Date of publication _____   Registration number _____

Is there any substantial **NEW MATTER** in this version?   Yes ..........   No ..........   If your answer is "Yes," give a brief general statement of the nature of the **NEW MATTER** in this version.

Copyright claimed on dramatization; work earlier appeared in form of novelization copyrighted in 1969 by Paramount Pictures Corporation.

EXAMINER

*Complete all applicable spaces on next page*

PL0002065

**6. Deposit account:**

FULTON BRYLAWSKI

**7. Send correspondence to:**

Name FULTON BRYLAWSKI     Address 224 East Capitol Street
Washington, D.C. 20003

**8. Send certificate to:**

(Type or print name and address)

Name PARAMOUNT PICTURES CORPORATION
c/o Legal Department

Address 5451 Marathon Street
(Number and street)

Hollywood, California        90038
(City)            (State)          (ZIP Code)

## Information concerning copyright in dramatic or dramatico-musical compositions

*When to Use Form D.* Form D is appropriate for unpublished and published dramatic compositions and dramatico-musical compositions.

*What Is a "Dramatic Composition" or "Dramatico-Musical Composition"?* This category (Class D) covers the acting versions of dramatic works such as plays, radio or television dramas, musical comedies, motion picture shooting scripts, operas, choreographic works of a dramatic character, pantomimes, and the like. For registration in Class D a work must be more than a story or synopsis that is potentially capable of being dramatized. It should tell its story by means of dialogue and dramatic action rather than through narrative or descriptive material, and it should be complete enough for dramatic performance in its present form.

*Dramatico-Musical Compositions.* For dramatico-musical compositions, the copies deposited should consist of the complete work, i.e., book, lyrics, and music. It is possible, however, to make registration without the musical elements if the limitation of the copyright claim to the elements deposited is reflected on the application. Thus, if only the book and lyrics are to be registered, the following statement should be added to line 2: (Book and Lyrics Only). If only the book is to be registered, line 2 should include the following statement: (Book Only).

*Unpublished "Books" Not Registrable.* Stories, scenarios, and narrative outlines are considered "books," and cannot be registered for copyright in unpublished form.

*No "Blanket" Copyright.* The general idea, outline, or title for a play or dramatic series cannot be copyrighted. Registration for a script covers the copyrightable material in that script, but does not give any sort of "blanket" protection to future scripts or to a series as a whole.

*Duration of Copyright.* Statutory copyright begins on the date the work was first published, or if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished dramatic compositions

*How to Register a Claim.* To obtain copyright registration, mail to the Register of Copyrights, Library of Congress, Washington, D.C. 20559, one complete copy of the dramatic work, an application on Form D, properly completed and signed, and a fee of $6. Manuscripts are not returned, so do not send your only copy.

*Procedure to Follow if Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published edition must contain a copyright notice in the required form and position.

### Published dramatic compositions

*What Is "Publication"?* Publication, generally, means the sale, placing on sale, or public distribution of copies. Dramatic performance is not generally regarded as "publication."

*How to Secure Copyright in a Published Dramatic Composition:*

1. *Produce copies with copyright notice,* by printing or other means of reproduction.
2. *Publish the work.*
3. *Register the copyright claim,* following the instructions on page 1 of this form.

*The Copyright Notice.* In order to secure and maintain copyright protection in a published work, it is essential that all copies contain the copyright notice at the time of first publication. This notice shall appear on the title page or verso thereof, and shall consist of three elements:

1. *The word "Copyright," the abbreviation "Copr.," or the symbol ©.* Use of the symbol © may result in securing copyright in countries which are members of the Universal Copyright Convention.

2. *The year date of publication.* This is ordinarily the date when copies were first placed on sale, sold, or publicly distributed. However, if the work has been registered for copyright in unpublished form, the notice should contain the year of registration; or, if there is new copyrightable matter in the published edition, it is advisable to include both dates.

3. *The name of the copyright owner (or owners).*

Example: © John Doe 1974.

NOTE: If copies are published without the required notice, the right to secure copyright is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>MAY - 9 1975 | |
| One copy received<br>MAY - 9 1975 | |
| Two copies received | |
| Fee received | |

PL0002066

Page 3

# Certificate
## Registration of a Claim to Copyright
### in a motion picture

FORM L-M

REGISTRATION NO.

**L P   44258**

DO NOT WRITE HERE

CLASSES
**L-M**

This Is To Certify that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Barbara Ringer*

Register of Copyrights
United States of America

NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ____ PARAMOUNT PICTURES CORPORATION ____

Address ____ 5451 Marathon Street, Hollywood, California  90038 ____

Name ____ NORWAY CORPORATION c/o Leonard Maizlish, Esq. ____

Address ____ 9255 Sunset Blvd. Suite 616, Los Angeles, California  90069 ____

**2. (a) Title:** ____ "THE DOOMSDAY MACHINE" ____
(Title of this particular motion picture as it appears on the copies)

**(b) Series Title:** ____ STAR TREK ____
(Series title, if work is part of a series with a continuing title.)

**3. (a) Nature of Work:**

☒ Class L—Photoplay          ☐ Class M—Motion picture other than a photoplay

**(b) Running Time or Footage:** ____ 60 Minutes ____

**4. Author:**

Name ____ 1. PARAMOUNT PICTURES CORPORATION and
2. NORWAY CORPORATION                Citizenship ____ U.S.A. ____
(Name of country)

Domiciled in U.S.A. Yes ____ No ____ Address 1. 5451 Marathon Street, Hollywood, Ca. 90038
2. 9255 Sunset Blvd. Suite 616 Los Angeles
90069

**5. (a) Date of Publication:**

|  9  |  24  |  67  |
|---|---|---|
| (Month) | (Day) | (Year) |

**(b) Place of Publication:**

____ U.S.A. ____
(Name of country)

**6. Previous Registration or Publication:**

Was work previously registered? Yes ..... No ..... Date of registration .................. Registration number ..................

Was work previously published? Yes ..... No ..... Date of publication .................. Registration number ..................

Is there any substantial **NEW MATTER** in this version? Yes .... No .... If your answer is "Yes," give a brief general statement of the nature of the **NEW MATTER** in this version:

____

*Complete all applicable spaces on next page.*

EXAMINER

7. Deposit account:

8. Send correspondence to:

Name ~~FULTON BRYLAWSKI~~   Address ~~224 East Capitol Street~~

Washington, D.C.   20003

9. Send certificate to:

(Type or print name and address)

Name ~~PARAMOUNT PICTURES CORPORATION~~

~~c/o Legal Department~~

Address ~~5451 Marathon Street~~
(Number and street)

~~Hollywood, California~~   ~~90038~~
(City)   (State)   (ZIP code)

## Information concerning copyright in motion pictures

*When to Use Form L–M.* Form L–M is appropriate for unpublished and published motion pictures which are complete and ready for projection or broadcast.

*What Is a "Motion Picture"?* The copyright law provides for two classes of motion pictures.

—*Photoplays* (Class L) include motion pictures that are dramatic in character and tell a connected story, such as feature films, filmed television plays, and animated cartoons.

—*Motion Pictures Other Than Photoplays* (Class M) include such films as documentaries, newsreels, travelogues, promotional films, and filmed television programs having no plot.

*Unpublished Scenarios.* The Copyright Office cannot make registration for an unpublished scenario, synopsis, format, or

general description of a motion picture.

*No "Blanket" Copyright.* The general idea, outline, or title of a motion picture or of a filmed series cannot be copyrighted. Registration for a motion picture covers the copyrightable material in the film, but does not give any sort of "blanket" protection to the characters or situations portrayed, to future films in the series, or to the series as a whole.

*Duration of Copyright.* Statutory copyright begins on the date the work was first published, or, if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case, copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished motion pictures

*How to Register a Claim.* To obtain copyright registration mail the following material to the Register of Copyrights, Library of Congress, Washington, D.C. 20559: (1) one "print" taken from each scene or act if the work is a photoplay, or at least two "prints" taken from different sections of the film if not a photoplay. These "prints" may be frames or blow-ups of a film, or, if on videotape, snapshots from a studio monitor; (2) separate title and description (synopsis, press book, continuity,

etc.); (3) an application on Form L–M; and (4) a fee of $6.

*Procedure to Follow if Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published work must contain a copyright notice in the required form and position.

### Published motion pictures

*What Is "Publication"?* Publication, generally, means the sale, placing on sale, or public distribution of copies. In the case of a motion picture, it may also include distribution to film exchanges, film distributors, exhibitors, or broadcasters under a lease or similar arrangement.

*How to Secure Copyright in a Published Motion Picture:*
1. *Produce copies with the copyright notice.*
2. *Publish the work.*
3. *Register the copyright claim* by sending to the Copyright Office: (1) two complete copies of the "best" edition of the motion picture; (2) a separate description (synopsis, press book, continuity, etc.); (3) an application on Form L–M; and (4) a fee of $6. The best edition of a motion picture is generally the most widely distributed gauge, in color if available. Videotape: In addition to *two* copies of the videotape the Copyright Office requires a set of photographic reproductions from the tape including: (a) the title; (b) the copyright notice; (c) production, performance, and creativity credits; and (d) two scenes from different sections of the work.

*The Copyright Notice.* In order to secure copyright in a published work, it is essential that the statutory copyright notice

should appear on all copies at time of first publication. This notice should consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. Example: © John Doe 1974. The copyright notice should be embodied in the motion picture, preferably in or near the title frames, and should be clearly seen when projected or broadcast. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: If copies are published without the required notice, the right to secure copyright is permanently lost and cannot be restored.

*Return of Deposit Copies.* The deposit copies (i.e., films or videotapes) of published motion pictures are subject to retention by the Library of Congress. However, it may be possible to enter into a contract with the Librarian for the return of the copies under certain conditions, and contract forms may be obtained on request. Information regarding the contract may be obtained from the Exchange and Gift Division, Library of Congress, Washington, D.C. 20540.

| FOR COPYRIGHT OFFICE USE ONLY | | |
|---|---|---|
| Application received | Prints received | One copy received |
| FEB 14 1975 | | |
| Two copies received | | |
| 26 FEB 1975 | | |
| Title and description received | | |
| FEB 14 1975 | | |
| Fee received | | |

PL0002033

# CERTIFICATE OF REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



UNITED STATES COPYRIGHT OFFICE · THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**RE 714-257**

*EF00007142572*

EFFECTIVE DATE OF RENEWAL REGISTRATION

**DEC 2 8 1995**

(Month)     (Day)     (Year)

---

**DO NOT WRITE ABOVE THIS LINE.  FOR COPYRIGHT OFFICE USE ONLY**

**(1) Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

1  Name **PARAMOUNT PICTURES CORPORATION**
   Address **5555 MELROSE AVENUE; LOS ANGELES, CA  90038-3197  90210**
   Claiming as **PROPRIETOR OF COPYRIGHT IN A WORK MADE FOR HIRE**
   (Use appropriate statement from instructions)

2  Name
   Address
   Claiming as
   (Use appropriate statement from instructions)

3  Name
   Address
   Claiming as
   (Use appropriate statement from instructions)

**(2)**

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

**THE DOOMSDAY MACHINE**
**(EPISODE OF "STAR TREK" TELEVISION SERIES)**

RENEWABLE MATTER:

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work:

Vol:     No:     Issue Date:

**(3) Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

**PARAMOUNT PICTURES CORPORATION**
**and NORWAY CORPORATION**

**(4) Facts of Original Registration**

ORIGINAL REGISTRATION NUMBER:

**LP 44258**

ORIGINAL COPYRIGHT CLAIMANT:

**PARAMOUNT PICTURES CORPORATION**
**and NORWAY CORPORATION**

ORIGINAL DATE OF COPYRIGHT:

• If the original registration for this work was made in published form, give

DATE OF PUBLICATION   **09/24/67**

(Month)  (Day)  (Year)

OR

• If the original registration for this work was made in unpublished form, give

DATE OF REGISTRATION

(Month)  (Day)  (Year)

EXAMINED BY

CHECKED BY

DEPOSIT ACCOUNT
FUNDS USED: ☐

RENEWAL APPLICATION RECEIVED

DEC 28 1995

REMITTANCE NUMBER AND DATE

FOR
COPYRIGHT
OFFICE
USE
ONLY

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

⑤ Renewal for Group of Works

| # | Fields |
|---|--------|
| 1 | Title of Contribution: ......... Title of Periodical: ......... Vol ... No ... Issue Date ... Date of Publication: ... (Month) (Day) (Year) Registration Number: ... |
| 2 | Title of Contribution: ......... Title of Periodical: ......... Vol ... No ... Issue Date ... Date of Publication: ... (Month) (Day) (Year) Registration Number: ... |
| 3 | Title of Contribution: ......... Title of Periodical: ......... Vol ... No ... Issue Date ... Date of Publication: ... (Month) (Day) (Year) Registration Number: ... |
| 4 | Title of Contribution: ......... Title of Periodical: ......... Vol ... No ... Issue Date ... Date of Publication: ... (Month) (Day) (Year) Registration Number: ... |
| 5 | Title of Contribution: ......... Title of Periodical: ......... Vol ... No ... Issue Date ... Date of Publication: ... (Month) (Day) (Year) Registration Number: ... |
| 6 | Title of Contribution: ......... Title of Periodical: ......... Vol ... No ... Issue Date ... Date of Publication: ... (Month) (Day) (Year) Registration Number: ... |
| 7 | Title of Contribution: ......... Title of Periodical: ......... Vol ... No ... Issue Date ... Date of Publication: ... (Month) (Day) (Year) Registration Number: ... |

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: **PARAMOUNT PICTURES CORP.**
Account Number: **DA 030201**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name/Address: **GISELE M. SOLOMON,**
**c/o PARAMOUNT PICTURES CORP.** (Apt)
**5555 MELROSE AVENUE** (ZIP)
**LOS ANGELES, CA  90038-3197**

⑥ Fee and Correspondence

---

**CERTIFICATION:** I, the undersigned, hereby certify that I am the (Check one)
☐ renewal claimant    ☐ duly authorized agent of **PARAMOUNT PICTURES CORPORATION**
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *Milinda L. McNeely*

Typed or printed name: **MILINDA L. MC NEELY, Senior Vice-President**
Date: **October 24, 1995**

⑦ Certification (Application must be signed)

---

**MAIL CERTIFICATE TO**

**GISELE SOLOMON, PARAMOUNT PICTURES CORP.**
(Name)
**5555 MELROSE AVENUE**
(Number, Street and Apartment Number)
**LOS ANGELES, CA  90038-3197**
(City)   (State)   (ZIP code)

(Certificate will be mailed in window envelope)

⑧ Address for Return of Certificate

**FORM RE**

UNITED STATES COPYRIGHT OFFICE

| REGISTRATION NUMBER |
|---|
| |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
|---|
| (Month)      (Day)      (Year) |

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

---

**①**
**Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

**1**
Name PARAMOUNT PICTURES CORPORATION
Address 5555 MELROSE AVENUE; LOS ANGELES, CA  90038-3197  90210
Claiming as PROPRIETOR OF COPYRIGHT IN A WORK MADE FOR HIRE
(Use appropriate statement from instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**②**
**Work Renewed**

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

THE DOOMSDAY MACHINE
(EPISODE OF "STAR TREK" TELEVISION SERIES)

**RENEWABLE MATTER:**

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work:
If a periodical or other serial, give: Vol. . . . . . . No. . . . . . . Issue Date

---

**③**
**Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

PARAMOUNT PICTURES CORPORATION
and NORWAY CORPORATION

---

**④**
**Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**

LP 44258

**ORIGINAL COPYRIGHT CLAIMANT:**

PARAMOUNT PICTURES CORPORATION
and NORWAY CORPORATION

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give:
09/24/67
DATE OF PUBLICATION: (Month) (Day) (Year)

OR

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION: (Month) (Day) (Year)

| | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| EXAMINED BY: | | |
| CHECKED BY: | | |
| DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: | |

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5** Renewal for Group of Works

**1**
Title of Contribution: ......................................................
Title of Periodical: ................................ Vol...... No...... Issue Date ......
Date of Publication: ............... (Month) ............ (Day) ............ (Year) ........ Registration Number: ......

**2**
Title of Contribution: ......................................................
Title of Periodical: ................................ Vol...... No...... Issue Date ......
Date of Publication: ............... (Month) ............ (Day) ............ (Year) ........ Registration Number: ......

**3**
Title of Contribution: ......................................................
Title of Periodical: ................................ Vol...... No...... Issue Date ......
Date of Publication: ............... (Month) ............ (Day) ............ (Year) ........ Registration Number: ......

**4**
Title of Contribution: ......................................................
Title of Periodical: ................................ Vol...... No...... Issue Date ......
Date of Publication: ............... (Month) ............ (Day) ............ (Year) ........ Registration Number: ......

**5**
Title of Contribution: ......................................................
Title of Periodical: ................................ Vol...... No...... Issue Date ......
Date of Publication: ............... (Month) ............ (Day) ............ (Year) ........ Registration Number: ......

**6**
Title of Contribution: ......................................................
Title of Periodical: ................................ Vol...... No...... Issue Date ......
Date of Publication: ............... (Month) ............ (Day) ............ (Year) ........ Registration Number: ......

**7**
Title of Contribution: ......................................................
Title of Periodical: ................................ Vol...... No...... Issue Date ......
Date of Publication: ............... (Month) ............ (Day) ............ (Year) ........ Registration Number: ......

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: PARAMOUNT PICTURES CORP.
Account Number: DA 030201

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: GISELE M. SOLOMON,
Address: c/o PARAMOUNT PICTURES CORP. (Apt.)
5555 MELROSE AVENUE
LOS ANGELES, CA 90038-3197 (ZIP)

**6** Fee and Correspondence

---

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant ☐ duly authorized agent of: ......................................................
............................................................ (Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application PARAMOUNT PICTURES CORPORATION correct to the best of my knowledge.

Handwritten signature: (X) _Milinda L. McNeely_

Typed or printed name: ......................................................
MILINDA L. MC NEELY, Senior Vice-President
Date: October 24, 1995

**7** Certification (Application must be signed)

---

**MAIL CERTIFICATE TO**

GISELE SOLOMON, PARAMOUNT PICTURES CORP. (Name)
5555 MELROSE AVENUE (Number, Street and Apartment Number)
LOS ANGELES, CA 90038-3197 (City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

Page 3

# Certificate
## Registration of a Claim to Copyright
### in a motion picture



**FORM L-M**

REGISTRATION NO.

**Lp 50341**

DO NOT WRITE HERE

**CLASSES**

**L-M**

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Barbara Ringer*

Register of Copyrights
United States of America

**1. Copyright Claimant(s) and Address(es):**

Name ___ PARAMOUNT PICTURES CORPORATION

Address ___ 5451 Marathon Street, Hollywood, California 90038

Name ___ NORWAY CORPORATION c/o Leonard Maizlish, Esq.

Address ___ 9255 Sunset Blvd. Suite 616, Los Angeles, California 90069

**2. (a) Title:** ___ "JOURNEY TO BABEL"

(Title of this particular motion picture as it appears on the copies)

**(b) Series Title:** ___ STAR TREK

(Series title, if work is part of a series with a continuing title.)

**3. (a) Nature of Work:**

☑ Class L—Photoplay    ☐ Class M—Motion picture other than a photoplay

**(b) Running Time or Footage:** ___ 60 Minutes

**4. Author:**

Name 1. PARAMOUNT PICTURES CORPORATION and
     2. NORWAY CORPORATION    Citizenship ___ U.S.A.
                                              (Name of country)

Domiciled in U.S.A. Yes __X__ No ____ Address 1.5451 Marathon Street, Hollywood, Ca. 90038
                                               2.9255 Sunset Blvd. Suite 616 Los Angeles
                                                                                    90069

**5. (a) Date of Publication:**

        11        3        67
     (Month)    (Day)    (Year)

**(b) Place of Publication:**

                    U.S.A.
                 (Name of country)

**6. Previous Registration or Publication:**

Was work previously registered? Yes ..... No ..... Date of registration .................... Registration number ....................

Was work previously published? Yes ..... No ..... Date of publication .................... Registration number ....................

Is there any substantial **NEW MATTER** in this version? Yes ..... No ... If your answer is "Yes," give a brief general statement of the nature of the **NEW MATTER** in this version:

EXAMINER

*Complete all applicable spaces on next page.*

**7. Deposit account:**

FULTON BRYLAWSKI

**8. Send correspondence to:**

Name FULTON BRYLAWSKI       Address 224 East Capitol Street
Washington, D.C. 20003

**9. Send certificate to:**

(Type or print name and address)

Name PARAMOUNT PICTURES CORPORATION
c/o Legal Department

Address 5451 Marathon Street
(Number and street)

Hollywood, California    90038
(City)        (State)        (ZIP code)

## Information concerning copyright in motion pictures

*When to Use Form L–M.* Form L–M is appropriate for unpublished and published motion pictures which are complete and ready for projection or broadcast.

*What Is a "Motion Picture"?* The copyright law provides for two classes of motion pictures.

—*Photoplays* (Class L) include motion pictures that are dramatic in character and tell a connected story, such as feature films, filmed television plays, and animated cartoons.

—*Motion Pictures Other Than Photoplays* (Class M) include such films as documentaries, newsreels, travelogues, promotional films, and filmed television programs having no plot.

*Unpublished Scenarios.* The Copyright Office *cannot* make registration for an unpublished scenario, synopsis, format, or

general description of a motion picture.

*No "Blanket" Copyright.* The general idea, outline, or title of a motion picture or of a filmed series cannot be copyrighted. Registration for a motion picture covers the copyrightable material in the film, but does not give any sort of "blanket" protection to the characters or situations portrayed, to future films in the series, or to the series as a whole.

*Duration of Copyright.* Statutory copyright begins on the date the work was first published, or, if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case, copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished motion pictures

*How to Register a Claim.* To obtain copyright registration mail the following material to the Register of Copyrights, Library of Congress, Washington, D.C. 20559: (1) one "print" taken from each scene or act if the work is a photoplay, or at least two "prints" taken from different sections of the film if not a photoplay. These "prints" may be frames or blow-ups of a film, or, if on videotape, snapshots from a studio monitor; (2) separate title and description (synopsis, press book, continuity,

etc.); (3) an application on Form L–M; and (4) a fee of $6.

*Procedure to Follow if Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published work must contain a copyright notice in the required form and position.

### Published motion pictures

*What Is "Publication"?* Publication, generally, means the sale, placing on sale, or public distribution of copies. In the case of a motion picture, it may also include distribution to film exchanges, film distributors, exhibitors, or broadcasters under a lease or similar arrangement.

*How to Secure Copyright in a Published Motion Picture:*
1. *Produce copies with the copyright notice.*
2. *Publish the work.*
3. *Register the copyright claim* by sending to the Copyright Office: (1) two complete copies of the "best" edition of the motion picture; (2) a separate description (synopsis, press book, continuity, etc.); (3) an application on Form L–M; and (4) a fee of $6. The best edition of a motion picture is generally the most widely distributed gauge, in color if available. Videotape: In addition to *two* copies of the videotape the Copyright Office requires a set of photographic reproductions from the tape including: (a) the title; (b) the copyright notice; (c) production, performance, and creativity credits; and (d) two scenes from different sections of the work.

*The Copyright Notice.* In order to secure copyright in a published work, it is essential that the statutory copyright notice

should appear on all copies at time of first publication. This notice should consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. Example: © John Doe 1974. The copyright notice should be embodied in the motion picture, preferably in or near the title frames, and should be clearly seen when projected or broadcast. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: If copies are published without the required notice, the right to secure copyright is permanently lost and cannot be restored.

*Return of Deposit Copies.* The deposit copies (i.e., films or videotapes) of published motion pictures are subject to retention by the Library of Congress. However, it may be possible to enter into a contract with the Librarian for the return of the copies under certain conditions, and contract forms may be obtained on request. Information regarding the contract may be obtained from the Exchange and Gift Division, Library of Congress, Washington, D.C. 20540.

---

**FOR COPYRIGHT OFFICE USE ONLY**

| | Prints received | One copy received |
|---|---|---|
| Application received **FEB. 14, 1975** | | |
| Two copies received **NOV 14 1977** | | |
| Title and description received **FEB. 14, 1975** | | |
| Fee received | | |

# FORM RE

## CERTIFICATE OF REGISTRATION

UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS

OFFICIAL SEAL

RE 714-268



EFFECTIVE DATE OF RENEWAL REGISTRATION

DEC 2 8 1995
(Month) (Day) (Year)

---

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

| **1** Renewal Claimant(s) | 1 | **RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions) <br><br> Name **PARAMOUNT PICTURES CORPORATION** <br> Address **5555 MELROSE AVENUE; LOS ANGELES, CA 90038-3197 90210** <br> Claiming as **PROPRIETOR OF COPYRIGHT IN A WORK MADE FOR HIRE** <br> (Use appropriate statement from instructions) |
|---|---|---|
| | 2 | Name <br> Address <br> Claiming as <br> (Use appropriate statement from instructions) |
| | 3 | Name <br> Address <br> Claiming as <br> (Use appropriate statement from instructions) |

---

| **2** | **TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:** <br><br> **JOURNEY TO BABEL** <br> **(EPISODE OF "STAR TREK" TELEVISION SERIES)** |
|---|---|

RENEWABLE MATTER:

07947-8134

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work:

If a periodical or other serial give: Vol       No.       Issue Date

AUTHOR(S) OF RENEWABLE MATTER:

| Author(s) | **PARAMOUNT PICTURES CORPORATION** <br> and **NORWAY CORPORATION** |
|---|---|

---

| **4** Facts of Original Registration | **ORIGINAL REGISTRATION NUMBER:** <br><br> **LP 50341** | **ORIGINAL COPYRIGHT CLAIMANT:** <br><br> **PARAMOUNT PICTURES CORPORATION** <br> and **NORWAY CORPORATION** |
|---|---|---|

**ORIGINAL DATE OF COPYRIGHT:**

| • If the original registration for this work was made in published form, give <br> DATE OF PUBLICATION **11/03/67** (Month) (Day) (Year) | OR | • If the original registration for this work was made in unpublished form, give <br> DATE OF REGISTRATION (Month) (Day) (Year) |
|---|---|---|

RENEWAL APPLICATION RECEIVED

EXAMINED BY

CHECKED BY

DEPOSIT ACCOUNT FUNDS USED.

☐

DEC 28 1995

REMITTANCE NUMBER AND DATE

FOR COPYRIGHT OFFICE USE ONLY

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5**

Renewal for Group of Works

| | | |
|---|---|---|
| **1** | Title of Contribution: | |
| | Title of Periodical: | Vol ... No ... Issue Date |
| | Date of Publication: (Month) (Day) (Year) | Registration Number |
| **2** | Title of Contribution: | |
| | Title of Periodical: | Vol ... No ... Issue Date |
| | Date of Publication: (Month) (Day) (Year) | Registration Number |
| **3** | Title of Contribution: | |
| | Title of Periodical: | Vol ... No ... Issue Date |
| | Date of Publication: (Month) (Day) (Year) | Registration Number |
| **4** | Title of Contribution: | |
| | Title of Periodical: | Vol ... No ... Issue Date |
| | Date of Publication: (Month) (Day) (Year) | Registration Number |
| **5** | Title of Contribution: | |
| | Title of Periodical: | Vol ... No ... Issue Date |
| | Date of Publication: (Month) (Day) (Year) | Registration Number |
| **6** | Title of Contribution: | |
| | Title of Periodical: | Vol ... No ... Issue Date |
| | Date of Publication: (Month) (Day) (Year) | Registration Number |
| **7** | Title of Contribution: | |
| | Title of Periodical: | Vol ... No ... Issue Date |
| | Date of Publication: (Month) (Day) (Year) | Registration Number |

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name .... **PARAMOUNT PICTURES CORP.**

Account Number .... **DA 030201**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent)

Name **GISELE M. SOLOMON,**
**c/o PARAMOUNT PICTURES CORP.**
Address **5555 MELROSE AVENUE** (Apt)
**LOS ANGELES, CA  90038-3197**
(City) (State) (ZIP)

**6**

Fee and Correspondence

---

**CERTIFICATION:** I, the undersigned, hereby certify that I am the (Check one)

☐ renewal claimant   ☐ duly authorized agent of

**PARAMOUNT PICTURES CORPORATION**
(Name of renewal claimant)

of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _Milinda L. McNeely_

Typed or printed name **MILINDA L. MC NEELY, Senior Vice-President**

Date **October 24, 1995**

**7**

Certification (Application must be signed)

---

**GISELE SOLOMON, PARAMOUNT PICTURES CORP.**
(Name)

**5555 MELROSE AVENUE**
(Number, Street and Apartment Number)

**LOS ANGELES,** (City) **CA  90038-3197** (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**8**

Address for Return of Certificate

---

Apr. 1978   500,000

**FORM RE**

UNITED STATES COPYRIGHT OFFICE

| REGISTRATION NUMBER |
|---|
| |

EFFECTIVE DATE OF RENEWAL REGISTRATION

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
(Month)        (Day)        (Year)

---

DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY

---

**①**
**Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

**1**
Name..PARAMOUNT PICTURES CORPORATION.....................
Address..5555 MELROSE AVENUE; LOS ANGELES, CA  90038-3197  90210
Claiming as..PROPRIETOR OF COPYRIGHT IN A WORK MADE FOR HIRE
(Use appropriate statement from instructions)

**2**
Name. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Address. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Claiming as. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
(Use appropriate statement from instructions)

**3**
Name. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Address. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Claiming as. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
(Use appropriate statement from instructions)

---

**②**
**Work Renewed**

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

JOURNEY TO BABEL
(EPISODE OF "STAR TREK" TELEVISION SERIES)

RENEWABLE MATTER:



CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

If a periodical or other serial, give:  Vol. . . . . . . . . . . . .   No. . . . . . . . . . . . .   Issue Date . . . . . . . . .

---

**③**
**Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:


PARAMOUNT PICTURES CORPORATION
and NORWAY CORPORATION

---

**④**
**Facts of Original Registration**

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
|---|---|
| . . . . . . . . . . . LP 50341 . . . . . . . . . . . | PARAMOUNT PICTURES CORPORATION and NORWAY CORPORATION |

ORIGINAL DATE OF COPYRIGHT:

• If the original registration for this work was made in published form, give:      11/03/67      } OR {      • If the original registration for this work was made in unpublished form, give:

DATE OF PUBLICATION: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     DATE OF REGISTRATION: . . . . . . . . . . . . . . . . . .
(Month)     (Day)     (Year)                                                                    (Month)     (Day)     (Year)

RENEWAL APPLICATION RECEIVED

| EXAMINED BY | | | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| CHECKED BY | | | |
| DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: | | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5**
Renewal for Group of Works

**1**
Title of Contribution: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Title of Periodical: . . . . . . . . . . . . . . . . . . . . . . . . . Vol. . . . . . No. . . . . . Issue Date
Date of Publication: . . . . . . . . . . . . . . . . . . . . . . . . . . . Registration Number: . . . . . . . . . . .
_(Month)_ _(Day)_ _(Year)_

**2**
Title of Contribution: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Title of Periodical: . . . . . . . . . . . . . . . . . . . . . . . . . Vol. . . . . . No. . . . . . Issue Date
Date of Publication: . . . . . . . . . . . . . . . . . . . . . . . . . . . Registration Number: . . . . . . . . . . .
_(Month)_ _(Day)_ _(Year)_

**3**
Title of Contribution: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Title of Periodical: . . . . . . . . . . . . . . . . . . . . . . . . . Vol. . . . . . No. . . . . . Issue Date
Date of Publication: . . . . . . . . . . . . . . . . . . . . . . . . . . . Registration Number: . . . . . . . . . . .
_(Month)_ _(Day)_ _(Year)_

**4**
Title of Contribution: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Title of Periodical: . . . . . . . . . . . . . . . . . . . . . . . . . Vol. . . . . . No. . . . . . Issue Date
Date of Publication: . . . . . . . . . . . . . . . . . . . . . . . . . . . Registration Number: . . . . . . . . . . .
_(Month)_ _(Day)_ _(Year)_

**5**
Title of Contribution: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Title of Periodical: . . . . . . . . . . . . . . . . . . . . . . . . . Vol. . . . . . No. . . . . . Issue Date
Date of Publication: . . . . . . . . . . . . . . . . . . . . . . . . . . . Registration Number: . . . . . . . . . . .
_(Month)_ _(Day)_ _(Year)_

**6**
Title of Contribution: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Title of Periodical: . . . . . . . . . . . . . . . . . . . . . . . . . Vol. . . . . . No. . . . . . Issue Date
Date of Publication: . . . . . . . . . . . . . . . . . . . . . . . . . . . Registration Number: . . . . . . . . . . .
_(Month)_ _(Day)_ _(Year)_

**7**
Title of Contribution: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Title of Periodical: . . . . . . . . . . . . . . . . . . . . . . . . . Vol. . . . . . No. . . . . . Issue Date
Date of Publication: . . . . . . . . . . . . . . . . . . . . . . . . . . . Registration Number
_(Month)_ _(Day)_ _(Year)_

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: **PARAMOUNT PICTURES CORP.**

Account Number: . . . . . . . . . . **DA 030201** . . . . . . . . . . . . . . .

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: **GISELE M. SOLOMON,**
c/o **PARAMOUNT PICTURES CORP.**
Address: **5555 MELROSE AVENUE** _(Apt.)_
**LOS ANGELES, CA 90038-3197**
_(City)_ _(State)_ _(ZIP)_

**6**
Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant ☒ duly authorized agent of: . . . . . . . . **PARAMOUNT PICTURES CORPORATION**
_(Name of renewal claimant)_

of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Milinda McNeely_

Typed or printed name: . . . . . . **MILINDA L. MC NEELY; Senior Vice-President**
Date: . . . . **October 24, 1995** . . . .

**7**
Certification (Application must be signed)

| MAIL CERTIFICATE TO | **8** |
|---|---|

. . . **GISELE SOLOMON, PARAMOUNT PICTURES CORP.** . . . . . .
_(Name)_

. . . **5555 MELROSE AVENUE** . . . . . . . . . . .
_(Number, Street and Apartment Number)_

. . . **LOS ANGELES,** CA **90038-3197**
_(City)_ _(State)_ _(ZIP code)_

(Certificate will be mailed in window envelope)

**8**
Address for Return of Certificate

U.S. GOVERNMENT PRINTING OFFICE: 1978—261-022/10

Apr. 1978—500,000

Page 3

# Certificate
## Registration of a Claim to Copyright
### in a motion picture

**RM L-M**

REGISTRATION NO.

**LP 44375**

DO NOT WRITE HERE

CLASSES

**L-M**

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Barbara Ringer*

Register of Copyrights
United States of America



NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ..... PARAMOUNT PICTURES CORPORATION

Address ..... 5451 Marathon Street, Hollywood, California 90038

Name ..... NORWAY CORPORATION c/o Leonard Maizlish, Esq.

Address ..... 9255 Sunset Blvd. Suite 616, Los Angeles, California 90069

**2. (a)** Title: ..... "PATTERNS OF FORCE"
(Title of this particular motion picture as it appears on the copies)

**(b)** Series Title:    STAR TREK
(Series title, if work is part of a series with a continuing title.)

**3. (a)** Nature of Work:

☒ Class L—Photoplay         ☐ Class M—Motion picture other than a photoplay

**(b)** Running Time or Footage: ..... 60 Minutes

**4. Author:**

Name 1. PARAMOUNT PICTURES CORPORATION and     Citizenship U.S.A.
     2. NORWAY CORPORATION                         (Name of country)

Domiciled in U.S.A. Yes x No ..... Address 1. 5451 Marathon Street, Hollywood, Ca. 90038
                                           2. 9255 Sunset Blvd. Suite 616 Los Angeles 90069

**5. (a)** Date of Publication:

2          2          68
(Month)    (Day)      (Year)

**(b)** Place of Publication:

U.S.A.
(Name of country)

**6. Previous Registration or Publication:**

Was work previously registered? Yes ..... No ..... Date of registration ..................... Registration number .....................
Was work previously published? Yes ..... No ..... Date of publication ..................... Registration number .....................
Is there any substantial **NEW MATTER** in this version? Yes ..... No ... If your answer is "Yes," give a brief general statement of the nature of the **NEW MATTER** in this version:

.....................................................................................................

EXAMINER

*Complete all applicable spaces on next page.*

**7. Deposit account:**

FULTON BRYLAWSKI

**8. Send correspondence to:**

Name ............................ FULTON BRYLAWSKI .......................... Address **224 East Capitol Street**
**Washington, D.C.   20003**

**9. Send certificate to:**

(Type or print name and address)

Name **PARAMOUNT PICTURES CORPORATION**
**c/o Legal Department**

Address **5451 Marathon Street**
(Number and street)

**Hollywood, California        90038**
(City)            (State)            (ZIP code)

## Information concerning copyright in motion pictures

*When to Use Form L–M.* Form L–M is appropriate for unpublished and published motion pictures which are complete and ready for projection or broadcast.

*What Is a "Motion Picture"?* The copyright law provides for two classes of motion pictures.

—*Photoplays* (Class L) include motion pictures that are dramatic in character and tell a connected story, such as feature films, filmed television plays, and animated cartoons.

—*Motion Pictures Other Than Photoplays* (Class M) include such films as documentaries, newsreels, travelogues, promotional films, and filmed television programs having no plot.

*Unpublished Scenarios.* The Copyright Office *cannot* make registration for an unpublished scenario, synopsis, format, or general description of a motion picture.

*No "Blanket" Copyright.* The general idea, outline, or title of a motion picture or of a filmed series cannot be copyrighted. Registration for a motion picture covers the copyrightable material in the film, but does not give any sort of "blanket" protection to the characters or situations portrayed, to future films in the series, or to the series as a whole.

*Duration of Copyright.* Statutory copyright begins on the date the work was first published, or, if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case, copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished motion pictures

*How to Register a Claim.* To obtain copyright registration mail the following material to the Register of Copyrights, Library of Congress, Washington, D.C. 20559: (1) one "print" taken from each scene or act if the work is a photoplay, or at least two "prints" taken from different sections of the film if not a photoplay. These "prints" may be frames or blow-ups of a film, or, if on videotape, snapshots from a studio monitor; (2) separate title and description (synopsis, press book, continuity,

etc.); (3) an application on Form L–M; and (4) a fee of $6.

*Procedure to Follow if Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published work must contain a copyright notice in the required form and position.

### Published motion pictures

*What Is "Publication"?* Publication, generally, means the sale, placing on sale, or public distribution of copies. In the case of a motion picture, it may also include distribution to film exchanges, film distributors, exhibitors, or broadcasters under a lease or similar arrangement.

*How to Secure Copyright in a Published Motion Picture:*

1. *Produce copies with the copyright notice.*
2. *Publish the work.*
3. *Register the copyright claim* by sending to the Copyright Office: (1) two complete copies of the "best" edition of the motion picture; (2) a separate description (synopsis, press book, continuity, etc.); (3) an application on Form L–M; and (4) a fee of $6. The best edition of a motion picture is generally the most widely distributed gauge, in color if available. Videotape: In addition to *two* copies of the videotape the Copyright Office requires a set of photographic reproductions from the tape including: (a) the title; (b) the copyright notice; (c) production, performance, and creativity credits; and (d) two scenes from different sections of the film.

*The Copyright Notice.* In order to secure copyright in a published work, it is essential that the statutory copyright notice

should appear on all copies at time of first publication. This notice should consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. Example: © John Doe 1974. The copyright notice should be embodied in the motion picture, preferably in or near the title frames, and should be clearly seen when projected or broadcast. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: If copies are published without the required notice, the right to secure copyright is permanently lost and cannot be restored.

*Return of Deposit Copies.* The deposit copies (i.e., films or videotapes) of published motion pictures are subject to retention by the Library of Congress. However, it may be possible to enter into a contract with the Librarian for the return of the copies under certain conditions, and contract forms may be obtained on request. Information regarding the contract may be obtained from the Exchange and Gift Division, Library of Congress, Washington, D.C. 20540.

| FOR COPYRIGHT OFFICE USE ONLY | | |
|---|---|---|
| Application received **FEB. 14. 1975** | Prints received | One copy received |
| Two copies received **15 MAY 1975** | | |
| Title and description received **FEB. 14. 1975** | | |
| Fee received | | |

# CERTIFICATE OF REGISTRATION



**FORM RE**
For Renewal of a Work
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**OFFICIAL SEAL**



RE 740-926

**EFFECTIVE DATE OF RENEWAL REGISTRATION**

| DEC 1 9 1996 | | |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (RE/CON).**



## 1

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM ▼** (See Instructions)

1
Name PARAMOUNT PICTURES CORPORATION
Address 5555 MELROSE AVENUE, LOS ANGELES, CA 90038-3197
Claiming as PROPRIETOR OF COPYRIGHT IN A WORK MADE FOR HIRE
(Use appropriate statement from instructions)

2
Name
Address
Claiming as

3
Name
Address
Claiming as

## 2

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED ▼**
"PATTERNS OF FORCE"
(EPISODE #52 OF THE "STAR TREK" ORIGINAL TELEVISION SERIES)

**RENEWABLE MATTER ▼**
PHOTOPLAY

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or other composite work, give information about the collective work in which the contribution appeared. **Title of Collective Work**

If published in a periodical or serial give: Volume          Number ▼          Issue Date ▼

## 3

**AUTHOR(S) OF RENEWABLE MATTER ▼**
PARAMOUNT PICTURES CORPORATION and NORWAY CORPORATION

## 4

**ORIGINAL REGISTRATION NUMBER ▼**
LP44375

**ORIGINAL COPYRIGHT CLAIMANT**
PARAMOUNT PICTURES CORPORATION and NORWAY CORPORATION

**ORIGINAL DATE OF COPYRIGHT**

If the original registration for this work was made in published form, give:
DATE OF PUBLICATION   2-2-68
(Month) (Day) (Year)

OR

If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION
(Month) (Day) (Year)

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-8) on the reverse side of this page.
• See detailed instructions.
• Sign the form at space 7.

DO NOT WRITE HERE
Page 1 of ___ pages

RENEWAL AND APPLICATION RECEIVED

DEC 19 96

FORM RE

CORRESPONDENCE ☐ YES

EXAMINED BY

CHECKED BY

FOR
COPYF
OFF
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (RE/CON).**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5**

**1**
Title of Contribution: ...............................................................
Title of Periodical: ............................... Vol: .......... No: .......... Issue Date: ..........
Date of Publication: ..........................................  Registration Number: ..........
(Month)       (Day)       (Year)

**2**
Title of Contribution: ...............................................................
Title of Periodical: ............................... Vol: .......... No: .......... Issue Date: ..........
Date of Publication: ..........................................  Registration Number: ..........
(Month)       (Day)       (Year)

**3**
Title of Contribution: ...............................................................
Title of Periodical: ............................... Vol: .......... No: .......... Issue Date: ..........
Date of Publication: ..........................................  Registration Number: ..........
(Month)       (Day)       (Year)

**4**
Title of Contribution: ...............................................................
Title of Periodical: ............................... Vol: .......... No: .......... Issue Date: ..........
Date of Publication: ..........................................  Registration Number: ..........
(Month)       (Day)       (Year)

**DEPOSIT ACCOUNT:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of account.

Name   PARAMOUNT PICTURES CORPORATION

Account Number   DA 030201

**CORRESPONDENCE:** Give name and address to which correspondence about this application should be sent.

Name   PARAMOUNT PICTURES CORPORATION

Address   5555 MELROSE AVE, LUB. 208

LOS ANGELES        CA        90038
(City)              (State)    (ZIP)    (Apt)

Area Code and Telephone Number ▶   (213) 956-5570

**6**

Be sure to give your daytime phone number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ☒ duly authorized agent of _____ PARAMOUNT PICTURES CORPORATION
                                                        (Name of renewal claimant) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼

MILINDA L. MCNEELY, SENIOR VICE PRESIDENT

Date   11-14-96

☞ Handwritten signature (X)

**7**

**MAIL CERTIFI- CATE TO**

Name ▼
PARAMOUNT PICTURES CORPORATION

Number/Street/Apt ▼
5555 MELROSE AVENUE, LUBITSCH 208

City/State/ZIP ▼
LOS ANGELES, CA  90038
ATTN: SALLIE SELTZER

Certificate will be mailed in window envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 7

**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals based on changes in Consumer Price Index. The next adjustment is due in 1996. Contact the Copyright Office after July 1995 to determine the actual fee schedule.

**8**

\*17 U.S.C. § 506(e)   Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

This form was electronically produced by Elite Federal Forms, Inc.

Page 3

# Certificate
## Registration of a Claim to Copyright
### in a motion picture

FO  L-M

REGISTRATION NO.

LP  44377

DO NOT WRITE HERE

CLASSES

**L-M**

This Is To Certify that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Barbara Ringer*

Register of Copyrights
United States of America



NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name   PARAMOUNT PICTURES CORPORATION

Address   5451 Marathon Street, Hollywood, California 90038

Name   NORWAY CORPORATION c/o Leonard Maizlish, Esq.

Address   9255 Sunset Blvd. Suite 616, Los Angeles, California 90069

**2. (a) Title:**   "AND THE CHILDREN SHALL LEAD"
(Title of this particular motion picture as it appears on the copies)

**(b) Series Title:**   STAR TREK
(Series title, if work is part of a series with a continuing title.)

**3. (a) Nature of Work:**

☒ Class L—Photoplay    ☐ Class M—Motion picture other than a photoplay

**(b) Running Time or Footage:**   60 Minutes

**4. Author:**

Name   PARAMOUNT PICTURES CORPORATION and   Citizenship   U.S.A.
NORWAY CORPORATION   (Name of country)

Domiciled in U.S.A.   Yes  X   No    Address   5451 Marathon Street, Hollywood, Ca. 90038

**5. (a) Date of Publication:**

9 (Month)    27 (Day)    68 (Year)

**(b) Place of Publication:**

U.S.A. (Name of country)

**6. Previous Registration or Publication:**

Was work previously registered? Yes ..... No ..... Date of registration ................... Registration number ..................
Was work previously published? Yes ..... No ..... Date of publication ................... Registration number ..................
Is there any substantial **NEW MATTER** in this version? Yes .... No .. If your answer is "Yes," give a brief general statement of the nature of the **NEW MATTER** in this version:

*Complete all applicable spaces on next page.*

EXAMINER

**7. Deposit account:**

FULTON BRYLAWSKI

**8. Send correspondence to:**

Name FULTON BRYLAWSKI          Address 224 East Capitol Street
Washington, D.C. 20003

**9. Send certificate to:**

(Type or print name and address)

Name PARAMOUNT PICTURES CORPORATION
c/o Legal Department

Address 5451 Marathon Street
(Number and Street)

Hollywood, California          90038
(City)          (State)          (ZIP code)

## Information concerning copyright in motion pictures

*When to Use Form L–M.* Form L–M is appropriate for un-published and published motion pictures which are complete and ready for projection or broadcast.
*What Is a "Motion Picture"?* The copyright law provides for two classes of motion pictures.
—*Photoplays* (Class L) include motion pictures that are dramatic in character and tell a connected story, such as feature films, filmed television plays, and animated cartoons.
—*Motion Pictures Other Than Photoplays* (Class M) include such films as documentaries, newsreels, travelogues, promotional films, and filmed television programs having no plot.
*Unpublished Scenarios.* The Copyright Office *cannot* make registration for an unpublished scenario, synopsis, format, or general description of a motion picture.

*No "Blanket" Copyright.* The general idea, outline, or title of a motion picture or of a filmed series cannot be copyrighted. Registration for a motion picture covers the copyrightable material in the film, but does not give any sort of "blanket" protection to the characters or situations portrayed, to future films in the series, or to the series as a whole.

*Duration of Copyright.* Statutory copyright begins on the date the work was first published, or, if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case, copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished motion pictures

*How to Register a Claim.* To obtain copyright registration mail the following material to the Register of Copyrights, Library of Congress, Washington, D.C. 20559: (1) one "print" taken from each scene or act if the work is a photoplay, or at least two "prints" taken from different sections of the film if not a photoplay. These "prints" may be frames or blow-ups of a film, or, if on videotape, snapshots from a studio monitor; (2) separate title and description (synopsis, press book, continuity,

etc.); (3) an application on Form L–M; and (4) a fee of $6.

*Procedure to Follow if Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published work must contain a copyright notice in the required form and position.

### Published motion pictures

*What Is "Publication"?* Publication, generally, means the sale, placing on sale, or public distribution of copies. In the case of a motion picture, it may also include distribution to film exchanges, film distributors, exhibitors, or broadcasters under a lease or similar arrangement.
*How to Secure Copyright in a Published Motion Picture:*
1. *Produce copies with the copyright notice.*
2. *Publish the work.*
3. *Register the copyright claim* by sending to the Copyright Office: (1) two complete copies of the "best" edition of the motion picture; (2) a separate description (synopsis, press book, continuity, etc.); (3) an application on Form L–M; and (4) a fee of $6. The best edition of a motion picture is generally the most widely distributed gauge, in color if available. Videotape: In addition to *two* copies of the videotape the Copyright Office requires a set of photographic reproductions from the tape including: (a) the title; (b) the copyright notice; (c) production, performance, and creativity credits; and (d) two scenes from different sections of the work.
*The Copyright Notice.* In order to secure copyright in a published work, it is essential that the statutory copyright notice

should appear on all copies at time of first publication. This notice should consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. Example: © John Doe 1974. The copyright notice should be embodied in the motion picture, preferably in or near the title frames, and should be clearly seen when projected or broadcast. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: If copies are published without the required notice, the right to secure copyright is permanently lost and cannot be restored.
*Return of Deposit Copies.* The deposit copies (i.e., films or videotapes) of published motion pictures are subject to retention by the Library of Congress. However, it may be possible to enter into a contract with the Librarian for the return of the copies under certain conditions, and contract forms may be obtained on request. Information regarding the contract may be obtained from the Exchange and Gift Division, Library of Congress, Washington, D.C. 20540.

| FOR COPYRIGHT OFFICE USE ONLY | | |
|---|---|---|
| Application received FEB 21 1975 | Prints received | One copy received |
| Two copies received 15 MAY 1975 | | |
| Title and description received FEB 21 1975 | | |
| Fee received | | |

PL0002160

Case 3:09-cv-01368-K Document 72-50 Filed 11/16/16 Page 68 of 151 Page ID #:1701

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*



**FORM RE**
For Renewal of a Work
UNITED STATES COPYRIGHT OFFICE

**RE 740-928**



**EFFECTIVE DATE OF RENEWAL REGISTRATION**

DEC 1 9 1996

| Month | Day | Year |
|-------|-----|------|

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (RE/CON).**

## 1

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM ▼** (See Instructions)

**1**
Name PARAMOUNT PICTURES CORPORATION
Address 5555 MELROSE AVENUE, LOS ANGELES, CA 90038-3197
Claiming as PROPRIETOR OF COPYRIGHT IN A WORK MADE FOR HIRE
(Use appropriate statement from instructions)

**2**
Name
Address
Claiming as

**3**
Name
Address
Claiming as

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED ▼**
"AND THE CHILDREN SHALL LEAD"
(EPISODE #60 OF THE "STAR TREK" ORIGINAL TELEVISION SERIES)

**RENEWABLE MATTER ▼**
PHOTOPLAY

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or other composite work, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼    Number    Issue Date

## 3

**AUTHOR(S) OF RENEWABLE MATTER ▼**
PARAMOUNT PICTURES CORPORATION and NORWAY CORPORATION

## 4

**ORIGINAL REGISTRATION NUMBER ▼**
LP44377

**ORIGINAL COPYRIGHT CLAIMANT ▼**
PARAMOUNT PICTURES CORPORATION and NORWAY CORPORATION

**ORIGINAL DATE OF COPYRIGHT**
If the original registration for this work was made in published form, give:
DATE OF PUBLICATION: 9-27-68
(Month) (Day) (Year)
OR
If the original registration for this work was made in unpublished form, give.
DATE OF REGISTRATION:
(Month) (Day) (Year)

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-8) on the reverse side of this page.
• See detailed instructions.
• Sign the form at space 7.

DO NOT WRITE HERE
Page 1 of ___ pages

PL0002157

RENEWAL APPLICATION RECEIVED

DEC. 19.1996

FORM RE

| CORRESPONDENCE ☐ YES | |
|---|---|
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CHECKED BY | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (RE/CON).**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5**

**1**
Title of Contribution:
Title of Periodical: ___ Vol: ___ No: ___ Issue Date: ___
Date of Publication: ___ Registration Number: ___
(Month)    (Day)    (Year)

**2**
Title of Contribution:
Title of Periodical: ___ Vol: ___ No: ___ Issue Date: ___
Date of Publication: ___ Registration Number: ___
(Month)    (Day)    (Year)

**3**
Title of Contribution:
Title of Periodical: ___ Vol: ___ No: ___ Issue Date: ___
Date of Publication: ___ Registration Number: ___
(Month)    (Day)    (Year)

**4**
Title of Contribution:
Title of Periodical: ___ Vol: ___ No: ___ Issue Date: ___
Date of Publication: ___ Registration Number: ___
(Month)    (Day)    (Year)

**DEPOSIT ACCOUNT:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of account.

Name    PARAMOUNT PICTURES CORPORATION

Account Number    DA 030201

**CORRESPONDENCE:** Give name and address to which correspondence about this application should be sent.

Name    PARAMOUNT PICTURES CORPORATION

Address    5555 MELROSE AVE, LUB. 208

LOS ANGELES (City)    CA (State)    90038 (ZIP)    (Apt)

Area Code and Telephone Number ▶    (213) 956-5570

Be sure to give your daytime phone number

**6**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant  ☒ duly authorized agent of ___ PARAMOUNT PICTURES CORPORATION
(Name of renewal claimant) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name    MILINDA L. MCNEELY, SENIOR VICE PRESIDENT    Date ▼    11-18-96

Handwritten signature (X)

**7**

**MAIL CERTIFICATE TO**

Name ▼
PARAMOUNT PICTURES CORPORATION
Number/Street/Apt ▼
5555 MELROSE AVENUE, LUBITSCH 208
City/State/ZIP ▼
LOS ANGELES, CA 90038
ATTN: SALLIE SELTZER

Certificate will be mailed in window envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 7

**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment due in 1996. Plea contact the Copyrig Office after July 1995 to determine the actual fee schedule

**8**

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc

Page 3

# Certificate
## Registration of a Claim to Copyright
### in a motion picture

FOR L-M

REGISTRATION NO.

**LP 44380**

DO NOT WRITE HERE

CLASSES

**L-M**

This Is To Certify that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Barbara Ringer*

Register of Copyrights
United States of America



NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name  PARAMOUNT PICTURES CORPORATION

Address  5451 Marathon Street, Hollywood, California 90038

Name  NORWAY CORPORATION c/o Leonard Maizlish, Esq.

Address  9255 Sunset Blvd. Suite 616, Los Angeles, California 90069

**2. (a) Title:**  "DAY OF THE DOVE"
(Title of this particular motion picture as it appears on the copies)

**(b) Series Title:**  STAR TREK
(Series title, if work is part of a series with a continuing title.)

**3. (a) Nature of Work:**

☒ Class L—Photoplay .               ☐ Class M—Motion picture other than a photoplay

**(b) Running Time or Footage:**  60 Minutes

**4. Author:**

Name  PARAMOUNT PICTURES CORPORATION and          Citizenship  U.S.A.
NORWAY CORPORATION                                                     (Name of country)

Domiciled in U.S.A.  Yes X  No ____  Address  5451 Marathon Street, Hollywood, Ca. 90033

**5. (a) Date of Publication:**

10          18          68
(Month)     (Day)      (Year)

**(b) Place of Publication:**

U.S.A.
(Name of country)

**6. Previous Registration or Publication:**

Was work previously registered?  Yes _____  No _____  Date of registration _____  Registration number _____

Was work previously published?  Yes _____  No _____  Date of publication _____  Registration number _____

Is there any substantial NEW MATTER in this version?  Yes ___  No ___  If your answer is "Yes," give a brief general statement of the nature of the NEW MATTER in this version:

*Complete all applicable spaces on next page.*

EXAMINER

**7. Deposit account:**

FULTON BRYLAWSKI

**8. Send correspondence to:**

Name FULTON BRYLAWSKI     Address 224 East Capitol Street
Washington, D.C. 20003

**9. Send certificate to:**

(Type or print name and address)

Name PARAMOUNT PICTURES CORPORATION
c/o Legal Department

Address 5451 Marathon Street
(Number and street)

Hollywood, California    90038
(City)    (State)    (ZIP code)

## Information concerning copyright in motion pictures

*When to Use Form L–M.* Form L–M is appropriate for unpublished and published motion pictures which are complete and ready for projection or broadcast.

*What Is a "Motion Picture"?* The copyright law provides for two classes of motion pictures.

—*Photoplays* (Class L) include motion pictures that are dramatic in character and tell a connected story, such as feature films, filmed television plays, and animated cartoons.

—*Motion Pictures Other Than Photoplays* (Class M) include such films as documentaries, newsreels, travelogues, promotional films, and filmed television programs having no plot.

*Unpublished Scenarios.* The Copyright Office *cannot* make registration for an unpublished scenario, synopsis, format, or

general description of a motion picture.

*No "Blanket" Copyright.* The general idea, outline, or title of a motion picture or of a filmed series cannot be copyrighted. Registration for a motion picture covers the copyrightable material in the film, but does not give any sort of "blanket" protection to the characters or situations portrayed, to future films in the series, or to the series as a whole.

*Duration of Copyright.* Statutory copyright begins on the date the work was first published, or, if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case, copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished motion pictures

*How to Register a Claim.* To obtain copyright registration mail the following material to the Register of Copyrights, Library of Congress, Washington, D.C. 20559: (1) one "print" taken from each scene or act if the work is a photoplay, or at least two "prints" taken from different sections of the film if not a photoplay. These "prints" may be frames or blow-ups of a film, or, if on videotape, snapshots from a studio monitor; (2) separate title and description (synopsis, press book, continuity,

etc.); (3) an application on Form L–M; and (4) a fee of $6.

*Procedure to Follow if Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published work must contain a copyright notice in the required form and position.

### Published motion pictures

*What Is "Publication"?* Publication, generally, means the sale, placing on sale, or public distribution of copies. In the case of a motion picture, it may also include distribution to film exchanges, film distributors, exhibitors, or broadcasters under a lease or similar arrangement.

*How to Secure Copyright in a Published Motion Picture:*

1. *Produce copies with the copyright notice.*
2. *Publish the work.*
3. *Register the copyright claim* by sending to the Copyright Office: (1) two complete copies of the "best" edition of the motion picture; (2) a separate description (synopsis, press book, continuity, etc.); (3) an application on Form L–M; and (4) a fee of $6. The best edition of a motion picture is generally the most widely distributed gauge, in color if available. Videotape: In addition to *two* copies of the videotape the Copyright Office requires a set of photographic reproductions from the tape including: (a) the title; (b) the copyright notice; (c) production, performance, and creativity credits; and (d) two scenes from different sections of the work.

*The Copyright Notice.* In order to secure copyright in a published work, it is essential that the statutory copyright notice

should appear on all copies at time of first publication. This notice should consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. Example: © John Doe 1974. The copyright notice should be embodied in the motion picture, preferably in or near the title frames, and should be clearly seen when projected or broadcast. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: If copies are published without the required notice, the right to secure copyright is permanently lost and cannot be restored.

*Return of Deposit Copies.* The deposit copies (i.e., films or videotapes) of published motion pictures are subject to retention by the Library of Congress. However, it may be possible to enter into a contract with the Librarian for the return of the copies under certain conditions, and contract forms may be obtained on request. Information regarding the contract may be obtained from the Exchange and Gift Division, Library of Congress, Washington, D.C. 20540.

| FOR COPYRIGHT OFFICE USE ONLY | | |
|---|---|---|
| Application received<br>FEB 21 1975 | Prints received | One copy received |
| Two copies received<br>15 MAY 1975 | | |
| Title and description received<br>FEB 21 1975 | | |
| Fee received | | |

PL0002130

Case 2:15-cv-09938-RGK-E   Document 72-50   Filed 11/16/16   Page 1 of 1   Page ID #:1705

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

## FORM RE
**For Renewal of a Work**
UNITED STATES COPYRIGHT OFFICE



**RE 740-931**

**EFFECTIVE DATE OF RENEWAL REGISTRATION**

DEC 1 9 1996

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (RE/CON).**

**1**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM        (See Instructions)

**1**
Name  PARAMOUNT PICTURES CORPORATION
Address  5555 MELROSE AVENUE, LOS ANGELES, CA 90038-3197
Claiming as  PROPRIETOR OF COPYRIGHT IN A WORK MADE FOR HIRE
(Use appropriate statement from instructions)

**2**
Name
Address
Claiming as

**3**
Name
Address
Claiming as

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED ▼**
"DAY OF THE DOVE"
(EPISODE #66 OF THE "STAR TREK" ORIGINAL TELEVISION SERIES)

**RENEWABLE MATTER**
PHOTOPLAY

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or other composite work, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:  Volume        Number        Issue Date

**3**
**AUTHOR(S) OF RENEWABLE MATTER ▼**
PARAMOUNT PICTURES CORPORATION  and  NORWAY CORPORATION

**4**
**ORIGINAL REGISTRATION NUMBER**
LP44380

**ORIGINAL COPYRIGHT CLAIMANT ▼**
PARAMOUNT PICTURES CORPORATION  and
NORWAY CORPORATION

**ORIGINAL DATE OF COPYRIGHT**
If the original registration for this work was made in published form, give:
DATE OF PUBLICATION  10-18-68
(Month)  (Day)  (Year)
OR
If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION
(Month)  (Day)  (Year)

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-8) on the reverse side of this page.
• See detailed instructions.        • Sign the form at space 7.

DO NOT WRITE HERE
Page 1 of ___ pages

PL0002127

RENEWAL APPLICATION RECEIVED

DEC. 19. 1996

CORRESPONDENCE □ YES

EXAMINED BY

CHECKED BY

FORM RE

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (RE/CON).**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5**

**1**
Title of Contribution:
Title of Periodical: Vol: No: Issue Date:
Date of Publication: Registration Number:
(Month) (Day) (Year)

**2**
Title of Contribution:
Title of Periodical: Vol: No: Issue Date:
Date of Publication: Registration Number:
(Month) (Day) (Year)

**3**
Title of Contribution:
Title of Periodical: Vol: No: Issue Date:
Date of Publication: Registration Number:
(Month) (Day) (Year)

**4**
Title of Contribution:
Title of Periodical: Vol: No: Issue Date:
Date of Publication: Registration Number:
(Month) (Day) (Year)

**DEPOSIT ACCOUNT:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of account.

Name    PARAMOUNT PICTURES CORPORATION

Account Number    DA 030201

**CORRESPONDENCE:** Give name and address to which correspondence about this application should be sent.

Name    PARAMOUNT PICTURES CORPORATION

Address    5555 MELROSE AVE, LUB. 208

LOS ANGELES (City)    CA (State)    90038 (Apt) (ZIP)

Area Code and Telephone Number ▶    (213) 956-5570

Be sure to give your daytime phone number ◀

**6**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the: (Check one)
□ renewal claimant    ☒ duly authorized agent of    PARAMOUNT PICTURES CORPORATION
(Name of renewal claimant) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼

MILINDA L. MCNEELY, SENIOR VICE PRESIDENT    Date    12-6-96

Handwritten signature (X) ▼

**7**

**MAIL CERTIFICATE TO**
Name ▼
PARAMOUNT PICTURES CORPORATION
Number/Street/Apt ▼
5555 MELROSE AVENUE, LUBITSCH 208
City/State/ZIP ▼
LOS ANGELES, CA  90038
ATTN: SALLIE SELTZER

Certificate will be mailed in window envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 7

**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*

**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C.  20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

**8**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc

PL0002128

Page 3

# Certificate
## Registration of a Claim to Copyright
### in a motion picture

FOR L-M

REGISTRATION NO.

**LP 44379**

DO NOT WRITE HERE

CLASSES

**L-M**

This Is To Certify that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Barbara Ringer*

Register of Copyrights
United States of America



NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name __PARAMOUNT PICTURES CORPORATION__

Address __5451 Marathon Street, Hollywood, California 90038__

Name __NORWAY CORPORATION c/o Leonard Maizlish, Esq.__

Address __9255 Sunset Blvd. Suite 616, Los Angeles, California 90069__

**2. (a) Title:** __"ELAAN OF TROYIUS"__
(Title of this particular motion picture as it appears on the copies)

**(b) Series Title:** STAR TREK
(Series title, if work is part of a series with a continuing title.)

**3. (a) Nature of Work:**

☒ Class L—Photoplay          ☐ Class M—Motion picture other than a photoplay

**(b) Running Time or Footage:** __60 Minutes__

**4. Author:**

Name __PARAMOUNT PICTURES CORPORATION and__
__NORWAY CORPORATION__          Citizenship __U.S.A.__
(Name of country)

Domiciled in U.S.A. Yes **X** No ____ Address __5451 Marathon Street, Hollywood, Ca. 90038__

**5. (a) Date of Publication:**

__10__          __6__          __68__
(Month)          (Day)          (Year)

**(b) Place of Publication:**

__U.S.A.__
(Name of country)

**6. Previous Registration or Publication:**

Was work previously registered? Yes ..... No ..... Date of registration ................ Registration number ................
Was work previously published? Yes ..... No ..... Date of publication ................ Registration number ................
Is there any substantial **NEW MATTER** in this version? Yes ..... No .. If your answer is "Yes," give a brief general statement of the nature of the **NEW MATTER** in this version:

*Complete all applicable spaces on next page.*

EXAMINER

PL0002173

**7. Deposit account:**

**8. Send correspondence to:**

FULTON BRYLAWSKI

Name  FULTON BRYLAWSKI  Address  224 East Capitol Street
Washington, D.C. 20003

**9. Send certificate to:**

(Type or print name and address)

Name  PARAMOUNT PICTURES CORPORATION
c/o Legal Department

Address  5451 Marathon Street (Number and street)

Hollywood, California (City) 90038 (ZIP code)

## Information concerning copyright in motion pictures

*When to Use Form L–M.* Form L–M is appropriate for unpublished and published motion pictures which are complete and ready for projection or broadcast.

*What Is a "Motion Picture"?* The copyright law provides for two classes of motion pictures.
—*Photoplays* (Class L) include motion pictures that are dramatic in character and tell a connected story, such as feature films, filmed television plays, and animated cartoons.
—*Motion Pictures Other Than Photoplays* (Class M) include such films as documentaries, newsreels, travelogues, promotional films, and filmed television programs having no plot.

*Unpublished Scenarios.* The Copyright Office *cannot* make registration for an unpublished scenario, synopsis, format, or

general description of a motion picture.

*No "Blanket" Copyright.* The general idea, outline, or title of a motion picture or of a filmed series cannot be copyrighted. Registration for a motion picture covers the copyrightable material in the film, but does not give any sort of "blanket" protection to the characters or situations portrayed, to future films in the series, or to the series as a whole.

*Duration of Copyright.* Statutory copyright begins on the date the work was first published, or, if the work was registered for copyright in unpublished form, copyright begins on the date of registration.  In either case, copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished motion pictures

*How to Register a Claim.* To obtain copyright registration mail the following material to the Register of Copyrights, Library of Congress, Washington, D.C. 20559: (1) one "print" taken from each scene or act if the work is a photoplay, or at least two "prints" taken from different sections of the film if not a photoplay. These "prints" may be frames or blow-ups of a film, or, if on videotape, snapshots from a studio monitor; (2) separate title and description (synopsis, press book, continuity,

etc.); (3) an application on Form L–M; and (4) a fee of $6.

*Procedure to Follow if Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below.  To maintain copyright protection, all copies of the published work must contain a copyright notice in the required form and position.

### Published motion pictures

*What Is "Publication"?* Publication, generally, means the sale, placing on sale, or public distribution of copies. In the case of a motion picture, it may also include distribution to film exchanges, film distributors, exhibitors, or broadcasters under a lease or similar arrangement.

*How to Secure Copyright in a Published Motion Picture:*
1. Produce copies *with the copyright notice.*
2. Publish the work.
3. Register the copyright claim by sending to the Copyright Office: (1) two complete copies of the "best" edition of the motion picture; (2) a separate description (synopsis, press book, continuity, etc.); (3) an application on Form L–M; and (4) a fee of $6. The best edition of a motion picture is generally the most widely distributed gauge, in color if available. Videotape: In addition to *two* copies of the videotape the Copyright Office requires a set of photographic reproductions from the tape including: (a) the title; (b) the copyright notice; (c) production, performance, and creativity credits; and (d) two scenes from different sections of the work.

*The Copyright Notice.* In order to secure copyright in a published work, it is essential that the statutory copyright notice

should appear on all copies at time of first publication. This notice should consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. Example: © John Doe 1974.  The copyright notice should be embodied in the motion picture, preferably in or near the title frames, and should be clearly seen when projected or broadcast.  Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: If copies are published without the required notice, the right to secure copyright is permanently lost and cannot be restored.

*Return of Deposit Copies.* The deposit copies (i.e., films or videotapes) of published motion pictures are subject to retention by the Library of Congress. However, it may be possible to enter into a contract with the Librarian for the return of the copies under certain conditions, and contract forms may be obtained on request. Information regarding the contract may be obtained from the Exchange and Gift Division, Library of Congress, Washington, D.C. 20540.

| FOR COPYRIGHT OFFICE USE ONLY | | |
|---|---|---|
| Application received FEB 21 1975 | Prints received | One copy received |
| Two copies received 15 MAY 1975 | | |
| Title and description received FEB 21 1975 | | |
| Fee received | | |

PL0002174

Page 3

# Certificate
## Registration of a Claim to Copyright
### in a motion picture

**M L-M**

REGISTRATION NO.
**L P   44729**
DO NOT WRITE HERE

CLASSES
**L–M**



**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office.  In witness whereof the seal of the Copyright Office is hereto affixed.

*Barbara K. ige*

Register of Copyrights
United States of America

NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name  PARAMOUNT PICTURES CORPORATION

Address 5451 Marathon Street, Hollywood, California 90038

Name  NORWAY CORPORATION c/o Leonard Maizlish, Esq.

Address 9255 Sunset Blvd. Suite 616, Los Angeles, California 90069

**2. (a) Title:** "WHOM THE GODS DESTROY" *
(Title of this particular motion picture as it appears on the copies)

**(b) Series Title:** STAR TREK
(Series title, if work is part of a series with a continuing title.)

**3. (a) Nature of Work:**

☒ Class L—Photoplay .     ☐ Class M—Motion picture other than a photoplay

**(b) Running Time or Footage:** 60 Minutes

**4. Author:**

Name PARAMOUNT PICTURES CORPORATION and         Citizenship U.S.A.
NORWAY CORPORATION                                        (Name of country)

Domiciled in U.S.A. Yes X No ....  Address 5451 Marathon Street, Hollywood, Ca. 90038

**5. (a) Date of Publication:**

| 1 | 3 | 69 |
|---|---|----|
| (Month) | (Day) | (Year) |

**(b) Place of Publication:**

U.S.A.
(Name of country)

**6. Previous Registration or Publication:**

Was work previously registered? Yes ...... No ...... Date of registration ...................... Registration number ..................
Was work previously published? Yes ...... No ...... Date of publication ...................... Registration number ..................
Is there any substantial **NEW MATTER** in this version? Yes .... No ....  If your answer is "Yes," give a brief general statement of the nature of the **NEW MATTER** in this version:

EXAMINER

*Complete all applicable spaces on next page.*

7. **Deposit account:**

8. **Send correspondence to:**

Name FULTON BRYLAWSKI  Address 224 East Capitol Street
Washington, D.C. 20003

9. **Send certificate to:**

(Type or print name and address)

Name PARAMOUNT PICTURES CORPORATION
c/o Legal Department

Address 5451 Marathon Street
(Number and street)

Hollywood, California 90038
(City)          (State)          (ZIP code)

## Information concerning copyright in motion pictures

*When to Use Form L–M.* Form L–M is appropriate for unpublished and published motion pictures which are complete and ready for projection or broadcast.

*What Is a "Motion Picture"?* The copyright law provides for two classes of motion pictures.

—*Photoplays* (Class L) include motion pictures that are dramatic in character and tell a connected story, such as feature films, filmed television plays, and animated cartoons.

—*Motion Pictures Other Than Photoplays* (Class M) include such films as documentaries, newsreels, travelogues, promotional films, and filmed television programs having no plot.

*Unpublished Scenarios.* The Copyright Office *cannot* make registration for an unpublished scenario, synopsis, format, or

general description of a motion picture.

*No "Blanket" Copyright.* The general idea, outline, or title of a motion picture or of a filmed series cannot be copyrighted. Registration for a motion picture covers the copyrightable material in the film, but does not give any sort of "blanket" protection to the characters or situations portrayed, to future films in the series, or to the series as a whole.

*Duration of Copyright.* Statutory copyright begins on the date the work was first published, or, if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case, copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished motion pictures

*How to Register a Claim.* To obtain copyright registration mail the following material to the Register of Copyrights, Library of Congress, Washington, D.C. 20559: (1) one "print" taken from each scene or act if the work is a photoplay, or at least two "prints" taken from different sections of the film if not a photoplay. These "prints" may be frames or blow-ups of a film, or, if on videotape, snapshots from a studio monitor; (2) separate title and description (synopsis, press book, continuity,

etc.); (3) an application on Form L–M; and (4) a fee of $6.

*Procedure to Follow if Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published work must contain a copyright notice in the required form and position.

### Published motion pictures

*What Is "Publication"?* Publication, generally, means the sale, placing on sale, or public distribution of copies. In the case of a motion picture, it may also include distribution to film exchanges, film distributors, exhibitors, or broadcasters under a lease or similar arrangement.

*How to Secure Copyright in a Published Motion Picture:*
1. *Produce copies with the copyright notice.*
2. *Publish the work.*
3. *Register the copyright claim* by sending to the Copyright Office: (1) two complete copies of the "best" edition of the motion picture; (2) a separate description (synopsis, press book, continuity, etc.); (3) an application on Form L–M; and (4) a fee of $6. The best edition of a motion picture is generally the most widely distributed edition, in color if available. Videotape: In addition to *two* copies of the videotape the Copyright Office requires a set of photographic reproductions from the tape including: (a) the title; (b) the copyright notice; (c) production, performance, and creativity credits; and (d) two scenes from different sections of the work.

*The Copyright Notice.* In order to secure copyright in a published work, it is essential that the statutory copyright notice

should appear on all copies at time of first publication. This notice should consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. Example: © John Doe 1974. The copyright notice should be embodied in the motion picture, preferably in or near the title frames, and should be clearly seen when projected or broadcast. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: If copies are published without the required notice, the right to secure copyright is permanently lost and cannot be restored.

*Return of Deposit Copies.* The deposit copies (i.e., films or videotapes) of published motion pictures are subject to retention by the Library of Congress. However, it may be possible to enter into a contract with the Librarian for the return of the copies under certain conditions, and contract forms may be obtained on request. Information regarding the contract may be obtained from the Exchange and Gift Division, Library of Congress, Washington, D.C. 20540.

| FOR COPYRIGHT OFFICE USE ONLY | | |
|---|---|---|
| Application received FEB 21 1975 | Prints received | One copy received |
| Two copies received Copy 1 5 MAY 1975 Copy AUG – 1 1975 | | |
| Title and description received FEB 21 1975 | *On copies: "Whom Gods Destroy." | |
| Fee received | | |

# CERTIFICATE OF REGISTRATION







**FORM RE**
for Renewal of a Work
UNITED STATES COPYRIGHT OFFICE

**RE 769-427**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**EFFECTIVE DATE OF RENEWAL REGISTRATION**

DEC 2 3 1997

Month     Day     Year

OFFICIAL SEAL

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (RE/CON).**

## 1

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM ▼**     (See Instructions)

1   Name **PARAMOUNT PICTURES CORPORATION**

Address **5555 MELROSE AVENUE, LOS ANGELES, CA 90038-3197**

Claiming as **PROPRIETOR OF COPYRIGHT IN A WORK-MADE-FOR-HIRE**

(Use appropriate statement from instructions)

2   Name

Address

Claiming as

3   Name

Address

Claiming as

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED ▼**

WHOM THE GODS DESTROY
(EPISODE #071 OF "STAR TREK", THE ORIGINAL TELEVISION SERIES)

**RENEWABLE MATTER ▼**

MOTION PICTURE PHOTOPLAY

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or other composite work, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼

---

## 3

**AUTHOR(S) OF RENEWABLE MATTER ▼**

PARAMOUNT PICTURES CORPORATION and NORWAY CORPORATION

---

## 4

**ORIGINAL REGISTRATION NUMBER ▼**

LP 44729

**ORIGINAL COPYRIGHT CLAIMANT ▼**

PARAMOUNT PICTURES CORPORATION and NORWAY CORPORATION

**ORIGINAL DATE OF COPYRIGHT**

If the original registration for this work was made in published form, give:

DATE OF PUBLICATION    1-3-69

(Month)    (Day)    (Year)

**OR**

If the original registration for this work was made in unpublished form, give:

DATE OF REGISTRATION

(Month)    (Day)    (Year)

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-8) on the reverse side of this page
• See detailed instructions     • Sign the form at space 7.

DO NOT WRITE HERE
Page 1 of _____ pages

Amended by Copyright Office

RENEWAL APPLICATION RECEIVED

FORM RE

DEC 2 3 1997

CORRESPONDENCE : YES

EXAMINED BY

CHECKED BY

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (RE/CON).**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5**

**1**
Title of Contribution: ...........................
Title of Periodical: ........................... Vol: No: Issue Date:
Date of Publication: ........................... Registration Number:
(Month) (Day) (Year)

**2**
Title of Contribution: ...........................
Title of Periodical: ........................... Vol: No: Issue Date:
Date of Publication: ........................... Registration Number:
(Month) (Day) (Year)

**3**
Title of Contribution: ...........................
Title of Periodical: ........................... Vol: No: Issue Date:
Date of Publication: ........................... Registration Number:
(Month) (Day) (Year)

**4**
Title of Contribution: ...........................
Title of Periodical: ........................... Vol: No: Issue Date:
Date of Publication: ........................... Registration Number:
(Month) (Day) (Year)

**DEPOSIT ACCOUNT:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of account.

**CORRESPONDENCE:** Give name and address to which correspondence about this application should be sent.

**6**

Name PARAMOUNT PICTURES CORPORATION

Name PARAMOUNT PICTURES CORPORATION

Account Number DA 030201

Address 5555 MELROSE AVE, LUB. 413

LOS ANGELES CA 90038 (Apt)
(City) (State) (ZIP)

Area Code and Telephone Number ▶ (213) 956-5404

Be sure to give your daytime phone number ◀

**CERTIFICATION*** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant ☒ duly authorized agent of
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

PARAMOUNT PICTURES CORPORATION
(Name of renewal claimant) ▲

**7**

Typed or printed name ▼

SCOTT M. MARTIN, VICE PRESIDENT

Date ▼ 12-16-97

☞ Handwritten signature (X) ▼

**MAIL CERTIFI-CATE TO**

Name ▼
PARAMOUNT PICTURES CORPORATION

Number/Street/Apt ▼
5555 MELROSE AVENUE, LUBITSCH 413

City/State/ZIP ▼
LOS ANGELES, CA 90038-3197
ATTN: SALLIE SELTZER

Certificate will be mailed in window envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 7

**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

**8**

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

Page 3

# Certificate
## Registration of a Claim to Copyright
### in a motion picture

R ML-M

REGISTRATION NO.

LP 44730

DO NOT WRITE HERE

CLASSES

L-M

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Barbara Ringer*

Register of Copyrights
United States of America



NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name  PARAMOUNT PICTURES CORPORATION

Address  5451 Marathon Street, Hollywood, California 90038

Name  ~~NORWAY CORPORATION c/o Leonard Maizlish, Esq.~~

Address  ~~9255 Sunset Blvd., Suite 616, Los Angeles, California 90069~~

**2. (a) Title:**  "THE LIGHTS OF ZETAR"

(Title of this particular motion picture as it appears on the copies)

**(b) Series Title:**  STAR TREK

(Series title, if work is part of a series with a continuing title.)

**3. (a) Nature of Work:**

☒ Class L—Photoplay.

☐ Class M—Motion picture other than a photoplay

**(b) Running Time or Footage:**  60 Minutes

**4. Author:**

Name  PARAMOUNT PICTURES CORPORATION and
NORWAY CORPORATION

Citizenship  U.S.A.
(Name of country)

Domiciled in U.S.A.  Yes X  No ____  Address  5451 Marathon Street, Hollywood, Ca. 90038

**5. (a) Date of Publication:**

1                17              69
(Month)        (Day)          (Year)

**(b) Place of Publication:**

U.S.A.
(Name of country)

**6. Previous Registration or Publication:**

Was work previously registered?  Yes .....  No .....  Date of registration ................  Registration number ................

Was work previously published?  Yes .....  No .....  Date of publication ................  Registration number ................

Is there any substantial **NEW MATTER** in this version?  Yes ....  No ..   If your answer is "Yes," give a brief general statement of the nature of the **NEW MATTER** in this version:

EXAMINER

*Complete all applicable spaces on next page.*

PL0002091

**7. Deposit account:**

~~FULTON BRYLAWSKI~~

**8. Send correspondence to:**

Name ~~FULTON BRYLAWSKI~~     Address ~~224 East Capitol Street~~
Washington, D.C. 20003

**9. Send certificate to:**

(Type or print Name   PARAMOUNT PICTURES CORPORATION
   ~~c/o Legal Department~~
name and
address) Address   ~~5451 Marathon Street~~
                  (Number and street)
   ~~Hollywood,~~      ~~California~~         ~~90038~~
     (City)          (State)            (ZIP code)

## Information concerning copyright in motion pictures

*When to Use Form L–M.* Form L–M is appropriate for unpublished and published motion pictures which are complete and ready for projection or broadcast. The copyright law provides for two classes of motion pictures.

—*Photoplays* (Class L) include motion pictures that are dramatic in character and tell a connected story, such as feature films, filmed television plays, and animated cartoons.

—*Motion Pictures Other Than Photoplays* (Class M) include such films as documentaries, newsreels, travelogues, promotional films, and filmed television programs having no plot.

*Unpublished Scenarios.* The Copyright Office *cannot* make registration for an unpublished scenario, synopsis, format, or general description of a motion picture.

*No "Blanket" Copyright.* The general idea, outline, or title of a motion picture or of a filmed series cannot be copyrighted. Registration for a motion picture covers the copyrightable material in the film, but does not give any sort of "blanket" protection to the characters or situations portrayed, to future films in the series, or to the series as a whole.

*Duration of Copyright.* Statutory copyright begins on the date the work was first published, or, if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case, copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished motion pictures

*How to Register a Claim.* To obtain copyright registration mail the following material to the Register of Copyrights, Library of Congress, Washington, D.C. 20559: (1) one "print" taken from each scene or act if the work is a photoplay, or at least two "prints" taken from different sections of the film if not a photoplay. These "prints" may be frames or blow-ups of a film, or, if on videotape, snapshots from a studio monitor; (2) separate title and description (synopsis, press book, continuity, etc.); (3) an application on Form L–M; and (4) a fee of $6.

*Procedure to Follow if Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published work must contain a copyright notice in the required form and position.

### Published motion pictures

*What Is "Publication"?* Publication, generally, means the sale, placing on sale, or public distribution of copies. In the case of a motion picture, it may also include distribution to film exchanges, film distributors, exhibitors, or broadcasters under a lease or similar arrangement.

*How to Secure Copyright in a Published Motion Picture:*
1. *Produce copies with the copyright notice.*
2. *Publish the work.*
3. *Register the copyright claim* by sending to the Copyright Office: (1) two complete copies of the "best" edition of the motion picture; (2) a separate description (synopsis, press book, continuity, etc.); (3) an application on Form L–M; and (4) a fee of $6. The best edition of a motion picture is generally the most widely distributed gauge, in color if available. Videotape: In addition to *two* copies of the videotape the Copyright Office requires a set of photographic reproductions from the tape including: (a) the title; (b) the copyright notice; (c) production, performance, and creativity credits; and (d) two scenes from different sections of the work.

*The Copyright Notice.* In order to secure copyright in a published work, it is essential that the statutory copyright notice should appear on all copies at time of first publication. This notice should consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. Example: © John Doe 1974. The copyright notice should be embodied in the motion picture, preferably in or near the title frames, and should be clearly seen when projected or broadcast. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: If copies are published without the required notice, the right to secure copyright is permanently lost and cannot be restored.

*Return of Deposit Copies.* The deposit copies (i.e., films or videotapes) of published motion pictures are subject to retention by the Library of Congress. However, it may be possible to enter into a contract with the Librarian for the return of the copies under certain conditions, and contract forms may be obtained from the Exchange and Gift Division, Library of Congress, Washington, D.C. 20540.

| FOR COPYRIGHT OFFICE USE ONLY | | |
|---|---|---|
| Application received<br>FEB 21 1975 | Prints received | One copy received |
| Two copies received **Copy 15 MAY 1975**<br>**Copy AUG - 1 1975** | | |
| Title and description received<br>FEB 21 1975 | | |
| Fee received | | |

U.S. GOVERNMENT PRINTING OFFICE: 1974—O—535-570        May 1974—50,000        *Page 4*

PL0002092

# CERTIFICATE OF REGISTRATION



**UNITED STATES COPYRIGHT OFFICE**
**★ THE LIBRARY OF CONGRESS ★**

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America



**FORM RE**
**or Renewal of a Work**
UNITED STATES COPYRIGHT OFFICE

**RE 769-428**

EFFECTIVE DATE OF RENEWAL REGISTRATION

DEC 2 3 1997

| Month | Day | Year |
|-------|-----|------|

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (RE/CON).**

## 1 RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM ▼ (See Instructions)

**1**
Name PARAMOUNT PICTURES CORPORATION
Address 5555 MELROSE AVENUE, LOS ANGELES, CA 90038-3197
Claiming as PROPRIETOR OF COPYRIGHT IN A WORK-MADE-FOR-HIRE
(Use appropriate statement from instructions)

**2**
Name
Address
Claiming as

**3**
Name
Address
Claiming as

## TITLE OF WORK IN WHICH RENEWAL IS CLAIMED ▼

THE LIGHTS OF ZETAR
(EPISODE #073 OF "STAR TREK", THE ORIGINAL TELEVISION SERIES)

## RENEWABLE MATTER ▼

MOTION PICTURE PHOTOPLAY

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or other composite work, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼

## 3 AUTHOR(S) OF RENEWABLE MATTER ▼

PARAMOUNT PICTURES CORPORATIONand NORWAY CORPORATION

## 4

**ORIGINAL REGISTRATION NUMBER ▼**
LP 44730

**ORIGINAL COPYRIGHT CLAIMANT ▼**
PARAMOUNT PICTURES CORPORATIONand NORWAY CORPORATION

**ORIGINAL DATE OF COPYRIGHT**

If the original registration for this work was made in published form, give:
DATE OF PUBLICATION
(Month) (Day) (Year)
1-17-69

**OR**

If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION
(Month) (Day) (Year)

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-8) on the reverse side of this page
• See detailed instructions. • Sign the form at space 7.

DO NOT WRITE HERE
Page 1 of      pages

RENEWAL APPLICATION RECEIVED

FORM RE

DEC 23 1997

CORRESPONDENCE ( ) YES

EXAMINED BY

CHECKED BY

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (RE/CON).**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5**

**1**
Title of Contribution: ..........

Title of Periodical: ..........  Vol: ........  No: ........  Issue Date: ..........

Date of Publication: ..........
(Month)   (Day)   (Year)   Registration Number: ..........

**2**
Title of Contribution: ..........

Title of Periodical: ..........  Vol: ........  No: ........  Issue Date: ..........

Date of Publication: ..........
(Month)   (Day)   (Year)   Registration Number: ..........

**3**
Title of Contribution: ..........

Title of Periodical: ..........  Vol: ........  No: ........  Issue Date: ..........

Date of Publication: ..........
(Month)   (Day)   (Year)   Registration Number: ..........

**4**
Title of Contribution: ..........

Title of Periodical: ..........  Vol: ........  No: ........  Issue Date: ..........

Date of Publication: ..........
(Month)   (Day)   (Year)   Registration Number: ..........

**DEPOSIT ACCOUNT:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of account.

Name   PARAMOUNT PICTURES CORPORATION

Account Number   DA 030201

**CORRESPONDENCE:** Give name and address to which correspondence about this application should be sent.

Name   PARAMOUNT PICTURES CORPORATION

Address   5555 MELROSE AVE, LUB. 413

LOS ANGELES   CA   90038   (Apt)
(City)   (State)   (ZIP)

Area Code and Telephone Number ▶   (213) 956-5404

Be sure to give your daytime phone number

**6**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant  ☒ duly authorized agent of   PARAMOUNT PICTURES CORPORATION.
(Name of renewal claimant) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼   Date ▼

SCOTT M. MARTIN, VICE PRESIDENT   12-16-97

☛ Handwritten signature (X) ▼

**7**

**MAIL CERTIFI-CATE TO**

Name ▼
PARAMOUNT PICTURES CORPORATION

Number/Street/Apt ▼
5555 MELROSE AVENUE, LUBITSCH 413

Certificate will be mailed in window envelope

City/State/ZIP ▼
LOS ANGELES, CA  90038-3197
ATTN: SALLIE SELTZER

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 7
**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C.  20559

The Copyright Office has the authority to adjust fees at 5 year intervals based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

**8**

*17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

Page 3

# Certificate
## Registration of a Claim to Copyright
### in a motion picture

FOR L-M

REGISTRATION NO.

LP 44372

DO NOT WRITE HERE

CLASSES

L-M

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Barbara Ringer*

Register of Copyrights
United States of America



NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name __PARAMOUNT PICTURES CORPORATION__

Address __5451 Marathon Street, Hollywood, California 90038__

Name __NORWAY CORPORATION c/o Leonard Maizlish, Esq.__

Address __9255 Sunset Blvd., Suite 616, Los Angeles, California 90069__

**2. (a) Title:** __"THE SAVAGE CURTAIN"__
(Title of this particular motion picture as it appears on the copies)

**(b) Series Title:** __STAR TREK__
(Series title, if work is part of a series with a continuing title.)

**3. (a) Nature of Work:**

☒ Class L—Photoplay      ☐ Class M—Motion picture other than a photoplay

**(b) Running Time or Footage:** __60 Minutes__

**4. Author:**

Name __PARAMOUNT PICTURES CORPORATION and__    Citizenship __U.S.A.__
__NORWAY CORPORATION__                                          (Name of country)

Domiciled in U.S.A. Yes __X__ No ____ Address __5451 Marathon Street, Hollywood, Ca. 90038__

**5. (a) Date of Publication:**

__2__        __21__        __69__
(Month)    (Day)      (Year)

**(b) Place of Publication:**

__U.S.A.__
(Name of country)

**6. Previous Registration or Publication:**

Was work previously registered? Yes _____ No _____ Date of registration _____ Registration number _____
Was work previously published? Yes _____ No _____ Date of publication _____ Registration number _____
Is there any substantial **NEW MATTER** in this version? Yes _____ No ___ If your answer is "Yes," give a brief general statement of the nature of the **NEW MATTER** in this version:

EXAMINER

*Complete all applicable spaces on next page.*

**7. Deposit account:**

----FULTON--BRYLAWSKI-------

**8. Send correspondence to:**

Name FULTON BRYLAWSKI        Address 224 East Capitol Street
                                     Washington, D.C. 20003

**9. Send certificate to:**

(Type or print name and address)

> Name PARAMOUNT PICTURES CORPORATION
> c/o Legal Department
>
> Address 5451 Marathon Street
> (Number and street)
>
> Hollywood,    California    90038
> (City)        (State)       (ZIP code)

## Information concerning copyright in motion pictures

*When to Use Form L–M.* Form L–M is appropriate for unpublished and published motion pictures which are complete and ready for projection or broadcast.

*What Is a "Motion Picture"?* The copyright law provides for two classes of motion pictures.

—*Photoplays* (Class L) include motion pictures that are dramatic in character and tell a connected story, such as feature films, filmed television plays, and animated cartoons.

—*Motion Pictures Other Than Photoplays* (Class M) include such films as documentaries, newsreels, travelogues, promotional films, and filmed television programs having no plot.

*Unpublished Scenarios.* The Copyright Office *cannot* make registration for an unpublished scenario, synopsis, format, or general description of a motion picture.

*No "Blanket" Copyright.* The general idea, outline, or title of a motion picture or of a filmed series cannot be copyrighted. Registration for a motion picture covers the copyrightable material in the film, but does not give any sort of "blanket" protection to the characters or situations portrayed, to future films in the series, or to the series as a whole.

*Duration of Copyright.* Statutory copyright begins on the date the work was first published, or, if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case, copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished motion pictures

*How to Register a Claim.* To obtain copyright registration mail the following material to the Register of Copyrights, Library of Congress, Washington, D.C. 20559: (1) one "print" taken from each scene or act if the work is a photoplay, or at least two "prints" taken from different sections of the film if not a photoplay. These "prints" may be frames or blow-ups of a film, or, if on videotape, snapshots from a studio monitor; (2) separate title and description (synopsis, press book, continuity,

etc.); (3) an application on Form L–M; and (4) a fee of $6.

*Procedure to Follow if Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published work must contain a copyright notice in the required form and position.

### Published motion pictures

*What Is "Publication"?* Publication, generally, means the sale, placing on sale, or public distribution of copies. In the case of a motion picture, it may also include distribution to film exchanges, film distributors, exhibitors, or broadcasters under a lease or similar arrangement.

*How to Secure Copyright in a Published Motion Picture:*

1. *Produce copies with the copyright notice.*
2. *Publish the work.*
3. *Register the copyright claim* by sending to the Copyright Office: (1) two complete copies of the "best" edition of the motion picture; (2) a separate description (synopsis, press book, continuity, etc.); (3) an application on Form L–M; and (4) a fee of $6. The best edition of a motion picture is generally the most widely distributed gauge, in color if available. Videotape: In addition to *two* copies of the videotape the Copyright Office requires a set of photographic reproductions from the tape including: (a) the title; (b) the copyright notice; (c) production, performance, and creativity credits; and (d) two scenes from different sections of the motion picture.

*The Copyright Notice.* In order to secure copyright in a published work, it is essential that the statutory copyright notice

should appear on all copies at time of first publication. This notice should consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. Example: © John Doe 1974. The copyright notice should be embodied in the motion picture, preferably in or near the title frames, and should be clearly seen when projected or broadcast. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: If copies are published without the required notice, the right to secure copyright is permanently lost and cannot be restored.

*Return of Deposit Copies.* The deposit copies (i.e., films or videotapes) of published motion pictures are subject to retention by the Library of Congress. However, it may be possible to enter into a contract with the Librarian for the return of the copies under certain conditions, and contract forms may be obtained on request. Information regarding the contract may be obtained from the Exchange and Gift Division, Library of Congress, Washington, D.C. 20540.

| FOR COPYRIGHT OFFICE USE ONLY | | |
|---|---|---|
| Application received FEB. 21 1975 | Prints received | One copy received |
| Two copies received 1 5 MAY 1975 | | |
| Title and description received FEB. 21 1975 | | |
| Fee received | | |

PL0002078

# CERTIFICATE OF REGISTRATION




**FORM RE**
for Renewal of a Work
UNITED STATES COPYRIGHT OFFICE

**RE 769-425**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**OFFICIAL SEAL**

**EFFECTIVE DATE OF RENEWAL REGISTRATION**

**DEC 2 3 1997**

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (RE/CON).**

**1**    RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM ▼    (See Instructions)

**1**
Name PARAMOUNT PICTURES CORPORATION
Address 5555 MELROSE AVENUE, LOS ANGELES, CA  90038-3197
Claiming as PROPRIETOR OF COPYRIGHT IN A WORK-MADE-FOR-HIRE
(Use appropriate statement from instructions)

**2**
Name
Address
Claiming as

**3**
Name
Address
Claiming as

---

**2**    TITLE OF WORK IN WHICH RENEWAL IS CLAIMED ▼

THE SAVAGE CURTAIN
(EPISODE #077 OF "STAR TREK", THE ORIGINAL TELEVISION SERIES)

**RENEWABLE MATTER ▼**

MOTION PICTURE PHOTOPLAY

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or other composite work, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:  Volume ▼      Number ▼      Issue Date ▼

---

**3**    AUTHOR(S) OF RENEWABLE MATTER ▼

PARAMOUNT PICTURES CORPORATIONand NORWAY CORPORATION

---

**4**    ORIGINAL REGISTRATION NUMBER ▼      ORIGINAL COPYRIGHT CLAIMANT ▼

LP 44372      PARAMOUNT PICTURES CORPORATIONand NORWAY CORPORATION

**ORIGINAL DATE OF COPYRIGHT**

If the original registration for this work was made in published form, give:

DATE OF PUBLICATION    2-21-69

    (Month)      (Day)      (Year)

**OR**    If the original registration for this work was made in unpublished form, give:

DATE OF REGISTRATION

    (Month)      (Day)      (Year)

---

**MORE ON BACK ▶**    • Complete all applicable spaces (numbers 5-8) on the reverse side of this page.    • See detailed instructions    • Sign the form at space 7.

DO NOT WRITE HERE
Page 1 of    pages

RENEWAL APPLICATION RECEIVED

DEC 23 1997

FORM RE

| | |
|---|---|
| CORRESPONDENCE ☐ YES | FOR COPYRIGHT OFFICE USE ONLY |
| EXAMINED BY | |
| CHECKED BY *M3* | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (RE/CON).**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a simple registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5**

**1**
Title of Contribution: ..............................................................
Title of Periodical: .................................... Vol: ...... No: ...... Issue Date: ...........
Date of Publication: .................................... Registration Number: ....................
(Month)     (Day)     (Year)

**2**
Title of Contribution: ..............................................................
Title of Periodical: .................................... Vol: ...... No: ...... Issue Date: ...........
Date of Publication: .................................... Registration Number: ....................
(Month)     (Day)     (Year)

**3**
Title of Contribution: ..............................................................
Title of Periodical: .................................... Vol: ...... No: ...... Issue Date: ...........
Date of Publication: .................................... Registration Number: ....................
(Month)     (Day)     (Year)

**4**
Title of Contribution: ..............................................................
Title of Periodical: .................................... Vol: ...... No: ...... Issue Date: ...........
Date of Publication: .................................... Registration Number: ....................
(Month)     (Day)     (Year)

**DEPOSIT ACCOUNT:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of account.

Name ___ PARAMOUNT PICTURES CORPORATION

Account Number          DA 030201

**CORRESPONDENCE:** Give name and address to which correspondence about this application should be sent.

Name          PARAMOUNT PICTURES CORPORATION

Address   5555 MELROSE AVE, LUB. 413

LOS ANGELES              CA              90038
(City)                    (State)         (Apt) (ZIP)

Area Code and Telephone Number ▶   (213) 956-5404

Be sure to give your daytime phone number ◀

**6**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant  ☒ duly authorized agent of          PARAMOUNT PICTURES CORPORATION.
                                                          (Name of renewal claimant) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼               SCOTT M. MARTIN, VICE PRESIDENT               Date ▼      12-16-97

☞   Handwritten signature (X)▼ *[signature]*

**7**

**MAIL CERTIFICATE TO**

Name ▼          PARAMOUNT PICTURES CORPORATION

Number/Street/Apt ▼
5555 MELROSE AVENUE, LUBITSCH 413

**Certificate will be mailed in window envelope**

City/State/Zip ▼
LOS ANGELES, CA  90038-3197
ATTN: SALLIE SELTZER

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 7
**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C.  20559

The Copyright Office has the authority to adjust fees at 5 year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

**8**

**\*17 U.S.C. § 506(e)**  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

**CERTIFICATE OF REGISTRATION**



UNITED STATES COPYRIGHT OFFICE ★ THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM PA**
UNITED STATES COPYRIGHT OFFICE



REGISTRATION NUMBER

PA 573 177

| PA | PAU |

EFFECTIVE DATE OF REGISTRATION

| 7 | 13 | 92 |
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼
UNIFICATION I
(Episode #208 of the TV Series STAR TREK - THE NEXT GENERATION)

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE PHOTOPLAY

**2**

**a** NAME OF AUTHOR ▼
PARAMOUNT PICTURES CORPORATION

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes" see detailed instructions

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ENTIRE WORK - SEE SPACE 6

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
This information must be given in all cases.
1991 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ NOVEMBER  Day ▶    Year ▶ 1991  Nation ▶ U.S.A.

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA  90038-3197

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUL 13 1992
ONE DEPOSIT RECEIVED
JUL 13 1992
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

*05157992*

EXAMINED BY ☐  
CHECKED BY

**FORM PA**

PA 573 177

☐ CORRESPONDENCE  
Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**   Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
**a. Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

Some previously registered musical compositions incorporated in this work.

See instructions before completing this space

**b. Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Dramatic, musical and literary material and other works of authorship incorporated in the motion picture, other than the material set forth in 6a above, have been added to this work.

**6**

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                          **Account Number** ▼

PARAMOUNT PICTURES CORPORATION                    DA 030201

**7**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA   90038-3197
ATTN:   GISELE M. SOLOMON

Be sure to give your daytime phone ◄ number

Area Code & Telephone Number ▶          (213)  956-5404

**CERTIFICATION***   I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   Paramount Pictures Corporation
                            Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Paul D. Springer, Senior Vice President          date ▶   May 19, 1992

Handwritten signature (X) ▼

**9**

**MAIL CERTIFI-CATE TO**

**Name** ▼
Gisele M. Solomon,
c/o PARAMOUNT PICTURES CORPORATION

Number/Street/Apartment Number ▼
5555 MELROSE AVENUE (LUBITSCH #413)

City/State/ZIP ▼
LOS ANGELES, CALIFORNIA   90038-3197

**Certificate will be mailed in window envelope**

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Non-refundable $10 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

PL0002617

# CERTIFICATE OF REGISTRATION



**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL



**PA 714-470**

EFFECTIVE DATE OF REGISTRATION

**Dec 23, 1993**
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

THE EMISSARY, PART I

Episode #401 of the television series "STAR TREK - DEEP SPACE NINE"

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

TELEVISION MOTION PICTURE
(Part I of 2-hour Premiere)

## 2

**NAME OF AUTHOR ▼**

a  PARAMOUNT PICTURES CORPORATION

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

ENTIRE WORK - SEE SPACE 6

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee

**NAME OF AUTHOR ▼**

b

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

c

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1993 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month ▶ JANUARY Day ▶ 03 Year ▶ 1993
ONLY if this work has been published.    U.S.A. ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA  90038-3197

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
Dec 23, 1993
ONE DEPOSIT RECEIVED
Dec 23, 1993
TWO DEPOSITS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

REMITTANCE NUMBER AND DATE

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions
• Sign the form at line 8

DO NOT WRITE HERE

PL0003538

EXAMINED BY

CHECKED BY

FORM PA

| ☒ | CORRESPONDENCE | | FOR COPYRIGHT OFFICE USE ONLY |
| | Yes | | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼           **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation
**a.  Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

Based upon the television series' STAR TREK and STAR TREK — THE NEXT
GENERATION and Previously registered musical compositions incorporated
in this work.

**b.  Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Dramatic, musical and literary material and other works of authorship
incorporated in the motion picture, other than the material set forth
in 6a above, have been added to this work.

See instructions before completing this space

**6**

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
**Name** ▼                                                    **Account Number** ▼

PARAMOUNT PICTURES CORPORATION                    DA 030201

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.   Name/Address Apt City State Zip ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA   90038-3197
ATTN:  GISELE M. SOLOMON

Be sure to give your daytime phone ◄ number

Area Code & Telephone Number ▶          (213) 956-5404

**7**

**CERTIFICATION**  I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of ___Paramount Pictures Corporation___
                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Milinda McNeely,  Senior Vice-President                  date ▶ December 2, 1993

Handwritten signature (X) ▼

_Milinda McNeely_

| MAIL CERTIFI- CATE TO | Name ▼  Gisele M. Solomon, c/o PARAMOUNT PICTURES CORPORATION | **9** |
| Certificate will be mailed in window envelope | Number Street Apartment Number ▼  5555 MELROSE AVENUE (LUBITSCH #413) | |
| | City State ZIP ▼  LOS ANGELES, CALIFORNIA   90038-3197 | |

• YOU MUST
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Non-refundable $10 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, DC 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

November 1989—200,000

U.S. GOVERNMENT PRINTING OFFICE 1989: 262-308/9

PL0003539

# CERTIFICATE OF REGISTRATION



**FORM PA**
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTRATION NUMBER

**PA 714-471**



*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION

Dec 23, 1994

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1
**TITLE OF THIS WORK ▼**

THE EMISSARY, PART II
Episode #402 of the television series "STAR TREK - DEEP SPACE NINE"

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

TELEVISION MOTION PICTURE
(Part II of 2-hour premiere)

## 2
**NAME OF AUTHOR ▼**

PARAMOUNT PICTURES CORPORATION

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

ENTIRE WORK - SEE SPACE 6

**NOTE**
Under the law...

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

## 3
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.

1993 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ JANUARY   Day ▶ 03   Year ▶ 1993
U.S.A. ◀ Nation

## 4
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA 90038-3197

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
DEC 23 1993
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions     • Sign the form at line 8

DO NOT WRITE HERE

EXAMINED BY _____ FORM PA

CHECKED BY _____

☒ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give  **Previous Registration Number** ▼     **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

Based upon the television series' STAR TREK and STAR TREK - THE NEXT
GENERATION and Previously registered musical compositions incorporated
in this work.

b.  **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Dramatic, musical and literary material and other works of authorship
incorporated in the motion picture, other than the material set forth
in 6a above, have been added to this work.

See instructions
before completing
this space

**6**

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                                    Account Number ▼

PARAMOUNT PICTURES CORPORATION                    DA 030201

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA  90038-3197
ATTN:  GISELE M. SOLOMON

Be sure to
give your
daytime phone
number

Area Code & Telephone Number ▶  (213) 956-5404

**7**

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Paramount Pictures Corporation
                         Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Milinda McNeely,  Senior Vice-President                      date ▶ December 2, 1993

Handwritten signature (X) ▼ _____

**8**

**MAIL
CERTIFI-
CATE TO**

Certificate
will be
mailed in
window
envelope

Name ▼
Gisele M. Solomon,
c/o PARAMOUNT PICTURES CORPORATION
Number/Street/Apartment Number ▼
5555 MELROSE AVENUE (LUBITSCH #413)
City/State/ZIP ▼
LOS ANGELES, CALIFORNIA  90038-3197

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Non-refundable $10 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington DC 20559

**9**

\* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

November 1989—200,000                                        U.S. GOVERNMENT PRINTING OFFICE: 1989—262-308/9

PL0003541

# CERTIFICATE OF REGISTRATION

FORM PA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 714-472**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION

Dec 23, 1993

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

**A MAN ALONE**

Episode #403 of the television series "STAR TREK - DEEP SPACE NINE"

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

TELEVISION MOTION PICTURE

## 2

**NAME OF AUTHOR ▼**

**PARAMOUNT PICTURES CORPORATION**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

**NOTE**

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

ENTIRE WORK - SEE SPACE 6

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
**1993** ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month ▶ JANUARY  Day ▶ 17  Year ▶ 1993
ONLY if this work has been published.  U.S.A.  ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA  90038-3197

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
DEC 23 1993
ONE DEPOSIT RECEIVED
DEC 23 1993
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE

FORM PA

EXAMINED

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**   Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes   ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation

a.  **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

**Based upon the television series' STAR TREK and STAR TREK - THE NEXT GENERATION and Previously registered musical compositions incorporated in this work.**

b.  **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**Dramatic, musical and literary material and other works of authorship incorporated in the motion picture, other than the material set forth in 6a above, have been added to this work.**

See instructions
before completing
this space

**6**

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼                                                          Account Number ▼

**PARAMOUNT PICTURES CORPORATION**                        **DA 030201**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address Apt City State Zip ▼

**PARAMOUNT PICTURES CORPORATION**
**5555 MELROSE AVENUE**
**LOS ANGELES, CALIFORNIA   90038-3197**
**ATTN:  GISELE M. SOLOMON**

Area Code & Telephone Number ▶          **(213) 956-5404**

Be sure to
give your
daytime phone
◀ number

**7**

**CERTIFICATION*   I, the undersigned, hereby certify that I am the**

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of   **Paramount Pictures Corporation**
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

**Milinda McNeely,  Senior Vice-President**                  date ▶  **December 2, 1993**

Ⓧ Handwritten signature (X) ▼

*Milinda McNeely*

**MAIL
CERTIFI-
CATE TO**

Name ▼
**Gisele M. Solomon,
c/o PARAMOUNT PICTURES CORPORATION**

Number Street Apartment Number ▼
**5555 MELROSE AVENUE (LUBITSCH #413)**

City State Zip ▼
**LOS ANGELES, CALIFORNIA   90038-3197**

Certificate
will be
mailed in
window
envelope

**YOU MUST**
● Complete all necessary spaces
● Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Non-refundable $10 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

* 17 U.S.C. § 506(e)   Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

November 1989—200,000                                          U.S. GOVERNMENT PRINTING OFFICE: 1989-262-308/8

PL0003543

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.



**REGISTER OF COPYRIGHTS**
*United States of America*



**PA 714-473**

EFFECTIVE DATE OF REGISTRATION

Dec 23, 1994
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1
**TITLE OF THIS WORK ▼**

PAST PROLOGUE
Episode #404 of the television series "STAR TREK - DEEP SPACE NINE"
**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

TELEVISION MOTION PICTURE

## 2
**NAME OF AUTHOR ▼**

PARAMOUNT PICTURES CORPORATION

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

ENTIRE WORK - SEE SPACE 6

**NOTE**
Under the law, the "author" of a "work made for hire"...

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

## 3
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1993 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ JANUARY   Day ▶ 10   Year ▶ 1993
U.S.A.   ◀ Nation

## 4
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA  90038-3197

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
DEC 23 1993
**ONE DEPOSIT RECEIVED**
DEC 23 1993
**TWO DEPOSITS RECEIVED**

**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE

EXAMINED BY

CHECKED BY

☑ CORRESPONDENCE
   Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

Based upon the television series' STAR TREK and STAR TREK — THE NEXT
GENERATION and Previously registered musical compositions incorporated
in this work.

b.  **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Dramatic, musical and literary material and other works of authorship
incorporated in the motion picture, other than the material set forth
in 6a above, have been added to this work.

See instructions
before completing
this space

**6**

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
**Name** ▼                                              **Account Number** ▼

PARAMOUNT PICTURES CORPORATION                    DA 030201

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA  90038-3197
ATTN:  GISELE M. SOLOMON

Area Code & Telephone Number ▶          (213) 956-5404

Be sure to
give your
daytime phone
number

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ___ Paramount Pictures Corporation
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Milinda McNeely, Senior Vice-President                    date ▶ December 2, 1993

Handwritten signature (X) ▼

**9**

**MAIL
CERTIFI-
CATE TO**

Certificate
will be
mailed in
window
envelope

Name ▼
Gisele M. Solomon,
c/o PARAMOUNT PICTURES CORPORATION
Number/Street/Apartment Number ▼
5555 MELROSE AVENUE (LUBITSCH #413)
City/State/ZIP ▼
LOS ANGELES, CALIFORNIA  90038-3197

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Non-refundable $10 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, DC 20559

\* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

November 1989—200,000                                              U.S. GOVERNMENT PRINTING OFFICE: 1989  262-308-9

PL0003545

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 714-474**

EFFECTIVE DATE OF REGISTRATION

Dec 23, 1994

Month      Day      Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** **TITLE OF THIS WORK ▼**

BABEL

Episode #405 of the television series "STAR TREK - DEEP SPACE NINE"
**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

TELEVISION MOTION PICTURE

**2** **NAME OF AUTHOR ▼**

PARAMOUNT PICTURES CORPORATION

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NOTE**
Under the law

ENTIRE WORK - SEE SPACE 6

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**3** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1993 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ JANUARY  Day ▶ 24  Year ▶ 1993
U.S.A. ◀ Nation

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA  90038-3197

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space

APPLICATION RECEIVED
DEC 23 1993
ONE DEPOSIT RECEIVED
DEC 23 1993
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

**DO NOT WRITE HERE**

PL0003546

FORM PA

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Based upon the television series' STAR TREK and STAR TREK - THE NEXT GENERATION and Previously registered musical compositions incorporated in this work.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Dramatic, musical and literary material and other works of authorship incorporated in the motion picture, other than the material set forth in 6a above, have been added to this work.

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                                            Account Number ▼

PARAMOUNT PICTURES CORPORATION                    DA 030201

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA  90038-3197
ATTN:  GISELE M. SOLOMON

Area Code & Telephone Number ▶     (213) 956-5404

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of   Paramount Pictures Corporation
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Milinda McNeely, Senior Vice-President                      date ▶ December 2, 1993

Handwritten signature (X) ▼

Milinda McNeely

**9**

MAIL
CERTIFI-
CATE TO

Name ▼
Gisele M. Solomon,
c/o PARAMOUNT PICTURES CORPORATION

Number/Street/Apartment Number ▼
5555 MELROSE AVENUE (LUBITSCH #413)

City/State/ZIP ▼
LOS ANGELES, CALIFORNIA  90038-3197

Certificate
will be
mailed in
window
envelope

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Non-refundable $10 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, DC 20559

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

November 1989—200,000                                         ☆ U.S. GOVERNMENT PRINTING OFFICE: 1989—262-290/14

PL0003547

# CERTIFICATE OF REGISTRATION



**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

**PA 714-475**



PAU

EFFECTIVE DATE OF REGISTRATION

Dec 23, 1994

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

CAPTIVE PURSUIT
Episode #406 of the television series "STAR TREK - DEEP SPACE NINE"

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

TELEVISION MOTION PICTURE

## 2

**NAME OF AUTHOR ▼**

PARAMOUNT PICTURES CORPORATION

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

If the answer to any of these questions is 'Yes,' see detailed instructions

**NOTE**

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

ENTIRE WORK - SEE SPACE 6

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1993 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ JANUARY  Day ▶ 31  Year ▶ 1993
U.S.A. ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA  90038-3197

**APPLICATION RECEIVED**
DEC 23 1993

**ONE DEPOSIT RECEIVED**
DEC 23 1993

**TWO DEPOSITS RECEIVED**

**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE
OFFICE USE ONLY

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE

05923 7532

FORM PA

CHECKED BY

☒ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation

a.  **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

Based upon the television series' STAR TREK and STAR TREK – THE NEXT
GENERATION and Previously registered musical compositions incorporated
in this work.

b.  **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Dramatic, musical and literary material and other works of authorship
incorporated in the motion picture, other than the material set forth
in 6a above, have been added to this work.

See instructions
before completing
this space

**6**

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                                    Account Number ▼

PARAMOUNT PICTURES CORPORATION                    DA 030201

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA  90038-3197
ATTN:  GISELE M. SOLOMON

Area Code & telephone number ▶        **(213) 956-5404**

Be sure to
give your
daytime phone
◀ number

**7**

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of  **Paramount Pictures Corporation**
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Milinda McNeely,  Senior Vice-President                    date ▶  December 2, 1993

Handwritten signature (X) ▼

~~Milinda McNeely~~

**MAIL
CERTIFI-
CATE TO**

Name ▼
Gisele M. Solomon,
c/o PARAMOUNT PICTURES CORPORATION

Number/Street/Apartment Number ▼
5555 MELROSE AVENUE (LUBITSCH #413)

City/State/ZIP ▼
LOS ANGELES, CALIFORNIA  90038-3197

**Certificate
will be
mailed in
window
envelope**

**YOU MUST:**
• Complete all necessary spaces
• Sign your application at space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Non-refundable $10 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, DC 20559

**9**

\* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

PL0003549

# CERTIFICATE OF REGISTRATION



**FORM PA**
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

REGISTRATION NUMBER

**PA 714-476**



PAU

EFFECTIVE DATE OF REGISTRATION

Dec 23, 1993
Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Q-LESS

Episode #407 of the television series "STAR TREK - DEEP SPACE NINE"

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

TELEVISION MOTION PICTURE

## 2

**NAME OF AUTHOR ▼**

PARAMOUNT PICTURES CORPORATION

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
ENTIRE WORK - SEE SPACE 6

**NOTE**
Under the law, the author of a "work made for hire" is...

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1993 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ FEBRUARY   Day ▶ 7   Year ▶ 1993
U.S.A.

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA 90038-3197

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
DEC 23 1993
ONE DEPOSIT RECEIVED
DEC 23 1993
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

See instructions before completing this space.

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions
• Sign the form at line 8

**DO NOT WRITE HERE**

FORM PA

EXAMINED BY

CHECKED BY

☒ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation

a.  **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

Based upon the television series' STAR TREK and STAR TREK - THE NEXT
GENERATION and Previously registered musical compositions incorporated
in this work.

b.  **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Dramatic, musical and literary material and other works of authorship
incorporated in the motion picture, other than the material set forth
in 6a above, have been added to this work.

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                                              **Account Number** ▼

PARAMOUNT PICTURES CORPORATION          DA 030201

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA   90038-3197
ATTN:  GISELE M. SOLOMON

Area Code & Telephone Number ▶          **(213) 956-5404**

**7**

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of  Paramount Pictures Corporation
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼  If this application gives a date of publication in space 3, do not sign and submit it before that date.

Milinda McNeely,  Senior Vice-President                    date ▶  December 2, 1993

Handwritten signature (X) ▼

_Milinda McNeely_

**MAIL
CERTIFI-
CATE TO**

**Name** ▼
Gisele M. Solomon,
c/o PARAMOUNT PICTURES CORPORATION

Number/Street/Apartment Number ▼
5555 MELROSE AVENUE (LUBITSCH #413)

City/State/ZIP ▼
LOS ANGELES, CALIFORNIA   90038-3197

Certificate
will be
mailed in
window
envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Non-refundable $10 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, DC 20559

**9**

\* 17 U.S.C. § 506(e):  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

November 1989—200,000

PL0003551

# CERTIFICATE OF REGISTRATION





**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 714-477**

AU

EFFECTIVE DATE OF REGISTRATION

Dec 23, 199_

Month · Day · Year

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼

DAX

Episode #408 of the television series "STAR TREK - DEEP SPACE NINE"

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

TELEVISION MOTION PICTURE

---

**2** NAME OF AUTHOR ▼

**PARAMOUNT PICTURES CORPORATION**

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of ▶ __U.S.A.__
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼

ENTIRE WORK - SEE SPACE 6

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼

---

**3** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
__1993__ ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ FEBRUARY  Day ▶ 14  Year ▶ 1993
U.S.A. ◀ Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA  90038-3197

APPLICATION RECEIVED
DEC 23 1993
ONE DEPOSIT RECEIVED
DEC 23 1993
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions • Sign the form at line 8

DO NOT WRITE HERE

FORM PA

CHECKED BY _____

☑ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼         **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Based upon the television series' STAR TREK and STAR TREK - THE NEXT
GENERATION and Previously registered musical compositions incorporated
in this work.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Dramatic, musical and literary material and other works of authorship
incorporated in the motion picture, other than the material set forth
in 6a above, have been added to this work.

See instructions
before completing
this space

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                                      Account Number ▼

PARAMOUNT PICTURES CORPORATION                          DA 030201

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA   90038-3197
ATTN:   GISELE M. SOLOMON

Be sure to
give your
daytime phone
◄ number

Area Code & Telephone Number ▶         (213)  956-5404

**7**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of _____ Paramount Pictures Corporation
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Milinda McNeely,  Senior Vice-President                    date ▶  December 2, 1993

Handwritten signature (X) ▼

*Milinda McNeely*

**MAIL
CERTIFI-
CATE TO**

Certificate
will be
mailed in
window
envelope

Name ▼
Gisele M. Solomon,
c/o PARAMOUNT PICTURES CORPORATION
Number/Street/Apartment Number ▼
5555 MELROSE AVENUE (LUBITSCH #413)
City/State/ZIP ▼
LOS ANGELES, CALIFORNIA   90038-3197

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Non-refundable $10 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

\* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

November 1989—200,000                                   U.S. GOVERNMENT PRINTING OFFICE: 1989-262-308/8

PL0003553

Case 2:15-cv-09938-RGK-E   Document 72-50   Filed 11/16/16   Page 106 of 151   Page ID #:1739



# CERTIFICATE OF REGISTRATION

**FORM PA**

UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

REGISTRATION NUMBER

**PA 714-478**

AU



EFFECTIVE DATE OF REGISTRATION

Dec 23, 1993

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

THE PASSENGER
Episode #409 of the television series "STAR TREK - DEEP SPACE NINE"

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

TELEVISION MOTION PICTURE

**2**

**NAME OF AUTHOR ▼**

PARAMOUNT PICTURES CORPORATION

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

ENTIRE WORK - SEE SPACE 6

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1993 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ FEBRUARY   Day ▶ 21   Year ▶ 1993
Nation ▶ U.S.A.

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA  90038-3197

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
DEC 23 1993
ONE DEPOSIT RECEIVED
DEC 23 1993
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

**DO NOT WRITE HERE OFFICE USE ONLY**

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE

PL0003554

EXAMINED

CHECKED BY

**FORM PA**

CORRESPONDENCE
☒ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** EVIOUS REGISTRATION   Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
Yes ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**6** DERIVATIVE WORK OR COMPILATION   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation
**a.** **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

Based upon the television series' STAR TREK and STAR TREK – THE NEXT GENERATION and Previously registered musical compositions incorporated in this work.

See instructions before completing this space

**b.** **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

Dramatic, musical and literary material and other works of authorship incorporated in the motion picture, other than the material set forth in 6a above, have been added to this work.

**7** DEPOSIT ACCOUNT   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
**Name** ▼                                                          **Account Number** ▼

PARAMOUNT PICTURES CORPORATION                    DA 030201

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA   90038-3197
ATTN:   GISELE M. SOLOMON

Be sure to give your daytime phone number

Area Code & Telephone Number ▶          (213) 956-5404

**8** CERTIFICATION*   I, the undersigned, hereby certify that I am the
Check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   Paramount Pictures Corporation
                          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼   If this application gives a date of publication in space 3, do not sign and submit it before that date.
Milinda McNeely,   Senior Vice-President                    date ▶   December 2, 1993

Handwritten signature (X) ▼

**9** MAIL CERTIFICATE TO

**Name** ▼
Gisele M. Solomon,
c/o PARAMOUNT PICTURES CORPORATION

**Number/Street/Apartment Number** ▼
5555 MELROSE AVENUE (LUBITSCH #413)

**City/State/ZIP** ▼
LOS ANGELES, CALIFORNIA   90038-3197

Certificate will be mailed in window envelope

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Non-refundable $10 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

November 1989—200,000

U.S. GOVERNMENT PRINTING OFFICE: 1989- 262-308/4

PL0003555

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER



**PA 714-479**



EFFECTIVE DATE OF REGISTRATION

Dec 23, 1993

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

MOVE ALONG HOME

Episode #410 of the television series "STAR TREK - DEEP SPACE NINE"

**PREVIOUS OR ALTERNATIVE TITLES ▼**

SORE LOSERS

**NATURE OF THIS WORK ▼** See instructions

TELEVISION MOTION PICTURE

## 2

**NAME OF AUTHOR ▼**

PARAMOUNT PICTURES CORPORATION

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

ENTIRE WORK - SEE SPACE 6

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

**NOTE**
Under the law
the

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1993 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ MARCH Day ▶ 14 Year ▶ 1993
U.S.A.

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA 90038-3197

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

See instructions before completing this space

**APPLICATION RECEIVED**
DEC 23 1993
**ONE DEPOSIT RECEIVED**
DEC 23 1993
**TWO DEPOSITS RECEIVED**

**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE OFFICE USE ONLY

05923 7576

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page • See detailed instructions • Sign the form at line 8

DO NOT WRITE HERE

EXAMINED BY                                    FORM PA

CHECKED BY

☑ CORRESPONDENCE                               FOR
  Yes                                          COPYRIGHT
                                               OFFICE
                                               USE
                                               ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Based upon the television series' STAR TREK and STAR TREK - THE NEXT
GENERATION and Previously registered musical compositions incorporated
in this work.

See instructions
before completing
this space

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Dramatic, musical and literary material and other works of authorship
incorporated in the motion picture, other than the material set forth
in 6a above, have been added to this work.

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

**Name** ▼                                    **Account Number** ▼

PARAMOUNT PICTURES CORPORATION              DA 030201

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA  90038-3197
ATTN:  GISELE M. SOLOMON

Be sure to
give your
daytime phone
◄ number

Area Code & Telephone Number ▶        (213) 956-5404

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of  Paramount Pictures Corporation
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Milinda McNeely,  Senior Vice-President          date ▶ December 2, 1993

Handwritten signature (X) ▼

_Milinda McNeely_

**MAIL
CERTIFI-
CATE TO**

Name ▼
Gisele M. Solomon,
c/o PARAMOUNT PICTURES CORPORATION

Number Street Apartment Number ▼
5555 MELROSE AVENUE (LUBITSCH #413)

City State ZIP ▼
LOS ANGELES, CALIFORNIA  90038-3197

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Non-refundable $10 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, DC 20559

**9**

\* 17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

November 1989—200,000                          U.S. GOVERNMENT PRINTING OFFICE: 1989-282-308/8

PL0003557

# CERTIFICATE OF REGISTRATION



**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

**PA 714-480**

AU

EFFECTIVE DATE OF REGISTRATION

Dec 23, 1994

Month        Day        Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**

THE NAGUS
Episode #411 of the television series "STAR TREK - DEEP SPACE NINE"

**PREVIOUS OR ALTERNATIVE TITLES ▼**

FRIENDS AND FOES

**NATURE OF THIS WORK ▼** See instructions

TELEVISION MOTION PICTURE

## 2

**NAME OF AUTHOR ▼**

PARAMOUNT PICTURES CORPORATION

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No    If the answer to either of these questions is
Pseudonymous? ☐ Yes ☒ No    "Yes," see detailed instructions.

**NOTE**
Under the law, the author of a "work made...

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

ENTIRE WORK - SEE SPACE 6

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No    If the answer to either of these questions is
Pseudonymous? ☐ Yes ☐ No    "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No    If the answer to either of these questions is
Pseudonymous? ☐ Yes ☐ No    "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1993 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ MARCH    Day ▶ 21    Year ▶ 1993
Nation ▶ U.S.A.

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA 90038-3197

**APPLICATION RECEIVED**
DEC 23 1993
**ONE DEPOSIT RECEIVED**
DEC 23 1993
**TWO DEPOSITS RECEIVED**

**REMITTANCE NUMBER AND DATE**

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE

FORM PA

CHECKED BY

CORRESPONDENCE
☑ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Based upon the television series' STAR TREK and STAR TREK - THE NEXT
GENERATION and Previously registered musical compositions incorporated
in this work.

See instructions before completing this space

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Dramatic, musical and literary material and other works of authorship
incorporated in the motion picture, other than the material set forth
in 6a above, have been added to this work.

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

**Name ▼**                    **Account Number ▼**

PARAMOUNT PICTURES CORPORATION              DA 030201

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   **Name/Address Apt City State Zip ▼**

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA  90038-3197
ATTN:  GISELE M. SOLOMON

Be sure to give your daytime phone number

**Area Code & Telephone Number ▶**     **(213) 956-5404**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of  Paramount Pictures Corporation
              Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Milinda McNeely,  Senior Vice-President          **date ▶** December 2, 1993

Handwritten signature (X) ▼

*Milinda McNeely*

**MAIL
CERTIFI-
CATE TO**

**Name ▼**

Gisele M. Solomon,
c/o PARAMOUNT PICTURES CORPORATION

**Number Street Apartment Number ▼**

5555 MELROSE AVENUE (LUBITSCH #413)

**City State ZIP ▼**

LOS ANGELES, CALIFORNIA  90038-3197

Certificate
will be
mailed in
window
envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Non-refundable $10 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

\* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application, shall be fined not more than $2,500.

November 1989—200,000

PL0003559

# CERTIFICATE OF REGISTRATION



**FORM PA**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.



*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**UNITED STATES COPYRIGHT OFFICE**

REGISTRATION NUMBER

**PA 714-481**

EFFECTIVE DATE OF REGISTRATION

Dec 23, 1993

Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1  TITLE OF THIS WORK ▼

THE VORTEX

Episode #412 of the television series "STAR TREK - DEEP SPACE NINE"

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

TELEVISION MOTION PICTURE

## 2

**NAME OF AUTHOR ▼**

PARAMOUNT PICTURES CORPORATION

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ ___ U.S.A. ___
Domiciled in ▶ ___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

ENTIRE WORK - SEE SPACE 6

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the em...

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of country
OR { Citizen of ▶ ___
Domiciled in ▶ ___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ ___
Domiciled in ▶ ___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.

1993 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ APRIL   Day ▶ 18   Year ▶ 1993
U.S.A.   ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA   90038-3197

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
DEC 23 1993
ONE DEPOSIT RECEIVED
DEC 23 1993
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**DO NOT WRITE HERE OFFICE USE ONLY**

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page

DO NOT WRITE HERE

EXAMINED BY

CHECKED BY

☒ CORRESPONDENCE
Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**Based upon the television series' STAR TREK and STAR TREK - THE NEXT GENERATION and Previously registered musical compositions incorporated in this work.**

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**Dramatic, musical and literary material and other works of authorship incorporated in the motion picture, other than the material set forth in 6a above, have been added to this work.**

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼          Account Number ▼

PARAMOUNT PICTURES CORPORATION          DA 030201

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address Apt City State Zip ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA 90038-3197
ATTN: GISELE M. SOLOMON

Area Code & Telephone Number ▶   **(213) 956-5404**

**7**

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of___**Paramount Pictures Corporation**___
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Milinda McNeely, Senior Vice-President          date ▶ December 3, 1993

Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

Name ▼
**Gisele M. Solomon,
c/o PARAMOUNT PICTURES CORPORATION**

Number Street Apartment Number ▼
**5555 MELROSE AVENUE (LUBITSCH #413)**

City State ZIP ▼
**LOS ANGELES, CALIFORNIA 90038-3197**

**Certificate
will be
mailed in
window
envelope**

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Non-refundable $10 filing fee
in check or money order
payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington DC 20559

**9**

* 17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2,500

PL0003561

# CERTIFICATE OF REGISTRATION

Case 2:15-cv-09938-RGK-E Document 72-50 Filed 11/16/16 Page 15 of Page ID #:1747

**FORM PA**

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 714-482**

PA

EFFECTIVE DATE OF REGISTRATION

Dec 23, 1993

Month    Day    Year

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

BATTLE LINES

Episode #413 of the television series "STAR TREK - DEEP SPACE NINE"

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

TELEVISION MOTION PICTURE

## 2

**NAME OF AUTHOR ▼**

PARAMOUNT PICTURES CORPORATION

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**
Under the law, the author of a

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

ENTIRE WORK - SEE SPACE 6

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1993 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ APRIL    Day ▶ 25    Year ▶ 1993
U.S.A. ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA 90038-3197

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
DEC 23 1993
ONE DEPOSIT RECEIVED
DEC 23 1993
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions

DO NOT WRITE HERE

EXAMINED BY ___DW/JC___

CHECKED BY

☒ CORRESPONDENCE Yes

FORM PA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give **Previous Registration Number** ▼   **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation
a.  **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

Based upon the television series' STAR TREK and STAR TREK – THE NEXT GENERATION and Previously registered musical compositions incorporated in this work.

b.  **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Dramatic, musical and literary material and other works of authorship incorporated in the motion picture, other than the material set forth in 6a above, have been added to this work.

See instructions before completing this space

**6**

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
**Name** ▼                                           **Account Number** ▼

PARAMOUNT PICTURES CORPORATION                     DA 030201

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address Apt City State Zip ▼
PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA  90038-3197
ATTN:  GISELE M. SOLOMON

Area Code & Telephone Number ▶   (213) 956-5404

Be sure to give your daytime phone number

**7**

**CERTIFICATION***  I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Paramount Pictures Corporation
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Milinda McNeely,  Senior Vice-President                     date ▶  December 2, 1993

Handwritten signature (X) ▼
_Milinda McNeely_

**MAIL CERTIFICATE TO**

Certificate will be mailed in window envelope

Name ▼
Gisele M. Solomon,
c/o PARAMOUNT PICTURES CORPORATION
Number Street Apartment Number ▼
5555 MELROSE AVENUE (LUBITSCH #413)
City State ZIP ▼
LOS ANGELES, CALIFORNIA  90038-3197

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Non-refundable $10 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington DC 20559

**9**

* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

PL0003563

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**PA 714-483**



EFFECTIVE DATE OF REGISTRATION

Dec 23, 1793

| Month | Day | Year |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**

THE STORYTELLER
Episode #414 of the television series "STAR TREK - DEEP SPACE NINE"

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

TELEVISION MOTION PICTURE

**2**

**NAME OF AUTHOR ▼**

PARAMOUNT PICTURES CORPORATION

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the author of a "work made for hire" is...

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

ENTIRE WORK - SEE SPACE 6

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1993 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ MAY   Day ▶ 2   Year ▶ 1993
Nation ▶ U.S.A.

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA  90038-3197

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
DEC 23 1993
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

See instructions before completing this space.

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions     • Sign the form at line 8

DO NOT WRITE HERE

PL0003564

FORM PA

CHECKED BY _____

☒ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼           **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Based upon the television series' STAR TREK and STAR TREK - THE NEXT GENERATION and Previously registered musical compositions incorporated in this work.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Dramatic, musical and literary material and other works of authorship incorporated in the motion picture, other than the material set forth in 6a above, have been added to this work.

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
**Name** ▼                                                     **Account Number** ▼

PARAMOUNT PICTURES CORPORATION                    DA 030201

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA   90038-3197
ATTN:  GISELE M. SOLOMON
                  Area Code & Telephone Number ▶        (213)  956-5404

**7**

Be sure to give your daytime phone ◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   Paramount Pictures Corporation
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Milinda McNeely,  Senior Vice-President              date ▶ December 3, 1993

✎ Handwritten signature (X) ▼
_Milinda McNeely signature_

**MAIL CERTIFI-CATE TO**

Name ▼
Gisele M. Solomon,
c/o PARAMOUNT PICTURES CORPORATION
Number/Street/Apartment Number ▼
5555 MELROSE AVENUE (LUBITSCH #413)
City/State/ZIP ▼
LOS ANGELES, CALIFORNIA   90038-3197

**Certificate will be mailed in window envelope**

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Non-refundable $10 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF REGISTRATION



**FORM PA**

UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL



REGISTRATION NUMBER

**PA 714-484**

EFFECTIVE DATE OF REGISTRATION

Dec 23, 1993

Month | Day | Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

PROGRESS
Episode #415 of the television series "STAR TREK - DEEP SPACE NINE"

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

TELEVISION MOTION PICTURE

## 2

**NAME OF AUTHOR ▼**

PARAMOUNT PICTURES CORPORATION

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**NOTE**

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶ U.S.A.
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

ENTIRE WORK - SEE SPACE 6

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

and death blank

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1993 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ MAY   Day ▶ 9   Year ▶ 1993
U.S.A. ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA 90038-3197

See instructions before completing this space

**APPLICATION RECEIVED**
DEC 23 1993
**ONE DEPOSIT RECEIVED**
DEC 23 1993
**TWO DEPOSITS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

**REMITTANCE NUMBER AND DATE**

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions • Sign the form at line 8

DO NOT WRITE HERE

FORM PA

EXAMINED BY

CHECKED BY

☑ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation

a.  **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Based upon the television series' STAR TREK and STAR TREK - THE NEXT
GENERATION and Previously registered musical compositions incorporated
in this work.

b.  **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Dramatic, musical and literary material and other works of authorship
incorporated in the motion picture, other than the material set forth
in 6a above, have been added to this work.

See instructions
before completing
this space

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                              Account Number ▼

PARAMOUNT PICTURES CORPORATION                  DA 030201

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA   90038-3197
ATTN:  GISELE M. SOLOMON

Area Code & Telephone Number ▶          (213) 956-5404

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of   Paramount Pictures Corporation
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Milinda McNeely,   Senior Vice-President          date ▶ December 2, 1993

Handwritten signature (X) ▼

Milinda McNeely

**MAIL
CERTIFI-
CATE TO**

Name ▼

Gisele M. Solomon,
c/o PARAMOUNT PICTURES CORPORATION

Number/Street/Apartment Number ▼

5555 MELROSE AVENUE (LUBITSCH #413)

City/State/ZIP ▼

LOS ANGELES, CALIFORNIA   90038-3197

**Certificate
will be
mailed in
window
envelope**

• YOU MUST
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE

1. Application form
2. Non-refundable $10 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

PL0003567

# CERTIFICATE OF REGISTRATION

**FORM PA**



UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

REGISTRATION NUMBER

**PA 714-485**

PA

EFFECTIVE DATE OF REGISTRATION

Dec 23, 199[3]

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

IF WISHES WERE HORSES
Episode #416 of the television series "STAR TREK - DEEP SPACE NINE"

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

TELEVISION MOTION PICTURE

## 2

**NAME OF AUTHOR ▼**

PARAMOUNT PICTURES CORPORATION

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

ENTIRE WORK - SEE SPACE 6

**NOTE**
Under the law, the author of a "work made for hire" is generally...

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1993 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ MAY   Day ▶ 16   Year ▶ 1993
Nation ▶ U.S.A.

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA   90038-3197

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

**APPLICATION RECEIVED**
DEC 23 1993
**ONE DEPOSIT RECEIVED**
DEC 23 1993
**TWO DEPOSITS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

**REMITTANCE NUMBER AND DATE**

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

EXAMINED BY _____ DX73C                     FORM PA

CHECKED BY _____

☒ CORRESPONDENCE                              FOR
Yes                                          COPYRIGHT
                                             OFFICE
                                             USE
                                             ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼      Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation
**a.**  **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

**Based upon the television series' STAR TREK and STAR TREK - THE NEXT GENERATION and Previously registered musical compositions incorporated in this work.**

**b.**  **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**Dramatic, musical and literary material and other works of authorship incorporated in the motion picture, other than the material set forth in 6a above, have been added to this work.**

See instructions
before completing
this space

**6**

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                       Account Number ▼

PARAMOUNT PICTURES CORPORATION               DA 030201

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA  90038-3197
ATTN:  GISELE M. SOLOMON

Area Code & Telephone Number ▶        **(213) 956-5404**

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION**  I, the undersigned, hereby certify that I am the
Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of  **Paramount Pictures Corporation**
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Milinda McNeely,  Senior Vice-President              date ▶  December 2, 1993

Handwritten signature (X) ▼

_[signature]_

MAIL
CERTIFI-
CATE TO

Name ▼
Gisele M. Solomon,
c/o PARAMOUNT PICTURES CORPORATION

Certificate
will be
mailed in
window
envelope

Number/Street/Apartment Number ▼
5555 MELROSE AVENUE (LUBITSCH #413)

City/State/Zip ▼
LOS ANGELES, CALIFORNIA  90038-3197

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Non-refundable $10 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington DC 20559

**9**

* 17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in
connection with the application shall be fined not more than $2 500

PL0003569



# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 714-486**

EFFECTIVE DATE OF REGISTRATION

Dec 23, 1993
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

THE FORSAKEN
Episode #417 of the television series "STAR TREK – DEEP SPACE NINE"

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

TELEVISION MOTION PICTURE

## 2

**NAME OF AUTHOR ▼**

**PARAMOUNT PICTURES CORPORATION**

**DATES OF BIRTH AND DEATH**
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the author of a "work made for hire" is generally...

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

ENTIRE WORK – SEE SPACE 6

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1993 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ MAY  Day ▶ 22  Year ▶ 1993
U.S.A.

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA 90038-3197

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space

APPLICATION RECEIVED
DEC 23 1993
ONE DEPOSIT RECEIVED
DEC 23 1993
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions

DO NOT WRITE HERE

PL0003570

FORM PA

CHECKED BY

| ☒ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼           **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation
a.  **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

Based upon the television series' STAR TREK and STAR TREK - THE NEXT GENERATION and Previously registered musical compositions incorporated in this work.

b.  **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Dramatic, musical and literary material and other works of authorship incorporated in the motion picture, other than the material set forth in 6a above, have been added to this work.

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                                    **Account Number** ▼

PARAMOUNT PICTURES CORPORATION                    DA 030201

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA  90038-3197
ATTN:  GISELE M. SOLOMON

Area Code & Telephone Number ▶      (213) 956-5404

Be sure to give your daytime phone ◀ number

**CERTIFICATION***  I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Paramount Pictures Corporation
       Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Milinda McNeely,  Senior Vice-President                    date ▶ December 2, 1993

Handwritten signature (X) ▼
_Milinda McNeely_

| MAIL CERTIFI-CATE TO | Name ▼  Gisele M. Solomon, c/o PARAMOUNT PICTURES CORPORATION |
| Certificate will be mailed in window envelope | Number/Street/Apartment Number ▼  5555 MELROSE AVENUE (LUBITSCH #413) |
| | City/State/ZIP ▼  LOS ANGELES, CALIFORNIA  90038-3197 |

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Non-refundable $10 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington DC 20559

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*



**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 714-487**

EFFECTIVE DATE OF REGISTRATION

Dec 23 1993

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

DRAMATIS PERSONAE
Episode #418 of the television series "STAR TREK - DEEP SPACE NINE"

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

TELEVISION MOTION PICTURE

**2**

**NAME OF AUTHOR ▼**

PARAMOUNT PICTURES CORPORATION

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the author of a "work made...

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

ENTIRE WORK - SEE SPACE 6

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1993 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ MAY   Day ▶ 30   Year ▶ 1993
U.S.A.

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA  90038-3197

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

See instructions before completing this space

**APPLICATION RECEIVED**
DEC 23 1993
**ONE DEPOSIT RECEIVED**
DEC 23 1993
**TWO DEPOSITS RECEIVED**

**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK** ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions

DO NOT WRITE HERE

FORM PA

EXAMINED BY _SBCJC_

CHECKED BY

☒ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation
**a.  Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

Based upon the television series' STAR TREK and STAR TREK — THE NEXT
GENERATION and Previously registered musical compositions incorporated
in this work.

See instructions
before completing
this space

**b.  Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Dramatic, musical and literary material and other works of authorship
incorporated in the motion picture, other than the material set forth
in 6a above, have been added to this work.

**6**

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                          **Account Number** ▼

PARAMOUNT PICTURES CORPORATION                    DA 030201

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA  90038-3197
ATTN:  GISELE M. SOLOMON
Area Code & Telephone Number ►          (213)  956-5404

Be sure to
give your
daytime phone
◄ number

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  **Paramount Pictures Corporation**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Milinda McNeely,  Senior Vice-President                    date ►  December 2, 1993

Handwritten signature (X) ▼
_Milinda McNeely_

**MAIL
CERTIFI-
CATE TO**

Name ▼
Gisele M. Solomon,
c/o PARAMOUNT PICTURES CORPORATION
Number/Street/Apartment Number ▼
5555 MELROSE AVENUE (LUBITSCH #413)
City/State/ZIP ▼
LOS ANGELES, CALIFORNIA  90038-3197

**Certificate
will be
mailed in
window
envelope**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Non-refundable $10 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

PL0003573

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER



**PA 714-488**

PA                    PAU

EFFECTIVE DATE OF REGISTRATION

Dec 23, 1993

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼

DUET

Episode #419 of the television series "STAR TREK - DEEP SPACE NINE"

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

TELEVISION MOTION PICTURE

---

**2** NAME OF AUTHOR ▼

**PARAMOUNT PICTURES CORPORATION**

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**
Under the law, the "author" of a "work made for hire" is generally

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed ▼

**ENTIRE WORK - SEE SPACE 6**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed ▼

---

**3** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
**1993** ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ JUNE  Day ▶ 13  Year ▶ 1993
U.S.A.  ◀ Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA  90038-3197

See instructions before completing this space

APPLICATION RECEIVED
DEC 23 1993
ONE DEPOSIT RECEIVED
DEC 23 1993
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions

DO NOT WRITE HERE

EXAMINED

CHECKED BY

FORM PA

☒ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Based upon the television series' STAR TREK and STAR TREK - THE NEXT
GENERATION and Previously registered musical compositions incorporated
in this work.

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

Dramatic, musical and literary material and other works of authorship
incorporated in the motion picture, other than the material set forth
in 6a above, have been added to this work.

See instructions
before completing
this space

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                                  Account Number ▼

PARAMOUNT PICTURES CORPORATION                        DA 030201

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA  90038-3197
ATTN:  GISELE M. SOLOMON

Be sure to
give your
daytime phone
◄ number

Area Code & Telephone Number ▶          (213) 956-5404

**7**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of   Paramount Pictures Corporation
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Milinda McNeely,  Senior Vice-President                date ▶ December 2, 1993

Handwritten signature (X) ▼

**8**

MAIL
CERTIFI-
CATE TO

Name ▼
Gisele M. Solomon,
c/o PARAMOUNT PICTURES CORPORATION

Number/Street/Apartment Number ▼
5555 MELROSE AVENUE (LUBITSCH #413)

City/State/ZIP ▼
LOS ANGELES, CALIFORNIA  90038-3197

Certificate
will be
mailed in
window
envelope

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Non-refundable $10 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, DC 20559

**9**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

November 1989—200,000

U.S. GOVERNMENT PRINTING OFFICE: 1989—262-209 8

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

## FORM PA

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 714-489**

PAU

EFFECTIVE DATE OF REGISTRATION

Dec 23, 1993

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

IN THE HANDS OF THE PROPHETS
Episode #420 of the television series "STAR TREK - DEEP SPACE NINE"

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

TELEVISION MOTION PICTURE

**2**

**NAME OF AUTHOR ▼**

PARAMOUNT PICTURES CORPORATION

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

ENTIRE WORK - SEE SPACE 6

**NOTE**

Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1993 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ JUNE   Day ▶ 20   Year ▶ 1993
Nation ▶ U.S.A.

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA  90038-3197

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
DEC 23 1993
ONE DEPOSIT RECEIVED
DEC 23 1993
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

05923678

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

EXAMINED ☑

CHECKED BY

☒ CORRESPONDENCE
Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give: **Previous Registration Number** ▼                **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

Based upon the television series' STAR TREK and STAR TREK - THE NEXT
GENERATION and Previously registered musical compositions incorporated
in this work.
b.  **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Dramatic, musical and literary material and other works of authorship
incorporated in the motion picture, other than the material set forth
in 6a above, have been added to this work.

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
**Name** ▼                                                                                                        Account Number ▼

PARAMOUNT PICTURES CORPORATION                                DA 030201

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt City State Zip ▼
PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA  90038-3197
ATTN:  GISELE M. SOLOMON

Be sure to
give your
daytime phone
◀ number

Area Code & Telephone Number ▶                              (213) 956-5404

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  **Paramount Pictures Corporation**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Milinda McNeely,  Senior Vice-President                          date ▶ December 2, 1993

Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

Certificate
will be
mailed in
window
envelope

**Name** ▼
Gisele M. Solomon,
c/o PARAMOUNT PICTURES CORPORATION
Number/Street/Apartment Number ▼
5555 MELROSE AVENUE (LUBITSCH #413)
City/State/ZIP ▼
LOS ANGELES, CALIFORNIA  90038-3197

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Non-refundable $10 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

November 1989—200,000                                                          U.S. GOVERNMENT PRINTING OFFICE. 1989. 262-208-8

PL0003577

# CERTIFICATE OF REGISTRATION



**FORM PA**
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

REGISTRATION NUMBER

**PA 750-989**

(PA)          PAU

EFFECTIVE DATE OF REGISTRATION

**MAR 30 1995**

Month      Day      Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
TITLE OF THIS WORK ▼

THE HOMECOMING

PREVIOUS OR ALTERNATIVE TITLES ▼

Episode #421 of STAR TREK:  DEEP SPACE NINE television series

NATURE OF THIS WORK ▼ See instructions

TELEVISION MOTION PICTURE PHOTOPLAY

**2**
NAME OF AUTHOR ▼

PARAMOUNT PICTURES CORPORATION

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

**NOTE**
Under the law

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
     Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is Yes, see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼

ENTIRE WORK - SEE SPACE 6

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is Yes, see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is Yes, see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼

**3**
YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
1993  ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month SEPTEMBER   Day 26   Year 1993   ◀ Nation

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA  90038-3197

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAR 30 1995
ONE DEPOSIT RECEIVED
MAR 30 1995
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions  • Sign the form at line 8

DO NOT WRITE HERE

\* Amended by CO correction telephone conversation of 7/26/9 with Gisele M. Solomon.

EXAMINED BY TSJ℧

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM PA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼     **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Based upon the television series, STAR TREK, and previously registered musical compositions are incorporated in this work.

See instructions before completing this space

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Dramatic, musical and literary material and other works of authorship incorporated in the motion picture, other than the material set forth in 6a above, have been added to this work.

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                                          **Account Number** ▼

PARAMOUNT PICTURES CORPORATION                    DA 030201

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA 90038-3197
ATTN: GISELE M. SOLOMON

Area Code & Telephone Number ▶         (213) 956-5404

Be sure to give your daytime phone ◀ number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
**Check only one** ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ___Paramount Pictures Corporation___
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Milinda McNeely, Senior Vice-President          date ▶ February 27, 1995

Handwritten signature (X) ▼
Milinda McNeely

**MAIL CERTIFI-CATE TO**

**Name** ▼
Gisele M. Solomon,
c/o PARAMOUNT PICTURES CORPORATION

**Certificate will be mailed in window envelope**

Number/Street/Apartment Number ▼
5555 MELROSE AVENUE (LUBITSCH #413)

City/State/ZIP ▼
LOS ANGELES, CALIFORNIA 90038-3197

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Non-refundable $10 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, DC 20559

**9**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF REGISTRATION



**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 750-988**



PA          PAU

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION

**MAR 30 1995**
Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

THE CIRCLE

**PREVIOUS OR ALTERNATIVE TITLES ▼**

Episode #422 of STAR TREK:  DEEP SPACE NINE television series

**NATURE OF THIS WORK ▼** See instructions

TELEVISION MOTION PICTURE PHOTOPLAY

## 2

**NAME OF AUTHOR ▼**

PARAMOUNT PICTURES CORPORATION

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
     Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is Yes, see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

ENTIRE WORK - SEE SPACE 6

**NOTE**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is Yes, see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is Yes, see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.

1993 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.

Month ▶ OCTOBER   Day ▶ 3   Year ▶ 1993   ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA  90038-3197

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

See instructions before completing this space

APPLICATION RECEIVED
MAR 30 1995
ONE DEPOSIT RECEIVED
MAR 30 1995
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE

072490415

Case 2:15-cv-09938-RGK-E Document 72-50 Filed 11/16/16 Page 133 of 151 Page ID #:1766

* Amended by CO authority telephone
conversation of 7/26/95 with
Gisele M. Solomon.

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Based upon the television series, STAR TREK, and previously registered musical
compositions are incorporated in this work.

See instructions
before completing
this space

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Dramatic, musical and literary material and other works of authorship
incorporated in the motion picture, other than the material set forth
in 6a above, have been added to this work.

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**                                                                      **Account Number ▼**

PARAMOUNT PICTURES CORPORATION                           DA 030201

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA 90038-3197
ATTN:  GISELE M. SOLOMON

Be sure to
give your
daytime phone
◄ number

Area Code & Telephone Number ▶          (213) 956-5404

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of___Paramount Pictures Corporation___
        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Milinda McNeely, Senior Vice-President                    date▶ February 27, 1995

Handwritten signature (X) ▼

*Milinda McNeely*

**MAIL
CERTIFI-
CATE TO**

Certificate
will be
mailed in
window
envelope

Name ▼
        Gisele M. Solomon,
        c/o PARAMOUNT PICTURES CORPORATION

Number Street Apartment Number ▼
        5555 MELROSE AVENUE (LUBITSCH #413)

City State ZIP ▼
        LOS ANGELES, CALIFORNIA  90038-3197

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Non-refundable $10 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, DC 20559

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

November 1989—300,000

PL0003271

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 750-987**

PAU

EFFECTIVE DATE OF REGISTRATION

**MAR 30 1995**

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

THE SIEGE

**PREVIOUS OR ALTERNATIVE TITLES ▼**

Episode #423 of STAR TREK:  DEEP SPACE NINE television series

**NATURE OF THIS WORK ▼** See instructions

TELEVISION MOTION PICTURE PHOTOPLAY

## 2

**NAME OF AUTHOR ▼**

a  PARAMOUNT PICTURES CORPORATION

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ENTIRE WORK - SEE SPACE 6

**NAME OF AUTHOR ▼**

b

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

c

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

and death blank

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

a **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1993 ◀ Year

b **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ OCTOBER   Day ▶ 10   Year ▶ 1993   ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA  90038-3197

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
MAR 30 1995
**ONE DEPOSIT RECEIVED**
MAR 30 1995
**TWO DEPOSITS RECEIVED**

**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions

**DO NOT WRITE HERE**

* Amended by CO authority telephone conversation of 7/26/95 with Gisele M. Solomon.

EXAMINED BY [signature]

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM PA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Based upon the television series, STAR TREK, and previously registered musical compositions are incorporated in this work.

See instructions before completing this space

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Dramatic, musical and literary material and other works of authorship incorporated in the motion picture, other than the material set forth in 6a above, have been added to this work.

**6**

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                  Account Number ▼

PARAMOUNT PICTURES CORPORATION                          DA 030201

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA  90038-3197
ATTN:  GISELE M. SOLOMON

Area Code & Telephone Number ▶          (213) 956-5404

Be sure to give your daytime phone ◀ number

**7**

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Paramount Pictures Corporation
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Milinda McNeely, Senior Vice-President                    date February 27, 1995

Handwritten signature (X) ▼
[signature]

**MAIL CERTIFICATE TO**

Name ▼
Gisele M. Solomon,
c/o PARAMOUNT PICTURES CORPORATION

Number/Street/Apartment Number ▼
5555 MELROSE AVENUE (LUBITSCH #413)

City/State/ZIP ▼
LOS ANGELES, CALIFORNIA  90038-3197

Certificate will be mailed in window envelope

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Non-refundable $10 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, DC 20559

**9**

\* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

PL0003273

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

**ORM PA**
UNITED STATES COPYRIGHT OFFICE

PA 750-986

PA      PAU

EFFECTIVE DATE OF REGISTRATION

**MAR 30 1995**

Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1
**TITLE OF THIS WORK ▼**

INVASIVE PROCEDURES

**PREVIOUS OR ALTERNATIVE TITLES ▼**

Episode #424 of STAR TREK: DEEP SPACE NINE television series

**NATURE OF THIS WORK ▼** See instructions

TELEVISION MOTION PICTURE PHOTOPLAY

## 2

**NAME OF AUTHOR ▼**

a PARAMOUNT PICTURES CORPORATION

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is Yes, see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ENTIRE WORK - SEE SPACE 6

**NAME OF AUTHOR ▼**

b

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is Yes, see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

c

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is Yes, see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NOTE**
Under the law, the author of a "work made for hire" is generally...

## 3

a **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1993

b **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month OCTOBER Day 17 Year 1993
Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA 90038-3197

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space

APPLICATION RECEIVED
MAR 30 1995
ONE DEPOSIT RECEIVED
MAR 30 1995
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions • Sign the form at line 8

DO NOT WRITE HERE

* Amended by author: Re: Telephone conversation of 7/26/9\_ with Gisele M. Solomon.

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

FORM PA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published ed tion of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**6** **DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

Based upon the television series, STAR TREK, and previously registered musical compositions are incorporated in this work.

See instructions before completing this space

b.  **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

Dramatic, musical and literary material and other works of authorship incorporated in the motion picture, other than the material set forth in 6a above, have been added to this work.

**7** **DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                        **Account Number** ▼

PARAMOUNT PICTURES CORPORATION                DA 030201

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA  90038-3197
ATTN:  GISELE M. SOLOMON

Be sure to give your daytime phone number

Area Code & Telephone Number ▶       (213) 956-5404

**8** **CERTIFICATION***  I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Paramount Pictures Corporation
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Milinda McNeely, Senior Vice-President                    date▶ February 27, 1995

Handwritten signature (X) ▼

Milinda M. McNeely

**9** **MAIL CERTIFICATE TO**

Name ▼
Gisele M. Solomon,
c/o PARAMOUNT PICTURES CORPORATION

Number Street Apartment Number ▼
5555 MELROSE AVENUE (LUBITSCH #413)

City State ZIP ▼
LOS ANGELES, CALIFORNIA  90038-3197

Certificate will be mailed in window envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Non-refundable $10 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, DC 20559

* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF REGISTRATION



**UNITED STATES COPYRIGHT OFFICE**

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 750-985**

PA                    PAU

EFFECTIVE DATE OF REGISTRATION

**MAR 3 0 1995**
Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

CARDASSIANS

**PREVIOUS OR ALTERNATIVE TITLES ▼**

Episode #425 of STAR TREK:  DEEP SPACE NINE television series

**NATURE OF THIS WORK ▼** See instructions

TELEVISION MOTION PICTURE PHOTOPLAY

## 2

**NAME OF AUTHOR ▼**

PARAMOUNT PICTURES CORPORATION

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is Yes, see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
ENTIRE WORK - SEE SPACE 6

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is Yes, see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is Yes, see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
**1993** ◄ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ OCTOBER  Day ▶ 24  Year ▶ 1993  ◄ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA  90038-3197

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAR 30.1995
ONE DEPOSIT RECEIVED
MAR 30.1995
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions • Sign the form at line 8

DO NOT WRITE HERE

* Amended by CO author/ telephone conversation of 7/26/95 with Gisele M. Solomon.

| EXAMINED BY | | FORM PA |
| CHECKED BY | | |

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼    **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

Based upon the television series, STAR TREK, and previously registered musical compositions are incorporated in this work.

See instructions before completing this space

b.  **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Dramatic, musical and literary material and other works of authorship incorporated in the motion picture, other than the material set forth in 6a above, have been added to this work.

**6**

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼    **Account Number** ▼

PARAMOUNT PICTURES CORPORATION    DA 030201

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA  90038-3197
ATTN:  GISELE M. SOLOMON

Area Code & Telephone Number ▶    (213) 956-5404

Be sure to give your daytime phone ◀ number

**7**

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of ___Paramount Pictures Corporation___
Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Milinda McNeely, Senior Vice-President    date February 27, 1995

✎ **Handwritten signature (X)** ▼

_Milinda McNeely_

**MAIL CERTIFI-CATE TO**

**Name** ▼
Gisele M. Solomon,
c/o PARAMOUNT PICTURES CORPORATION

Number Street Apartment Number ▼
5555 MELROSE AVENUE (LUBITSCH #413)

City State ZIP ▼
LOS ANGELES, CALIFORNIA  90038-3197

Certificate will be mailed in window envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Non-refundable $10 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, DC 20559

**9**

\* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

PL0003277

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE

**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 750-984**

PA                    PAU

EFFECTIVE DATE OF REGISTRATION

**MAR 3 0 1995**

Month        Day        Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**

MELORA

**PREVIOUS OR ALTERNATIVE TITLES ▼**

Episode #426 of STAR TREK:  DEEP SPACE NINE television series

**NATURE OF THIS WORK ▼** See instructions

TELEVISION MOTION PICTURE PHOTOPLAY

**2**

**NOTE**

**NAME OF AUTHOR ▼**

PARAMOUNT PICTURES CORPORATION

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is Yes see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
ENTIRE WORK - SEE SPACE 6

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is Yes see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is Yes see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**3**

**a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1993 ◀ Year

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ OCTOBER  Day ▶ 31  Year ▶ 1993     ◀ Nation

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA  90038-3197

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
MAR 30 1995
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions  • Sign the form at line 8

DO NOT WRITE HERE

* Amended by CO authority telephone conversation of 7/26/95 with Gisele M. Solomon.

EXAMINED BY   T S J C

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM PA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**
**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**6**
**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

Based upon the television series, STAR TREK, and previously registered musical compositions are incorporated in this work.

See instructions before completing this space

b. **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Dramatic, musical and literary material and other works of authorship incorporated in the motion picture, other than the material set forth in 6a above, have been added to this work.

**7**
**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                                      **Account Number** ▼

PARAMOUNT PICTURES CORPORATION                    DA 030201

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA  90038-3197
ATTN:  GISELE M. SOLOMON

Be sure to give your daytime phone number

Area Code & Telephone Number ▶        (213) 956-5404

**8**
**CERTIFICATION***  I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Paramount Pictures Corporation
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Milinda McNeely, Senior Vice-President                    date ▶ February 27, 1995

Handwritten signature (X) ▼

**9**
MAIL CERTIFI-CATE TO

Name ▼
Gisele M. Solomon,
c/o PARAMOUNT PICTURES CORPORATION

Number Street Apartment Number ▼
5555 MELROSE AVENUE (LUBITSCH #413)

City State Zip ▼
LOS ANGELES, CALIFORNIA  90038-3197

Certificate will be mailed in window envelope

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Non-refundable $10 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, DC 20559

* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

November 1990—200,000                                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1990—262-309/8

**CERTIFICATE OF REGISTRATION**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**OFFICIAL SEAL**



**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 750 – 983**

PA            PAU

EFFECTIVE DATE OF REGISTRATION

**MAR 3 0 1995**
Month      Day      Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

RULES OF ACQUISITION

**PREVIOUS OR ALTERNATIVE TITLES ▼**

Episode #427 of STAR TREK:  DEEP SPACE NINE television series

**NATURE OF THIS WORK ▼** See instructions

TELEVISION MOTION PICTURE PHOTOPLAY

**2**

**NAME OF AUTHOR ▼**

PARAMOUNT PICTURES CORPORATION

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶ U.S.A. }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?   ☐ Yes  ☒ No

If the answer to either of these questions is Yes, see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
ENTIRE WORK – SEE SPACE 6

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No

If the answer to either of these questions is Yes, see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No

If the answer to either of these questions is Yes, see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given In all cases.
1993 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month ▶ NOVEMBER  Day ▶ 7  Year ▶ 1993
ONLY if this work has been published.
◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA  90038-3197

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
MAR 3 0 1995
ONE DEPOSIT RECEIVED
MAR 3 0 1995
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions  • Sign the form at line 8

DO NOT WRITE HERE

EXAMINED BY  b / l G

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

ased upon the televison series STAR TREK and some previously registered
usical compositions are incorporated in this work.

See instructions
before completing
this space

**6**

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

ramatic, musical and literary material and other works of authorship
ncorporated in the motion picture, other than the material set forth
n 6a above, have been added to this work.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    **Account Number** ▼

PARAMOUNT PICTURES CORPORATION               DA 030201

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/Zip ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA  90038-3197
ATTN:  GISELE M. SOLOMON
Area Code & Telephone Number ▶            (213) 956-5404

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of__ Paramount Pictures Corporation
        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Milinda L. McNeely, Sr. Vice-President          date February 2, 1996

Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

Name ▼
Gisele M. Solomon,
c/o PARAMOUNT PICTURES CORPORATION
Number/Street/Apartment Number ▼
5555 MELROSE AVENUE (LUBITSCH #413)
City/State/ZIP ▼
LOS ANGELES, CALIFORNIA  90038-3197

Certificate
will be
mailed in
window
envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Non-refundable $10 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

November 1989 — 200,000          ☆U.S. GOVERNMENT PRINTING OFFICE: 1989—262-308/9

PL0003280

Case 2:15-cv-09938-RGK-E Document 72-50 Filed 11/16/16 Page 144 of 151 Page ID #:1777

# CERTIFICATE OF REGISTRATION




This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**OFFICIAL SEAL**

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 750–982**

PA PAU

EFFECTIVE DATE OF REGISTRATION

**MAR 3 0 1995**
Month  Day  Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

NECESSARY EVIL

**PREVIOUS OR ALTERNATIVE TITLES ▼**

Episode #428 of STAR TREK: DEEP SPACE NINE television series

**NATURE OF THIS WORK ▼** See instructions

TELEVISION MOTION PICTURE PHOTOPLAY

## 2

**NAME OF AUTHOR ▼**

PARAMOUNT PICTURES CORPORATION

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is Yes, see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

ENTIRE WORK – SEE SPACE 6

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is Yes, see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is Yes, see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1993 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ NOVEMBER   Day ▶ 14   Year ▶ 1993   Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA 90038-3197

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
MAR 30 1995
ONE DEPOSIT RECEIVED
MAR 30 1995
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions • Sign the form at line 8

DO NOT WRITE HERE

*Amended by Telephone
conversation of 7/26/95 with
Gisele M. Solomon.

Case 15-cv-09938-RGK-E Document 72-50 Filed 11/16/16 Page 145 of 151 Page ID #:1778

EXAMINED BY _____

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Based upon the television series, STAR TREK, and previously registered musical compositions are incorporated in this work.

**6**

See instructions
before completing
this space

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Dramatic, musical and literary material and other works of authorship incorporated in the motion picture, other than the material set forth in 6a above, have been added to this work

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                  Account Number ▼

PARAMOUNT PICTURES CORPORATION                          DA 030201

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA  90038-3197
ATTN:  GISELE M. SOLOMON

Area Code & Telephone Number ▶          (213) 956-5404

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of   Paramount Pictures Corporation
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Milinda McNeely, Senior Vice-President                    date▶ February 27, 1995

Handwritten signature (X) ▼

**MAIL CERTIFI-CATE TO**

Name ▼
Gisele M. Solomon,
c/o PARAMOUNT PICTURES CORPORATION

Number Street Apartment Number ▼
5555 MELROSE AVENUE (LUBITSCH #413)

City State ZIP ▼
LOS ANGELES, CALIFORNIA  90038-3197

Certificate
will be
mailed in
window
envelope

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Non-refundable $10 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, DC 20559

**9**

* 17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2 500

November 1989—200,000

PL0003266

# CERTIFICATE OF REGISTRATION



**FORM PA**
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER

## PA 750-981



PA · · · PAU

EFFECTIVE DATE OF REGISTRATION

**MAR 30 1995**

Month · Day · Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

### 1

**TITLE OF THIS WORK ▼**

SECOND SIGHT

**PREVIOUS OR ALTERNATIVE TITLES ▼**

Episode #429 of STAR TREK: DEEP SPACE NINE television series

**NATURE OF THIS WORK ▼** See instructions

TELEVISION MOTION PICTURE PHOTOPLAY

### 2

**NAME OF AUTHOR ▼**

PARAMOUNT PICTURES CORPORATION

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

NOTE

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

ENTIRE WORK - SEE SPACE 6

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

### 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1993 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ NOVEMBER   Day ▶ 21   Year ▶ 1993   Nation

### 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA 90038-3197

See instructions before completing this space

APPLICATION RECEIVED
MAR 30 1995
ONE DEPOSIT RECEIVED
MAR 30 1995
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions. • Sign the form at line 8.

**DO NOT WRITE HERE**

PL0003263

* Amended by CO authority telephone conversation of 7/20/9 with Gisele M. Solomon.

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

FORM PA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No. If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼    **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Based upon the television series, STAR TREK, and previously registered musical compositions are incorporated in this work.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Dramatic, musical and literary material and other works of authorship incorporated in the motion picture, other than the material set forth in 6a above, have been added to this work.

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                                          **Account Number** ▼

PARAMOUNT PICTURES CORPORATION                  DA 030201

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA  90038-3197
ATTN:  GISELE M. SOLOMON

Area Code & Telephone Number ▶     (213) 956-5404

**7**

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of  Paramount Pictures Corporation
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Milinda McNeely, Senior Vice-President          date February 27, 1995

Handwritten signature (X) ▼

**8**

**MAIL CERTIFICATE TO**

**Name** ▼
Gisele M. Solomon,
c/o PARAMOUNT PICTURES CORPORATION

Number Street Apartment Number ▼
5555 MELROSE AVENUE (LUBITSCH #413)

City State ZIP ▼
LOS ANGELES, CALIFORNIA  90038-3197

Certificate will be mailed in window envelope

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Non-refundable $10 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

November 1989—200,000

PL0003264

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS
★ OFFICIAL SEAL ★

**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**ORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 750-980**

EFFECTIVE DATE OF REGISTRATION

**MAR 3 0 1995**
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
**TITLE OF THIS WORK ▼**

SANCTUARY

**PREVIOUS OR ALTERNATIVE TITLES ▼**

Episode #430 of STAR TREK:  DEEP SPACE NINE television series

**NATURE OF THIS WORK ▼** See instructions

TELEVISION MOTION PICTURE PHOTOPLAY

**2**
**NAME OF AUTHOR ▼**

PARAMOUNT PICTURES CORPORATION

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the author of a

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ENTIRE WORK - SEE SPACE 6

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1993 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month ▶ NOVEMBER Day ▶ 28 Year ▶ 1993
ONLY if this work has been published.
◀ Nation

**4**
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA  90038-3197

See instructions before completing this space

**APPLICATION RECEIVED**
MAR 30 1995
**ONE DEPOSIT RECEIVED**
MAR 30 1995
**TWO DEPOSITS RECEIVED**

**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE
OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions. • Sign the form at line 8.

**DO NOT WRITE HERE**

07249035

* Amended by CO authority telephone
conversation of 2/26/95 with
Gisele M. Solomon.

Case 1:17-cv-09992-GK-E Document 72-50 Filed 11/16/16 Page 149 of 151 Page ID
#:1782

EXAMINED BY ~TSJC~

CHECKED BY

FORM PA

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
**a.** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Based upon the television series, STAR TREK, and previously registered musical
compositions are incorporated in this work.

**6**
See instructions
before completing
this space

**b.** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Dramatic, musical and literary material and other works of authorship
incorporated in the motion picture, other than the material set forth
in 6a above, have been added to this work

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼

PARAMOUNT PICTURES CORPORATION          DA 030201

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA  90038-3197
ATTN:  GISELE M. SOLOMON
              Area Code & Telephone Number ▶          (213) 956-5404

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of_____Paramount Pictures Corporation
                      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Milinda McNeely, Senior Vice-President                    date February 27, 1995

          Handwritten signature (X) ▼
          _Milinda McNeely_

**MAIL
CERTIFI-
CATE TO**

Name ▼
Gisele M. Solomon,
c/o PARAMOUNT PICTURES CORPORATION
Number Street Apartment Number ▼
5555 MELROSE AVENUE (LUBITSCH #413)
City State ZIP ▼
LOS ANGELES, CALIFORNIA  90038-3197

**Certificate
will be
mailed in
window
envelope**

**9**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Non-refundable $10 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, DC 20559

* 17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

November 1992—200,000

# CERTIFICATE OF REGISTRATION

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 750-979**

PA PAU

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION

**MAR 30 1995**

Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼

RIVALS

PREVIOUS OR ALTERNATIVE TITLES ▼

Episode #431 of STAR TREK: DEEP SPACE NINE television series

NATURE OF THIS WORK ▼ See instructions

TELEVISION MOTION PICTURE PHOTOPLAY

**2** NAME OF AUTHOR ▼

PARAMOUNT PICTURES CORPORATION

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?   ☒ Yes   ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes   ☒ No
Pseudonymous?   ☐ Yes   ☒ No
If the answer to either of these questions is Yes, see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed ▼

ENTIRE WORK - SEE SPACE 6

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?   ☐ Yes   ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is Yes, see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?   ☐ Yes   ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is Yes, see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed ▼

**3** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
1994 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ JANUARY   Day ▶ 2   Year ▶ 1994   Nation ▶

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA   90038-3197

APPLICATION RECEIVED
MAR 30 1995
ONE DEPOSIT RECEIVED
MAR 30 1995
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page

DO NOT WRITE HERE

PL0003259

\* Amended by CO authority: telephone
conversation of 7/26/9_ with
Gisele M. Solomon.

EXAMINED BY JS/J ∪

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** PREVIOUS REGISTRATION   Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes   ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**6** DERIVATIVE WORK OR COMPILATION   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

Based upon the television series, STAR TREK, and previously registered musical
compositions are incorporated in this work.

See instructions
before completing
this space

b. **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Dramatic, musical and literary material and other works of authorship
incorporated in the motion picture, other than the material set forth
in 6a above, have been added to this work

**7** DEPOSIT ACCOUNT   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                    Account Number ▼

PARAMOUNT PICTURES CORPORATION          DA 030201

CORRESPONDENCE   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

PARAMOUNT PICTURES CORPORATION
5555 MELROSE AVENUE
LOS ANGELES, CALIFORNIA  90038-3197
ATTN:  GISELE M. SOLOMON

Be sure to
give your
daytime phone
◄ number

Area Code & Telephone Number ▶          (213) 956-5404

**8** CERTIFICATION\*   I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of       Paramount Pictures Corporation
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Milinda McNeely, Senior Vice-President          date ▶ February 27, 1995

Handwritten signature (X) ▼

_Milinda McNeely_

**9** MAIL
CERTIFI-
CATE TO

Name ▼
Gisele M. Solomon,
c/o PARAMOUNT PICTURES CORPORATION

Number Street Apartment Number ▼
5555 MELROSE AVENUE (LUBITSCH #413)

City State ZIP ▼
LOS ANGELES, CALIFORNIA  90038-3197

Certificate
will be
mailed in
window
envelope

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Non-refundable $10 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, DC 20559

\* 17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2 500

November 1989—200,000          ☆U.S. GOVERNMENT PRINTING OFFICE: 1989   282-000/0

PL0003260