**EXHIBIT YY**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

TX 6-872-810

**Effective date of registration:**

August 19, 2008

## Title

**Title of Work:** Infinity's Prism
**Series Title:** Star Trek: Myriad Universes

## Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** July 22, 2008   **Nation of 1st Publication:** United States
**International Standard Number:** ISBN   1416571809

## Author

**Author:** Simon & Schuster, Inc.
**Author Created:** text
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** CBS Studios, Inc.

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** Based on the TV shows.
**New material included in claim:** text

## Rights and Permissions

**Organization Name:** Simon & Schuster
**Name:** To whom it may concern
**Address:** Simon & Schuster, Inc.-17th Floor
1230 Avenue of the Americas
New York, NY 10020

PL0000768

Certification

Name: Emily Keyes
Date: July 30, 2008