**EXHIBIT ZZ**

*Podcast #1*

8:30 – Then again it was a fan film at 20k now it's a full independent production. **I mean J.G. Hertzler said it was the best independent film he had ever worked on, and Richard Hatch said it was as good as anything he had ever worked on.** So we feel we have taken you know our production to the level of quality we want, and that costs money. In Axanar itself, we will be paying the crew, which we didn't do in prelude to Axanar. Everyone donated their time. But when you start asking people to work on a 20 day shoot, you have got to pay those people.

31:00 – What people will see when we premier this at San Diego comic con on July 26 is not a fan film. **They are going to see a truly professional production that's going to change the way people view star trek.**

*Podcast #5*

4:45 - **We're really trailblazing that whole independent star trek film designation.** People are reluctantly calling us a fan film cause they don't know what else to call us. But a lot of people are saying to us, you guys don't hit us like a fan film. And we're saying, listen, I don't care what you call us, I just want you to watch us. We appreciate all the accolades we get. I mean, it's a fan film in that yeah, we're fans, but it's also almost, almost a professional crew that works on this. So **it's not like other fan projects, which are true labors of love by fans**. This is a labor of love, but we have the means and the wherewithal to bring in professionals at every position. I mean, we have two academy award winners on our team. (laughs) That's pretty unusual. **I think yes, it's very heartwarming and rewarding for us when people are just blown away and they say, this is like a real movie. Yeah, it is, that was our goal and we're happy people think so, it's very reassuring.** It makes us want to do even better moving forward.

*Podcast #6*

9:00 – Just like with prelude, which we thought we could do for 20, wound up costing us 80. **But it also went from a fan film to a professional production. And it's kind of the same here**. We thought we could do Axanar for 300 grand, but that was probably much closer to a fan film. Now we want to make it very professional. We have to pay all the crew. So we are going to find out what that budget it is real soon.

*Podcast #8*

27:05 – She (set designer) is amazing, she worked on interstellar, the Chris Nolan movie, so we just met with her tonight and she is awesome and we love her and she is going to be working with us on Axanar. So it's really something like set designer, we have concept artists, and we have a set designer, and the set designer will take that concept art and put it into a 3d useable form that will then go to a construction coordinator and she's basically building the plans, she's taking concept art and turning it into real world useable plans. 3d plans that can then be either fed into a C&C machine, or printed out and used as blueprints for the construction crew. **These**

10-19-2016
EXHIBIT NO. 106
B. BROSNAN

**are positions you find on professional productions. And we pride ourselves on being that, and not being a fan film. That means that our standards are a lot higher, and we have a lot more people doing a lot more things that are what you would typically find on any movie set.** So we have to fill all those positions. And fortunately between Chris and I we know a lot of different people.