**EXHIBIT AAA**

Case 2:15-cv-09938-RGK-E   Document 72-61   Filed 11/16/16   Page 2 of 50   Page ID #:2178

2218A

A supplement for use with

**STAR TREK** ®
THE ROLE PLAYING GAME

# THE
# FOUR YEARS
# WAR

## A Concise Compilation of Library Information

Compiled, edited, and annotated by
Academician Sir Kenneth A.F. Brighton,
Professor of Psycho History,
Starfleet Museum, Memory Alpha.

Klingon D-4
Bearing 184

Federation Marklin Class
Bearing 011

The Planet Awanar

Federation Larson Class
Bearing 347

Federation Loknar Class
Bearing 347



**FASA**
CORPORATION

10-19-2016
EXHIBIT NO. 91
B. BROSNAN

DANA KNUTSON 86



# TABLE OF CONTENTS

INTRODUCTION ............................................. 5
  Editor's Note ............................................. 5
THE PLANET AXANAR ..................................... 6
  First Contact ............................................. 6
    Part I ..................................................... 6
    Part II .................................................... 6
  Second Contact ........................................ 7
  "Third" Contact ......................................... 7
  Sociological Evaluation ............................. 8
  Axanar's Development ............................... 8
THE HISTORY ............................................... 9
  UFP/Klingon Background ............................ 9
  UFP Sociopolitical Background ................... 9
  UFP Sociopolitical Background:
    A Criticism ........................................... 10
  UFP Military Background .......................... 10
  UFP Military Background - A Criticism .... 11
  Klingon Strategy ..................................... 12
  Klingon Strategy - A New Theory ............ 13
THE WAR ..................................................... 14
  The Klingon Perspective On Axanar ....... 14
  Preliminary Skirmishes ........................... 15
  The Declaration Of War ........................... 16
  The Early Months .................................... 17
  Holding The Line ..................................... 19
  UFP Fleet Deployment - A Criticism ........ 20
  From Defense To Offense ........................ 21
  The Final Phase ...................................... 22
  The Aftermath ........................................ 24
RELATED ISSUES ........................................ 25
  Trade And Commerce .............................. 25
  Trade And Commerce - A Criticism ......... 25
  The Romulan Factor ................................ 26
  The Federation Council ........................... 26
  The Ships Of War .................................... 27
  The Advance Of Technology .................... 28
THE CONSEQUENCES ................................... 29
  Advances In Military Technology ............. 29
  Consequences For Military Shipbuilding
    Theory ................................................. 30
  Postwar UFP/Klingon Relations ............... 30
  The Aaxanarian Missions ........................ 31
  The Axanarian Perspective ..................... 31
TIMELINE CHRONOLOGY ............................... 32
STARSHIP TACTICS ...................................... 38
  General Klingon Tactics .......................... 38
  General Federation Tactics ..................... 38
  Tactics ................................................... 38
    V- and U-Formations ............................. 38
    Staggered Formations ........................... 39
    Straight Line Formations ........................ 39
    PicketPassing ....................................... 39
    Delta-Z Maneuver ................................. 39
    Six O'Clock Low .................................... 40
    Convoy Baiting ..................................... 40
    *Cochrane* Declaration ........................... 40
    Scattered Defense ................................ 40
    Other Formations .................................. 40
  TASK FORCE COMPOSITIONS ................. 40

THE FOUR YEARS WAR

A Concise Compilation of Library Information on the Conflict Between the United Federation of Planets and the Klingon Empire, Stardates 1/9409 through 1/9806

A supplement for use with *STAR TREK*: The Role Playing Game

**Design and Writing**
John A. Theisen

**Editorial Staff**
*Editor-In-Chief*
L. Ross Babcock III
*Senior Editor*
Donna Ippolito
*Editor*
Todd Huettel

**Production Staff**
*Production Managers*
Jordan K. Weisman
Karen Vander Mey
*Cover Art*
Dana Knutson
*Illustration*
Dana Knutson
*Layout*
Karen Vander Mey
Dana Knutson

**DEDICATION**
This book is respectfully dedicated to Robert A. Heinlein and Joe Haldeman for their skillful descriptions of future warfare.

**ACKNOWLEDGEMENTS**
Thanks to Ross Babcock for providing technical support and assistance, and to Forest G. Brown and Wm. John Wheeler for unknowingly providing additional detail and inspiration.
Also, thanks to Stan and Fred Goldstein for authoring such an excellent sourcebook.

Published by :
FASA Corporation
P.O. Box 6930
Chicago, IL  60680-6930

STAR TREK is a trademark of Paramount Pictures Corporation.
STAR TREK: The Role Playing Game is published by FASA Corporation under exclusive license from Paramount Pictures Corporation, the trademark owner.
Copyright © 1966, 1986 Paramount Pictures Corporation.
All rights reserved. Printed in the United States of America.

0-931787-80-7 FASA1200     No part of this book or the contents of the basic game may be reproduced in any form, or by any means without permission in writing from the publisher.

# INTRODUCTION

The text and timeline chronology contained in this publication should be made available, either as general knowledge or specific library information, to anyone in Star Fleet requesting such material.

This information is derived from diverse sources to provide a balanced, objective, and concise summary of events surrounding the Four Years War. Any annotations made by Academician Brighton will appear as editor's notes in the text. All stardates given are Reference Stardates.

## SUMMARY OF CONTENTS

**The Planet Axanar**, contains log excerpts from officers making the the first and second contacts with the native population. It also contains the historic, final transmission from *USS Gulliver*, a Federation scout destroyed by Klingon ships as a precursor to the Four Years War. This section also includes a brief, comparative sociological profile made with a similar culture on another planet, and a summary of the evolution of Axanar's sociological and technological growth.

**The History** contains detailed information on the historical events leading up to the Four Years War. Essays on the history of Federation/Klingon relations, existing sociopolitical and military conditions within the Federation, and the official theory of the Klingon Empire's motives for starting the Four Years War are included. There is also a summary of a previously unpublished theory on the origins of the Four Years War. It contradicts the official viewpoint and provides a new perspective on the origins of this war.

**The War** describes the Four Years War itself, covering the major battles and strategic events occurring during that conflict. Federation policy is examined and a personal log captured from a Klingon flag officer is included. It describes his contact with Axanarians and provides some insight into the mission of the Klingon task force at Axanar.

**Related Issues** contains information on issues dealing indirectly with the war. A discussion of commerce restrictions, an intelligence report on the Romulan Star Empire, the effectiveness of the Federation Council, information on starships used in combat, and a report on dilithium for starship propulsion are given.

**The Consequences** examines the lasting effects of the Four Years War on military technology and Federation/Klingon relations, and describes the role of the

Axanar Peace and Culture Missions. Finally, a brief excerpt on Axanar's role in the Four Years War from the Axanarian perspective is provided.

**The Timeline Chronology** contains a chronology of events relevant to Axanar and the Four Years War. Specific significant events related to Federation technology or sociopolitics are also included.

Finally, **Starship Tactics** provides a brief explanation of Klingon and Federation operational strategies and warship task force compositions, and describes numerous specific warship tactics used by Star Fleet Command and the Klingon Imperial Navy during the Four Years War.

## EDITOR'S NOTE

To include every minute detail describing the military, sociological, economic, and political events and ramifications of the Four Years War would require many volumes and prove uninteresting to all but the most devoted. Yet many members of Star Fleet wish to have convenient, detailed, but compact information access to material on this historical event, including the factors that caused it and the effects resulting from it. As a result, this compilation was commissioned by Star Fleet Academy's Office of Historical Studies for Star Fleet personnel on active duty.

The sections contained in this book were written by many authors over a period of many years. This results in some inconsistencies, but also provides a more personal touch. For example, texts written during the Four Years War will refer to the conflict as the "Klingon War". Naturally, no one knew how long the war would last until it was over. Where inconsistencies occur that could prove confusing, an annotation will appear. Otherwise, the text is unaltered from the time it was written.

I hope this information is useful to Star Fleet personnel as they carry out their duties. Remember the lessons of past generations.

Sir Kenneth A.F. Brighton
Professor of Psychohistory
Star Fleet Museum, Memory Alpha



# THE PLANET AXANAR

## FIRST CONTACT

**PART I**

*Extract from* **Captain's Log**, *UNSS* **Bonaventure**, *Hadrian H. Huckleby, commanding (written Stardate 0/6509.15).*

We have just finished our two-month-long first contact with a previously undiscovered and inhabited world. The planet, called Axanar, is the first of three orbiting the type K0 orange dwarf star Delta Orcus. The planet's distance from the star is slightly less than 0.9 AU and has less orbital eccentricity and axial tilt than Sol III, or Terra.

According to Ensign Fortine, the star does not produce as much radiant energy as the sun we are used to, making the climactic conditions livable, but harshly cold in comparison to Terra. Also, its tilt and 'flat' orbit make the seasons much more alike than on Terra. They are always cold. The other two planets in the system are gas giants similar to Jupiter (Sol V) or Behemoth (Alpha Centauri II), though Delta Orcus III does have an exceptionally beautiful ring formation.

Everyone on board is tremendously excited by the find. The only thing that could have been better would have been encountering natives as peaceful and friendly as on Alpha Centauri.

After attaining orbit and using the ship's ground radar to check for life, I decided to order the ship down to the surface. Chief Engineer MacGregor reported all systems were operating perfectly, and Fortine was dispatched with a team of crewmen to study and eventually make contact with the natives.

As reported in his own log, Fortine suffered casualties after meeting with the Axanarians. For the record, I do not hold him responsible in any way for the losses. He is an exemplary officer, and so far as I know, acted in complete accordance with both regulations and common sense.

After laboriously learning the Axanarians' fairly simple language, Fortine was inducted into their society and exposed to their culture's religious and philosophical beliefs, which include the sacrifice of natives. When the time came for him to leave, circumstances forced him to promise to return one day. Only by so promising could he guarantee the safety of himself and the others in his party.

I am very excited by the potential wealth in minerals and resources of this newly-discovered world. If I have any reservations at all, they refer to the hostility of the native population. Also, I am slightly uneasy with the ethics of Ensign Fortine making a promise he could not keep. A deliberate falsehood is hardly the ideal foundation for building a cultural relationship.

There is no doubt that we have had a tremendous impact on the culture of Axanar. Whether our effect was beneficial or detrimental will remain for our grandchildren to see. Though I would act again as I have acted here, we may one day have to prohibit interference with recently-discovered planets to protect their proper sociological development.

A final footnote: Starman M.L. Lloyd has been con-

fined to quarters for improper procedure while serving as a member of the contact party. He violated regulations by separating himself from his partner and refusing to answer a communicator call for several hours.

ED. NOTE: Ironically, Captain Huckleby makes reference to the need for a regulation not yet in existence, General Order Number One. If this regulation had been in force, the corresponding effect on the future of Axanar and the Federation as a whole would have been significant.

**PART TWO**

*Extract from* **Science Officer's Log**, *UNSS* **Bonaventure**, *Ensign Colin B. Fortine,   (written Stardate 0/6509.14).*

Serving as science officer aboard the *United Nations Space Ship Bonaventure* has been a weird experience, but at least I can modestly claim to be the best Axanarian linguist in the Fleet. The people of Axanar are incredibly primitive by Earth standards (though they have a few advanced religious beliefs remarkably inconsistent with their other areas of development). Some of the things to which I was exposed there turned my stomach more than weightlessness ever will.

Axanarians are very much like Humans in appearance, though a little shorter and with a higher mass-to-height ratio. They are most like the Aleutian people on Earth, with their adaptation to a cold climate, including a thicker layer of epithelial tissue and epicanthial folds over the eyes. Their skin color is somewhat pale due to blood vessels being deeper below the skin, the cone and rod eye cells interpret visible light differently, and internal organ arrangements are not like anything I have seen before, but these are minor variations. It appears they evolved from something very similar to anthropoids, adapting accordingly to the harsher environment of their world.

A war-like race organized loosely into tribes, Axanarians are openly hostile to all outsiders, successfully killing half of my eight-man contact team in an ambush. The rest of us were taken prisoner. As we were not searched, we were still armed. In my judgement, they could have killed us all in their surprise attack, and so I surmised that they had a reason to take captives. I only hoped that once we showed ourselves to be intelligent beings, at least by their standards, communication could begin and peaceful relations might follow.

Through a tedious process of hand gestures and one-to-one word-action correspondence, a *lingua franca* evolved. When their chief learned we came from outside their world, he immediately made the connection to outer space, and accorded the survivors of our party a status akin to godhood. He was pleased to have our presence in his village, a loose, medieval conglomeration of vine-and-fur-woven huts.

Several weeks passed as we slowly learned about each other. When it became necessary for us to leave, the chief tried to prevent it by offering up a number of his warriors. Unfortunately, the warriors were to sacrifice themselves by suicidally attacking us. Even as we stood, he ordered members of his tribe to prepare for combat.

6

Unwilling to see any more of our crew killed, I swore a solemn vow to return one day and told him to cease any killing as it did not please us. Though I had the uneasy feeling we were about to become a major element in Axanarian mythology, the situation developed in such a way that I felt there was no other choice. I spoke too quickly, but how else could I have protected the remainder of my team?

ED. NOTE: Ensign Fortine's Biography, *To Be A God*, described in great depth his personal experiences on Axanar. Although outdated, I understand it is still optional reading at Star Fleet Academy.

## SECOND CONTACT

*Extract from **Captain's Log (supplemental)**, **USS Yardley**, Marcus Aurelius Johnson, commanding (written Stardate 1/2008.06).*

Our mission was to evaluate the long-term impact the *UNSS Bonaventure* had on the society and culture of Delta Orcus I (Axanar), and to determine whether the planet could be opened up for interstellar trade. At the time of the *Bonaventure's* visit, the Prime Directive was not in effect. It is, for us.

First, a seven-man contact team shuttled down, dressed as Axanarian traders. When Sociologist Marqx returned, he reported six casualties. The natives, upon discovering the team was unknown in the area, asked whether they were "of the 14" (apparently, there is some kind of myth regarding that number). When Marqx replied that the team, while possessing many goods for trade and representing many beliefs, was *not* "of the 14," the natives attacked. Presumably, they let him return alive so he could tell "his tribe" of the strength of their belief "in the 14."

While much of what has happened is obscure, one fact is clear. Six of my crewmen were killed in cold blood by the Axanarians over an apparent mythical conflict unknown to us. It is my recommendation that this planet be interdicted as a Federation protectorate, with visitation limited to infrequent evaluations by qualified survey teams. Maybe in 50 or 100 years we can check again.

It is clear this planet is in the process of sociological development, and as far as can safely be determined, the *Bonaventure* had no impact. Frankly, I'm surprised they were even able to make contact. I confess I am very angry at the deaths of my fellow crewmen, and I'm glad these barbarous people will not be a part of our Federation.

ED. NOTE: Commander Johnson did not take advantage of the opportunity to carefully examine the *UNSS Bonaventure* logs. If he had, the events might have been clearer to him.



## "THIRD" CONTACT

*Final log extract from ship's recorder buoy containing **Captain's Log**, **USS Gulliver**, Sharrir Th'saal, commanding (written Stardate 1/9404.01).*

Instructions of current assignment of *USS Gulliver* were to evaluate Axanar culture for lifting of Non-Interference Directive. Instructions not carried out, due to presence of non-Federation forces in Axanarian system.

Made orbital approach to Axanar. Discovered eight alien starships in vicinity. Computer analysis of configurations report five Klingon *D-4* cruisers, two Klingon *D-16* destroyers. Also present is one other vessel not known to computer. Unknown class is: length, 250 meters; width, 150 meters; height, 50 meters; mass, 73,000 metric tons; weaponry, unknown; maneuverability, similar to *D-16*.

The vessels are aware of *Gulliver* and proceeding to engage combat. Forming into three groups, advancing on *Gulliver* forward port, forward starboard, and aft. Shields up, forward lasers armed. Enemy vessels possess good maneuverability and have tactical advantage. *Gulliver* is hit amidships; casualties severe. Exchanging fire, but *Gulliver* having no significant effect. Ship hit again. Enemy vessels equipped with advanced weaponry and propulsion. Battle continues, shields falling.

Message from enemy commander coming in. Claims this planet and alliance with inhabitants of surface. Ejecting recorder buoy and hope information contained will be retrieved and prove useful. I have met *Thasalla Shiithar*.

ED. NOTE: This entry contains the first references to the newly-developed *D-4E* cruiser and the *T-3A* assault ship. *Thasalla Shiithar* is an Andorian term referring to a condition or situation where honor is obtained through combat.



## SOCIOLOGICAL EVALUATION

*From a lecture entitled* **Axanar and Beta III - A Comparative Study in Religious Sociopathology,** *Michael Lindstrom, University of Deneb.*

There are some interesting comparisons to be drawn between Axanar and Beta III. Of course, I served as a sociologist aboard the *Enterprise* when crewmen from that starship beamed down to Beta III and were mistaken for crewmen of the starship *Archon,* lost many years ago.

On Beta III, the intrinsic, divisive factor for the people was whether an individual was "of the Body" or not. The question asked of strangers was "Are you Archons?". Of course, a powerful computer called Landru ensured the stagnation of society, essentially a feudal theocracy with an advanced machine as its titular leader.

On Axanar, the question asked of strangers was "Are you of the 14?". On the surface, it is a straightforward question regarding the number in the party, and requiring a simple yes-no answer. However, when the connection is made with Ensign Colin of the *Fortine,* the question is placed in an entirely different perspective. The promise Ensign Fortine made to return in the future degenerated enough with the passage of several generations to cause all strangers to be asked if they were "of the 14". A negative response would evoke the demand "But, we want the 14", often with fatal results.

Due to Fortine's promise to return someday, the Axanarians based all hopes, aspirations, and efforts on the return of the deities that once visited them, led by the mighty "14". Under the Prime Directive, this constitutes flagrant interference. To mend this damage, General Order Number One was suspended, and the Axanar Culture Mission was permitted to systematically alter Axanar's culture to create a more productive, progressive, and healthy progress of development. Hopefully, such widespread, sudden dissemination of Federation culture, ethics, and mores will not be necessary in the future.

## AXANAR'S DEVELOPMENT

*From* **Psychohistorical Study of Known Space,** *Academician Sir Kenneth A.F. Brighton, Professor of Psychohistory, Star Fleet Museum, Memory Alpha.*

Numerical indices do not possess the psychological impact of harsh reality. Still, it is possible, and admittedly common practice, to use the Federation Science Council's Technological and Sociopolitical Indices to evaluate the level of development attained by the societies of planets populated with intelligent beings. An outgrowth of the earlier *Richter Scale of Comparative Planetary Anthropology,* these indices are now in standard use throughout the Federation. As long as the significance of each value is realized on a conscious and tangible level, I can approve of their use.

At the time of the first contact, Axanar had a Technological Index of 332311 and a Sociopolitical Index of 33. After *UNSS Bonaventure* visited and left a collection of texts containing scientific and engineering information, the indices changed considerably. By the time the *USS Yardley* arrived, the Tech Index had advanced to 344431, with the Soc Index remaining unchanged.

By the end of the Four Years War, after the Klingons had occupied Axanar, additional rapid advances occurred, bringing the Tech Index to 556552 and the Soc Index to 45, with Klingon leaders filling the role of monarchs-in-absentia. Thus, the Axanarians possessed enough understanding of technology to be of some assistance to the Klingons when work on the Klingon bases began.

With the continuing work of the Axanar Culture Mission, technological and sociopolitical advances are still being made. Currently, Axanar has a Tech Index of 677663 and a Soc Index of 46, with Axanarian leaders now in control of their own people. According to the last report filed with the Federation Science Council, the Culture Mission's goal of sociopolitical advancement will be judged complete once the Sociopolitical Index reaches 66. This is expected to take a number of years, but staff scientists are more than satisfied with the progress being made.

One interesting note on Axanar's development: Extensive biochemical and genetic examinations confirm that Llorlexa Lloyd, a magister (political official) in Axanar's government, is a direct descendant of Technician Second Class Matthew L. Lloyd, a crewman aboard *UNSS Bonaventure.* We can only guess at the long-term effects this will have on the genetic pool of Axanar. It does appear that the crew of the *UNSS Bonaventure* left more than just textbooks and schematics of simple machinery.



8

# THE HISTORY

## UFP/KLINGON BACKGROUND

From **Historical Insights Into the Four Years War**, Ted Erickson and Loom Aleek-om.

Relations have been strained between the Federation and the Klingon Empire ever since the two powers first learned of each other's existence. On Stardate 1/5105.02, a personal warp-driven shuttle made contact with the USS Sentry near Gamma Demetrius. An alien warship calling itself the Devisor of the Klingon Empire demanded the return of the shuttle and its passengers. The Sentry's commander reluctantly honored the shuttle pilot's request for temporary political asylum, and shots were exchanged briefly between the Federation and Klingon ships. The Devisor then departed, promising to return and wreak havoc on the Federation and its citizens. This was the first contact with the hostile government of the Klingons, a race who seemed to enjoy combat sheerly for its own sake. Over the next several stardates, an assortment of contacts and brief skirmishes were reported between individual Federation picket ships and Klingon pirate vessels near the disputed Klingon/Federation border.

The second major encounter occurred on Stardate 1/6003.04, when a Klingon starship, modified to transmit a Federation scout identification signal, seized the USS Flying Fortress, a slow but heavily-armed prototype transport. By means of a sneak attack, the Klingons were able to destroy the transport's bridge, killing all command personnel and rendering weapons systems inoperative. The ship also happened to be carrying the first experimental deflector shield, although the Klingons never did discover that fact. Even though the ship was temporarily in Klingon control, a successful interception by a Federation anti-piracy task force forced the Klingons to release their tractor beam, returning the badly-damaged Flying Fortress to Star Fleet's control with all its secrets intact.

These increasingly unrestrained acts of piracy and combat by the Klingons greatly concerned Star Fleet Command and resulted in emergency appropriations to construct two new Star Bases near the Klingon Empire. Star Bases 22 and 23, completed in Stardate 1/6401 and 1/6905 respectively, would serve as centers of operation for Star Fleet's task forces protecting Federation space and shipping from further incursions by Klingon vessels. After the attack on the USS Flying Fortress, there were no multiship confrontations between Klingon and Federation vessels until the Four Years War began. Occasional skirmishes and exchanges of fire between vessels of the two governments, however, would continue.

One notable period of remarkable inactivity lasted from Stardate 1/82 to 1/87. The popular belief is that it was due to a war being fought by the Klingon Empire along another border. Though there is no knowledge of any intelligent race on the Klingon Empire's coreward border, the covert discovery of massive Klingon shipbuilding efforts during this period would seem to reflect some form of open warfare with an enemy other than the Romulans or the UFP.

> ED. NOTE: Since the book was written, this last theory has been partially confirmed. The conflict is now referred to by Star Fleet Intelligence as "The Unknown War".

## UFP SOCIOPOLITICAL BACKGROUND

From **Psychohistorical Study of Known Space**, Academician Sir Kenneth A.F. Brighton, Professor of Psychohistory, Star Fleet Museum, Memory Alpha.

The early years of the United Federation of Planets can be characterized by consistent territorial expansion and technological and cultural growth, as warp-driven ships travelled between the inhabited worlds of intelligent beings. Not including the violent contacts taking place between the Vegan Tyranny and other races, the period between Zephram Cochrane's development of the warp drive in Stardate 0/4812 and the loss of the USS Atlas to Romulans in Stardate 0/9211 was generally a time for peace. The establishment of the United Federation of Planets on Stardate 0/8706.06, with its charter permitting the creation of a Star Fleet Command, went a long way to ensure safety of lives and property within Federation space.

Still, there were limitations. Technology and the antimatter warp drive had opened up space, but even anti-matter warp drive could not do the impossible. Advances in propulsion permitted speeds of up to Warp 3.5, but no higher. Significant breakthroughs in interstellar travel would not be forthcoming until the discovery of dilithium in Stardate 1/7603.

After the inconclusive Romulan War of Stardate 1/0610 to 1/0909, peace again became the watchword within the Federation. After outposts along the Romulan border became operational in Stardate 1/1804, the Federation could expand without significant difficulties, and began to grow complacent. Research continued on the design of a practical materializer beam (later called the transporter), but funding for Star Fleet operations was reduced dramatically.

In Stardate 1/3612, the Federation Council voted against appropriations for a totally new generation of warships. This, coupled with the monumental design failure of a later ship class, resulted in an obsolete, 46-year-old destroyer class serving as the Federation's first line of defense when first contact did finally come with the Klingon Empire on Stardate 1/5105.02.

In Stardate 1/5708, a political body calling itself the Terra-Return League was formed on Benecia colony. The goal, as described in their Proclamation, was to end the Federation's policy of expansion and have all Humans return to the Sol system from the most outlying regions of space. Observing that mankind had gone deep into space and still had not solved many of Humanity's basic problems, the League felt resources were being exploited and abused on an interstellar level. They said room enough existed on the now-habitable worlds of Mars, Venus, Ceres,

9

Ganymede, and Titan, and so the Federation should be disbanded, and Terra observe a strictly isolationist view of extra-solar activities. The recent contact with the war-like Klingons only added to the League's argument.

This viewpoint, along with the Scandal of Archimedes in Stardate 1/7201, resulted in growing dissatisfaction with the Federation Council. The scandal involved a request made to the Federation for specific economic trade protections. Th'allt, a small Andorian colony world very close to numerous Tellarite trading worlds, claimed harassment by particularly exploitive Tellarite traders.

The situation, code-named "Archimedes" by Star Fleet, was ignored at first and later badly mismanaged by the Bureau of Interstellar Commerce. The situation became critical when a substantial task force of Star Fleet warships under Andorian Admiral Hathari effectively disregarded regulations and encircled the system with a protective blockade. Warning shots were actually fired at Tellar-registered merchant ships, forcing the situation to come to the attention of the Federation Council itself.



Though all parties were eventually mollified and corrective measures were taken, this momentary crisis vividly pointed out the shortcomings of the Federation's complex and occasionally ineffective bureaucracy. The event also heightened the small but growing popularity of the Terra-Return League. Numerous planets even declared embargoes on goods from planets disagreeing with their stand on the controversial issue.

The final challenge came at the Babel Conference of Stardate 1/7701. The Terra-Return League, now representing a respectable and vocal minority, officially raised the question of dissolving the Federation. After strenuous debate and impassioned speeches by the participants, the decision to maintain the Federation passed by an acceptable margin.

Some of the factors leading to the decision included the recent development of the transporter, the willingness of Star Fleet to offer more patrols and protection, and the very recent discovery of dilithium crystals and its subsequent effects on interstellar travel.

Between the time of the Babel conference and the Four Years War, the new advances in technology and increased speed of interstellar travel encouraged a second period of economic growth and territorial consolidation. Alternating between placid complacency and the raw edge of crisis, the Federation stood ready for the open warfare that was to come.

## UFP SOCIOPOLITICAL BACKGROUND: A CRITICISM

*From **On the Brink of Disaster**, Federation Assistant Commissioner (now High Commissioner) Mitchell Ferris.*

It is easy to say that the United Federation of Planets has successfully maintained peace within its sphere ever since the bloodbath of the Romulan War. The truth is that after the Romulan War, we grew as fat and complacent as a Sirian bandersnatch after feeding. The Federation was unbeatable, its military forces were all-powerful. Or so we told ourselves in closed chamber meetings and from the speaking balconies of a dozen-score worlds.

And yet, at the same time, the people complained of the Federation council's impersonality. Only the gravest complaints were handled at the highest levels of the enormous bureaucracy now controlling the Federation. The Archimedes debacle was example enough. "It is time to draw back," some said. "Let us return to an imperialistic form of government, with Terra as its capitol, of course." Others, specifically the Terra-Return League, sought a strictly isolationist policy.

Only the narrow vote of the Babel Conference of Stardate 1/7701 permitted the Federation to continue in its current form. I, for one, recognize that the UFP has the unenviable job of being "all things to all beings". Nevertheless, these petty differences of opinion should not have been allowed to develop into world-shaking calamities. The only way order can be maintained is through increased use of Star Fleet personnel and equipment to ensure cooperation. If people in desolate outposts think the Federation is impersonal, wait until a large Klingon warship comes bearing down on them. It should make a very personal impression.

## UFP MILITARY BACKGROUND

*From **Massed Fleets**, Admiral Samuel Shepherd, Chief, Star Fleet Command (prior to the Four Years War).*

After the Romulan War, high officials in the Federation felt certain another war would not occur quickly. Once installations were complete along the Romulan border, the future role of Star Fleet Command seemed limited to navigational and simple law enforcement duties. As a result, appropriations for Star Fleet Operations were cut sharply. Funds for research and development permitted only modest technological improvements. Funds for new construction allowed only for the replacement of vessels no longer safe for use. At one point, plans for an entirely new generation of combat vessels were submitted to Star Fleet, but the Council rejected any further expenditures.

This went on until Stardate 1/4802.20, when the first of a new class of cruiser was commissioned. The *USS Tritium* was the first starship designed with three warp nacelles. According to Zephram Cochrane's original warp theories, no more than two warp nacelles could be used on a single ship, because imbalances in the warp fields generated by the nacelles would nullify the drive's effect.

Several flag-rank officers in Star Fleet Engineering Command disagreed. They believed the third nacelle would stabilize and harmonize with the performance of the other two, dramatically increasing maximum operating performance. Many billions of credits were put into the project, and a total of six *Tritium* Class ships were constructed before the project was terminated. Simply put, Cochrane was right, and the theoretical engineers were terribly wrong. Many officers had staked their careers on the decision and later found themselves out of a job.

On Terra, the ships in the ancient nautical fleets were built around the size of the guns or the thickness of the armor. However, the overriding limitation on the efficiency of a starship is not the hull material or the size of its turrets. With these ships-of-the-line, it is the warp drive that serves to power all other systems. After the failure of three warp nacelles on a single ship, efforts continued to increase the efficiency of the warp drives themselves. These efforts resulted in steady progress, as the maximum ship-speed crept slowly upward to Warp 4.8. The *Mann, Rickenbacker,* and *Baton Rouge* Classes, among others, contained improvements over earlier designs, but additional substantial progress would be limited until dilithium became a component in warp drives.

Tactics continued to develop as well, with Star Fleet ships usually working in groups of three or four similar ships, allowing convenience in repair throughout the growing Federation sphere of influence. In many ways, the situation near the Klingon Empire was ideal for starship crews. There was enough excitement was possible to keep officers alert, and the brief conflicts gave numerous commanders at least some combat experience. Many of the lessons learned in minor confrontations served to train them better than any simulation at the Academy could. (Of course, the historical simulations at Star Fleet Academy were second to none, but no amount of simulation can substitute for actual field experience.)

Another source of pride for Star Fleet was the newly-established Marine Academy, opened in Stardate 1/9009. This new institution would provide Marine Corps Command personnel with the specialized training needed for their particular duties. And now that they had their own educational and training facilities, a special sense of *esprit de corps* could be imparted to them as well. This enhanced their overall efficiency and unintentionally maintained an inter-service rivalry dating back at least to 18th-century Terra.

With both Star Fleet and Marine Academies supplying highly skilled personnel, and with the establishment of regular duty patrols for the majority of our territory, we were as ready for open warfare as we could be without violating the Prime Directive or actively initiating interstellar war on our own.

## UFP MILITARY BACKGROUND: A CRITICISM

*A Policy of Pacifism: The UFP Before the Four Years War, Greeunt, Tellarite Ambassador to Orion.*

Humans and the Human-dominated Federation always find someone to blame other than selves. When they have war with Romulans, they blame them for hostile and aggressive actions. When they make hostile contact with the Klingon Empire and later learn the Orions knew of the Klingons, they blame Orions for not telling. When things nearly go sour at Babel Conference and even other Humans want to return to home, they blame poor economy. For Archimedes Crisis, they blame ethics of truly honorable Tellarite merchants. When dilithium crystals are found in Orion system, they seize all they can for lowest possible pay, then again blame Orions for wanting to share their mineral wealth with Klingons. One would think all troubles in large galaxy are combined fault of Orions and Tellarites.



Truth is: Federation as a whole is just not ready to face all there is. Too often, they disagree amongst themselves, then show indecisive attitude when forced to make decision. If they might take lessons from a diplomat of Tellar, they should look to selves for answer, not blame all others. A strong military is important, yes, but also are principles of economic war. Orions were true winners of Four Years War, for they learned needed lessons and sold valued goods to both sides, making much money. We have much to learn from skilled Orion leadership, and it is not yet too late.

ED. NOTE: Judging from Greeunt's remarks, it is easy to see why he has his current title and position.



## KLINGON STRATEGY

*Intelligence Analysis of the Klingon Empire, Volume X, Star Fleet Intelligence Command, Klingon Sector.*

Based on all available information, the Four Years War started when the Emperor and some Imperial Court members of the Klingon Empire were pressured by more militant factions to initiate open hostilities against the Federation. This pressure, combined with the need for territorial expansion and conquest of additional resources, led to combat. To fully understand the implications of this, it is necessary to know something of Klingon politics.

Members of specific, powerful lines of ancestry serve as the rulers in the Klingon Empire. If the ruling position on policy is opposed vehemently enough by other lines, important members of the ruling family are assassinated, and the assassins become the new ruling line. This ensures that political and military power remains in control of the most aggressive, and thus best, leaders possible. Unless the Empire's immediate future would be damaged by multiple assassinations, Klingons would continue to employ tactics of this nature to change policy, even during wartime.

ED. NOTE: More recent information, contained in *An Informal Guide to the Klingon Empire* by J. Ford and E. Tagore, seems to contradict the Star Fleet Intelligence reports completed immediately after the Four Years War. According to Ford and Tagore, Klingon lines do *not* normally conduct feuds, as the above report indicates.

Instead, they vie for 'position' using acceptable Klingon techniques of deception, deceit, and trickery. If this is the case, any political Klingon assassinations during a war would be exceptional events. This puts into question the accuracy of the entire Intelligence report. More information can be obtained from **The Klingons**, available from FASA.

More than four decades passed between the time of the initial encounter between the Klingon ship *Devisor* and the *USS Sentry* and the beginning of the Four Years War. During that time, the Klingons knew of the Federation, a potentially hostile government, yet did not declare open warfare against the UFP, as might have been expected.

Indeed, a war involving the Federation was postponed by a policy of aggressive expansion in areas of the Klingon Empire not near the Federation. As a result, the Klingon Imperial Forces turned coreward, apparently seeking an inexpensive but meaningful gain in territory there. Presumably, from what little information we have, their efforts were sharply thwarted by another race or races occupying that region of space. As casualties mounted in "The Unknown War", the High Command was forced to reconsider their strategy. There was also pressure on Klingon leaders to launch a full-scale attack against the Federation, in hopes of a fast and inexpensive conquest there.

For a number of years after the conclusion of The Unknown War, other family lines began to show extreme

displeasure at the Emperor's apparent cowardice, and threatened open warfare against the High Council itself. It is believed the abortive sneak attack against the Federation transport *USS Flying Fortress* resulted in extreme embarrassment for high-level officials of the Klingon Empire. They began to search elsewhere for glory and conquest until enough time had passed and their failure forgotten. The lack of success on the coreward front refocused Klingon attention on the adversary judged to be less dangerous; i.e., the Federation.

The High Council planned an unexpectedly bold and rash plan of offense against the Federation, in the hopes of mollifying their enemies and remaining in control. Their goal was to seize and annex a large region of space currently under Federation control. Once that was accomplished, they could then turn their energies to the Romulan Star Empire and a region of space known as the Triangle. Assuming the Federation would relinquish control over the disputed area rather than enter a prolonged conflict, the war could be over in a few months with minimal casualties.

Though there apparently was concern among the High Command over the Klingon Empire's ability to wage a prolonged war, it was not deemed likely that such a war would last for more than two years. The Klingons believed that a massive ship construction program begun about five years prior to the commencement of hostilities would give the them a quick victory through overwhelming fleet superiority.

Another faction, however, had other plans that would have added considerably to the overall success of the primary goal. Their intention was to send a Klingon squadron secretly into the Federation, occupy a planet, construct a surface naval installation and complex fortifications, and operate within Federation space as long as possible. This would serve as a diversion, provide an installation with some limited repair facilities, and add to Star Fleet's confusion. After enough time passed for the first Klingon squadron to reach Axanar (their chosen planet), a second squadron would be dispatched immediately, provided no word came from Star Fleet of the first squadron's detection or destruction.

Apparently, they received information from non-Klingon sources regarding the location and nature of Axanar. An interdicted world under the protection of General Order Number One, Axanar was unusual in having such a status so close to the center of Federation space. The Klingon High Council must have judged this planet to be an excellent site for their military installation, provided the ships could successfully reach the planet without being detected. Using enormous fleet maneuvers and the unprovoked massacre at the Arcanis Four Research Outpost as strategic diversions, the Klingon Imperial Navy task force was able to secretly reach Axanar. Only after the discovery by (and subsequent destruction of) the *USS Gulliver* was their presence known there, and the Four Years War actually declared.

## KLINGON STRATEGY: A NEW THEORY

*Introduction to a recently published dissertation by Kraftzmann Mikil Hartewicce, M.D., Ed.D., Ph.D., L.A.D.*

I happen to think the Klingons are not as simple or foolish as Star Fleet's official theory of the Four Years War would have us believe. The idea of using Axanar, a planet very deep within Federation space, as the site for a Klingon naval base must have some logical basis in fact. Even Klingons generally tend to think in logical terms when the subject is strategic military policy.

There are hundreds of planets closer to the Klingon border that would have been more suitable for purposes of supply, defense, and general operations. For an advance base, a planet a few parsecs distant would have been more logical than having it 40 or 50 parsecs behind enemy lines. Such great distances would change the most routine of supply missions into the greatest of undertakings and be terribly wasteful of resources.

I have compiled a new theory that is based on an analysis of the genetic structure and the primary personality characteristics of every major Humanoid race living in the area of Federation space between the Klingon Empire and the planet Axanar. The statistical analysis and subservient processes took a little over 17 years (and consumed just under 33,000 tablecloths, at last count).

After carefully evaluating the general personality of the Axanarian race and the available genetic data on both Klingons and Axanarians, it appears they may be slightly more alike in their DNA structure than any other Humanoid, including Humans. Any physical similarities should not be considered disparaging toward the loyalties of Axanarians in general. On the other hand, they did ally themselves to the Klingons, though that too may have been obtained through chemical or biological coercion.

If this is the case, it is possible the primary purpose of taking Axanar was to establish some sort of complex biogenetic installation there. Its purpose might have been to flood surrounding Federation territory with a Klingon/Axanarian genetic hybrid. Such a half-breed would probably have the general appearance of Humans but the motivation, training, and resources of Klingons.

With the secondary motive of building and maintaining a large spaceship base on the surface of Axanar, the Klingons could proceed to fight the war while successfully establishing a covert hospital/research facility on the surface for future use. Now is, of course, the future when viewed from the time of that war. I believe there are still some areas of Axanar not fully explored, and the base might be fully operational at this time, without anyone in Star Fleet taking necessary precautions. Indeed, it may already be too late.

(ED. NOTE: An obscure, somewhat brilliant, and extremely eccentric scientist, Dr. Hartewicce has spent the last 20 years studying the events leading up to the Four Years War, and he obviously disagrees with the official view. I find his statistical models, invariably sketched on cloth table coverings, to be often erroneous. I suppose it is possible that the errors I have observed are due to grease stains on his diagrams and not to mistakes in his theory.)



# The War

## THE KLINGON PERSPECTIVE ON AXANAR

*Translated excerpts from the* structa aggam *of Klingon Admiral Kkorhetza* zantai-Riskal *(captured by Fleet Captain Garth of Izar shortly after the Battle of Axanar).*

After this most dangerous of journeys lasting many *klani*, I have arrived safely at the interdicted world the ICB was told of, a planet Federation weaklings call Axanar. Rations of *vis'lkah* have been ordered for all crewmen save members of the landing party.

(section omitted)

I have transported down with a customary exploration team consisting of myself, my lieutenant, and twelve marines. As much as I enjoy having the naked stars ever-watchful, it is good to be on the surface of a planet again, no matter how alien, after so long in space.

Immediately upon landing, I killed several small fur-covered life-forms and stood over the bodies. It has been too long since I held the gratifying scent of death in my nostrils. Several months, in fact, since I ordered the death of the incompetent senior engineer aboard the *Klarmath*, when it could not continue at the necessary pace.



(section omitted)

This world has the chilling cold of a thousand demons of space, and I have never been more uncomfortable anywhere outside an agonizer booth. Still, I am not here for my health, but to gain esteem within *Komerex Zha*. As Emperor Kagga said before meeting his proximate end: "To avoid the fate of *khesterex*, one must take the risk of *komerex*. The act of personal death is not of consequence, as long as the game is played with force and skill."

(section omitted)

We have made contact with the natives. The translator chip provided by our dim allies worked correctly, fortunately for them. After announcing our presence, I informed them of their choice to cooperate or die. When their tribal leaders asked our numbers, they immediately showed the proper humility of a *kuve*. Perhaps this plan will work, after all.

ED. NOTE: From the best postwar intelligence estimates, this task force departed from the Klingon naval installation at Ruwan around Stardate 1/9209, reaching the edge of Federation space on Stardate 1/9301, and arriving at Axanar by Stardate 1/9309. This assumes that the two diversionary fleets were launched to coincide closely with the task force's entrance into the UFP. It would also mean Admiral Kkorhetza was at his destination for about seven months when the *USS Gulliver* entered the system.

The Klingon term for "personal log" is "structa aggam", which translates loosely to "teaching pains". "Klani" appears to be a unit of time, though its exact duration is not known. "Vis'lkah" is a powerful Klingon recreational intoxicant, fairly rare and in great demand. "Komerex zha" refers to the "perpetual game" of sociopolitics that goes on within the Klingon Empire. "Khesterex" implies a dead culture that does not continue to grow or strive. A "kuve" is a servitor race, beings destined to work honorably for the good of the Klingon race.

The ICB is the Klingon Imperial Contacts Branch, a division of the Imperial Klingon Forces responsible for coordinating non-military activities aimed at expanding the size or influence of the Klingon Empire. The reference to "dim allies" is obscure, though several possibilities include the Romulans or the Orions. It may also signify several specific, unpopular individuals inside the Klingon Empire or agents who provide information to the Klingons.

It was mere coincidence that the Klingons landed with a party of 14 crewmen. Of course, this number had a special significance to the native Axanarians, but its import was totally lost upon the Klingons. What mattered to them was discovering that his race would be willing to work for Klingon goals. Had another number beamed down, history might have been different. Speculations on that are certainly moot at this point.

## PRELIMINARY SKIRMISHES

*From **An Informal History of the Four Years War**, Captain (now Admiral, Retired) Sebastian Westervliet.*

Peace was nice, and the United Federation of Planets had had its share of it. Unfortunately, it could not be taken for granted. Federation borders were not sacrosanct, as the Klingons painfully reminded us.

Having had few violent encounters with ships of the Klingon Imperial Navy until Stardate 1/9212, we did not expect such barbarism from a space-faring race. Nothing since the time of the Romulan War could compare to it. Once again, we should have taken heed of the past. Our first lesson this time would come at Arcanis.

Star Fleet Command maintained a medium-sized research outpost on Arcanis IV, an otherwise uninhabited Class K planet. The station was manned by a mixture of military and civilian technicians working on a wide assortment of low-priority projects. There were no extensive offensive or defensive weapons systems at the base aside from assorted personal side-arms, and patrols in the area were generally limited to an occasional *Hale* or *Bode Class* scout.

On Stardate 1/9212.21, the *USS Bohr*, while on standard patrol, reported observing a three-ship Klingon task force in the area of unclaimed space between the UFP and the Klingon Empire. The ships were identified as cruisers of the fairly new *D-7A Class*. The commander had some prior experience with Klingon forces moving into the neutral zone from a region informally called "the Hook", but previous Klingon movements were generally brief and of a reconnaissance nature. Not expecting deliberate hostilities, the *Bohr* left station and proceeded to intercept and track the enemy group. As it turned out, the Federation vessel's area of patrol happened to include the Arcanis system.

Using a tactic known as picket passing, the Klingon task force effectively lured the *USS Bohr* from its normal route. As the scout intercepted the *D-7As*, a second task group of about 20 ships moved into the Arcanis system and attacked the research station. The Klingons knocked out the station's only deflector shield with disruptor fire, and two companies of Klingon marines transported down to the base with astonishing speed, cold-bloodedly killing with hand weapons every man and woman there. The last message recorded on the base's log was from a Klingon marine Captain named Muthar who remarked that the base would not be destroyed, "because it might someday be useful to His Excellency, Emperor Karhammur." The cost in Federation lives was 112 in all. They were the first to die, but they would not be the last.

And this attack was only the beginning. On Stardate 1/9301.25, the *USS Rutherford* detected a Klingon battle fleet of over 100 ships within the neutral area. They were moving just spinward of the Rigel system, apparently heading into Federation space. Star Fleet Intelligence quickly learned the fleet, code-named "R", was under the overall command of Klingon Admiral epetai Kazu, an officer with some reputation for making quick, violent decisions. On Stardate 1/9302.24, the *USS Irwin* detected an almost identical force under Admiral zantai Kone. Code-named

group "U", the ships were moving spinward of Star Base 22 with the same apparent intention of violating Federation territory *en masse*.

These discoveries had a devastating effect on Star Fleet Command. Although most scouts nearest the Klingon border maintained their proper surveillance positions and promptly reported their findings, we had no effective way to deal with the situation once we did know about it. Star Fleet Intelligence, Klingon Sector, had kept track of general activities and trends, and they knew about many Klingon shipbuilding programs, including a massive construction project involving several hundred *D-7* cruisers. They did not, however, expect these new forces to be used against the UFP, but instead anticipated their deployment elsewhere. The Klingons had constructed large fleets between Stardate 1/82 and 1/87, and our best guess was that they would use these new ships in the Unknown War.

It appeared that the Klingons had massed their enormous battle fleets for a frontal attack on the Federation. In defense, all UFP vessels capable of combat were transferred from Star Bases 21, 14, and 15 toward the border sectors. Meanwhile, Federation and civilian crews rushed to finish the new ship-building docks and assembly plants on Star Base 15, should the unthinkable actually happen and open hostilities be declared.

It was some time before we learned there was a second purpose for the attack on Arcanis and the two-fleet thrust against the Federation. As Fleet Captain Garth proved, these actions were to cover a nine-ship task force leaving the Klingon base at Ruwan, moving past Star Base 14 through the heart of Federation space to reach the interdicted world of Axanar. Preoccupied with mobilizing our forces against the Klingon Fleets, we suspected nothing at the time.

Then, in Stardate 1/9305, both Klingon fleets radically changed course and reduced speed from their previous average of Warp 6 to Warp 3. By this time, the enemy armadas were just outside Federation territory in the no-man's-space between the Klingon and Federation borders. This action admittedly left Star Fleet in a real quandary, as squadrons continued to form in support of any necessary defense.

Star Fleet was not the only confused group of leaders. The Federation Council had only the single atrocity of Arcanis on which to base the declaration. After closely comparing the relative strength of the Federation against the Klingon's current force, the Council sorrowfully wrote off the lives of the destroyed research outpost in closed chamber decisions. Not having an adequate motive for starting a full-scale war, the Federation elected to ignore the losses suffered, and hoped they would be the last.

Nothing further happened for a number of months. Eventually splitting up into a number of smaller squadrons, the Klingon fleets continued to travel in unclaimed space, sending shivers up the spine of Federation task group commanders facing the treacherous enemy. Our hands would remain tied until Stardate 1/9406.15.

Fortunately, the Klingon fleets did not force a major action until late in 1/94. By that time, Star Base 15's huge new shipbuilding docks were ready to go into immediate, full-scale production, with other bases equally torqued up to handle conflict.

# THE DECLARATION OF WAR

*From **Star Fleet Command Official Campaign History of the Four Years War**, John Gill and the Star Fleet Office of Public Affairs and Information.*

In Stardate 1/9403, the USS *Gulliver*, a *Sawyer* Class scout, received instructions to make a routine evaluation of Axanar's sociological development as follow-up to an earlier evaluation conducted by the USS *Yardley*. Extracts from the destroyed ship's recorder log showed that it reached the Axanar System on Stardate 1/9404.01.

On Stardate 1/9405.29, a single *D-4E* cruiser travelling at Warp 5 was spotted eight parsecs from Axanar by the USS *Xenophon*, a *Marklin* Class destroyer. The commander of the *Xenophon*, Captain Garth of Izar, prudently maintained observation for a matter of days, exactly plotting the Klingon ship's course. The vessel's only possible destination was the interdicted world of Axanar.

Since receiving their new orders, the crew of the USS *Gulliver* had not been heard from. Though it was a little unusual for so much time to pass between transmissions, the scout was not yet officially listed as missing in action. Captain Garth, however, knew that the ship was supposed to be at Axanar. By combining both pieces of data, Garth concluded that something had somehow gone wrong, and that this Klingon ship might be involved.

Realizing the tactical situation as well as the distance of this unfriendly vessel within Federation space, Garth engaged the *D-4*, ordering its commander to surrender. When the vessel attempted to activate shields and initiate combat with the *Xenophon*, Garth used superior tactics to disable the Klingon's warp engines with skillful laser fire. This action left the enemy ship on impulse power alone, rendering it effectively harmless.

On Stardate 1/9406.05, the USS *Bonhomme Richard* detected a homing signal coming from a ship's recorder buoy. Moving in, the crew retrieved the device and learned it was from the USS *Gulliver*. The cruiser immediately set course for Axanar, transmitting its log and the log of the *Gulliver* to Star Fleet Command, who in turn contacted the Federation Council. By this time, Garth and the *Xenophon* were already on their way to Axanar at Warp 6.2.

As soon as word of the *Gulliver's* fate reached the Federation Council, a declaration was prepared and transmitted on all major hailing frequencies to the commanding officer of the Klingon task force at Axanar. He was given a choice between withdrawing his entire force to the Klingon border while under Star Fleet escort and outright surrender. Aware of the considerable distances involved, the Council gave the Klingon four months to contact the Empire and receive their instructions.

While waiting, Star Fleet began production of the new, inexpensive *Portsmith* Class destroyer, a small, maneuverable ship that would see extensive use throughout the war. Shortly after, the generally unsuccessful *Siva* Class destroyer was withdrawn from service.

Arriving at Axanar on Stardate 1/9407.09, several hours before the USS *Bonhomme Richard*, Captain Garth was given overall command of a squadron ordered to maintain a complete surveillance of the Axanar system. Should the Klingons try to break out, Garth's scouts would be in a position to detect the action and disable the unfriendly warships. He complained good-naturedly about the duty, considering it to be "just another scouting mission", but on Stardate 1/9408.29, Garth got much more than he had bargained for. Though the Klingons bottled up within the Axanarian system had made no attempt to leave their current position, a second Klingon task force containing two squadrons of *D-4E* cruisers as well as numerous cargo freighters and assault ships, was reported by one of Garth's scouts. This squadron was moving in toward Axanar, apparently intending to reinforce and resupply the existing Klingon naval garrison.

Badly outnumbered, outgunned, and unprepared for a full-scale fleet action, Garth proved his resourcefulness. He gave very detailed instructions to all starship commanders, and quickly split up his small command into three. One group of ships formed a trailing U-formation to conduct a fixed defense, and the other forces maneuvered away at high warp speed.

The Klingon task force moved in, pinning the first group and crippling several Federation scouts. Meanwhile, Garth's second group conducted a massive, subspace communications counterintelligence operation, simulating the subspace radio traffic of several large Federation fleets moving in to encircle the Klingons. The Klingons, closely monitoring Star Fleet communications were fooled. They immediately broke off their attacks against the first group and reformed for a second attack.

As the ruse progressed, the Klingons believed the 'fleets' were closing in on them. The third task force now moved into covert attack positions. Once there, they successfully directed laser and accelerator cannon fire against the unshielded aft sections of more than half the Klingon force, quickly knocking out a majority of the affected ships' propulsion systems.

Three of the lightly-armed and shielded Federation scouts were destroyed and four destroyers (including the *Xenophon*) and the cruiser USS *Bonhomme Richard* were badly damaged. Six *D-4E* cruisers were destroyed and almost all the other Klingon warships were damaged before the Klingon task force commander surrendered to Captain Garth, himself wounded when his ship was hit. Because of this fleet action, the Klingon reinforcements did not reach Axanar and no line of supply between the Klingon Empire and the interdicted world was established.

As a result of Garth's tactical skill in achieving a victory against extreme odds, combined with his deliberate efforts to minimize casualties on both sides, Garth of Izar received the Federation Medal of Valor and the title of Fleet Captain.

ED. NOTE: "Fleet Captain", not a conventional Star Fleet rank, was given on rare occasions to especially worthy officers. That title made its possessor senior to other officers holding the same rank, regardless of service time at that rank. Thus, Fleet Captain Garth outranked all other captains for purposes of multiple-ship operations.

Individuals seeking a more detailed account of the Battle of Axanar should read *The Liberation of Axanar: Strategy for Peace*, by Fleet Captain Garth of Izar. It is an excellent account of his role during the Four Years War, though it does tend to dwell more on the first and last few months of the conflict.

Finally, on Stardate 1/9409.29, word came back from Klingon Admiral Kkorhetza, unaware of the destruction of his reinforcing squadron. He declared, "An alliance now exists between the powerful Klingon Empire and its honorable servitor, the natives of the world of Axanar. By the insulting condition in the terms of your own weakness-infested Council's 'ultimatum', a state of war is now in effect between the Klingon Empire and the United Federation of Planets."

## THE EARLY MONTHS

*From a lecture in* **Contemporary Federation Military History FEH-313/2J,** *taught by Commodore Sven van Anling (given to Star Fleet Academy graduate students shortly after the war ended).*

During the first few months of the war, from its declared beginning on Stardate 1/9409 until Stardate 1/9509, conditions were grave for the forces of Star Fleet. After Captain Garth's overwhelming victory at the Battle of Axanar, he received additional reinforcements and moved into the Axanar system itself. By executing a flawless Delta-Z maneuver against the Klingon force in what is now known as the Second Battle of Axanar, Garth soundly defeated their seven-warship invasion fleet and accepted the surrender of Klingon Admiral Kkorhetza. Though it was touch and go for a while, the eighth ship, a *T-3A* assault transport, was located on the surface of the planet. Its crew was recovered, and a tractor beam placed on the vessel. This same ship now rests in the Star Fleet Space-flight Museum on Luna.

From Stardate 1/9410 through 1/9504, several Klingon squadrons, containing 50 or more *D-7A* cruisers each, entered the unclaimed region of space between the Federation and the Klingon Empire. Passing into Federation space, they viciously attacked any Star Fleet forces encountered. During this time, the decisive Battles of Andromeda, Genmarx, Lea, and Lyclydun were fought, and Janni IV was subjugated by regiments of Klingon soldiers in the first ground action of the war. The Klingons showed some weakness in tactical skill, but tended to make up for it in numbers, often forcing a three- or four-to-one numerical superiority over defending UFP cruisers and destroyers. The encounter at Lea was a prime example. The Klingon *D-4Es* of the 127th Cruiser Squadron caught the *USS Constitution* and a pair of *Larson* destroyers in a quick but vicious swarming attack. The Federation cruiser was raked amidships, suffering extensive damage, and one destroyer exploded, as the Klingon forces bypassed the defending task force in search of even greater kills. Star Fleet tacticians were gratified to see the Cochrane Deceleration maneuver prove its worth in helping to prevent the destruction of the entire force.

Our forces did slow the Klingons' progress, but losses were high. Certain classes of starships from both sides proved their general unworthiness for warfare of this magnitude. The Klingons replaced their *G-4* transport with a new model, the *G-8A,* a much improved version. Captain Yale Hathaway's successful raid of a convoy near Xamdab II destroyed several dozen Klingon *G-4* transports, and

provided additional proof that the ship was no longer effective. Meanwhile, the *Hale* class scout became known as a deathtrap for its crews, too slow to run and too weak to fight Klingon front-line warships. It was soon withdrawn.

As the war along the front continued, on Stardate 1/9501, one of Star Fleet's most respected captains, Robert April, Commander of the *USS Enterprise,* retired. Quietly unhappy with Star Fleet's handling of the Arcanis incident and unsatisfied with the strategic withdrawal of Federation forces in the Klingon onslaught, he felt a more aggressive approach could, and should, have been taken to repulse forces of the Klingon Imperial Navy. Though not a trouble-maker by nature, he found the current situation disturbing enough to realize it was beginning to alter his performance as a commander. While I disagree with April's position, I respect him for having had the personal honor and respect for duty to resign from Star Fleet when he knew he was not serving at peak efficiency. Of course, he is still serving as ambassador-at-large, a position he has filled with the same degree of skill he showed as a starship Commander. Anyone interested in his viewpoint, should read his book, *View from the Center Seat: An Autobiography.*

During this busy time, the disappearance rate of transport ships and freighters suddenly increased. We now suspect that small groups of Klingon raiders working with the Orions were responsible. During the war, no clear-cut cause was known. The problem would continue to grow over the next months.

On Stardate 1/9502.10, a zone-intrusion detection satellite along the Romulan Neutral Zone tracked a *Graceful Flyer* Class scout ship. Senior Star Fleet officers felt sure this was a prelude to military intervention by the Romulan Star Empire in favor of one side or the other. We could only hope their old animosity toward the Klingons would be enough to get them on our side. Until we were sure, forces had to be stationed on that front as a precaution. This seriously hindered any chances we might have had of stopping the Klingons.

Combat continued between Stardates 1/9504 and 1/9507, as the Klingon fleets continued to advance into UFP territory. The Battle of GR-1 and the Assault of Nozseca VIII were two significant setbacks for Federation forces, though marines on Nozseca under Andorian General Shruth put up a valiant defense as they attempted to engage orbiting spacecraft with limited surface-based, anti-space weapons. The defending Federation squadron of *Portsmith* and *Nelson* destroyers and scouts had been destroyed, damaged, or chased off, giving the Klingons uncontested ground attack capability from orbiting gunships. After the defending forces were eliminated through ship-based disruptor attacks, Klingon soldiers landed. Although Klingons did garrison the planet, no Federation ground forces survived to defend, and so this is not considered a genuine marine action against enemy ground units.

Meanwhile, one significant surprise awaited the Klingons, one of the few bright spots at this point in the war. On Stardate 1/9504, a convoy of Orion merchant ships heading for the Federation manufacturing facility on Alphosa was intercepted by a Klingon destroyer task force near Laxala. The convoy, carrying supplies of partially-refined dilithium, was vital to the Federation's war efforts. The

Klingon group leader apparently knew it, and demanded the cargo be turned over. As one merchant ship closed in to make a cargo transfer, the Orion captain deliberately overloaded his warp drive. This totally destroyed his ship and one Klingon destroyer and severely damaged a second destroyer, thus ending the attack.

A formal pronouncement came from the Orion government shortly afterwards, stating that all shipments of dilithium to any government would be treated as "sacred cargo, not to be captured, diverted, or destroyed by any government until after reaching its declared destination." The Orion official also announced that the Rigel XII dilithium mining complex had been equipped with enough anti-matter to vaporize the planet, which is what they would do if anyone tampered with any future dilithium shipments, anywhere. As no one was willing to call their bluff, and because dilithium was the one essential element for modern warp engines, the Orions' conditions were unamiously accepted.

availability of plentiful unrefined metals and its central location within Federation space.

At this time, Star Fleet also began production on two new classes of starships: the *Achernar*, and *Tikopai*. These ships would be superior to their Klingon counterparts, and production rates were high enough to give some hope of combat parity against them.

It is unfortunate the *Achernar* and *Tikopai* Classes were not modified to use the newer phaser and photon torpedoes after their development. Though technologically feasible, such improvements were not possible, due to the vessels' unusual hull designs. This was too bad as I served as the executive officer aboard the *USS Vega*, and it was one sweet ship.

The Attack of Convoy Y-16Z near the Rebonet system was the first genuine Federation fleet victory. A large UFP convoy under the command of Commodore Jarv Maxwil was en route from Deuteronomy III to a front-line repair outpost, when a small task force of Klingon cruisers and



Both sides continued gearing up their ship constructions during this phase. The docks at Star Base 15 were now fully operational, and other major shipyards were quickly adding to the Federation's available forces. Plans were already in the works for the future construction of new shipyards, especially one within the asteroid belts of the Thranstor system. Because Thranstor had two belts, both composed of iron-nickel asteroids, it was selected for its

and gunboats on piracy duty discovered the convoy. Not observing any close escort, they moved in for the kill, only to discover the convoy was being baited. The *USS Defiant* and a Federation cover squadron of *Baton Rouge* Class cruisers destroyed or captured all eight Klingon vessels, once again proving the general superiority of Federation tactics in any situation where numerical odds did not overwhelmingly favor the enemy.

## HOLDING THE LINE

*From **Star Fleet Command Campaign History of
the Four Years War**, John Gill and the Star Fleet Office
of Public Affairs and Information.*

On Stardate 1/9509.07, after experiencing an increasing number of starship disappearances, Star Fleet ordered the establishment of a Zone of Transport Escort. The movement of private and commercial starships was restricted and certain mandatory requirements placed on all flights. The Zone covered the area from New Paris to Daran V, and would be in effect until the war's end. Though this action was unpopular with many, it had the immediate effect of reducing the number of lost starships.

During Stardate 1/9511, the Nostveg Engagement took place, marking the first time substantial numbers of *Loknar* and *Tikopai* Class warships fought in a single battle, and proving the worth of these new ships. Successfully executing a multiple-tier, straight-line assault against a horde of disorganized trailing V-formations, Star Fleet's Eleventh, Twenty-Eighth, and Thirty-Second Strike Squadrons defeated five Klingon squadrons. This was the first strategic defeat for the Klingons, and a number of enemy ships were captured intact.

At this time, the *USS Landover*, a marine transport in orbit around Joia V was tragically destroyed. Supposedly in a secure area, the *Landover* was proceeding to unload its last group of marines on the planet's surface. The Fourth Marine Regiment, affectionately referred to by its men as "the Fighting Fourth", were being garrisoned on the world in a precautionary measure against any possible Klingon incursion.

*USS Landover*'s frigate escort was successfully lured from the system by a Klingon-executed picket passing tactic, leaving the transport alone and essentially undefended. Shortly thereafter, the Ninety-First Klingon Cruiser Squadron, accompanied by the Eighty-First Transport Group, warped in-system and destroyed the *Landover*, killing its entire crew. Unfortunately, the officers of the Fourth Regiment were in a reconvened strategy session aboard the ship, after having seen to the safe transport of the unit's enlisted personnel to the planet's surface. As a result of this sneak attack, command of the Fourth Marine Regiment was thrust upon Master Sergeant Randall Robor-Wheeler, its senior non-commissioned officer.

Only hours later, the Klingon transports landed soldiers, leaving Robor-Wheeler to face their attacks without any superiors or assistance in strategy. The battle did not go well for the Fourth Marine Regiment, whose members split up to continue fighting a subversive, indirect-tactics war until relieved months later. Master Sergeant Robor-Wheeler survived the conflict and was instrumental in tying down several crack units of the Klingon armed forces throughout much of the war. Because of his fine effort in an almost impossible situation, he was later promoted to Lieutenant, First Class, and officially given command of a company in the Fourth Regiment.

As ships improved, older vessels were taken out of duty for the safety of their crews. In Stardate 1/9512, the *Sawyer* Class scout ended its operational life and was removed from active service. The scout had proved ineffective for all wartime assignments save convoy escort

duties deep within safe Federation space. New ships, especially destroyers, were being continuously manufactured.

With dozens of planets suitable for occupation and a very limited number of fully-trained combat ground troops on each side, there were comparatively few confrontations between soldiers of the Klingon Empire and Federation marines. Stardate 1/9601 saw the first major confrontation between opposing ground forces in the Battle of Sinbad IV,



a planet within Federation space. When Star Fleet Intelligence learned of the Klingons' intentions to seize that world's resources, the Second, Eighth, and Thirteenth Marine regiments were rushed to its defense. As the Klingon transport escort entered the area, one local support squadron of Federation frigates intercepted. Even though the Klingons were using a variation of convoy baiting techniques, the second defensive squadron was in a Delta-Z mode, waiting for the Klingons to close in. Seeing no starship opposition, the Klingons unloaded their soldiers and started to provide ground support. At that point, the Federation squadron jumped the transports, causing the entire Klingon task force to execute a scattered defense. Not pursuing as the Klingons expected, the Federation retained sole possession of the Sinbad system. With orbital support, UFP marines killed, wounded, or captured a total of 30,000 highly-skilled Klingon ground troops, including a crack Klingon Imperial Guards battalion, in a stunning victory.

As strategic initiative fluctuated briefly between the UFP and the Klingon Empire, the Battle of Delgon-R saw the first use of gravitic mines. Using a small number of modified *D-16* destroyers as minelaying ships, the Klingons established a thin line of these devices in an area of open space where they expected a Federation counter-attack. Star Fleet commanders were caught by surprise, and several *Achernar* Class cruisers from the Forty-Seventh Assault Squadron were obliterated before a tactical withdrawal could be accomplished.

With the introduction of this new weapon, the Klingon forces were having some difficulty in completely securing the extensive inroads made into Federation territory. This defensive maneuver was unusual for the Klingons, who prefer the military offensive. Possibly it was indicative of

their overextension within hostile space. Still, Klingon progress to date had been undeniably impressive, as units of their Imperial Navy penetrated nearly 15 parsecs into certain sectors of the UFP.

On Stardate 1/9602 and 1/9603, several head-to-head fleet encounters took place, the largest of which was the Battle of Sector 23-H. There, strategic squadrons numbering over 100 ships per side met in the largest fleet engagement yet. Federation forces, under the command of Admiral Brakux, split up as part of a prearranged withdrawal and regrouping maneuver. At Falgor, a three-ship task force encountered a single Klingon *L-6B* frigate and suffered severe damage. This served as a painful reminder that not all Klingon ships were inferior in one-on-one combat situations.

Vulcan Captain Sogon, commanding a squadron of *Loknar* frigates, proved that logical, normally peaceful beings could successfully wage war, if necessary. The Battle of Lasur Funop was fought with frightening efficiency as the *Loknars* caught two Klingon battle cruisers by surprise, demolishing them with a perfectly-executed six o'clock low maneuver.

The confrontation at Falgor had a profound effect on high-ranking Star Fleet officials. Observing the fighting prowess of the *L-6*, they were concerned over the possible defeat and capture of certain classes of Federation warships. After due consideration, they decided on Stardate 1/9603 to withdraw the *Constitution* Class cruiser from front-line combat, thus preventing its military and technological secrets from being unduly risked in combat. To prevent a propaganda victory for the Klingons, the official story at that time indicated that the *Constitution* Class needed additional trial time. The official story was not widely accepted as factual , to the Public Relations Office's chagrin. Several new Klingon designs especially built to counter the *Constitution* entered service within the next several months, but never actually faced their intended rival.

The Encounter at Videtu, and the Battles of Jevol, Klaf, and Ogolo took place during the next few months, as Klingon and Federation forces continued to vie for strategic position deep within Federation space.

## UFP FLEET DEPLOYMENT: A CRITICISM

*From* **Champions of the Stars: The Constitution Class Cruiser,** *Franz Josef IV and Lawrence Marvick.*

Let it be understood that we recognize our place as starship designers, the creators and architects of sleek, powerful spaceships. We do not pretend to be designers, creators, or architects of military strategy or political policy. There are others in the United Federation of Planets far better suited to these diverse and undeniably complex duties.

Still, the question deserves to be raised. With the initial design, and subsequent successful construction program of the new *Constitution* Class cruisers, it is curious that these ships were specifically excluded from combat duty during the latter months of the Four Years War.

Although designed primarily for exploration and containing the most sophisticated scientific and research laboratories of any ship in service, the *Constitution* Class cruisers were the most powerful individual ships in all of Star Fleet at that time. They were freely permitted in combat during the first year of the war, but after Stardate 1/9603, they only served in their prewar roles of survey, exploration, and planetary contact. In fact, after that date, several of the *Constitutions* were actually reassigned from their previous duty stations near the Klingon border to more distant, ostensibly safer sectors of operation.

In our opinion, their high-warp capacity, mission endurance, and respectable firepower would have been very useful in engaging the Klingon vessels assaulting Federation space. If nothing else, they could have been organized into three- or four-ship battle groups to serve as reserve formations in especially strategic regions of space. The excuses sometimes given regarding the need for more shakedown time, and being an insufficiently-proven class, do not lend themselves to accuracy. Official ships' logs by officers commanding those vessels substantiate the basic functional soundness of the ship's design. There must be another, yet unknown reason.

Also, we admit there is the issue of personal ego. Having designed the vessel, it would have been gratifying to see the *Constitution* challenging the newer Klingon *L-6* and *D-10* classes in combat.



20

## FROM DEFENSE TO OFFENSE

*From **An Informal History of the Four Years War**, Captain (now Admiral, Ret.) Sebastian Westervliet.*

As if things had not been bad enough, the Debacle at Giso in Stardate 1/9608 really disheartened the Federation forces. Several squadrons of new Klingon *D-10As* and *D-20As* met Federation ships for the first time. With the Klingons faking identification signals to mimic the less effective *D-7As*, Federation commanders found themselves visually identifying powerful starships not seen before, equipped with more effective offensive and defensive weaponry. Only half of The Federation's fleet remained to retreat, and even then, the valiant diversion of Andorian Admiral Shegai was needed. Of course, Shegai was posthumously decorated for his heroic delaying tactic.

As a direct result of these new Klingon cruisers, flash-priority research projects began throughout the Federation to develop new shipboard weapons. Many of the best minds in Star Fleet's Engineering Command and the Andorian Clan of Combat were engaged in developing replacements for the growing ineffectiveness of the laser and the accelerator cannon.

Then came the defense of Rudgur III, a planet on the edge of Klingon space. Federation marines landed there in a surprise attempt to capture Klingon territory and make inroads into their Empire as part of a psychological tactic. This marked the first time Federation forces actually landed on Klingon soil, but the landing was "not entirely successful", to quote the official briefings of the time.

The Klingon High Command, learning Rudgur had been taken, sent in large numbers of ground troops and equipment. Not satisfied with their ground forces' rate of progress (or possibly remembering Sinbad IV), the Klingons used chlortheragen for the first time. This chemical, a lethal nerve gas especially designed to inflict agony on its victims before killing them, demonstrated a new level of brutality in Klingon tactics.

A Federation recovery ship eventually moved in to retrieve the very few survivors. Many marines were killed, and most of the survivors were captured and later killed by their Klingon captors. Colonel Wilhelm Mann'dela, commanding officer of the Fifth Marine regiment and one of the few high-ranking officers to survive Rudgur, summed up the conflict with a grim pun on the planet's name when he called this battle "The Ruddy, Gore War."

General Order Seven, the only Star Fleet order ever to carry the penalty of death, came through at this time. It prohibited anyone from travelling to Talos IV, and went into effect after its recommendation by Captain Christopher Pike of the USS *Enterprise*. Oddly, no reasons were given.

In Stardate 1/9610, one major setback for the Klingon Empire took place at Kesse, when the Federation's fast-moving Eighty-Fourth Special Task Force of *Baton Rouge* Class cruisers got behind enemy supply lines and ambushed a vital Klingon convoy headed for a forward supply installation. The escort, consisting of one *D-10* and six *D-4E* cruisers, was overwhelmed when Federation flanking attacks demolished several dozen *G-8* cargo freighters and four of the *D-4Es*. The *D-10*, the *Klugh'tal*, was severely damaged when its engines were hit, forcing the Commander to separate the command pod from the rest of the hull. Remarkably, this pod was recovered 16 months later by another Star Fleet ship. Some Klingon survivors were still aboard, in predictably poor condition.

Though Klingon forces were still advancing toward Thranstor on one front and Argelius on another, the Battle of Webirty in Stardate 1/9612, and the attack against the planet Zal Vhros in Stardate 1/9702 showed that the Klingons were becoming desperate. When the frustrated commander of a Klingon *K3A* gunboat attempted to crash into a surface reconnaissance installation on Zal Vhros, it surprised starship commanders on both sides. Though an isolated incident, it foreshadowed the logistical and morale problems that defeated the Klingons.

As the Klingons continued to push deeper into Federation space, their lines of supply grew longer and more tenuous. As a result, they began a major diversionary tactic in Stardate 1/9703. A new class of ship entered front-line action at this time, and Klingon High Command claimed to have a new ally in their conquest of the inferiors hiding under the collective Federation banner. Monitored communications coming from these ships showed their crews did not speak understandable Klingonaase, and the ships would not surrender under any circumstances, preferring self-destruction, if necessary.

Star Fleet Intelligence took the Klingons seriously. Efforts to locate the origin of these unknown allies resulted in Operation Blackbeard, which used agents in the Romulan Star Empire to investigate the Klingon claim from that perspective.

It was later learned that this ship was a Klingon *K-23A* escort, especially designed to appear non-Klingon in origin and having specially-trained crews. No secret allies were discovered, and operatives of Operation Blackbeard confirmed that the Romulans were not cooperating with the Klingons. Still, the new ship was a very effective convoy escort vessel and light-duty combat ship, and it replaced the aging *K-3* gunboats. The *K-23A* proved its worth time and again when confronted by Federation *Portsmith* and *Larson* Class destroyers. And until the true nature of the ship was determined, it did create a period of enormous chaos for Federation forces, particularly the Intelligence Command.



## THE FINAL PHASE

*From **An Informal History of the Four Years War**, Captain (now Admiral, Ret.), Sebastian Westervliet.*

Stardates 1/9704 and 1/9705 marked the deepest penetration of Klingon naval forces into Federation space. But shortages of supplies, combined with lack of reinforcements and chaotic organization, eliminated any Klingon hopes for additional widespread advancement. In addition, new Star Fleet ships, skillfully commanded by battle-tested officers, were now available in sufficient numbers to permit the Federation numerical superiority in certain vital sectors.

At this point, senior Klingon officers saw their worst logistical fears confirmed, as supplies and a need for front-line repair facilities became more important than sheer numbers of combat vessels. Seeing their chances dwindle, officials of the Klingon Imperial Navy ordered two final military thrusts. Their goals were to move quickly and attack Adhara, believed by the Klingons to be a major Federation military center, and Star Base 15, already a confirmed Star Fleet base and source of numerous problems for Klingon forces. All available forces would be regrouped for these last thrusts.

This scattering led to dozens of smaller encounters between opposing forces. UFP and Klingon ships alike were reduced to sublight velocities and search-identify-and-destroy tactics as they weaved through areas strewn with asteroids. With most of these asteroids containing high percentages of metals, the "fog of war" grew thick. It became difficult for either side to detect enemy starships among the metallic debris that impeded lines of fire and generated false sensor readings.

When the Battle of Thranstor was finally over, more than 100 warships were permanently disabled, and nearly as many more were seriously damaged. More importantly, the thoroughly disorganized Klingon survivors were forced to run back toward their own borders. It would take several days before ships fighting in that battle regrouped and prepared for the next battle.

During the next few days, but about 40 parsecs away, a similar battle was fought between Federation and Klingon forces near Argelius. Though not quite as harrowing as its counterpart, this battle was an uncomplicated, head-to-head confrontation between fleets from both sides.



The Klingon thrust toward Adhara met Federation ships at Thranstor, which was selected as a major Federation shipbuilding facility for the future. The Battle of Thranstor involved the use of six full battle forces of Klingon cruisers, including the greatly-respected *K-10* and *K-20*. The Federation, however, was also well represented, with over 170 *Tikopai*, *Loknar*, and *Larson* Class cruisers, frigates, and destroyers. In a rare instance, our side actually had a larger available force.

By this time, the Klingons had replaced all sophisticated tactics with the single-minded goal of reaching their destination. This only heightened Star Fleet's advantage, as the *Loknar* Class frigates ably used their aft accelerator cannons against tired and unprepared Klingon ship commanders. As the Klingon forces maneuvered in their V-formations, entire squadrons of Federation warships turned in formation and flanked the enemy cruisers, wreaking havoc and causing the Klingons to scatter among the asteroids of Thranstor.

The Engagement for Argelian Approaches was not won by the Federation as much as it was lost by Klingon forces. The Klingon fleet that was travelling toward Star Base 15 was in a sorry state. Aside from the new, mysterious *K-23*s, many of the enemy ships, including older *D-7*s and *D-4*s pressed into service, had not been repaired from previous conflicts. Numerous odd formations were the result of attempts to protect the damaged shield generator or weapons system areas of individual ships. One entire squadron of Klingon *D-7A* cruisers went into battle *in reverse*, because their damaged front deflector shields had not yet been repaired.

Needless to say, the Klingons were defeated. Federation losses were light, and Argelius never saw hostile combat or heard the sound of disruptors. The planet did, however, serve as a much-needed recreational stop and medical facility for Federation forces involved in neighboring battles.

During the time between Stardates 1/9703 and 1/9711, a total of twelve other major fleet actions took place involving more than one squadron per side. Federation forces won the majority, inflicting casualties greater than those suffered. As starship production of the *Portsmith*, the new *Chariot* Class transport, and other major classes continued, the tide of the war definitely shifted in the Federation's favor, with numerous Klingon task forces re-treating.

This was confirmed by the totally unexpected capture of Klingon Admiral Komex. Travelling in a *K-17D* scout from the rapidly changing front to the Klingon fleet forming at Grank, Komex' unescorted ship was intercepted by the *USS Aramis*, a Federation destroyer on picket duty. Komex opened hailing frequencies and asked to speak with "the highest-ranking available official with Star Fleet". Unsure of whether it might be a trick, the *Aramis* boarded the smaller ship and took it in tow before contacting Admiral Devon aboard the *USS Aquila*, one of the *Cygnus* Class command couriers used by Star Fleet as mobile operations centers.

Komex announced that the Klingon Empire could not win this war. He realized the war must end as soon as possible to allow his government's armed forces to rebuild and fight again at another time. Through a convoluted chain of logic not easily understood (even by Vulcans), he swore he was acting in the best interests of the Klingon Empire as he described the location and defenses around Kolm-an, the main center of Klingon operations. After confirming as many of Komex' facts as possible, Star Fleet decided to take him seriously and made preparations for Operation Argus Redoubt, a full-scale attack against the Klingon stronghold.

Meanwhile, in Stardates 1/9711 and 1/9712, the efforts to develop new weapons finally paid off. Engineers at Loraxial Ltd. and HiBeam Energies, Ltd. developed the photon torpedo and phaser, respectively. Both weapons were rushed into production, with warships being removed temporarily from duty to have the new systems installed. Though this filled all operational Star Bases and space docks to overflowing, the effort proved well worth it.

Plans had already been made to conduct a marine assault against the Klingon planet Karag. After learning of the Klingon fleet's presence at Grank, a second plan designed for concerted attacks against both targets was prepared.

On Stardate 1/9802.05, UFP Marines landed at Karag, where enormous numbers of Klingons and vast quantities of supplies were stored for the conflict. In the largest marine operation of the war, five full regiments were transported to the battlefields of Karag. By this time, the Vulcan Science Academy had developed a hypospray antidote to chlor-theragen, giving Federation forces protection from that noxious, uncivilized poison. Once there, however, difficult atmospheric conditions prevented orbiting Federation support squadrons from providing assistance. The marines were left to fend for themselves.

Because of this, the battle went badly. Karag produced more than its share of UFP heroes, as Marine Corps Command personnel took on Klingon soldiers in numerous engagements. The marines were forced to scrounge for weapons power packs and, at some points, even conducted hand-to-hand combat with the dreaded enemy. The actions of one man, Colonel Anchar Ahab of the Twelfth Marine Regiment (commonly called "the Yellow Demons") stood out among the rest. While trying to open a pass through a strongly-held range of mountains, Ahab's entire force became trapped between the difficult terrain and the intense Klingon small-arms fire blocking his approach. On the other side of the mountains, a force of 10,000 marines faced hundreds of thousands of Klingon natives. Retreat through the mountain pass was their only hope of evacuation.

After locating an *S-3A* shuttlecraft, a portable laser cannon, and a photon mortar, Ahab asked for a single volunteer to pilot the small ship while he conducted a fire support mission from the shuttle's open door. Once he had his pilot, Ahab strapped himself inside the shuttle. While holding the very heavy and awkward cannon, he successfully directed the pilot toward their target and, despite numerous evasive maneuvers, knocked out the Klingons' mountain defense post. This freed up the pass, and the marines were evacuated without casualty. Weather conditions finally improved, giving Star Fleet's orbiting ships a chance to provide overwhelming superiority to their comrades on the surface, culminating in a hard-fought but successful victory. Star Fleet later named a medal after the series of ground battles fought on this planet. Colonel Ahab was the first to receive this new medal, called the Karagite Order of Heroism.

On Stardate 1/9802.28, Star Fleet moved into the vicinity of Grank where the Klingon fleet was reforming. A task force of previously-captured Klingon ships, now manned by volunteer crews from Federation worlds, was the first squadron to move in. The Klingons mistook them for reinforcements and remained at a low state of alert. Using a diverse combination of tactics, more than 200 Federation ships (some already re-equipped with the new photon torpedoes) executed an enormous multiple-flank attack against a quiescent and unprepared Klingon fleet of almost equal size.

Surprise was almost total, and the new torpedoes proved their superiority over the older accelerator cannon. Klingon ships were destroyed or disabled before they could fire a shot. Kugor, the senior Klingon Admiral present, attempted to rally his forces, personally berating many of his subordinate commanders via subspace radio. Most of them, however, had had enough, and elements from several squadrons surrendered. Many Klingon ships fled, executing a ragged starburst defense. It took Star Fleet several months to finally track down all the escaping vessels. A few Klingon ships responded with unbounded ferocity, often conducting suicidal attacks. Some of the most deadly ship-to-ship combats fought during the war occurred in this battle. As with the Battle of Karag, this conflict resulted in the creation of another Star Fleet combat award, the Grankite Order of Tactics commendation.

The last battle of the war, Operation Argus Redoubt, was fought in Stardate 1/9803 at Kolm-an, using the detailed information provided by Admiral Komex. When several squadrons of Star Fleet's cruisers, frigates, destroyers, and transports arrived, however, there were no major Klingon warships left in-system. What did remain were five of the Klingons' *Z-4B* defense outposts, two full squadrons of *K-30A* monitors, and almost 100 *K-3B* gunboats.

Left with few attack strategies, the Klingon gunboats swarmed very effectively, overwhelming the shields of the Federation ships. Forced into a modified Cochrane Deceleration maneuver, the cruisers and frigates fought for their lives, finally defeating the individually inferior Klingon ships with concerted phaser and photon torpedo attacks.

Kolm-an's Final Defense was fought on the surface of the world, as well as aboard several of the orbiting *Z-4*s, as Federation forces attempted to capture vital intelligence information before hostilities ceased. Deck by deck, squads of marines engaged Klingons with small-arms and hand-to-hand tactics, frequently in a zero-gravity environment, as they searched for records, weapons, and other transportable Klingon-manufactured goods that would later yield secrets about the Klingons and their way of life.

The marines did not leave the mobile weapons platforms until an activated self-destruct device was discovered first on one platform, and then on all of them. The devices were set to explode after a few hours. No *Z-4* was captured intact, but marines recovered Klingon goods from most of the platforms. On one of them, three companies of the Thirteenth Marine Regiment were killed when the platform they were on detonated prematurely.

ED. NOTE: Lieutenant John Rich's account of Kolm-an's Final Defense, entitled *Leatherneck in Space*, is a classic text presented from the viewpoint of the average marine. As he received a Distinguished Service Medal for his actions in that battle, his description may be colored by his particular success. Not all of his cohorts were as skillful or fortunate.

Also, this battle marked the first widespread use of newly-graduated officers from the Marine Academy. These officers, even more highly-skilled than their predecessors in specialized areas of training, such as zero-gravity combat and the use of environmental suits, proved the value of the new Academy.

As Admiral Komex had predicted, the Klingons sued for peace after this battle.

## THE AFTERMATH

From ***Star Fleet Command Official Campaign History of the Four Years War***, *John Gill and the Star Fleet Office of Public Affairs and Information.*

The Axanar Peace Mission convened on Stardate 1/9805.12, after a number of Klingon delegates were rushed via high-speed courier ships to the planet where the war began. The Treaty of Axanar was signed on Stardate 1/9806.13, and its terms carried out from Stardate 1/9807 through 1/9904, including the escorted mass evacuations of several Klingon worlds in what was now declared neutral space.

Several classes of ships, no longer needed by Star Fleet, were decommissioned or destroyed at the Centauri and Arcturas Test Ranges. Other ships, chosen to continue their service with Star Fleet, were re-equipped with phasers and photon torpedoes, now standard equipment on all postwar starships.

Axanar became a UFP protectorate, and the Zone of Transport Escort was finally lifted, restoring free trade movement throughout the Federation. The Federation Council appropriated funds to construct Star Bases 12 and 27 in the newest region of space to come under Federation jurisdiction as a result of the treaty's terms. Much larger because of gains made during the Four Years War, the Klingon Empire established a new base at Mastocal, and proceeded to consolidate their territorial acquisitions.

One major result of the Four Years War was to close the gap between the declared borders of the Klingon Empire and the UFP. The neutral zone was now much smaller. Though both sides profited from the gains in territory, their new proximity would make any future conflicts all the more convenient.

For the time being, however, after much loss of life, equipment, and property, peace reigned for the peoples of the United Federation of Planets.



# RELATED ISSUES

## TRADE AND COMMERCE

From *Memoirs of a Merchant: An Autobiography*, Carter Winston.

Word finally came down today from Star Fleet's Office of Public Information. From this Stardate (1/9509.07) on, all privately-operated starships are banned from travelling within the newly-created Zone of Transport Escort unless travelling in convoys. These convoys will be escorted by Star Fleet vessels to assure the safe transportation of goods, especially materials vital to the war effort. Violations of this new mandate will be punished by confiscation of the vessel and imprisonment of the registered owner or merchant who failed to comply.

I confess to having mixed feelings about all this. I have to resent military authority intervening in the essentially non-military job of interstellar commerce. I do, however, recognize the need for protection of some kind. My merchant line has already lost three ships operating near the Klingon Empire's border, including a brand-new *Eagle* Class starliner. I certainly cannot afford to sustain any more losses without being crippled financially.

This enormous Zone roughly divides the Federation in two, using New Paris and Daran V as a baseline. Every starship travelling on the Klingon side of that demarcation line (which affects more than half of my shipping) must be escorted. This effectively limits ship destinations and departure times to the whim of local Star Fleet squadron commanders or availability of escorting vessels. Profits will be drastically cut and speculation becomes impractical, due to the uncertainty of ships reaching their desired destinations.

Still, one has to give high-ranking Federation officials credit for their willingness to shoulder the enormous extra burden. And they were clever when they named the Zone of Transport Escort, which is less politically explosive than calling it a "Free Trade Interdict". Many private traders specializing in smuggling and illegal trade will naturally find these new constrictions most confining, but it should greatly decrease the likelihood of Federation merchants being used as enemy agents. I do wonder how much Star Fleet's action in establishing this Zone was motivated by military common sense and how much by political concerns.

## TRADE AND COMMERCE: A CRITICISM

*Death of Free Enterprise*, Leo Francis Walsh.

When war broke out with the Klingon Empire, independent merchants hoped there would be less harassment by Federation ships concerning the enforcement of petty rules and regulations. (After all, anyone studying history learns quickly that governments do more to stifle the principles of free trade and mercantilism than any other single force, competition included.)

Too bad that is not what happened. Things were fine for the first few months of the war when starships manned by customs officers were totally occupied with protecting Federation space. This left them no time to pester simple and honest merchants like me with such tedious and easily forgettable details as flight plan documents and navigational space-lane clearances. Even trade with the Orions increased dramatically, and all private ships were pressed into service to transport crucial war materials throughout Federation space.

When shipping losses from private and commercial vessels began to rise dramatically, none of the Star Fleet bigwigs could understand what was happening. Official statistics were not forthcoming, but I was told ships were failing to reach their destinations at a rate of 0.37% per month. To Star Fleet, this was an unacceptably high rate. For every 1,000 starships, 37 would never reach their destination.

Although this information was not public knowledge, resourceful traders like yours truly often hear rumors that others might miss. How the vessels were being destroyed or by whom was unknown. I happen to think it was the Orions. They are sneaky enough to try and eliminate their competition.

Anyway, once this started happening, the Federation slapped down an arbitrary and almost unprecedented quarantine on private ships operating in the vicinity of either the Klingon or Romulan borders. Not that I would ever approach the Romulan border, anyway. They are not terribly friendly, even to likable fellows like me, and have less sense of humor than a Vulcan kivas trader.



25

This "Zone of Transport Escort", as they so humorously called it, resulted in the severest repression of traders' rights in the history of the United Federation of Planets. All private ships had to carry armed space marines aboard, had to have flight plans filed with the nearest Star Base, had to coordinate their flights with Federation warships, and finally, all non-Star Fleet flights to the Rigel system were off-limits, period.

To put it mildly, I found the situation alternately enraging and frustrating. Quite naturally, a common port of call for my ship was Rigel VIII, where I conducted many profitable exchanges. Now, with this oppressive new regulation, I would not be able to exercise my rights to free trade in my area of expertise: small, exotic luxury goods. I mean, does anyone realize how unpopular a merchant with a squad of marines as escort would be in certain sections of Rralrark?

Lodging a formal protest was useless, and one particular starship commander even had the audacity to threaten confiscation of my ship when certain illegal goods were mysteriously found in my cabin. I, of course, was innocent, but try telling that to one of those thick-skulled Star Fleet customs officers. The last years of the Four Years War were perhaps the most boring I have ever spent. With a war on, you'd think they would have had something better to do than keep watch over me. I would have been willing to take my chances with the Klingons or anyone who might be pirating private merchantmen. If I could survive our side, I could probably have survived *anything*.

## THE ROMULAN FACTOR

*Intelligence Analysis of the Romulan Star Empire, Volume XXII, Star Fleet Intelligence Command, Romulan Sector.*

To date (Stardate 1/9508.27), activity along the Romulan border has been reasonably quiet, with no Romulan ships detected in the Neutral Zone for a number of weeks. Though losses are reaching critical levels in other areas of space, particularly near Rigel, losses of shipping near the Romulan Neutral Zone have been customarily light, generally attributable to non-combatant accidents or mishaps.

From Stardate 1/9502.10 to the present time, there have been frequent, fleeting contacts with Romulan ships. In that time, a Romulan scout entered the Neutral Zone and was picked up by an automated, zone-intrusion detection satellite. Of a previously unknown design, it was confirmed as Romulan after a warp-train spectroanalysis. Later analyses identified the vessel as a *Graceful Flyer* Class scout, apparently checking up on Federation activities near their border. Aside from these intermittent encounters, the status on this front has been appreciatively quiet.

Nevertheless, the situation can only be described as uneasy and tense. Many Star Fleet vessels normally on Romulan patrol duties have been redeployed to active service against units of the Klingon fleet. That means the area of space each Federation patrol ship must now cover along the Romulan border has increased by more than 60 percent. If any additional ships are withdrawn for combat, it will be impossible to assure adequate warning against any Romulan incursion. The border outposts are not heavily defended, and so they can not be considered sufficient as a warning system alone.

Fortunately, there has been no evidence of aggressive Romulan ship movements against the Federation, at least, not so far. Nor has there been any evidence to indicate a Romulan attack against the Klingon Empire, another old rival. There is no doubt the senior officers of the Romulan Imperial Navy are aware of the current war between the UFP and the Klingon Empire.

It seems likely that the Romulans will elect to enter into hostilities with either the Federation or the Klingons before the war is over. Such an act might be construed as implying an alliance with one power over another, but it is more likely the Romulans would be motivated by the desire to test new ships or equipment, or to make territorial advances against their opposition. With the primary attention and resources of the two powers pitted against each other, a powerful effort on the Romulans' part in the area closest to the "enemy of their choice" could result in a series of localized, convenient, and comparatively inexpensive victories for them.

Of course, if they feel it more politic to avoid showing favoritism to one or the other, their decision not to intervene may best serve their purposes. Also, the Romulans have already conducted open warfare against both the Federation and the Klingon Empire. It is possible any involvement in current hostilities may adversely affect existing long-range plans for combat against either, or both, governments.

## THE FEDERATION COUNCIL

*From Axanar Campaign Diary, Captain (later Admiral) Bernhard Kovack, Star Fleet Operating Forces/Federation Council Military Adjutant.*

The prestige of the Federation suffered a severe shock during the time of the Second Babel Conference (Stardate 1/7701), with many individual member systems regarding the ruling Council with less than high esteem. The unexpected popularity of the Terra-Return League, coming shortly after the first contact with the Klingon Empire, taught high-level officials much about the strength of their government. Though the Terra-Return League was not popular enough to threaten the Federation's existence, its influence indicated a growing unrest with the complex and sometimes impersonal nature of the Federation's higher echelons. Still, we survived the Conference to continue forward.

With fewer members, the UFP would have had less difficulty addressing individual issues. But the vast and still-growing size of the Federation generated its own problems. We were too successful for our own good.

The Klingon War, coming less than two decades after the Conference, proved to be the Federation's next major test of political assertion. The question of the moment was: Would factions again rise to voice their positions against the Federation during this critical time, with the first declared state of war since the Romulan Era?

I am proud to state that it did not happen. At no time during the war were there any significant demonstrations against our active and resolute efforts to defend ourselves from the Klingon hordes. All major contributing members performed admirably, providing personnel, ships, and materiel for the war effort. Even the Vulcan Science Academy placed the use of its extensive research facilities at Star Fleet's disposal for manufacturing antidotes to Klingon biochemical agents, including chlortheragen.

Even when the Council authorized Star Fleet to institute a Zone of Transport Escort, the first of its kind since the Romulan War, there were few complaints from major shipping lines. Some corporate officials of Sirian Starways, LIC. even spoke out in support of the action, though having marines aboard their luxury passenger liners must have been an all-too-obvious reminder of the events taking place elsewhere in the Federation.

Simply put, I am very pleased with the overwhelming acceptance of Federation policy during a period that called for unusually strict measures. The Klingon threat provided all beings on all inhabited UFP planets with a single, unifying objective of survival. Though war is always a traumatic and unpleasant occurrence, I do feel confident that the United Federation of Planets is stronger, at least sociopolitically, as a result of this war. Hopefully, additional advances in cohesiveness will be made during the years of peace that we pray will follow.

## THE SHIPS OF WAR

*From **United Federation of Planets Spaceflight Chronology**, edited by Commandant Brigham Wu and the Star Fleet Academy Training Command Staff (School of Technical Studies).*

Of the many starships seeing duty during the 45-month period of the Four Years War, the most notable classes of combat and auxiliary support vessels are listed here. Not all classes listed actually participated in combat, but all were on active duty at that time.

Individuals wishing detailed information, including illustrations and ship specifications, may wish to refer to their **Klingon Ship Recognition Manual** or **Federation Ship Recognition Manual**, both available to authorized personnel through Star Fleet Intelligence Command, or direct from FASA.

Most of the ships listed will appear in the current edition of the appropriate manual. Certain vessels, no longer in service and possibly no longer in existence, will not be included there. Requests for information on those older vessels may only be granted by contacting Sir Kenneth A.F. Brighton directly.





### SHIPS SERVING WITH THE IMPERIAL KLINGON NAVY:

*T-3A "d'aka" (Mover)* Class VI assault ship
*L-6B "t'h'lar" (Defender)* Class VIII frigate
*D-4A and -E "d'ama" (Predator)* Class VII cruisers
*D-7A "K't'agga" (Painbringer)* Class VIII cruiser
*D-9B "z'gal" (Seeker)* Class VIII cruiser
*D-10A (Riskadh)* Class VIII cruiser
*D-16A "kl'sarza" (Swiftwind)* Class VI destroyer
*D-20A (Death Rite)* Class VII cruiser
*K-3A and -B (Kalath)* Class II gunboats
*K-17A and -D "z'mortama" (Death Stalker)* Class III scouts
*K-23A "talat kh'exesta" (Little Killer)* Class VI escort
*K-30A and -E "K'nel" (Luckless)* Class IV monitors
*G-8A "plen zha" (Trader's Game)* Class IV cargo freighter
*W-2A (Koreba)* Class II warpshuttle
*Z-4B "zha mortas" (Deathgame)* defense outpost





### SHIPS SERVING WITH STAR FLEET COMMAND:

*Achernar* Class cruiser
*Baton Rouge* Class cruiser
*Constitution* Class cruiser
*Heston* Class cruiser
*Tikopai* Class cruiser
*Anton* Class research cruiser
*Canopus* Class research cruiser
*Apache* Class destroyer
*Larson* Class destroyer
*Marklin* Class destroyer
*Monoceros* Class destroyer
*Portsmith* Class destroyer
*Siva* Class destroyer
*Loknar* Class frigate
*Fenlon* Class monitor
*Bode* Class scout
*Hale* Class scout
*Hermes* Class scout
*Nelson* Class scout
*Sawyer* Class scout
*Chariot* Class transport
*Dollond* Class transport
*Kepler* Class transport
*Ptolemy* Class transport
*Cochrane* Class colonial transport
*Aakenn* Class freighter
*Liberty* Class freighter
*Eagle* Class starliner
*Cygnus* Class courier/command ship

## THE ADVANCE OF TECHNOLOGY

*From introduction of monograph entitled **Preliminary Applications and Ramifications of Dilithium-Focused Matter/Anti-matter Reactions in Warp Drive Propulsion Systems, Franz Josef IV (written in Stardate 1/7611).***

I have just received a report and a small quantity of dilithium crystals from Wendell Herzog, a geophysicist currently stationed at the mining complex on Rigel XII. Wend and I have been friends for a long time, and I am deeply indebted to him for sending the information and samples directly to me, without adhering to proper protocol or administrative procedures.

Having been involved in starship design for a number of years, I have seen numerous advances made, including the remarkable materializer that entered widespread service just weeks ago. Nevertheless, the potential of these dilithium crystals exceeds anything I have ever seen before. Without exaggeration, there is no doubt they will revolutionize interstellar travel as much as Cochrane's original theory on warp travel.

These stones, with their peculiar and unique crystalline structure, can store energy from matter/anti-matter reactions to be released after a critical level of charge is reached. By focusing and storing this energy until the moment of discharge, higher levels of reaction can be maintained, and the overall efficiency of the warp engine be doubled or more.

The importance of this is simple. Without these crystals, the maximum speed attainable with conventional warp powerplants has already been reached, approximately Warp 4.8. With them, it will be possible to reach Warp 7 or greater. There will be comparable effects on all other shipboard systems as well. Dilithium will provide more efficient use of anti-matter, increasing the available power for the ship's entire operation. In essence, it will accomplish what the *Tritium* with its three warp nacelles tried and failed to do.

Larger starships designed for higher energy consumption can and will be built. These new vessels will be equipped with more powerful deflector shields, weaponry, and sensors, easily able to outperform any starship not so equipped. In fact, it may even be possible to improve on ship's lasers by boosting the photic qualities of the beam through heterodyning across selected bands of the electromagnetic spectrum.

These estimates may seem over-optimistic, but I will stand by them until there is reason to believe otherwise. Incidentally, I cannot wait to get back to my architectural computer. I can only hope, for the sake of peace, that the Federation is the first to utilize these new crystals for use as power rectifiers aboard interstellar craft.



# THE CONSEQUENCES

## ADVANCES IN MILITARY TECHNOLOGY

*From **Encyclopedia of Spaceflight**, R. April and S. April, editors.*

Periods of warfare have always been the most significant periods for technological advancement in Terran history. This was no less true on a Federation-wide level as a result of the Four Years War.

Almost all UFP warships had been equipped with dilithium-moderated warp drive nacelles before the Four Years war started. By the war's end, all warships, almost all commercial transports, passenger liners, and freighters, and many private warp-driven ships were thus equipped. This increased the overall speed and efficiency of interstellar commerce. The overall efficiency of impulse and deflector shields was improved as well, with much of the credit going indirectly to the new, enhanced warp drive.

In addition, Star Fleet began developing some of the basic theory needed for the vastly superior transwarp drive during the Four Years War. Facts such as load/stress capabilities, maximum engine operating temperatures, and other scientific information invaluable for designing the new propulsion system were gathered from test stations operating at the Arcturus and Centauri Test Ranges and from starships returning from battle-stressed conditions. Based on findings from interstellar probes and theoretical research, a complete report was concluded one year after the war ended. It confirmed the validity of the transwarp theory and opened the way for the design of the *Excelsior* and other ships like it.

The transporter, developed almost two decades before the war, entered widespread use as a weapon for the first time during the Four Years War. Star Fleet needed a rapid method for the transportation of large numbers of marines to planetary surfaces and other ships. Until the time of the Four Years War, only the standard six-man transporter was in wide use within the Federation. The greater effectiveness of the larger transporter systems on Klingon assault ships led to an intensive research project. Federation engineers made necessary modifications, resulting in the development of the now-common 22-cell transporter. This new transporter unit permitted debarkation of marine personnel with unprecedented speed,

greatly enhancing their shock potential for rapid strike missions.

The photon torpedo was designed expressly to replace the aging, and increasingly ineffective, accelerator cannon. The accelerator cannon, essentially a high-powered mass driver, was the primary Federation shipboard missile system through the first half of the Four Years War. The introduction of Klingon ships such as the *D-9*, *D-10*, and *D-20* cruisers, equipped with KSF and KSJ deflector shields, demonstrated the need for a more powerful weapon.

Star Fleet's Engineering Command placed top priority on designing a more effective shipboard missile system, powerful enough to defeat the newer Klingon shields, yet not requiring large amounts of operating energy like the laser. They made slow progress until a research team from Loraxial Ltd. headed by Priscilla Feddric provided the means to magnetically contain small amounts of antimatter. This breakthrough provided the means to construct small torpedoes or missiles of tremendous power. A launch system was quickly developed and tested at the Arcturus Test Range. Using the M-2 computer as the guidance system for the weapon, extended range and accuracy were finally obtained. The system was finally pronounced ready for operation in Stardate 1/9711. It went immediately into production, and the new system reached front-line ships before hostilities ended.

The last major technological development was the invention of the phaser. At the outbreak of the War, scientists involved in laser research had been on the verge of a new discovery. In experimenting with all types of energy beams, Warren Shillinge of HiBeam Energies, Ltd. had discovered a way to "phase  energy pulses", as he described the technique. The process, now named phaser, was vigorously explored at HiBeam. Further secret research developed heat, disintegrate, disrupt, and stun settings for the new weapon system. Early models were placed into production in 1/94, but these at times did more damage to Star Fleet ships than to the Klingons.

Further development and use of the M-1 computer as a guidance and control system produced the FH-3. Use of this weapon turned the tide of war in favor of the Federation. In early 1/97, the FH-3 became part of most fleet inventories, a major contribution to Star Fleet victories of that time.



PHASER FH-3 DIRECTIONAL AMPLIFIER



29

## CONSEQUENCES FOR MILITARY SHIPBUILDING THEORY

*From Encyclopedia of Spaceflight, R. April and S. April, editors.*

The Four Years War also had an impact on future starship construction. Having learned what to expect from Federation armament, Klingon tactics often focused on attacking the generally-unarmed aft sections of Federation vessels. Ironically, these tactics were similar to atmospheric craft tactics of the Terran 20th-century, in which aircraft would maneuver to obtain a position behind their target to increase their chances of destroying it.

Though a number of *Loknar* Class ships served during the Four Years War, few other vessels equipped with aft-firing weapons systems saw combat at that time. This lesson, however, was incorporated into later designs. The Federation/Klingon conflict was directly responsible for the recently-designed *Brenton* Class cruiser and *Chandley* Class frigate.

Aside from a dramatic increase in scout ship construction between Stardate 1/80 and 1/92, the Federation advocated the use of fewer, more powerful vessels for its Military Operations Command. The Klingons, apparently not as concerned for individual crew safety, constructed large numbers of ships. Although these were inferior in one-on-one situations, their quantity provided numerical superiority and tactical advantage.

The Federation's theory of having a smaller number of larger ships met head-on with the Klingons' theory of having a larger quantity of weaker ships. The Klingons significant advances into UFP territory were a direct result of their numerical superiority, combined with then-inadequate Federation laser armaments. As the war continued, however, the Klingons began building fewer, larger ships, while the Federation adopted the opposite policy. Before the Four Years War was finished, both sides had compromised their shipbuilding policies until they were basically the same.

To this day, the question of which composition of force is superior has not been satisfactorily resolved. Apparently, certain combat conditions exist that show the inherent advantage of large, powerful ships in small numbers, while other conditions demonstrate the advantage of weaker ships in large numbers.



## POSTWAR UFP/KLINGON RELATIONS

*Non-mathematical summary from **The Sociological Impact of the Four Years War and Axanar Peace and Culture Missions on Federation/Klingon Diplomacy**, Ambassador Sarek of Vulcan.*

A number of factors crucial to Federation/Klingon diplomatic relations must be examined in light of the Four Years War. First, the Klingon motives for the war must be carefully evaluated. It is probable that the Klingon Empire will attempt to initiate a state of war again. Careful monitoring of diplomatic relations could provide an early warning system.

The position of Orion as a theoretically neutral party may need to be reexamined, in view of their role during the Four Years War. Evidence indicates they were actively supplying dilithium to the Klingons before they began shipments, at illogically high rates of payment, to the Federation.

The effect of contact with developing races is seen in the history of Axanar, clearly showing the theoretical and practical benefits of the Non-Interference Directive. The logic in further cultural modification of Axanar, however, remains to be proven. I personally felt grave concern over the ethics of any interference, though I recognize the general competence of the Federation Science Council.

Without enumerating the various military ramifications of the Four Years War, one obvious effect was the establishment of another Star Base (Star Base 27) in the area where Klingon forces successfully passed into Federation space without being detected. If the Klingons ever attempted such a blatant violation of Federation territory again, the adroit placement of this new installation should greatly decrease their chances of success. This base also provides for observation of Orion activities, in addition to more peaceful duties.

ED. NOTE: Since Sarek wrote this, Star Base 12 has also become operational, along with two new Klingon bases.

Finally, we must address the question of the Romulan Star Empire. Romulan ships were neither involved in, nor known ever to be directly monitoring the numerous tactical engagements between Federation and Klingon forces. Though curiosity may not be as dominant in Romulans as in other space-faring races, it is unlikely they had no interest in the events of the war. They had to obtain information somehow.

Because the Romulans would have an interest in the results of the Four Years War, a degree of improved diplomatic relations between the Romulan Star Empire and one of the primary combatants is probable. It is difficult to evaluate the nature of that improvement without resorting to random selection of factors, but the highest probabilities indicate some form of trade relations, possibly including mutual exchange of technology. It is difficult to visualize a genuine Romulan/Federation alliance. The significance of any form of Romulan/Klingon alliance on the Federation must never be underestimated.

## THE AXANARIAN MISSIONS

*From Psychohistorical Study of Known Space, Academician Sir Kenneth A.F. Brighton, Professor of Psychohistory, Star Fleet Museum, Memory Alpha.*

The Axanar Peace Mission originally consisted of a team of about 30 skilled diplomats and negotiators, mostly from Vulcan, Terra, and Andor. Their purpose was to meet with Klingon officials to formulate and ratify the terms and conditions for peace concluding the Four Years War.

It was believed to be the first time Klingons had ever entered into legitimate diplomatic negotiations. For a number of years, the Federation modeled diplomatic policies and documents after the political success at Axanar. Many Star Fleet officers spent short instructional tours on the planet, meeting with the various Federation delegates.

After the establishment of an uneasy peace with the Klingon Empire, the long, gradual process of working with the Axanarians began. Caught inexorably in the myth created by the crew of the *UNSS Bonaventure,* the natives refused to accept peace until they were allowed to have a role in the Federation. After long deliberation, the Federation Science Council decided to consider Axanar as an experimental site for sociological studies. Although the issue raised heated debates, the Federation Supreme Assembly unanimously voted to suspend General Order Number One for Axanar.

A team of sociologists, philologists, and linguists was dispatched to Axanar to correct the cultural damage done by previous Federation visits to the world. Chartered under the provisions in Chapter XII, Articles 76 and 77 of the Articles of the Federation, this group worked loosely under the jurisdiction of Star Fleet's Office of Colonization. It became known as the Axanar Culture Mission.

Their goal was to modify Axanar's current culture and governmental structure enough to make possible conventional relations with the Federation. The plan was to teach the natives about Federation law, culture, and history, and to encourage the development of more sophisticated forms of self-government. Through sociological group behavior modification, the people of Axanar would begin to modify many of their less desirable cultural and social characteristics, making them more acceptable.

The group's work, while successful, has been predictably slow. Some estimates state the Mission will be needed for another 20 to 30 years. Even so, progress has been satisfactory, and many Star Fleet sociologists in the Colonization Division have served on Axanar at some point during their career.

Some criticism has been levelled at their presence, stating it is a blatant and wanton violation of General Order Number One. Others have defended their actions, saying the interference had already happened many years ago, and this is merely an effort to simulate normal cultural growth. The official current opinion is that the work of the Mission is too far along to permit it to end at this time, though it is certain to be a topic of debate at any Galactic Conference.

Another criticism concerns the bureaucracy surrounding operation of the Axanar Culture Mission. It is responsible to Star Fleet Command, The Federation Science Council Special Projects Office, and the Federation Council Trusteeship Council, having to file official documents with all three governing agencies. This has resulted in a predictable number of administrative complications. As yet, there has been no effective solution. Such an interlocking relationship of regulations no doubt decreases effectiveness of the Mission, thus diluting the "violations" of the Prime Directive.



## THE AXANARIAN PERSPECTIVE

*From Reaching for the Sky, Llorlexa Lloyd, Magister of Axanar.*

We, as a people, wanted little and offered much. As a race we were embittered by the failure of Fortine to return as promised. When the Klingon captain arrived and said he was "of the Fortine", we were pleased to know our race would finally attain the place of prominence to which we were entitled. Through our sufferings and oppression under the Klingons, we realized they were even more aggressive than our own warriors. But at least we now had a sense of unity, a feeling of belonging never before experienced.

Once the War For Liberation was finished, we elected to take our rightful place as vital members of the Federation. This made sense after we saw what the Federation was willing to offer us. It is appropriate that the only major conflict taking place between the United Federation of Planets and the Klingon Empire should have been over our planet and its resources. I look forward to the next few years as the Federation High Council comes to see the benefit from our cooperation. In fact, I am certain it is only a matter of time before the value of our beliefs, customs, and skills are appreciated throughout all inhabited space.

ED. NOTE: In Magister Lloyd's book, as in everything Axanarian, a feeling of bald egotism and arrogance shows through. The "War For Liberation" is what the Axanarians call the Four Years War, reflecting their obstinate, unswerving, and incorrect belief about the true causes of the conflict.

# TIMELINE

This section contains a timeline of all major events dealing directly or indirectly with the history of Axanar and the Four Years War. Other select events are also included to give additional information on the history of the United Federation of Planets, as well as show the chronological relationship between events. All stardates are Reference Stardates.

**Stardate 0/4806.23**

The first manned Terran space expedition makes contact with a humanoid culture on Alpha Centauri.

**Stardate 0/4812**

Alpha Centauri scientist Zephram Cochrane formulates the initial warp drive calculations that make faster-than-light travel possible and, eventually, practical.

**Stardate 0/5507**

UNSS Bonaventure, the first experimental warp-drive ship, is commissioned.

**Stardate 0/6507 through 6509**

UNSS Bonaventure discovers Axanar. Led by Ensign Colin Fortine, a contact party meets with its inhabitants.

**Stardate 0/8706.06**

Articles of Federation are signed at the First Babel Conference, establishing the United Federation of Planets. Shortly thereafter, General Order Number One is adopted as the most important regulation in the newly-established Star Fleet Command.

**Stardate 0/8806**

Star Fleet Command, with the permission of the Alpha Centauri Concordium of Planets, establishes the Centauri Test Range, a weaponry and propulsion test facility and research center.

**Stardate 0/9211.17**

Federation cargo vessel Atlas is listed as missing after failing to arrive when scheduled. Later discoveries indicate the ship was destroyed by Romulan warships.

**Stardate 1/0610 through 1/0909**

The war between the United Federation of Planets and the Romulan Star Empire takes place.

**Stardate 1/1804**

Star Fleet's initial network of manned and automated border outposts becomes operational along the Romulan Neutral Zone.

**Stardate 1/2008**

The USS Yardley travels to Axanar and suffers several casualties among its contact party. As a result of the Captain's report, the planet is interdicted under the Non-Interference Directive.

**Stardate 1/3612**

The Federation Council refuses a funding request from Star Fleet for the development of new starships. All funds previously assigned to completing construction of Star Base 12 are also "indefinitely postponed", to Star Fleet's enormous surprise. Because construction had already begun, the installation retained its name, but remained uncompleted and inoperative until after the Four Years War.

**Stardate 1/3804**

The interplanetary war of Beta Cersus within the Romulan Neutral Zone does not involve Federation ships, but causes the Federation Council to reverse its position on new starship construction. The ruling on Star Base 12, however, is not altered. Construction of other Star Bases in more strategically crucial locations is authorized instead.

**Stardate 1/4802.20**

The expensive and ill-fated USS Tritium Class cruiser enters service, never meeting any design specifications. Numerous high-level Star Fleet personnel are discharged as a result, and all six Tritium Class ships are decommissioned within seven years.

**Stardate 1/5105.02**

First contact with the Klingon Empire occurs when the USS Sentry confronts the Klingon cruiser Devisor near Gamma Demetrius.

**Stardate 1/5507**

The Arcturus Test Range begins operations, serving as Star Fleet's newest propulsion and weaponry test facility.

**Stardate 1/5708**

The Terra-Return League is formed on Benecia Colony. Their goal is to dissolve the Federation and have all Humans return to the Sol system.

**Stardate 1/6003.04**

The USS Flying Fortress, carrying a prototype deflector shield, is crippled and spacejacked by a Klingon pirate vessel, which then tows it toward Klingon space. A Federation task force intercepts the Klingon ship, aborting their action.

**Stardate 1/6401**

Star Base 22, constructed near the Klingon border, assumes operational status.

**Stardate 1/6905**

Star Base 23, also constructed near the Klingon border, assumes operational status.

**Stardate 1/7008**

Star Fleet's USS Baton Rouge Class cruiser becomes operational. It is capable of Warp 4.8, the fastest speed possible in any starship not equipped with dilithium. A total of 220 were built before the class ceased production.

**Stardate 1/7009**

Th'allt, an Andorian colony world, appeals to the Federation Council for economic protection from Tellarite merchants. The Bureau of Interstellar Commerce fails to take timely and effective action to resolve the situation.

**Stardate 1/7201**

Andorian Admiral Hathari conducts "fleet maneuvers" near Th'allt as part of Operation Archimedes, firing on Tellar-registered trading ships. This reveals the Scandal of Archimedes, which emphasizes the unwieldy bureaucracy of the Federation and adds to the popularity of the Terra-Return League.

**Stardate 1/7206**

Richard Daystrom's revolutionary theory on computer information processing, combined with William E. Abramson's transtator physics, results in the design of the first practical, portable universal translator.

**Stardate 1/7407**
The materializer (later called the transporter) is invented.
**Stardate 1/7603**
Extensive dilithium deposits are discovered at the Rigel XII Mining Complex. They are mined and sold by the Orion Colonies to the UFP and Klingon Empire alike, for use as power rectifiers in starship warp drives. Dilithium revolutionizes interstellar travel and military weapon technology.



**Stardate 1/7701**
The Second Babel Conference meets to address a number of questions, including the volatile issues raised by the Terra-Return League. After lengthy speeches, a vote to dissolve the United Federation of Planets fails, and so the Federation remains intact. Immediately after the Conference, the Terra-Return League is disbanded, ending any further political influence by the organization.
**Stardate 1/7703**
Star Fleet's *Hale* Class scout becomes operational, but is not equipped with the newer, more powerful, dilithium-moderated warp drive. With the commissioning of this class, Star Fleet begins an extensive construction program oriented toward building ships designed to investigate unexplored space. An unusually small ship, the *Hale* is cheap to produce. A total of 130 were manufactured.
**Stardate 1/8008**
Star Fleet's *Bode* Class scout becomes operational, the last major warship to lack dilithium-moderated warp drive. A total of 51 are built.
**Stardate 1/8203 through 8703**
Klingon activities near the Federation border decrease drastically during this period, with few Klingon warships seen and the number of routine confrontations dropping by more than 70 percent. Star Fleet Intelligence learns from Operation Dixie that the Klingons are fighting a war with an unknown race along their coreward border.
**Stardate 1/8209**
Construction begins at Star Fleet's San Francisco Naval Shipyard on *USS Constitution.*
**Stardate 1/8400**
Star Fleet begins a large-scale construction program aimed at greatly expanding the fleet.
**Stardate 1/8407**
Star Fleet Intelligence later learns that the Klingon *D-4A* cruiser entered service at this time. Early mass production of this ship provided circumstantial evidence that the Klingon Empire was fighting another war.

**Stardate 1/8410**
Star Fleet's *Marklin* Class destroyer becomes operational. The ship's performance does not meet with high expectations, and so only 20 are built.
**Stardate 1/8510**
Star Fleet's *Ptolemy* Class transport enters service, but limited appropriations permit the construction of only 15.
**Stardate 1/8512**
Star Fleet's *Hermes* Class scout becomes operational, but Star Fleet increasing emphasis on larger survey vessels, combined with manufacturing delays, results in curtailed production. A total of 15 are built.
**Stardate 1/8606**
Star Fleet's *Sawyer* Class scout becomes operational, with wide use in non-combat areas of the Federation. A total of 69 are constructed.
**Stardate 1/8611**
The Klingon *D-7A* cruiser enters service at this time. Though the *D-7C* Class does not enter production soon enough to see combat during the Four Years War, the *D-7* Class, with its variants, becomes the mainstay of the Klingon fleet for nearly four decades.
**Stardate 1/8703**
Star Fleet's *Siva* Class destroyer enters service, but enormous design flaws result in a sharply-reduced production schedule. Only 10 are constructed.
**Stardate 1/8708 through 9308**
Star Fleet's *Baton Rouge* Class cruisers are re-equipped with dilithium-moderated warp engines. This timely improvement allows the ship to continue to serve effectively as a light cruiser throughout the Four Years War.
**Stardate 1/8700**
The Great Awakening begins.
**Stardate 1/8704**
Star Fleet's *Anton* Class research cruiser becomes operational, with over 120 built. As The Great Awakening continues, this vessel serves in the forefront of the UFP's boundary expansion efforts.
**Stardate 1/8801**
Star Fleet's *Larson* Class destroyer becomes operational. With nearly 200 built, the *Larson* serves as a major combatant vessel throughout the Four Years War. Peacetime production averaged 10 per year.
**Stardate 1/8801.04**
Star Fleet's *Constitution* Class cruiser becomes operational, and Star Fleet allocates funds for 13 construction contracts.
**Stardate 1/8804**
Star Fleet's *Nelson* Class scout becomes operational, and proves to possess an exceptional design. When production ceased, over 400 had been completed. Peacetime production of this class averaged 18 per year.
**Stardate 1/8805**
The Klingon *D-16A* destroyer enters service at this time, seeing action during the Four Years War as the Klingon Navy's primary destroyer class.
**Stardate 1/8806**
The *Liberty* Class Freighter is commissioned and put into service. This ship proves to be the cargo workhorse for the Federation during the Four Years War.
**Stardate 1/8808**
The Klingon *K-17A* scout enters service at this time, often used along the Federation border prior to the Four Years War. This ship, and the later *-B* variant, served as their primary scout vessel during the Four Years War.

**Stardate 1/8812**

Star Fleet's *Kepler* Class transport becomes operational. A total of 15 are built.

**Stardate 1/8901**

Star Fleet's *Apache* Class destroyer becomes operational, and 26 are built.

**Stardate 1/8902**

Star Fleet Intelligence later learns the Klingon *Z-4B* defense outpost has entered service at this time. The construction of a powerful, yet somewhat mobile, defensive installation signalled the beginning of a shipbuilding program in preparation for war against the Federation.

The *Eagle* Class starliner enters service in the Federation, with a total of 255 constructed. During the Four Years War, a number of these ships were temporarily converted into assault ships and freighters.

**Stardate 1/8906**

Star Fleet's *Monoceros* Class scout becomes operational, with 16 built.

**Stardate 1/8909**

Star Fleet Intelligence later learns that the Klingon *K-3A* gunboat entered service at this time. This ship, and the later *-B* variant, served as system defense and convoy escort ships throughout the Four Years War.

**Stardate 1/9001**

Star Fleet Intelligence later learns that the Klingon *K-30A* monitor entered service at this time. A generally unsuccessful design, this vessel (and the later *-E* variant) nevertheless saw considerable service during the Four Years War as a component of Klingon planetary defensive systems.

**Stardate 1/9009**

Star Fleet Intelligence later learns that the Klingon *T-3A* assault ship became operational at this time. It became the primary ground force transport used during the Four Years War.

The Marine Academy is established.

**Stardate 1/9010**

Star Fleet's *Loknar* Class frigate becomes operational, serving admirably throughout the Four Years War. A total of 218 are built.

The *Cochrane* Class colonial transport becomes operational, with over 360 built. This lightly-armed vessel is used by Star Fleet Colonial Operations Command for emergency evacuations during the Four Years War.

**Stardate 1/9102**

Star Fleet's *Dollond* and *Doppler* Class transports enter service, becoming a mainstay of Star Fleet's Materiel Command during the Four Years War. A total of 110 are constructed.

**Stardate 1/9105**

Star Fleet's *Heston* Class cruiser becomes operational, with 16 manufactured.

**Stardate 1/9107**

A study completed for the Federation Council's Office of Public Information reports that the new dilithium-powered starships will eventually permit a thorough exploration of all sectors within the United Federation of Planets' sphere of influence. This finding supports Star Fleet's recent emphasis placed on the Galaxy Exploration Command.

**Stardate 1/9203**

The Klingon *D-4E* variant, used in the Axanar task force as well as throughout the Four Years War, enters service at this time.

Star Fleet's *Cygnus* Class courier/command operations ship becomes operational, with nine built. These vessels served as battle fleet operations centers throughout the Four Years War.

**Stardate 1/9204**

Star Fleet Intelligence later learns that the Klingon *L-6B* frigate entered service at this time. Though not seeing extensive action during the Four Years War, it was a powerful and effective warship, often successfully attacking and defeating two or three Federation destroyers and frigates at a time.

**Stardate 1/9206**

Star Fleet's *Canopus* Class research cruiser becomes operational, providing extensive scientific facilities in support of exploratory missions in the Federation's Sagittarian arm. A total of 22 are built.

**Stardate 1/9209**

Star Fleet Intelligence later learns that the first Axanarian task force under command of Klingon Admiral Kkorhetza left the Klingon naval base of Ruwan.

**Stardate 1/9210**

Star Fleet Intelligence later learns that the Klingon forces left a region of Klingon space known as "the Hook" to attack Arcanis.

**Stardate 1/9211**

Star Fleet Intelligence later learns that Klingon Group "R" under Admiral Kazu left the Klingon naval base at Veska.

**Stardate 1/9212**

Star Fleet Intelligence later learns that Klingon Group "U" under Admiral Kone left Klingon space near the base at H'rez.

**Stardate 1/9212.21**

The *USS Bohr* is diverted from picket duty, permitting a Klingon battle force to reach the Federation-manned Arcanis Four Research Outpost. The entire crew of this base is massacred by Klingon marines.

**Stardate 1/9301**

Star Fleet Intelligence later learns that the first Axanarian task force entered Federation space at this time.

**Stardate 1/9301.25**

The *USS Rutherford* detects Group "R" in the unclaimed space between the two powers.

**Stardate 1/9302.24**

The *USS Irwin* detects Group "U" in the unclaimed space between the two powers. Star Fleet transfers all available warships from neighboring sectors to organize a defense.

**Stardate 1/9305**

Both Klingon forces reduce speed and remain outside Federation-declared boundaries. This act confuses the Federation Council and they do not formally declare war.

**Stardate 1/9309**

Star Fleet Intelligence later learns the first Axanarian task force arrived at Axanar at this time. They also discover that the second, reinforcing task force departed for Axanar at this time.

**Stardate 1/9403**

The *USS Gulliver*, a *Sawyer* Class scout, is instructed to travel to Axanar. Its mission is to evaluate Axanar's sociological development.

**Stardate 1/9404.01**

The log later recovered from the *USS Gulliver's* ship recorder buoy will indicate the *Gulliver* entered the

Axanarian system at this time, being met and destroyed by the Klingon task force already there.

**Stardate 1/9405.29**

The *USS Xenophon*, a *Marklin* Class destroyer, encounters a Klingon *D-4E* cruiser eight parsecs from Axanar, and disables it. The commander of the *USS Xenophon* is Captain Garth of Izar.

**Stardate 1/9406.05**

The *USS Bonhomme Richard*, on routine patrol, locates and retrieves the *USS Gulliver's* recorder buoy, which reveals the vessel's fate. In light of the recent Arcanis massacre, the Federation Council demands that Klingon forces at Axanar withdraw to their border under Star Fleet escort. The Klingon Admiral Kkorhetza at Axanar is permitted four months to receive instructions from his Empire. The *USS Xenophon* is already on its way to Axanar.

**Stardate 1/9407.09**

Garth reaches Axanar several hours before the *USS Bonhomme Richard*, and so is given command of a scout squadron assigned to monitor the Klingon task force.

**Stardate 1/9408**

Star Fleet's *Portsmith* Class destroyer becomes operational at a crucial time. Though not a powerful ship, it is constructed in large numbers, serving a multitude of escort and light combat assignments throughout the Four Years War. A total of 660 are built.

**Stardate 1/9408.29**

One of the scouts near Axanar picks up the second, incoming Klingon task force. Garth, despite being outnumbered, quickly implements a tactical plan that results in his victory at the Battle of Axanar.

**Stardate 1/9409**

Star Fleet's *Siva* Class is withdrawn from service.

**Stardate 1/9409.29**

In response to the Federation Council, Admiral Kkorhetza refuses to withdraw his ships from Federation territory, issuing a formal declaration of alliance with the natives in the Axanar system. This results in a state of war between the UFP and the Klingon Empire, and the Four Years War begins.



**Stardate 1/9409.30**

Captain Garth wins at the Second Battle of Axanar, and accepts the surrender of Admiral Kkorhetza.

**Stardate 1/9410**

Star Fleet Intelligence later learns several strategic groups of Klingon cruisers left Klingon space and entered unclaimed space as they headed for UFP territory.

The Battle of Andromeda is fought. This battle proves there were small numbers of Klingon ships on the Federation border even before hostilities were officially declared.

The shipbuilding facilities at Star Base 15 are completed, and they quickly go into full production.

**Stardate 1/9411**

The Battle of Genmarx and the Encounter at Lea are fought.[1]

**Stardate 1/9501**

The convoy raid near Xamdab II takes place.

The Klingon *G-8A* cargo freighter enters service, replacing the obsolete G-4 transport. This ship will supply Klingon ground forces and forward installations throughout the Four Years War.

Captain Robert April retires from Star Fleet after quietly speaking out against certain Federation policies. He continues to serve as ambassador-at-large.

Star Fleet's *Hale* Class scout is removed from service after performing unsatisfactorily in combat. *Bode* Class scouts are reequipped with more powerful warp engines to continue service as a stop-gap measure.

The frequency of piracy and ship disappearances begins to increase dramatically. Star Fleet Intelligence initially suspects Orion privateers and small Klingon task groups of conducting the raids. Many years later, Star Fleet Intelligence learns that the source of many attacks was actually Romulan ships, equipped with cloaking devices and self-destruct orders, carrying out covert raids during most of the Four Years War.

**Stardate 1/9502.10**

A Federation-operated, automated, zone-intrusion detection satellite briefly tracked the presence of a Romulan *Graceful Flyer* Class scout in the Romulan Neutral Zone. This observation greatly increased Star Fleet Command's concern regarding the possibility of Romulan intervention in the Four Years War. To the Federation's pleasant surprise, the Romulan Star Empire never actively participated in open hostilities during the conflict.

Over the next several months, many Federation ships on Romulan Neutral Zone duty are gradually removed to fight against the Klingon fleets.

**Stardate 1/9504**

The Battle of Lyclydun is fought. Janni IV is invaded by Klingon troops. The Laxala Incident takes place.

**Stardate 1/9505**

As a result of the Laxala Incident, the Orion Colonies threaten to destroy all dilithium deposits if any further dilithium cargo convoys are attacked by either side.

The Battle of GR-1 and the Assault of Nozseca VIII are fought. Both end in Federation defeat.

**Stardate 1/9507**

The Attack of Convoy Y-16Z near Rebonet is fought. This is the first significant Federation fleet victory.

**Stardate 1/9509**

Star Fleet's *Achernar* and *Tikopai* Class cruisers become operational. Very successful designs, 68 *Achernar* and 44 *Tikopai* will be built, each class seeing extensive combat. Unfortunately, almost all these ships are destroyed in weapons tests as a result of cost-cutting measures and Star Fleet's postwar demilitarization.

**Stardate 1/9509.07**

As a result of numerous ship disappearances, Star Fleet Command orders the Zone of Transport Escort for a large region of Federation space. This order restricts

movement of private and commercial starships, requires naval escort for vessels travelling in the restricted area, and places armed marines aboard all escorted ships. These new regulations remain in effect until after the war. The Zone order significantly reduces the frequency of pirating attempts and unexplained starship disappearances.

**Stardate 1/9511**

The Nostveg I Engagement is fought, and the Klingons suffer a strategic defeat. The Landover tragedy takes place prior to the Battle of Joia V.

**Stardate 1/9512**

Star Fleet's *Sawyer* Class Scout is withdrawn from service.

**Stardate 1/9601**

The Battle of Sinbad IV is fought, marking the first major confrontation between ground troops of opposing forces. The Battle of Delgon-R is fought, marking the first use of gravitic mines and the first defensive action by the Klingons.

**Stardate 1/9602**

The Battle of Sector 23-H between large forces of Klingon and Federation vessels results in a temporary Federation withdrawal. The Battle of Falgor occurs as part of the covering action. Star Fleet's *Bode* Class scout is withdrawn from service.

**Stardate 1/9603**

The Battle of Lasur Funop and the Encounter at Videtu are fought. Though the reasons given are not satisfactory to many, the *Constitution* Class cruiser is withdrawn from front-line combat duty against Klingon forces. It will continue to serve on other fronts in its prewar capacities.

**Stardate 1/9605**

The Battles of Jevol, Klaf, and Ogolo are fought. Upon graduation, the first class of officers trained in the Marine Academy receive assignments with marine combat formations.

**Stardate 1/9606**

The Klingon *D-10A* cruiser enters service and is immediately sent into combat. It becomes the most respected ship in the Klingon Imperial Navy. The Klingon *D-20A* cruiser also enters service at this time, filling a role similar to that of the *D-7A* Class. These new ships are a landmark in Klingon ship technology, both incorporating the first binary transformer deflector shields ever used on Klingon warships.

**Stardate 1/9608**

The Debacle at Giso is fought. The Defense of Rudgur III takes place, marking the first use of chlortheragen, a Klingon-manufactured nerve gas. Talos IV is quarantined under General Order Number Seven. No explanation is given by Captain Christopher Pike.

**Stardate 1/9610**

The Battle of Kesse takes place. A fast-moving Federation task force travelling within Klingon-held space catches a vital Klingon convoy by surprise. A number of escorts and freighters are destroyed, and a *D-10* cruiser is severely damaged.

The *Aakenn* Class freighter is commissioned and put into service.

**Stardate 1/9612**

The Battle of Webirty is fought.

**Stardate 1/9701**

Star Fleet's *Fenlon* Class monitor becomes operational, with over 1200 manufactured. Ironically, this purely defensive sub-light powered craft enters widespread service only after the Federation gains strategic control over invading Klingon forces.

**Stardate 1/9702**

The Attack on Zal Vhros takes place. This engagement shows increasing Klingon frustration in fighting the Four Years War.

Star Fleet Intelligence later learns the Klingon *K-23* escort entered service at this time. This vessel, of a non-Klingon configuration, was responsible for a period of extreme confusion among Intelligence operatives.

The first phaser weapon systems are installed in front-line ships.



**Stardate 1/9703**

The Battle of Sult II is fought.

**Stardate 1/9704**

The Elek Engagement is fought. The Battle of Thranstor is fought, marking the deepest penetration by Klingon forces into Federation space. This intensely-fought battle ends with Federation forces routing the Klingons.

Star Fleet Intelligence later learns that the Klingon *D-9B* research cruiser entered service at this time. It did not see combat during the Four Years War, and its purpose looses importance with the war's end.

**Stardate 1/9705**

The Battle of Sire Yopot is fought. Federation forces win a decisive victory in the Engagement for Argelian Approaches.

**Stardate 1/9707**

The Battles of Sector 12-J, Rex Dacut, and Tirehe, and the Defense of Topax are fought.

**Stardate 1/9708**

The Assault of T'vam takes place.

**Stardate 1/9710**

Star Fleet's *Chariot* Class cargo transport becomes operational.

**Stardate 1/9711**

The Battles of Sector 23-D, Pen's, Oco, and Biwywb are fought.

After extensive research and development, Star Fleet's Engineering Command reports the photon torpedo is operational and ready for limited mass production.

**Stardate 1/9712.06**

The *USS Aramis* intercepts a Klingon scout carrying Admiral Komex. Though claiming he is acting for the Klingon Empire's best interests, Komex voluntarily provides Star Fleet with information to end the war more quickly.

**Stardate 1/9801**

Researchers at the Vulcan Science Academy develop a hypospray antidote to the Klingon nerve gas, chlortheragen.

**Stardate 1/9802**

A command pod jettisoned by a Klingon *D-10A* cruiser during the Battle of Kesse is captured intact by the *USS Uthe*, with some survivors of the battle still aboard.

**Stardate 1/9802.05**

Federation marines assault Karag in the largest operation of its kind during the war. Colonel Anchar Ahab receives the Karagite Order of Heroism.

**Stardate 1/9802.28**

Star Fleet, initially using captured Klingon ships, attacks the Klingon fleet at Grank in the largest fleet action of the war.

**Stardate 1/9803.20**

The final defense of Kolm-an is fought in the last major operation of the war. The first widespread use of Marine Academy graduates in this battle proves the worth of the new institution. Several senior Klingon officers surrender and are transported as official representatives of their government to Axanar.

**Stardate 1/9805**

Star Fleet's *Solar* Class cutter becomes operational, with almost 1300 built. The first starship class of its size in modern times, it arrives too late to see action, but will serve on post-war picket duty along the new UFP/Klingon border.

**Stardate 1/9805.12**

The Axanar Peace Mission convenes.

**Stardate 1/9806.13**

The Four Years War ends, as the Treaty of Axanar is signed by dignitaries of the United Federation of Planets and the Klingon Empire. Limited diplomatic channels are established, and concessions are made on both sides as the Axanar Peace Mission negotiates details of the settlement and establishes new boundaries.

The phaser and photon torpedo have finally been manufactured in sufficient quantities to replace the laser and accelerator cannon as the Federation's primary shipboard weapons systems.

**Stardate 1/9807**

Star Fleet's *Derf* Class tender becomes operational, with over 500 constructed. Though not seeing combat, the *Derf* Class will be responsible for repairing and maintaining navigational beacons along the new border.

**Stardate 1/9807 through 9904**

Klingon citizens required to relocate in compliance with the terms of the Treaty of Axanar are transported to planets on their side of the newly-redefined Federation/Klingon border.

**Stardate 1/9808**

Star Fleet's *Baton Rouge* Class is withdrawn from service, having performed admirably throughout the Four Years War.

**Stardate 1/9901 through 9905**

Star Fleet, no longer requiring the services of many older starships, decommissions or destroys large quantities of cruisers, destroyers, and scouts. All *Constitution*, *Loknar*, *Larson*, and *Nelson* Class starships, refitted with phasers and photon torpedoes, continue to serve as the Federation's first line of defense.

**Stardate 1/9903**

General Order Number One is specifically suspended for Axanar, and the planet is established as a UFP protectorate for sociological study. Based on the anticipated success of the Axanar Culture Mission, the government of Axanar has the right to petition for full membership to the Federation in Stardate 2/4903.

The *Klingon Empire begins construction of a naval installation in its newly-acquired territory. This base, at Mastocal, is completed less than three years later.

**Stardate 1/9905**

A full-scale research project under the Office of Star Fleet Research and Exploration confirms the underlying accuracy of the transwarp theory, later leading to the transwarp drive. The Zone of Transport Escort is lifted, with all private and commercial starships allowed to return to normal operations.

**Stardate 2/0003**

Star Base 27, constructed near the Klingon border, assumes operational status.

**Stardate 2/0109**

The Klingon naval base at Mastocal is completed.

**Stardate 2/0608**

Kraftzmann Mikil Hartewicce, a research scientist, requests and receives permission to move into the abandoned Arcanis Four Research Outpost to begin his study of the Four Years War.

**Stardate 2/0705**

After a delay of several decades and as a result of the added danger posed by the new Klingon base at Mastocal, Star Base 12 is finally completed and assumes operational status.

**Stardate 2/0801.24**

The Organian Peace Treaty is imposed by the Organians on both Federation and Klingon forces, thus averting a second war with the Klingons. The Organian Treaty Zone is established by negotiation over the next three months. This new Zone makes important changes in the Klingon/Federation border and results in additional territory for both governments.

**Stardate 2/1202**

The Kinza D'elma naval base, built in Klingon territory acquired under the Organian Treaty, is completed.



# STARSHIP TACTICS

*From* **Fighting Instructions: A Manual of Tactical Encounters, 25th Edition,** *edited by the War College staff of Star Fleet's Education and Training Command.*

A number of tactical and operational maneuvers were commonly deployed throughout the course of the Four Years War. Some of the most famous (or infamous) ship-to-ship and multi-ship stratagems are described here, along with some brief notes on task force composition and comments on overall operational strategies.

## KLINGON TACTICS

When possible, Klingon starship commanders during the Four Years War preferred to strike against weak targets, quickly obtain as much glory from combat as possible, and withdraw before Federation forces had adequate time to regroup or come to the aid of the target. When necessary, however Klingon vessels also engaged in combat when drastically outnumbered, at times preferring racial pride and the pursuit of posthumous glory over sound military tactics.

Klingons used a number of different formations for combat, but individual commanders often conveniently forgot the tactical battle plan after the first few minutes of battle. Though the Klingon Empire is predominantly a structured military society, Klingon warship commanders resented having specific assignments as part of a mission. With each commander eagerly seeking honor in combat, having a rigidly detailed assignment to fulfill (particularly if it was a subordinate or defensive one) went against their desire for a quick victory and individual glory. As a result, battle formations often deteriorated shortly after engagement with an opposing task force, with each Klingon vessel engaging one-on-one against enemy vessels. The greater the number of ships involved, the more common and severe the breakdown in Klingon cohesiveness.

Also, Klingons do not particularly like to work together, because of the dangers in having to trust a 'fellow' commander. This distrust, common through nearly all levels of starship command, contributed to the Klingons' difficulties in effectively using the V- and U-formations. A damaged Klingon ship could not depend on assistance from another Klingon vessel, and many Klingon ships crippled in battle were abandoned by their squadron-mates. It is even said a Klingon squadron commander prefers having a known enemy covering his flank or rearward positions to having a potential enemy among his own ranks.



## FEDERATION TACTICS

Star Fleet commanders serving in the Four Years War preferred working in large squadrons or groups when possible, defending strategic targets or conducting fleet actions against Klingon forces. Unfortunately, the superior numbers of Klingon warships often forced UFP units to fight in small, highly-skilled groups of three to six ships, at least during the early part of the war.

During times of peace, Federation starships do not initiate any hostile action, such as firing first or even raising shields, unless threatened. An official declaration of war, however, suspends these gentlemanly rules of conduct. Therefore, Federation vessels in the Four Years War engaged in combat after positive enemy identification was made, usually through direct, visual means. Being allowed to fire "at will", kept the lives of Star Fleet crewmembers from being placed in undue jeopardy. Confirming the hostile identity of opposing forces before conducting combat insured the safety of all but the enemy.

Simply put, the United Federation of Planets had three major advantages in combat:

1) Despite the UFP's overall peaceful intents, individual Star Fleet commanders were generally better trained than their Klingon counterparts. This led to situations where sheer ship-to-ship tactical skill on the Federation's part would win battles.

2) Starship commanders worked closely together for the group's overall benefit and protection. This meant covering the weak flanks of individual ships or formations, and generally assisting each other when combat conditions became difficult.

3) By using creative tactics, including temporary tactical withdrawals and regroupings, Star Fleet forces were able to withstand and eventually neutralize the Klingons' early numerical superiority in warships.

## SPECIAL TACTICS

### V- AND U-FORMATIONS

Federation and Klingon starship commanders were trained in many of the same basic formations through years of computer simulation and operational testing. One of these included forming a V- or U-shaped task force using three or four ships. Physically, the formations are the same. If three ships are used, it is called a V-formation, and if four ships are used, it is called a U-formation. With this formation, the center ship, usually the group's flagship, would generally be up to 40,000 km. in front of, or behind, the other ships in the formation, depending on the purpose of the task force's mission.

If the flagship was leading, the mission would probably be a general, all-purpose attack, or to drive a wedge into the opponent's line of defending starships. The area with the strongest combined concentration of fire would be to the port and starboard sides of the flagship's position.

If the flagship was trailing, the mission might be to meet in a general defensive engagement, an offensive engagement against a single, more powerful ship, or to encircle an enemy ship prior to capture. One major advantage of a trailing flagship is that the combined concentration of fire is greatest directly in front of the formation.

The position of the flagship in Klingon-employed formations often revealed the esteem of that group's commander or the cohesiveness of that task force. If the flagship led, the commander could trust his two (or three) subordinate ship commanders, and in turn, they trusted him. If the flagship trailed, it was because the group commander knew that an ambitious ship commander might be willing to fire into the flagship's rear arc in order to lead the formation himself. Or, alternately, the flagship commander could not be trusted, and his fellow ship commanders wanted to be able to catch him between their ships if necessary. On more than one occasion, the flagship would change its relative position within the task force just before entering battle, usually on the order of a Klingon Imperial Security officer aboard one of the ships.

The Klingons had two different names for the V- or U-formation, not based on the number of ships, but on the position of the flagship occupying the formation's center. If the flagship is leading, it is called "oma'l yuth" ("brave wedge"), and if the flagship is trailing, it is called "hu toj maal" ("open mouth" or "mouth of fear").

## STAGGERED FORMATION

On at least one occasion, the positional change of the Klingon flagship just before combat adversely affected the resolution of a battle. As a partial solution to their problems with the V-formation, a staggered formation was adopted and is still used by many Klingon task forces today.



This maneuver places the three ships in a linear, equidistant formation. The flagship leads, the second ship is behind and to the port or starboard of the first ship, and the third ship is behind and on the same side as the second ship. If a larger number of ships is involved, a wide variety of intricate patterns are used by several groups of staggered ships working in the same formation. In fact, this was the formation used by the three *D-7M* cruisers destroyed in the V'ger incident. In that particular instance, the flagship was the center ship and not the lead ship. The Klingons call this formation "juk'y wen'thal" ("ladder of assault").

## STRAIGHT LINE FORMATION

The Federation used the staggered formation only on rare occasions such as in fleet reviews, as they had their own alternate to the V- and U-formations. Theirs was a simple formation with straight line movement along the line of advance, and all ships holding equidistant positions. If larger numbers of ships were involved, parallel formations two or three ships deep might be used. Also, the flanking ships might be moved forward or aft of the rest of the formation, causing the line of advance to be slightly curved in one direction. The Klingons called this "puk'lan eden'z" ("lizards in a line", named after a passive species of reptiles on Hruns'la).



## PICKET PASSING

A tactic called "picket passing" by the Federation and "zhu t'lan'nol" ("thrusting the pawn") by the Klingons, was occasionally used to attack a desired target or pass through an area under surveillance. The target could be a boundary or region of space, a fixed installation, or less often, a convoy. Though used first by the Klingons, the Federation adopted it, until both sides finally caught on and the tactic lost some of its effectiveness.

The idea was to confuse and distract the defending ships through the use of two or more attacking task forces. The first task force would move into sensor range, hopefully causing the defending ships to respond and intercept, which would lure them out of position. As long as they fulfilled their mission as a decoy force, the first task force might not even engage the defenders in combat. This ruse allowed a second, generally much larger force to strike against the now undefended target, taking them completely by surprise.

## DELTA-Z MANEUVER

A tactic called "Delta-Z maneuvering" by the Federation and "khas'lan t'waxnor" ("vertical claw") by the Klingons, was often used in anticipation of an attack on a planetary system. This maneuver was popular with the Federation. Klingon commanders disliked it because of its subtle and 'cowardly' approach to warfare.

More often than not, Klingon forces preparing to attack a planet or planetary defense system approached along the plane of the planetary system's ecliptic, or "level" with the other planets, rather than coming in from "above" or "below" the targeted planet. They used this maneuver because their vessels could take cover in asteroid or cometary belts.

When Federation forces knew a planet was coming under attack, a defending squadron took up positions far above or below (or both) the plane of the ecliptic. Coming into the system, Klingon forces might not detect the defenders, permitting those squadrons to move up or down into attack positions in the rear arc of the Klingon warships.

A second variation used by Federation forces was to deliberately remove all warships defending a planetary system known to be a target, making it appear undefended. After Klingon forces moved in, the Federation squadron warped back in-system on several divergent courses, to make multiple flanking attacks that sometimes caught Klingon ships fatally off-guard. A somewhat risky technique, it worked more often than not. When the tactic backfired, however, Federation commanders were themselves caught unaware.

## SIX O'CLOCK LOW

A tactic called "six o'clock low" (origin obscure) by the Federation and "eddakh w'ujalla" ("striking for the spleen") by the Klingons, was a common ship-to-ship tactic that used individual warships with forward- and aft-firing weapons systems.

Klingon ships, usually equipped with forward- and aft-firing weapons, would deliberately leave their ships open for a flanking attack by Federation ships. As soon as the forward-firing Federation ship moved into the Klingon's rear arc, the Klingon ship unexpectedly opened fire with the rear disruptors, taking the Federation commander by surprise. This technique did not work successfully against Federation squadrons very often because many commanders quickly caught on. It was often used successfully against lone convoy escorts whose officers were less experienced against general Klingon tactics.

A second variation often used by Klingons was to move into the Federation ship's rear arc, knowing that this was often the most vulnerable area of UFP vessels. This maneuver was used throughout the war whenever conditions permitted, though these conditions grew less common as the battles raged on.



## CONVOY BAITING

A tactic called "convoy baiting" by the Federation and "vakh to gal" ("glory seeker") by the Klingons involved the use of a ship or small convoy, apparently without escort. Several friendly warships would surround and maintain a parallel course with the convoy just outside sensor range. These warships left a narrow area or alley through which the enemy vessel(s) could pass. As soon as the enemy detected the convoy and moved through the alley to attack, the escorting ships would also move in, catching them in a globe.

This tactic, initially used to protect conventional wartime convoys, was later used as a deliberate ploy to catch and possibly capture enemy warships. In these situations, the Federation often used a group of automated ore carriers or similar ships as the decoy, rather than risking the lives of crewmen. The Klingons, less concerned with lives, used a single ship manned by servitor races as the bait. Of course, should the crew of the decoy ship attempt to break formation during the operation, the Klingon-manned escort ships destroyed it before Federation forces arrived.

## SWARMING

A tactic called "swarming" by the Federation and "v'kari z'mortamas" ("many stings of death") by the Klingons employed a large number of small ships, often gunboats or scouts. The attackers moved in against a smaller group of heavier Federation vessels. Making passes at the highest possible velocity, the smaller Klingon ships could direct most of their power to energizing weapons systems, and any remaining energy to defense systems. Federation ships, unable to engage the vase swarm of attackers, had to try merely to survive. Most of their vessels' power had to be deployed in shield operation, which did not permit much in the way of counter-attack.

The technique was often suicidal for individual Klingon ships. However, the tactic's effectiveness in destroying enemy ships also brought great honor to the Klingons involved. The Federation, on the other hand, rarely used swarming. Aside from occasional groupings of *Portsmith* destroyers, UFP forces rarely had enough ships in one place to use such a tactic. In any event, the Federation's high regard for the lives of starship crews all but prohibited it.

Though not seen during the Four Years War, a more recent variation of "v'kari z'mortamas" using cruisers in conjunction with the gunboats has been successfully employed by Admiral zantai Kaneida in the Triangle. Klingon destroyers would come in and engage opposing forces, giving the cruisers time to maneuver for best attacking positions. As the cruisers began their engagement, large numbers of gunboats would then swarm in and overwhelm the opposing ship's fire-control systems and shields. This permitted the cruisers' heavy fire to easily penetrate defenses and destroy their targets, with few losses to any part of the Klingon force. No simple solution currently exists to counter this new tactical threat. One goal of the upcoming UFP Tactical Encounters XXVI Fleet Maneuvers is to find a neutralizing maneuver that also considers the safety of Federation forces.

## COCHRANE DECELERATION

A tactic called "Cochrane Deceleration", after Zephram Cochrane, was used by Federation ships as a ship-to-ship tactic to partially counter both swarming and the Klingon-executed ships o'clock low. This technique was even more effective when the Federation ship faced an attacking ship with greater speed and maneuverability.

The defending Federation ship would cease all forward tactical movement. As the attacking ship came and passed by at close range, the Federation ship would make a stress turn, pivoting 120 degrees. While doing so, the forward shields remained at their highest state of readiness, and all possible forward weapons systems would engage the attacking target, now hopefully presenting its rear arc.

The Cochrane Deceleration worked best if the Federation ship was near one flank of the swarm, or if the attacking ship was expected to pass at high speed within accelerator cannon or photon torpedo range. The Klingons never adopted the technique because of the skill required in execution. They learned to respect it, however, calling it "k'yan ndar'sliv" ("slow source of doom").

## SCATTERED DEFENSE

Though most defensive formations are created as the tactical situation develops, the Klingons did have one tactic used to deliberately confuse and divide large Federation forces attempting a full-scale engagement with out-numbered Klingon units. This defense, known as the "scattered" or "starburst defense" by the Federation and "hul fal tora'n" ("glorious exploding star") by the Klingons, was used to achieve a single-unit engagement with Federation forces, or to mislead them about the actual destination of one or more Klingon task forces. The Federation never developed any effective counter-measure, because it involved two entirely different philosophies of combat. The only thing Federation commanders could do after a scattered defense was to labor-iously track down and neutralize each Klingon ship or task force, one at a time.

## OTHER FORMATIONS

Specialized formations, seeing limited use, were created by both Federation and Klingon squadron commanders, often as circumstances dictated. These special tactics included, but were not limited to: false ship recognition signals for deception; assorted convoy escort formations; the widespread use of decoys and gravitic mines (a Klingon specialty); tactics designed for the reduced capability of damaged ships or ships with detached command sections; tactics using available physical or astrophysical phenomena such as asteroid and cometary belts, or ion storms; and straightforward suicide tactics using ships of all sizes, from shuttlecraft up through *Class VIII* cruisers.



## TASK FORCE COMPOSITIONS

The Klingon Imperial Navy and Star Fleet Command both designed task forces to meet the particular needs of each tactical situation. The UFP was more likely to combine different classes of ships in one group, allowing the strengths of some ships to make up for any weaknesses of the others in the force. The Klingons, because of their mutual distrust, would generally have several ships of the same class in one force, or alternately, have one large ship with two to six smaller ships. This discouraged any deliberate acts of coercion between ship commanders, and later in the war, would decrease some difficulties in supplying and repairing front-line vessels.

Both sides did freely use three- and four-ship task forces. A three-ship unit was called a battle group. A battle squadron consisted of three battle groups. A battle force consisted of three battle squadrons, or a total of 27 ships. Larger assemblies were called strategic groups, squadrons, forces, and finally, fleets.

The availability of specific warships, combined with the general purpose and cruising speed of those ships and their similarity for repair purposes, went a long way toward deciding which ships would be assigned together in task forces. The Klingon *K-23A* escort, for example, was a small but powerful warship used for escorting convoys. Working alone or in very small numbers, the *K-23A* was also designed to defend itself. The *D-10A* cruiser, on the other hand, was intended for use in major fleet actions and planetary neutralization. Similar in design to a number of other warships, the *D-10A* usually operated with a supporting escort of three to six *D-16A* destroyers. The fact that the newer Klingon *D-7A* cruiser could not cruise for extended durations at Warp 6 directly led to the selection of the *D-4E* as the cruiser for the Axanar task force.



41



● New Paris

⊙ Starbase 21

● Axanar

**CURRENT ORGANIAN BORDERS**

● Betelgeuse

● Adhara                    ⊙ Starbase 19

● Chaidik

⊙ Starbase 15

● Thranstor

● Argelius

⊙ Mera Zine

⊙ Starbase 22

**FEDERATION SPACE**

Arcanis
Organia ⊙    ● ⊙ Starbase 23

● Alphosa

⊙ H'Rez    ⊙ Kinza D'elma

⊙ Starbase 27

● Rigel    ⊙ Starbase 12

D'rakar    ⊙ Ruwan    ⊙ Mastocal

⊙ Veska    Matai ⊙

⊙ Kran

**KLINGON SPACE**

⊙ Gnuu Re    ⊙ Iosia    ● Taamar    ⊙ Kargenth



42





**MAP #1**
Pre-War Borders To Stardate 1/9409

New Paris
Starbase 21
Battles of Axenar
Axenar
U.S.S. XenophonF vs. IKS Klarmath
Adhara
Betelgeuse
Starbase 19
Chaidik
Thranstor
Starbase 15
Argelius
Mera Zina
Starbase 22
Arcanis
Starbase 23
Organia
Alphoss
Admiral Kons's Fleet
H'Rez
Federation Border
A Region of Space Called "The Hook"
D'raker
Admiral Kazu's Fleet
Rigel
Admiral Kkorhetza's Task Force
Ruwen
Kran
Veska
Matel
KLINGON SPACE
Klingon Border
Gnuu Re
Iosia
Tasmar
Kergenth

→ Major Klingon Forces
← Major Federation Forces
~ Border Lines



**Map #3**
1/9505-1/9601

New Paris
Starbase 21
Axenar
Adhara
Betelgeuse
Starbase 19
Chaidik
Thranstor
Starbase 15
Argelius
Mera Zina
Starbase 22
Arcanis
Starbase 23
Sinbad IV
Nostveg I
Klingon Advance As Of 1/9601
Organia
Noxseca VIII
Delgon-R
Rebonet
Alphoss
H'Rez
Vola V
D'raker
Rigel
Ruwen
Kran
Veska
Matel
KLINGON SPACE
Gnuu Re
Iosia
Tasmar
Kergenth





◉ Starbase
● Planetary System

◀- - - - -Minor Klingon Forces
◀- - - - -Minor Forces, Raids, or Diversions









- ⊙ **Starbase**
- ⦿ **Planetary System**

◀---- **Minor Klingon Forces**

◀---- **Minor Forces, Raids, or Diversions**





Axanar
(2.45S 0.47W)  Unexplored

Klingon D4E
Bearing 049

Klingon D4E
Bearing 049

STAR TREK is a trademark of Paramount Pictures Corporation and is used under exclusive license by FASA Corporation.
Copyright ⓒ 1966, 1985 Paramount Pictures Corporation
All Rights Reserved