LOEB & LOEB LLP
DAVID GROSSMAN (SBN 211326)
dgrossman@loeb.com
JENNIFER JASON (SBN 274142)
jjason@loeb.com
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA  90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

LOEB & LOEB LLP
JONATHAN ZAVIN (admitted *pro hac vice*)
jzavin@loeb.com
345 Park Avenue
New York, NY  10154
Telephone: 212.407.4000
Facsimile: 212.407.4990

Attorneys for Plaintiffs
PARAMOUNT PICTURES
CORPORATION and CBS STUDIOS
INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation; and CBS STUDIOS INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AXANAR PRODUCTIONS, INC., a California corporation; ALEC PETERS, an individual, and DOES 1-20,<br><br>Defendants. | Case No.: 2:15-cv-09938-RGK-E<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: December 19, 2016<br>Time: 9:00 a.m.<br>Dept.: 850<br><br>Discovery Cutoff:  November 2, 2016<br>Pre-Trial Conference: January 9, 2017<br>Trial:  January 31, 2017 |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

10910724
202828-10048

[PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

1  IT IS HEREBY ORDERED that partial summary judgment is entered in favor
2 of Plaintiffs Paramount Pictures Corporation and CBS Studios Inc. (collectively,
3 "Plaintiffs") in the above-captioned action, and Defendants Axanar Productions, Inc.
4 and Alec Peters (collectively, "Defendants") are liable for copyright infringement,
5 and for contributory copyright and vicarious copyright infringement.
6  The Court also declares that Defendants' works *Prelude to Axanar*, *Axanar*,
7 and the script for Axanar (collectively, the "Axanar Works") infringe upon
8 Plaintiffs' Star Trek Copyrighted Works.
9  The Court finds that this is a proper case for issuance of a permanent
10 injunction because: (1) the continued production and distribution of the Axanar
11 Works would cause irreparable harm to the market for the Star Trek Copyrighted
12 Works, (2) a legal remedy is inadequate, (3) if an injunction is not granted, Plaintiffs
13 will be harmed because Defendants will continue to create works that infringe
14 Plaintiffs' copyrights in the Star Trek Copyrighted Works, and (4) the public interest
15 would be served with a permanent injunction because it would protect Plaintiffs'
16 copyrights in the Star Trek Copyrighted Works against increased infringement.
17  The Court orders that Defendants, their agents, servants, employees,
18 attorneys, successors, assigns, subsidiaries, and all persons, firms, and corporations
19 acting in concert with them, are hereby restrained and enjoined from directly or
20 indirectly infringing the copyrights in the Star Trek Copyrighted Works, including
21 but not limited to continuing to distribute, market, advertise, promote, produce, sell,
22 or offer for sale the Axanar Works or any works derived or copied from the Star
23 Trek Copyrighted Works, and from participating or assisting in any such activity.
24  Plaintiffs shall recover costs from Defendants.
25
26 Dated: _____     _____
                                      Hon. R. Gary Klausner
27                                    United States District Court for the
                                      Central District of California
28

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

10910724
202828-10048

1

[PROPOSED] ORDER ON PLAINTIFFS'
MOTION FOR PARTIAL SUMMARY
JUDGMENT