LOEB & LOEB LLP
DAVID GROSSMAN (SBN 211326)
dgrossman@loeb.com
JENNIFER JASON (SBN 274142)
jjason@loeb.com
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

LOEB & LOEB LLP
JONATHAN ZAVIN (admitted *pro hac vice*)
jzavin@loeb.com
345 Park Avenue
New York, NY 10154
Telephone: 212.407.4000
Facsimile: 212.407.4990

Attorneys for Plaintiffs
PARAMOUNT PICTURES
CORPORATION and CBS STUDIOS INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation; and CBS STUDIOS INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AXANAR PRODUCTIONS, INC., a California corporation; ALEC PETERS, an individual, and DOES 1-20,<br><br>Defendants. | Case No.: 2:15-cv-09938-RGK-E<br><br>**PLAINTIFFS' APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: December 19, 2016<br>Time: 9:00 a.m.<br>Dept.: 850<br><br>Discovery Cutoff: November 2, 2016<br>Pre-Trial Conference: January 9, 2017<br>Trial: January 31, 20177 |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

10931614.2
202828-10048

APPLICATION FOR LEAVE TO FILE
UNDER SEAL

By and through their undersigned counsel, and pursuant to Local Rule 79-5.2.2, plaintiffs Paramount Pictures Corporation and CBS Studios Inc. (collectively, "Plaintiffs") will and hereby do apply for an order filing under seal the following documents on which Plaintiffs rely in support of their Motion for Partial Summary Judgment ("Motion"):

1. **Exhibit A** to the Declaration of David Grossman ("Grossman Declaration") (excerpts from the deposition transcripts of Alec Peters taken on October 19, 2016 and November 2, 2016);

2. **Exhibit B** to the Grossman Declaration (excerpts from the deposition transcript of Robert Meyer Burnett taken on October 11, 2016);

3. **Exhibit D** to the Grossman Declaration (excerpts from the deposition transcript of Diana Kingsbury taken on October 12, 2016);

4. **Exhibit K** to the Grossman Declaration (a document stating that *Prelude to Axanar* was viewed 2,540,365 times on YouTube);

5. **Exhibit N** to the Grossman Declaration (a brochure for a screening of *Prelude to Axanar*, which shows images of *Prelude to Axanar*);

6. **Exhibit P** to the Grossman Declaration (November 25, 2012 email exchange between Alec Peters and Christian Gossett);

7. **Exhibit V** to the Grossman Declaration (blueprints for the soundstage at Paramount Studios that was used for Star Trek);

8. **Exhibit W** to the Grossman Declaration (blueprints from the set of *The Next Generation*);

9. **Exhibit AA** to the Grossman Declaration (version 7.7 of the Axanar Script, dated November 26, 2015);

10. **Exhibit JJ** to the Grossman Declaration (Axanar press kit);

11. **Exhibit KK** to the Grossman Declaration (February 11, 2013 email from Alec Peters to Doug Drexler);

12. **Exhibit NN** to the Grossman Declaration (lease);

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

10931614.2
202828-10048

1

APPLICATION FOR LEAVE TO FILE
UNDER SEAL

13. **Exhibit PP** to the Grossman Declaration (Axanar marketing plan);

14. **Exhibit SS** to the Grossman Declaration (financial summary);

15. **Exhibit CCC** to the Grossman Declaration (excerpts from the deposition transcripts of John Van Citters taken on September 28, 2016 and Dan O'Rourke taken on September 30, 2016);

16. Plaintiffs' unredacted Motion for Partial Summary Judgment, which quotes from and/or references the foregoing;

17. The unredacted Grossman Declaration, which quotes from and/or references the foregoing;

18. Plaintiffs' Uncontroverted Facts and Conclusions of Law In Support of Plaintiffs' Motion for Partial Summary Judgment, which quotes from and/or references the foregoing.

Plaintiffs seek leave to file under seal the foregoing on the ground that defendants Axanar Production, Inc. and Alec Peters or Plaintiffs designated the foregoing "Confidential" or "Highly Confidential" pursuant to the terms of the Stipulated Protective Order entered by this Court on July 12, 2016. See Dkt. 53.

Dated: November 16, 2016

LOEB & LOEB LLP
JONATHAN ZAVIN
DAVID GROSSMAN
JENNIFER JASON

By: */s/ David Grossman*
David Grossman
Attorneys for Plaintiffs
PARAMOUNT PICTURES
CORPORATION and CBS STUDIOS INC.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

10931614.2
202828-10048

2

APPLICATION FOR LEAVE TO FILE
UNDER SEAL