UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation; and CBS STUDIOS INC., a Delaware corporation,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>AXANAR PRODUCTIONS, INC., a California corporation; ALEC PETERS, an individual, and DOES 1-20,<br><br>　　　　Defendants. | Case No.: 2:15-cv-09938-RGK-E<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

10931694.2
202828-10048

[PROPOSED] ORDER GRANTING
APPLICATION FOR LEAVE TO FILE
UNDER SEAL

Having considered the Application for Leave to File Documents Under Seal in Support of Plaintiffs' Motion for Partial Summary Judgment.

**IT IS HEREBY ORDERED**, pursuant to Local Rule 79-5.2.2, that the following documents shall be filed under seal:

| **Document** |
|---|
| 1. **Exhibit A** to the Declaration of David Grossman ("Grossman Declaration") (excerpts from the deposition transcripts of Alec Peters taken on October 19, 2016 and November 2, 2016), which Defendants designated "Confidential" and for some portions "Highly Confidential" pursuant to the terms of the Stipulated Protective Order entered by this Court on July 12, 2016. See Dkt. 53. |
| 2. **Exhibit B** to the Grossman Declaration (excerpts from the deposition transcript of Robert Meyer Burnett taken on October 11, 2016), which Defendants designated "Confidential" pursuant to the terms of the Stipulated Protective Order entered by this Court on July 12, 2016. See Dkt. 53. |
| 3. **Exhibit D** to the Grossman Declaration (excerpts from the deposition transcript of Diana Kingsbury taken on October 12, 2016), which Defendants designated "Confidential" pursuant to the terms of the Stipulated Protective Order entered by this Court on July 12, 2016. See Dkt. 53. |
| 4. **Exhibit K** to the Grossman Declaration (a document stating that *Prelude to Axanar* was viewed 2,540,365 times on YouTube), which Defendants designated "Confidential" pursuant to the terms of the Stipulated |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

10931694.2
202828-10048

1

[PROPOSED] ORDER GRANTING
APPLICATION FOR LEAVE TO FILE
UNDER SEAL

Protective Order entered by this Court on July 12, 2016. See Dkt. 53.

5. **Exhibit N** to the Grossman Declaration (a brochure for a screening of *Prelude to Axanar*, which shows images of *Prelude to Axanar*), which Defendants designated "Confidential" pursuant to the terms of the Stipulated Protective Order entered by this Court on July 12, 2016. See Dkt. 53.

6. **Exhibit P** to the Grossman Declaration (November 25, 2012 email exchange between Alec Peters and Christian Gossett), which Defendants designated "Confidential" pursuant to the terms of the Stipulated Protective Order entered by this Court on July 12, 2016. See Dkt. 53.

7. **Exhibit V** to the Grossman Declaration (blueprints for the soundstage at Paramount Studios that was used for Star Trek), which Defendants designated "Confidential" pursuant to the terms of the Stipulated Protective Order entered by this Court on July 12, 2016. See Dkt. 53.

8. **Exhibit W** to the Grossman Declaration (blueprints from the set of *The Next Generation*), which Defendants designated "Confidential" pursuant to the terms of the Stipulated Protective Order entered by this Court on July 12, 2016. See Dkt. 53.

9. **Exhibit AA** to the Grossman Declaration (version 7.7 of the Axanar Script, dated November 26, 2015), which Defendants designated "Confidential" pursuant to the terms of the Stipulated Protective Order entered by this Court on July 12, 2016. See Dkt. 53.

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

10931694.2
202828-10048

2

[PROPOSED] ORDER GRANTING
APPLICATION FOR LEAVE TO FILE
UNDER SEAL

10. **Exhibit JJ** to the Grossman Declaration (Axanar press kit), which Defendants designated "Confidential" pursuant to the terms of the Stipulated Protective Order entered by this Court on July 12, 2016. See Dkt. 53.

11. **Exhibit KK** to the Grossman Declaration (February 11, 2013 email from Alec Peters to Doug Drexler), which Defendants designated "Confidential" pursuant to the terms of the Stipulated Protective Order entered by this Court on July 12, 2016. See Dkt. 53.

12. **Exhibit NN** to the Grossman Declaration (lease), which Defendants designated "Highly Confidential" pursuant to the terms of the Stipulated Protective Order entered by this Court on July 12, 2016. See Dkt. 53.

13. **Exhibit PP** to the Grossman Declaration (Axanar marketing plan), which Defendants designated "Confidential" pursuant to the terms of the Stipulated Protective Order entered by this Court on July 12, 2016. See Dkt. 53.

14. **Exhibit SS** to the Grossman Declaration (financial summary), which Defendants designated "Confidential" pursuant to the terms of the Stipulated Protective Order entered by this Court on July 12, 2016. See Dkt. 53.

15. **Exhibit CCC** to the Grossman Declaration (excerpts from the deposition transcript of John Van Citters taken on September 28, 2016 and the deposition transcript of Dan O'Rourke taken on September 30, 2016), which

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

10931694.2
202828-10048

3

[PROPOSED] ORDER GRANTING
APPLICATION FOR LEAVE TO FILE
UNDER SEAL

Plaintiffs designated "Confidential" pursuant to the terms of the Stipulated Protective Order entered by this Court on July 12, 2016.  See Dkt. 53.

16. Plaintiffs' unredacted Motion for Partial Summary Judgment, which quotes from and/or references the foregoing.

17. The unredacted Grossman Declaration, which quotes from and/or references the foregoing.

18. Plaintiffs' Uncontroverted Facts and Conclusions of Law In Support of Plaintiffs' Motion for Partial Summary Judgment, which quotes from and/or references the foregoing.

Dated: _____   _____
Hon. R. Gary Klausner
United States District Judge

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

10931694.2
202828-10048

4

[PROPOSED] ORDER GRANTING
APPLICATION FOR LEAVE TO FILE
UNDER SEAL