LOEB & LOEB LLP
DAVID GROSSMAN (SBN 211326)
dgrossman@loeb.com
JENNIFER JASON (SBN 274142)
jjason@loeb.com
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

LOEB & LOEB LLP
JONATHAN ZAVIN (admitted *pro hac vice*)
jzavin@loeb.com
345 Park Avenue
New York, NY 10154
Telephone: 212.407.4000
Facsimile: 212.407.4990

Attorneys for Plaintiffs
PARAMOUNT PICTURES
CORPORATION and CBS STUDIOS
INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation; and CBS STUDIOS INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AXANAR PRODUCTIONS, INC., a California corporation; ALEC PETERS, an individual, and DOES 1-20,<br><br>Defendants. | Case No.: 2:15-cv-09938-RGK-E<br><br>**DECLARATION OF JENNIFER JASON IN SUPPORT OF PLAINTIFFS' REQUEST TO RE-FILE REDACTED DOCUMENTS AND STRIKE PREVIOUSLY-FILED REDACTED DOCUMENTS**<br><br>Discovery Cutoff: November 2, 2016<br>Pre-Trial Conference: January 9, 2017<br>Trial: January 31, 2017 |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

10938032.1
202828-10048

DECLARATION OF JENNIFER JASON IN
SUPPORT OF REQUEST TO RE-FILE
DOCUMENTS

# **DECLARATION OF JENNIFER JASON**

I, Jennifer Jason, declare as follows:

1. I am licensed to practice law in the State of California and am an attorney with the law firm of Loeb & Loeb LLP ("Loeb"), attorneys of record for Paramount Pictures Corporation and CBS Studios, Inc. (collectively, "Plaintiffs") in the above-captioned matter. The following is of my own personal knowledge, and if called as a witness, I could and would competently testify thereto.

2. On November 16, 2016, Plaintiffs filed a Motion for Partial Summary Judgment. In connection with the Motion, Plaintiffs filed <u>redacted</u> versions of: (1) Plaintiffs' Notice of Motion and Motion for Partial Summary Judgment (Dkt. 72); (2) Plaintiffs' Statement of Uncontroverted Facts and Conclusions of Law in Support of Plaintiffs' Motion for Partial Summary Judgment (Dkt. 72-1); and (3) Declaration of David Grossman in Support of Plaintiffs' Motion for Partial Summary Judgment (Dkt. 72-2) (collectively, the "Redacted Documents").

3. On November 17, 2016, it came to Plaintiffs' attention that due to the way that the Redacted Documents were redacted, it was possible for the redactions to be stripped and for the redacted text to be viewed.

4. Plaintiffs have re-redacted the Redacted Documents using a different program, and respectfully request that the Court allow them re-file the Redacted Documents with the new redaction method, as well as direct the Clerk to remove the prior versions of the Redacted Documents from the Docket.

5. Attached hereto as **Exhibit A** is a true and correct copy of the re-redacted Plaintiffs' Notice of Motion and Motion for Partial Summary Judgment (substitute for Dkt. 72).

6. Attached hereto as **Exhibit B** is a true and correct copy of the re-redacted Plaintiffs' Statement of Uncontroverted Facts and Conclusions of Law in Support of Plaintiffs' Motion for Partial Summary Judgment (substitute for Dkt. 72-1).

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

10938032.1
202828-10048

1

DECLARATION OF JENNIFER JASON IN
SUPPORT OF REQUEST TO RE-FILE
DOCUMENTS

7. Attached hereto as **Exhibit C** is a true and correct copy of the re-redacted; Declaration of David Grossman in Support of Plaintiffs' Motion for Partial Summary Judgment (substitute for Dkt. 72-2).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of November, 2016, at Los Angeles, California.

          */s/ Jennifer Jason*
          Jennifer Jason

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

10938032.1
202828-10048

2

DECLARATION OF JENNIFER JASON IN
SUPPORT OF REQUEST TO RE-FILE
DOCUMENTS