LOEB & LOEB LLP
DAVID GROSSMAN (SBN 211326)
dgrossman@loeb.com
JENNIFER JASON (SBN 274142)
jjason@loeb.com
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA  90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

LOEB & LOEB LLP
JONATHAN ZAVIN (admitted *pro hac vice*)
jzavin@loeb.com
345 Park Avenue
New York, NY  10154
Telephone: 212.407.4000
Facsimile: 212.407.4990

Attorneys for Plaintiffs
PARAMOUNT PICTURES
CORPORATION and CBS STUDIOS
INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation; and CBS STUDIOS INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AXANAR PRODUCTIONS, INC., a California corporation; ALEC PETERS, an individual, and DOES 1-20,<br><br>Defendants. | Case No.: 2:15-cv-09938-RGK-E<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' REQUEST TO RE-FILE REDACTED DOCUMENTS AND STRIKE PREVIOUSLY-FILED REDACTED DOCUMENTS** |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

10938977
202828-10048

[PROPOSED] ORDER ON REQUEST

IT IS HEREBY ORDERED that:

(1) The Clerk of the Court is directed to remove the following documents from the docket: (1) Plaintiffs' Notice of Motion and Motion for Partial Summary Judgment (Dkt. 72); (2) Plaintiffs' Statement of Uncontroverted Facts and Conclusions of Law in Support of Plaintiffs' Motion for Partial Summary Judgment (Dkt. 72-1); and (3) Declaration of David Grossman in Support of Plaintiffs' Motion for Partial Summary Judgment (Dkt. 72-2).

(2) Plaintiffs are permitted to re-file re-redacted versions of (1) Plaintiffs' Notice of Motion and Motion for Partial Summary Judgment; (2) Plaintiffs' Statement of Uncontroverted Facts and Conclusions of Law in Support of Plaintiffs' Motion for Partial Summary Judgment; and (3) Declaration of David Grossman in Support of Plaintiffs' Motion for Partial Summary Judgment.

Dated: _____     _____
                                    Hon. R. Gary Klausner
                                    United States District Court for the
                                         Central District of California

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

10938977
202828-10048

1

[PROPOSED] ORDER ON REQUEST