1  LOEB & LOEB LLP
   DAVID GROSSMAN (SBN 211326)
2  dgrossman@loeb.com
   JENNIFER JASON (SBN 274142)
3  jjason@loeb.com
   10100 Santa Monica Blvd., Suite 2200
4  Los Angeles, CA  90067
   Telephone: 310.282.2000
5  Facsimile: 310.282.2200

6  LOEB & LOEB LLP
   JONATHAN ZAVIN (admitted *pro hac vice*)
7  jzavin@loeb.com
   345 Park Avenue
8  New York, NY  10154
   Telephone: 212.407.4000
9  Facsimile: 212.407.4990

10 Attorneys for Plaintiffs
   PARAMOUNT PICTURES
11 CORPORATION and CBS STUDIOS
   INC.

12

13               UNITED STATES DISTRICT COURT

14               CENTRAL DISTRICT OF CALIFORNIA

15

16 PARAMOUNT PICTURES                    Case No.: 2:15-cv-09938-RGK-E
   CORPORATION, a Delaware
17 corporation; and CBS STUDIOS INC.,
   a Delaware corporation,              **DECLARATION OF DAVID
18                                       GROSSMAN IN SUPPORT OF
              Plaintiffs,                PLAINTIFFS' OPPOSITION TO
19                                       RENEWED APPLICATION FOR
          v.                             LEAVE TO FILE BRIEF AS
20                                       AMICUS CURIAE BY
   AXANAR PRODUCTIONS, INC., a           LANGUAGE CREATION
21 California corporation; ALEC PETERS,  SOCIETY AND REQUEST FOR
   an individual, and DOES 1-20,         SANCTIONS**
22
              Defendants.
23

24

25                                       Trial:  January 31, 2017

26

27

28

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

11042897.1

202828-10048

DECLARATION OF DAVID GROSSMAN IN
SUPPORT OF PLAINTIFFS' OPPOSITION TO
RENEWED APPLICATION

1

## **DECLARATION OF DAVID GROSSMAN**

2      I, DAVID GROSSMAN, declare as follows:

3      1.      I am an attorney licensed to practice law in the State of California with

4  the law firm of Loeb & Loeb LLP ("Loeb"), attorneys of record for Paramount

5  Pictures Corporation and CBS Studios, Inc. (collectively, "Plaintiffs") in the above-

6  captioned matter.  The following is of my own personal knowledge, and if called as

7  a witness, I could and would competently testify thereto.

8      2.      Attached hereto as **Exhibit A** is a true and correct copy of an email that

9  I received from LaTeigra C. Cahill on December 28, 2016, requesting a meet and

10 confer between counsel for Plaintiffs and Marc Randazza about a renewed

11 application for leave to file brief as amicus curiae by Language Creation Society

12 ("LCS").  Less than 24 hours later, without waiting to hear back from us, and

13 without even making a phone call, LCS filed its renewed application. The parties

14 never met and conferred about this renewed application.

15

16      I declare under penalty of perjury under the laws of the United States of

17 America that the foregoing is true and correct.

18      Executed this 30th day of December, 2016, at Los Angeles, California.

19

20      */s/David Grossman*
        David Grossman

21

22

23

24

25

26

27

28

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

11042897.1

202828-10048

DECLARATION OF DAVID GROSSMAN IN
SUPPORT OF PLAINTIFFS' OPPOSITION TO
RENEWED APPLICATION