# EXHIBIT A

| **From:** | LaTeigra Cahill <lcc@randazza.com> |
| **Sent:** | Wednesday, December 28, 2016 3:03 PM |
| **To:** | David Grossman; Jennifer Jason; Jonathan Zavin |
| **Cc:** | Danielle D.; Marc Randazza |
| **Subject:** | Renewed Application for Leave to File Brief |
| **Attachments:** | Renewed Application for Leave to File Brief v2.pdf |

Dear Davis, Jennifer and Jonathan,

I've attached a draft of our Renewed Application for Leave to File Brief as Amicus Curiae. Marc Randazza would like to set up a brief conference of counsel with one of you to seek your opinion on this matter.

Please let us know if you are available to confer with Marc soon.

Thank you!

--
**LaTeigra C. Cahill*** | **Randazza Legal Group, PLLC**
4035 S. El Capitan Way, Las Vegas, NV 89147
Tel: (702) 420-2001 | Email: lcc@randazza.com

*Law Clerk with JD; only licensed to practice law in New Mexico