UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:15-CV-09938-RGK-E | Date | January 5, 2017 |
|---|---|---|---|
| Title | *Paramount Pictures Corp. v. Axanar Productions, Inc.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Charles A. Rojas | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)** Order Re: Renewed Application for Leave to File Brief as *Amicus Curiae* (DE 156)

On December 29, 2016, Language Creation Society ("*Amicus*") submitted a Renewed Application for Leave to File Brief as *Amicus Curiae*. *Amicus* argues, in support of Defendants' position in the cross motions for summary judgment, that the Klingon language should not be entitled to copyright protection. The Renewed Application is now moot since the Court has issued an order on the cross motions. In any event, the Court did not reach the issue of whether a language, and specifically the Klingon language, is copyrightable in the order.

Accordingly, the Court **DENIES** Language Creation Society's Renewed Application.

**IT IS SO ORDERED.**

:
Initials of Preparer    CR