UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-09938-RGK (Ex) | | Date | January 9, 2017 |
|---|---|---|---|---|
| Title | Paramount Pictures Corporation et al., v. Axanar Productions, Inc., et al. | | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Charles A. Rojas | Cindy Nirenberg |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| David Grossman<br>Jonathan Zavin<br>Jennifer Jason | Erin Ranahan<br>Diana Hughes Leiden |

**Proceedings:**      **PRETRIAL CONFERENCE**

Case called.  Court and counsel confer.

For reasons stated on the record, the Court recites the rules the parties are expected to follow during trial.

The Court makes the following TENTATIVE rulings on the Motions In Limine:

Plaintiff's Motions In Limine No. 1 - Denied
Plaintiff's Motions In Limine No. 2 - Granted
Plaintiff's Motions In Limine No. 3 - Granted
Plaintiff's Motions In Limine No. 4 - Granted
Plaintiff's Motions In Limine No. 5 - Granted
Plaintiff's Motions In Limine No. 6 - Under Submission
Plaintiff's Motions In Limine No. 7 - Granted
Plaintiff's Motions In Limine No. 8 - Granted
Plaintiff's Motions In Limine No. 9 - Denied
Plaintiff's Motions In Limine No. 10 - Granted

Defendant's Motion In Limine No. 1 - Granted
Defendant's Motion In Limine No. 2 - Denied
Defendant's Motion In Limine No. 3 - Granted
Defendant's Motion In Limine No. 4 - Granted
Defendant's Motion In Limine No. 5 - Granted
Defendant's Motion In Limine No. 6 - Granted
Defendant's Motion In Limine No. 7 - Denied
Defendant's Motion In Limine No. 8 - Denied

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-09938-RGK (Ex) | Date | January 9, 2017 |
|---|---|---|---|
| Title | Paramount Pictures Corporation et al., v. Axanar Productions, Inc., et al. | | |

Defendant's Motion In Limine No. 9 - Granted

The parties shall file a Joint Statement of the case, no more than 3 pages in length by January 30, 2017.

The jury trial remains set for January 31, 2017 at 9:00 a.m.

|  | : | 34 |
|---|---|---|
| Initials of Preparer | | CR |