1  LOEB & LOEB LLP
   DAVID GROSSMAN (SBN 211326)
2  dgrossman@loeb.com
   JENNIFER JASON (SBN 274142)
3  jjason@loeb.com
   10100 Santa Monica Blvd., Suite 2200
4  Los Angeles, CA  90067
   Telephone: 310.282.2000
5  Facsimile: 310.282.2200

6  LOEB & LOEB LLP
   JONATHAN ZAVIN (admitted *pro hac vice*)
7  jzavin@loeb.com
   345 Park Avenue
8  New York, NY  10154
   Telephone: 212.407.4000
9  Facsimile: 212.407.4990

10 Attorneys for Plaintiffs
   PARAMOUNT PICTURES
11 CORPORATION and CBS STUDIOS
   INC.

12

13                 UNITED STATES DISTRICT COURT

14                 CENTRAL DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| 16  PARAMOUNT PICTURES CORPORATION, a Delaware corporation; and CBS STUDIOS INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AXANAR PRODUCTIONS, INC., a California corporation; ALEC PETERS, an individual, and DOES 1-20,<br><br>Defendants. | Case No.: 2:15-cv-09938-RGK-E<br><br>**PLAINTIFFS' SUMMARY OF VIDEO COMPILATION FOR TRIAL**<br><br><br>Pre-Trial Conference: January 9, 2017<br>Trial:  January 31, 2017 |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

11083685.2
202828-10048

PLAINTIFFS' SUMMARY OF VIDEO
COMPILATION FOR TRIAL

Pursuant to the Court's request at the January 9, 2017 Final Pretrial Conference in this matter, plaintiffs Paramount Pictures Corporation and CBS Studios Inc. hereby submit the following summary of the video compilation they intend to present in the trial of this matter.  This summary does not include time for the accompanying testimony identifying and describing each of the clips, or for any adjustments made for final editing.  Plaintiffs reserve the right to modify this summary.

| Source | Approximate Time |
|---|---|
| Axanar – Vulcan Scene | 3 minutes |
| Prelude to Axanar | 21 minutes |
| Star Trek: The Motion Picture (1979) | 8 minutes |
| Star Trek: The Wrath of Khan Motion Picture (1982) | 3 minutes |
| Star Trek III: The Search for Spock Motion Picture (1984) | 3 minutes |
| Star Trek VI: The Undiscovered Country Motion Picture (1991) | 5 minutes |
| Star Trek Nemesis Motion Picture (2002) | 1 minute |
| Star Trek Motion Picture (2009) | 4 minutes |
| Star Trek: The Original Series, "And the Children Shall Lead" | 1 minute |
| Star Trek: The Original Series, "Court Martial" | 1 minute |
| Star Trek: The Original Series, "Day of the Dove" | 1 minute |
| Star Trek: The Original Series, "Elaan of Troyius" | 3 minutes |
| Star Trek: The Original Series, "Space Seed" | 1 minute |
| Star Trek: The Original Series, "The Cage" | 2 minutes |
| Star Trek: The Original Series, "The Lights of Zetar" | 1 minute |
| Star Trek: The Original Series, "The Menagerie, Pt. 1" | 1 minute |
| Star Trek: The Original Series, "Where No Man Has Gone Before" | 3 minutes |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

11083685.2
202828-10048

1

PLAINTIFFS' SUMMARY OF VIDEO
COMPILATION FOR TRIAL

| Source | Approximate Time |
|---|---|
| Star Trek: The Original Series, "Whom the Gods Destroy" | 4 minutes |
| Star Trek: The Next Generation Series, "Conspiracy" | 1 minute |
| Star Trek: Enterprise Series, "Kir'shara" | 6 minutes |
| Star Trek: Enterprise Series, "The Awakening" | 5 minutes |
| Star Trek: Enterprise Series, "The Expanse" | 3 minutes |
| Star Trek: Enterprise Series, "These are The Voyages" | 3 minutes |
| Star Trek: Enterprise Series, "Unexpected" | 1 minute |
| Total Running Time | 85 minutes |

Dated: January 13, 2017

LOEB & LOEB LLP
JONATHAN ZAVIN
DAVID GROSSMAN
JENNIFER JASON

By: */s/ Jennifer Jason*
    Jennifer Jason
    Attorneys for Plaintiffs
    PARAMOUNT PICTURES
    CORPORATION and CBS STUDIOS
    INC.

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

11083685.2
202828-10048

2

PLAINTIFFS' SUMMARY OF VIDEO
COMPILATION FOR TRIAL