1  LOEB & LOEB LLP
   DAVID GROSSMAN (SBN 211326)
2  dgrossman@loeb.com
   JENNIFER JASON (SBN 274142)
3  jjason@loeb.com
   10100 Santa Monica Blvd., Suite 2200
4  Los Angeles, CA  90067
   Telephone: 310.282.2000
5  Facsimile: 310.282.2200

6  LOEB & LOEB LLP
   JONATHAN ZAVIN (admitted *pro hac vice*)
7  jzavin@loeb.com
   345 Park Avenue
8  New York, NY  10154
   Telephone: 212.407.4000
9  Facsimile: 212.407.4990

10 Attorneys for Plaintiffs
   PARAMOUNT PICTURES
11 CORPORATION and CBS STUDIOS
   INC.

12

13            UNITED STATES DISTRICT COURT

14            CENTRAL DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| 16  PARAMOUNT PICTURES CORPORATION, a Delaware 17  corporation; and CBS STUDIOS INC., a Delaware corporation, 18  Plaintiffs, 19  v. 20  AXANAR PRODUCTIONS, INC., a 21  California corporation; ALEC PETERS, an individual, and DOES 1-20, 22  Defendants. | Case No.: 2:15-cv-09938-RGK-E  **JOINT STIPULATION OF VOLUNTARY DISMISSAL**  Trial:  January 31, 2017 |

23

24

25

26

27

28

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

11097973.1
202828-10048

JOINT STIPULATION OF VOLUNTARY
DISMISSAL

1    Plaintiffs Paramount Pictures Corporation and CBS Studios Inc. and

2  defendants Axanar Productions, Inc. and Alec Peters, by and through their counsel,

3  stipulate to the dismissal of this entire action with prejudice as to all parties pursuant

4  to Fed. R. Civ. P. 41(a)(1).  It is further stipulated that all parties will bear their own

5  attorneys' fees and costs.

6        IT IS SO STIPULATED.

7

8

9

10  Dated:  January 20, 2017          LOEB & LOEB LLP
                                      JONATHAN ZAVIN
11                                    DAVID GROSSMAN
                                      JENNIFER JASON
12

13                                    By: _____
                                          David Grossman
14                                        Attorneys for Plaintiffs
                                          PARAMOUNT PICTURES
15                                        CORPORATION and CBS STUDIOS
                                          INC.
16

17

18  Dated:  January 19, 2017          WINSTON & STRAWN LLP
                                      ERIN R. RANAHAN
19                                    DIANA HUGHES LEIDEN
                                      KELLY N. OKI
20
                                      By: _____
21                                        Erin R. Ranahan
                                          Attorneys for Defendants
22                                        AXANAR PRODUCTIONS, INC. and
                                          ALEC PETERS
23

24

25

26

27

28

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

11097973 1
202828-10048

1

JOINT STIPULATION OF VOLUNTARY
DISMISSAL